UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Golden West Refining<br>Plaintiffs | 3:02cv1379 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | |
| Sharp<br>Plaintiffs | 3:02cv1572 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | |
| Handy & Harman Group<br>Plaintiffs | 3:02cv1803 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | December 8, 2003 |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PRODUCTION REQUESTS**

The plaintiff, Golden West Refining Corporation Limited, hereby moves pursuant to Local Rule 9 for an extension of time of thirty (30) days up to and including December 29, 2003, within which to file responses and/or objections to the defendant, PriceWaterhouseCoopers LLP's, First Request for Production of Documents to Golden West Refining Corporation Limited dated October 30, 2003. The additional time is necessary in order for the plaintiff to review and analyze the discovery requests and prepare responses to the discovery requests.

1

Pursuant to Local Rule 9(b)(3), the undersigned has inquired of William H. Erickson, counsel for PriceWaterhouseCoopers LLP, as to whether the defendant objects to this requested extension of time, and the undersigned has been informed that the defendant does not object to the requested extension of time. This is the first motion for extension of time to respond to the subject discovery requests filed by the plaintiff.

WHEREFORE, the plaintiff, Golden West Refining Corporation, respectfully requests that its motion be granted.

>     PLAINTIFFS
>     GOLDEN WEST REFINING CORPORATION
>     LIMITED
>
>     By_____/s/ Dina T. Fisher_____
>     Dina S. Fisher (ct14896)
>     ROBINSON & COLE LLP
>     280 Trumbull Street
>     Hartford, CT 06103-3597
>     Telephone: (860) 275-8237
>     Fax: (860) 275-8299
>     dfisher@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record on December 8, 2003:

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn, LLP
Wlliam S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

James McCullogh, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 1004-2400

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fishbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 1022

_____
Dina S. Fisher