UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Golden West Refining<br>Plaintiffs | 3:02cv1379 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | |
| Sharp<br>Plaintiffs | 3:02cv1572 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | |
| Handy & Harman Group<br>Plaintiffs | 3:02cv1803 (CFD) |
| v. | |
| Pricewaterhouse<br>Defendants | December 8, 2003 |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PRODUCTION REQUESTS**

The plaintiff, Golden West Refining Corporation Limited, hereby moves pursuant to Local Rule 9 for an extension of time of thirty (30) days up to and including December 29, 2003, within which to file responses and/or objections to the defendant, PriceWaterhouseCoopers LLP's, First Request for Production of Documents to Golden West Refining Corporation Limited dated October 30, 2003. The additional time is necessary in order for the plaintiff to review and analyze the discovery requests and prepare responses to the discovery requests.

1