# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER:  3 02-CV 1379 CFD

**GOLDEN WEST**

v.

**PRICE WATERHOUSE**

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Chubb Corp and Federal Ins. Co.

February 26, 2004
_____    _____
**Date**                            **Signature**

 Ct 19898                           Andrea Barton Reeves
_____    _____
**Connecticut Federal Bar Number**  **Print Clearly or Type Name**

860-724-6667                        99 Pratt Street, Suite 401
_____    _____
**Telephone Number**                **Address**

abartonreeves@wolfhorowitz.com      Hartford, CT  06103
_____     _____
**Email Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date, February 26, 2004 to the following:

Edward Boyle
Wilson, Elser , Moskowitz,
  Edelman & Dick
150 East 42nd Street
New York, NY 10017-5639

Dina S. Fisher
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

David J. Elliott
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3597

Steven M. Greenspan
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

| | |
|---|---|
| Fred N. Knopf<br>Wilson, Elser, Moskowitz, Edelman & Dick<br>3 Gannett Drive<br>White Plains, NY 10604 | Thomas D. Goldberg<br>Day, Berry & Howard<br>Once Canterbury Green<br>Stamford, CT 06901-2047 |
| Joseph A. Oliva<br>Sedgwick, Detert, Moran & Arnold<br>125 Broad Street<br>39th Floor<br>New York, NY 10004-2400 | Steven R. Humphrey<br>Robinson & Colse<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Stefan Dandelles<br>Wilson, Elser, Moskowitz, Edelman & Dick<br>120 N. La Salle Street<br>Chicago, IL 60602 | Daniel McMahon<br>Wilson, Elser, Moskowitz, Edelman & Dick<br>120 N. La Salle Street<br>Chicago, Il 60602 |
| William H. Erickson<br>Day, Berry & Howard<br>Cityplace<br>185 Asylum Street<br>Hartford, CT 06103-3499 | U S Bankruptcy Court<br>Office of the Clerk<br>450 Main Street<br>Hartford, CT 06103 |

_____
**Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**