UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING, ET AL., | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:02CV1379(RNC) |
| PRICEWATERHOUSE, ET AL., | : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Mark R. Kravitz. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:02CV1379(MRK). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this    day of April 2004.

/s/RNC
Robert N. Chatigny
United States District Judge