UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING, ET AL. | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV1379 (MRK) |
| | : | |
| PRICEWATERHOUSE, ET AL. | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO COUNSEL

A status conference in the above-captioned case will take place at the United States Courthouse, 141 Church Street, New Haven, Connecticut in Courtroom #4 at 9:00 a.m. on Monday, **May 10, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 28, 2004.