DEPUTY CLERK K. Shull   RPTR/ECRO/TAPE ___

TOTAL TIME: 1 hours 15 minutes

DATE 5/10/2004   START TIME 10:00   END TIME 11:15

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Golden West Refining
Lead Case

CIVIL NO. 3:02cv1379 MRK

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL

Pricewaterhouse, et al

_____ Plaintiff's Counsel

_____ Defendant's Counsel

## COURTROOM MINUTES – CIVIL (check one box)

☑ (mhrhg.) Motion Hearing   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|---|
| ☑ | #52 | Motion | For Protective Order | ☑ | granted | ☐ denied | ☐ advisement |
| ☑ | #24 | Motion | to Dismiss / ~~For Joinder~~ | | ☐ granted | ☐ denied | ☑ advisement |
| ☑ | #26 | Motion | to Dismiss / For Joinder | | ☐ granted | ☐ denied | ☑ advisement |
| ☑ | #27 | Motion | to Dismiss / For Joinder | | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____     ☐ Proposed Findings due _____     Response due _____

| | | | filed | docketed |
|---|---|---|---|---|
| ☑ | ........ | Status Conference on the Record | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |
| ☐ | ........ | | ☐ filed | ☐ docketed |

☐ _____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3ʳᵈ Floor Courtroom #4

Monday May 10, 2004
9:00 a.m.

CASE NO. **3:02cv1379 MRK**   **Golden West Refining v. Pricewaterhouse, et al**

Andrea Barton Reeves
Wolf, Horowitz, Etlinger & Case
99 Platt Street, 4th FL, Ste 401
Hartford, CT 06103

*Ted. Horwitt.*
*pla . HHRG*
*case*

Edward Boyle
Wilson, Elser, Moskowitz, Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

*Zisler &*
*Zisler PC*

√ William H. Champlin III  *pla*
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Stefan Dandelles
Wilson, Elser, Moskowitz, Edelman & Dick
120 N. La Salle St.
Chicago, IL 60602

√ David J. Elliott  *Def*
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

William H. Erickson
Day, Berry & Howard
Cityplace
185 Asylum Street
Hartford, CT 06103-3499

√ William S. Fish Jr.  *pla*
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Dina S. Fisher
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

✓ Thomas D. Goldberg  *Def*
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Steven M. Greenspan
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

✓ Steven R. Humphrey  *Pla*
Robinson & Cole - Htfd, CT
280 Trumbull St.
Hartford, CT 06103-3597

✓ Fred N. Knopf  *Pla*
Wilson, Elser, Moskowitz, Edelman & Dick
3 Gannett Dr.
White Plains, NY 10604

Daniel McMahon
Wilson, Elser, Moskowitz, Edelman & Dick
120 N. La Salle St.
Chicago, IL 60602

Joseph A. Oliva
Sedgwick, Detert, Moran & Arnold
125 Broad St.
39th Floor
New York, NY 10004-2400

US Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

Kathleen DiGennaro Warner
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047