UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Golden West Refining, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:02CV1379 (MRK) |
| Pricewaterhouse, et al, | : | |
| Defendants. | : | |

ORDER VACATING REFERRAL

The order referring this case to Magistrate Judge Thomas P. Smith to supervise discovery and to resolve discovery disputes (doc. #15) is VACATED.

SO ORDERED.

Dated at New Haven, Connecticut this ____ day of May, 2003.

/s/ Mark R. Kravitz
Mark R. Kravitz
United States District Judge