UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 2  12 02 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORP. LTD., <br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP <br> AND COOPERS & LYBRAND LLP, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | NO. 3:02CV1379 (MRK) |
| ALEC SHARP, et al. <br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP <br> D/B/A PRICE WATERHOUSE LLP, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | NO. 3:02CV1572 (MRK) |
| HANDY & HARMAN REFINING <br> GROUP, INC. <br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : | NO. 3:02CV1803 (MRK) |

### ORDER

The Motion On Consent For Extension Of Time To File Memorandum Regarding Subject Matter Jurisdiction [doc. # 58], dated May 20, 2004, is GRANTED. Defendant PricewaterhouseCoopers LLP shall file its memorandum regarding subject matter jurisdiction on or before **June 4, 2004**.

IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 28, 2004.