UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED Jun 3 1 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br><br>Plaintiff<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP<br><br>Defendants | CIVIL ACTION NO. 3:02 CV 1379(MRK)<br><br><br><br><br><br>JUNE 1, 2004 |

## MOTION TO AMEND FIRST AMENDED COMPLAINT

The plaintiff, Golden West Refining Corporation Limited ("GWRC"), hereby moves for permission to amend paragraph 6 only of its First Amended Complaint to add an additional or alternative basis for the Court's jurisdiction. The amendment would add 28 U.S.C. § 1334 as basis for the Court having jurisdiction as the matter involves, arises out of and is related to a case under Title 11.

The defendants, PricewaterhouseCoopers LLP and Coopers & Lybrand LLP, have no objection to this motion to amend and consent to its being granted by the Court.

PLAINTIFFS
GOLDEN WEST REFINING CORPORATION
LIMITED

By _____
Dina S. Fisher (ct14896)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8237
Fax: (860) 275-8299
dfisher@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record on June 1, 2004:

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

James McCullogh, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 1004-2400

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn, LLP
Wlliam S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fishbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 1022

_____
Dina S. Fisher