UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>        Plaintiff,<br>VS.<br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>        Defendants.<br>_____ | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 1379 (MRK)<br>:<br>:<br>: |
| ALEC SHARP, et al.,<br>        Plaintiffs,<br>VS.<br>PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP<br>        Defendant.<br>_____ | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 1572 (MRK)<br>:<br>:<br>: |
| HANDY & HARMAN REFINING GROUP, INC.,<br>        Plaintiff,<br>V.<br>PRICEWATERHOUSECOOPERS LLP,<br>        Defendant.<br>_____ | :<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 1803(MRK)<br>:<br>: JUNE 3, 2004<br>: |

## MEMORANDUM REGARDING SUBJECT MATTER JURISDICTION

      Defendant, PricewaterhouseCoopers LLP ("PwC"), by its counsel, Day, Berry & Howard LLP, respectfully submits this memorandum regarding subject matter jurisdiction pursuant to paragraph 1 of the Case Management Order dated May 11, 2004. The basis for subject matter jurisdiction over each of the above consolidated actions is set forth below:

1.      *Golden West Refining Corp. Limited v. PricewaterhouseCoopers LLP*, No. 02-1379 (MRK).  Since the status conference on May 10, 2004, PwC has determined that some of its partners were citizens of other countries on the date this action was commenced, and thus that the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332.  *See, e.g., Corporation Venezolana de Fomento v. Vintero Sales Corp.*, 629 F.2d 786, 790 (2d Cir. 1980) (no diversity jurisdiction where citizens of foreign countries are on both sides of the case).

The Court nonetheless has jurisdiction over this action pursuant to 28 U.S.C. § 1334(b).  Under the liberal test for bankruptcy-related jurisdiction, an action is "related to" a bankruptcy case if its outcome "could conceivably have any effect on the estate being administered in bankruptcy."  *Celotex Corp. v. Edwards*, 514 U.S. 300, 308 n.6 (1995); *see also In re Cuyahoga Equip. Corp.*, 980 F.2d 110, 114 (2d Cir. 1992).  That is the case for the *Golden West* action.  By the time this action was filed, Golden West Refining Corp. Limited ("Golden West") and Handy & Harman Refining Group, Inc. ("HHRG") had been negotiating for more than a year to cooperate and share any recoveries from PwC, which reflected, as HHRG put it in a pleading filed shortly after commencement of these actions, that Golden West and HHRG "have significant, and in some respects, competing claims against PwC."  Motion For Order Authorizing Debtor To Enter Into Pooling Agreement And Approving Preference Claim Settlement With Golden West Refining Corporation Limited, *In re Handy & Harman Refining Group, Inc.*, Case No. 00-20845 (Bankr. D. Conn. Mar. 6, 2003), at 2.  As a result of those negotiations, HHRG and Golden West reached an

agreement, approved by the bankruptcy court, pursuant to which they will pool and share any recoveries from the *Golden West* and *HHRG* actions, so that the disposition of *Golden West* will have a direct effect on the value of the HHRG estate. *Id.*, Exhibit A.

Golden West agrees with this analysis, and has moved on consent for leave to amend its complaint to assert 28 U.S.C. § 1334 as a basis for subject matter jurisdiction.

2.	*Sharp et al. v. PricewaterhouseCoopers LLP*, No. 02-1572 (MRK).  The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1334(b), in that the action is related to the HHRG bankruptcy case.  *See* Ruling and Order dated April 8, 2003 (Docket No. 25) (CFD) (finding jurisdiction in this action under § 1334(b)).

3.	*Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP*, No. 02-1803 (MRK).  The Court also has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1334(b), in that the action is related to the HHRG bankruptcy case.

**DEFENDANT,**
**PRICEWATERHOUSECOOPERS LLP**


By _____
   David J. Elliott (ct 04301)
   E-mail: djelliott@dbh.com
   Thomas D. Goldberg (ct 04386)
   E-mail: tdgoldberg@dbh.com
   William H. Erickson (ct18117)
   E-mail: wherickson@dbh.com
   Day, Berry & Howard LLP
   CityPlace I
   Hartford, CT 06103
   (860) 275-0100 – telephone
   (860) 275-0343 – facsimile


   Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that on this day, a copy of the foregoing was sent via facsimile and also mailed first class, postage prepaid, to:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL  60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604-3407

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Joseph A. Oliva
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th Floor
Hartford, CT 06103

_____
William H. Erickson