UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | 3:02 CV 1379 (MRK) |
| Defendants. | : | |
| _____ | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : | 3:02 CV1572 (MRK) |
| Defendant. | : | |
| _____ | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | |
| _____ | : | |
| IN RE: | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Debtor. | : | |
| | : | CIVIL ACTION NO. |
| HANDY & HARMAN REFINING GROUP, INC., ET AL., | : | 3:03 CV 1243 (MRK) |
| Plaintiffs, | : | |
| VS. | : | |
| THE CHUBB CORPORATION, ET AL., | : | JUNE 8, 2004 |
| Defendants. | : | |
| _____ | : | |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, PricewaterhouseCoopers LLP ("PwC") moves for the entry of the attached Stipulation and Protective Order concerning documents being made available by the non-party Fleet Precious Metals ("Fleet") in response to

-2-

a subpoena duces tecum served upon Fleet by PwC.  Counsel for Fleet has executed the attached

Stipulation and Protective Order and consents to this motion.

                                       DEFENDANT,
                                       PRICEWATERHOUSECOOPERS LLP


By _____
       Thomas D. Goldberg  (ct 04386)
       E-mail:  tdgoldberg@dbh.com
       David J. Elliott (ct04301)
       E-mail:  djelliott@dbh.com
       William H. Erickson (ct18117)
       E-mail:  wherickson@dbh.com
       Kathleen D. Warner (ct23973)
       E-mail: kdwarner@dbh.com
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103
       Telephone:  (860) 275-0100
       Fax:  (860) 275-0343
       Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases, and to counsel for the non-party Fleet Precious Metals:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

Elise Busny, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

_____
Kathleen D. Warner