UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>    Plaintiff,<br>VS.<br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>    Defendants. | CIVIL ACTION NO.<br>3:02 CV 1379 (CFD) |
| ALEC SHARP, et al.,<br>    Plaintiffs,<br>VS.<br>PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP<br>    Defendant. | CIVIL ACTION NO.<br>3:02 CV1572 (CFD) |
| HANDY & HARMAN REFINING GROUP, INC.,<br>    Plaintiff,<br>V.<br>PRICEWATERHOUSECOOPERS LLP,<br>    Defendant. | CIVIL ACTION NO.<br>3:02 CV 1803(CFD) |
| IN RE:<br>HANDY & HARMAN REFINING GROUP, INC.,<br>    Debtor.<br>HANDY & HARMAN REFINING GROUP, INC., ET AL.,<br>    Plaintiffs,<br>VS.<br>THE CHUBB CORPORATION, ET AL.,<br>    Defendants. | CIVIL ACTION NO.<br>3:03 CV 1243 (CFD)<br><br>JUNE 17, 2004 |

ALL CASES

**APPEARANCE**

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the Appearance of Howard L. Siegel as counsel for Fleet Precious Metals in each of these consolidated cases (<u>Golden West Refining Corp. Ltd. v. PricewaterhouseCoopers LLP, and Coopers & Lybrand LLP.</u>, Civ. Action No. 3:02CV1379 (CFD); <u>Alec Sharp, et al. v. PricewaterhouseCoopers LLP d/b/a Pricewaterhouse LLP</u>, Civ. Action No. 3:02CV1572 (CFD); <u>Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP</u>, Civ. Action No. 3:02CV1803 (CFD) and <u>Handy & Harman Refining Group, Inc. v. The Chubb Corporation, et al</u>, Civ. Action No. 3:03CV1243 (CFD)).

Dated: Hartford, Connecticut

June 17, 2004

FLEET PRECIOUS METALS

By: _____
Howard L. Siegel (CT #07092)
Brown Rudnick Berlack Israels LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 509-6500

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace, 35th Floor
185 Asylum Street
Hartford, CT 06103

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

Thomas D. Goldberg
David J. Elliott
William H. Erickson
Kathleen D. Warner
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

_/s/ Howard L. Siegel_
Howard L. Siegel

#40185006 v\1 - milesar - x@y60!!.doc - 16467/41