UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV1379 (MRK) |
| VS. | : |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : |
| Defendants. | : |
| ALEC SHARP, et al., | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:02 CV 1572 (MRK) |
| VS. | : |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : |
| | : JULY 9, 2004 |
| Defendant. | : |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for an extension of time through and including July 29, 2004 to file its memorandum in opposition to the motion of plaintiffs Alec Sharp, et al. ("Underwriters") to dismiss PwC's counterclaims. Handy & Harman Refining Group, Inc. ("HHRG"), plaintiff in another of these consolidated cases, yesterday filed a motion to dismiss counterclaims raising similar issues. The extension of time will permit PwC to respond to both motions at the same time.

Counsel for Underwriters' does not object to this Motion. This is PwC's first request for an extension of time to respond to Underwriters' motion.

Wherefore, PwC requests that its time to file a memorandum in opposition to Underwriters' motion to dismiss counterclaims be extended through and including July 29, 2004.

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP

By _____
David J. Elliott (ct 04301)
E-mail: djelliott@dbh.com
Thomas D. Goldberg (ct 04386)
E-mail: tdgoldberg@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-0100
Fax: (860) 275-0343
Its Attorneys

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

_____
Thomas D. Goldberg

-3-