# EXHIBIT

# A

# Coopers &Lybrand

**Coopers & Lybrand L.L.P.**

a professional services firm

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone  (860) 241-7000

facsimile  (860) 241-7590

April 10, 1997

Mr. William Myles
Controller
Handy & Harman
300 Rye Street
South Windsor, CT  06074

Dear  Mr. Myles:

This letter of arrangement between Handy & Harman (the "Company") and Coopers & Lybrand L.L.P. sets forth the nature and scope of the services we will provide, the Company's required involvement and assistance in support of our services, the related fee arrangements and other terms and conditions designed to assure that our professional services are performed to achieve the mutually agreed upon objectives of the Company.

## SUMMARY OF SERVICES

We will audit the financial statements of the Company as of and for the year ended March 31, 1997, in accordance with generally accepted auditing standards.  The objective of an audit is the expression of our opinion concerning whether the financial statements present fairly, in all material respects, the financial position, results of operations, and cash flows of the Company in conformity with generally accepted accounting principles.  We expect to deliver our report on or about May 15, 1997.

The engagement will be led by:

- George Ingram, partner, who will be responsible for assuring the overall quality, value, and timeliness of our services to you
- Joseph Tiroletto, manager, who will be responsible for managing the delivery of our services to you

David L. DeVore will serve as the concurring partner and will be available in the absence of the engagement partner.  This team will have access to a full range of specialists to assist as necessary.

**PWC 97 WP 0005**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland

**Coopers & Lybrand**

Coopers & Lybrand L.L.P.

a professional services firm

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone  (860) 241-7000

facsimile   (860) 241-7590

## TERMS AND CONDITIONS SUPPORTING FEE

As a result of our planning process, the Company and Coopers & Lybrand L.L.P. have agreed to an approach aimed at achieving the Company's objectives for an agreed upon fee, subject to the following conditions.

To facilitate meeting our mutual objectives, the Company will provide in a timely manner audit schedules and supporting information, including timely communication of all significant accounting and financial reporting matters, as well as working space and clerical assistance as mutually agreed upon and as is normal and reasonable in the circumstances. When and if for any reason the Company is unable to provide such schedules, information and assistance, Coopers & Lybrand L.L.P. and the Company will mutually revise the fee to reflect additional services. if any, required of us to achieve these objectives. Such revisions will be set forth in the form of the attached "Amendment to Letter of Arrangement."

In providing our services, we will consult with the Company with respect to matters of accounting, financial reporting or other significant business issues. Accordingly, time necessary to effect a reasonable amount of such consultation is reflected in our fee. However, should a matter require research, consultation or audit work beyond that amount, Coopers & Lybrand L.L.P. and the Company will agree to an appropriate revision in services and fee. Such revisions will also be set forth in the form of the attached "Amendment to Letter of Arrangement."

Except for any changes in fees which may result from the circumstances described above, our fees will be limited to those set forth below.

## FEE

Our fees, excluding out-of-pocket expenses, for the services described above will be $75,000. subject to the terms and conditions above. Such expenses will include all travel, lodging, subsistence and an allocation of office charges in support of our services including computer usage, telephone, facsimile transmission, postage, photoreproduction and similar expenses. This fee does not include special reporting in connection with the various loan agreements which will be quoted separately.

Our fees will be billed periodically as incurred. Invoices rendered are due and payable upon receipt.

**PWC 97 WP 0006**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International. a limited liability association incorporated in Switzerland.

# Coopers & Lybrand

**Coopers & Lybrand L.L.P.**

a professional services firm

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone (860) 241-7000

facsimile (860) 241-7590

## LIMITATIONS OF THE AUDITING PROCESS

Our audit will include procedures designed to provide reasonable assurance of detecting errors and irregularities that are material to the financial statements. As you are aware, however, there are inherent limitations in the auditing process. For example, audits are based on the concept of selective testing of the data being examined and are, therefore, subject to the limitation that errors and irregularities, if they exist, may not be detected. Also, because of the characteristics of irregularities, including attempts at concealment through collusion and forgery, a properly designed and executed audit may not detect a material irregularity.

Similarly, in performing our audit we will be aware of the possibility that illegal acts may have occurred. However, it should be recognized that our audit provides no assurance that illegal acts generally will be detected, and only reasonable assurance that illegal acts having a direct and material effect on the determination of financial statement amounts will be detected. We will inform you with respect to material errors and irregularities, or illegal acts that come to our attention during the course of our audit.

## RESPONSIBILITIES AS TO INTERNAL CONTROLS

As a part of our audit, we will consider the Company's internal control structure, as required by generally accepted auditing standards, for the purpose of establishing a basis for determining the nature, timing, and extent of auditing procedures necessary for expressing our opinion concerning the financial statements. You recognize that the financial statements and the establishment and maintenance of an internal control structure are the responsibility of management. Appropriate supervisory review procedures are necessary to provide reasonable assurance that adopted policies and prescribed procedures are adhered to and to identify errors and irregularities or illegal acts. As part of our consideration of the Company's internal control structure, we will inform you of matters that come to our attention that represent significant deficiencies in the design or operation of the internal control structure.

We are prepared at your request to perform a more in-depth assessment of the Company's internal control structure, and report our findings and recommendations, or to conduct an examination engagement on the effectiveness of your internal control structure. We would be pleased to discuss fees for these services, which depend on their scope.

**PWC 97 WP 0007**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

| Coopers<br>&Lybrand | **Coopers & Lybrand L.L.P.**<br><br>a professional services firm | 100 Pearl Street<br>Hartford, Connecticut<br>06103-4508 | telephone  (860) 241-7000<br><br>facsimile  (860) 241-7590 |
|---|---|---|---|

## REPRESENTATION FROM MANAGEMENT

At the conclusion of the engagement, the Company's management will provide to us a representation letter that, among other things, will confirm management's responsibility for the preparation of the financial statements in conformity with generally accepted accounting principles, the availability of financial records and related data, the completeness and availability of all minutes of the Board and committee meetings, and, to the best of their knowledge and belief, the absence of irregularities involving management or those employees who have significant roles in the control structure.

The Company hereby indemnifies Coopers & Lybrand L.L.P. and its partners, principals and employees, and holds them harmless from all claims, liabilities, losses, and costs arising in circumstances where there has been a knowing misrepresentation by a member of the Company's management, regardless of whether such person was acting in the Company's interest. This indemnification will survive termination of this letter of arrangement.

## COMMUNICATIONS

At the conclusion of the engagement, we will provide management, in a mutually agreeable format, our recommendations designed to help the Company make improvements in its internal control structure and operation, and other matters that may come to our attention (see "Responsibilities as to Internal Controls" above).

As part of our ongoing process of assessing the quality of our services, you may receive questionnaires from us and/or visits from senior partners not directly involved in providing services to you. We appreciate the attention that you give to these and value your commentary. Additionally, if you have questions or concerns about our services, you may contact Philip Schulz, the Business Assurance Partner-In-Charge responsible for the engagement team serving you.

## ACCESS TO WORKING PAPERS

The working papers for this engagement are the property of Coopers & Lybrand L.L.P. and constitute confidential information. Except as discussed below, any requests for access to our working papers will be discussed with you prior to making them available to requesting parties.

Our Firm, as well as all other major accounting firms, participates in a "peer review" program, covering our audit and accounting practices. This program requires that once every three years we subject our quality assurance practices to an examination by another accounting firm. As part of the process, the other firm will review a sample of our work. It is possible that the work we perform for you may be selected by the other firm for their review. If it is,

**PWC 97 WP 0008**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

# Coopers &Lybrand

**Coopers & Lybrand L.L.P.**

a professional services firm

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone  (860) 241-7000

facsimile  (860) 241-7590

they are bound by professional standards to keep all information confidential.  If you object to having the work we do for you reviewed by our peer reviewer, please notify us in writing.

If the foregoing is in accordance with your understanding, please sign the copy of this letter in the space provided and return it to us.  If you have any questions, please call George Ingram at 241-7010 or Joseph Tiroletto at 241-7078.

Very truly yours,

Coopers + Lybrand L.L.P.

Attachment

SUBMITTED BY George Ingram

_____        _____

ACCEPTED BY                                    DATE

_____

TITLE

**PWC 97 WP 0009**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

| **Coopers & Lybrand** | **Coopers & Lybrand L.L.P.** | 100 Pearl Street<br>Hartford, Connecticut<br>06103-4508 | telephone  (860) 241-7000 |
|---|---|---|---|
| | a professional services firm | | facsimile   (860) 241-7590 |

## AMENDMENT #____ TO LETTER OF ARRANGEMENT

Mr. William Myles
Controller
Handy & Harman
300 Rye Street
South Windsor, CT  06074

Dear Mr. Myles:

The letter of arrangement dated April 10, 1997 between Coopers & Lybrand L.L.P. and
Handy & Harman is hereby amended to reflect the following:

| Description of/Causes for Amendment | Estimated<br>Fees Impact |
|---|---|
| | $ |
| | _____ |
| Total this amendment | |
| Previous fee estimate | _____ |
| Revised fee estimate | $ |

Please sign the copy of this letter in the space provided and return it to us.  If you should have
any questions, please call George Ingram at 241-7010 or Joseph Tiroletto at 241-7078.

Very truly yours,

_____

SUBMITTED BY George Ingram


_____        _____

ACCEPTED BY                                          DATE


_____

TITLE

**PWC 97 WP 0010**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

**Coopers
&Lybrand**

Coopers & Lybrand L.L.P.        100 Pearl Street        telephone (860) 241-7000
                                Hartford, Connecticut
                                06103-4508              facsimile  (860) 241-7590

a professional services firm

April 10, 1997

Mr. William Myles
Controller
Handy & Harman
300 Rye Street
South Windsor, CT  06074

Dear Mr. Myles:

This letter of arrangement between Handy & Harman (the "Company") and Coopers &
Lybrand L.L.P. sets forth the nature and scope of the services we will provide, the Company's
required involvement and assistance in support of our services, the related fee arrangements
and other terms and conditions designed to assure that our professional services are performed
to achieve the mutually agreed upon objectives of the Company.

## SUMMARY OF SERVICES

We will audit the financial statements of the Company as of and for the year ended March 31,
1997, in accordance with generally accepted auditing standards.  The objective of an audit is
the expression of our opinion concerning whether the financial statements present fairly, in all
material respects, the financial position, results of operations, and cash flows of the Company
in conformity with generally accepted accounting principles.  We expect to deliver our report
on or about May 15, 1997.

The engagement will be led by:

- George Ingram, partner, who will be responsible for assuring the overall quality, value,
  and timeliness of our services to you
- Joseph Tiroletto, manager, who will be responsible for managing the delivery of our
  services to you

David L. DeVore will serve as the concurring partner and will be available in the absence of
the engagement partner.  This team will have access to a full range of specialists to assist as
necessary.

**PWC 97 WP 0011**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

**Coopers
&Lybrand**

Coopers & Lybrand L.L.P.

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone  (860) 241-7000

facsimile   (860) 241-7590

a professional services firm

## TERMS AND CONDITIONS SUPPORTING FEE

As a result of our planning process, the Company and Coopers & Lybrand L.L.P. have agreed to an approach aimed at achieving the Company's objectives for an agreed upon fee, subject to the following conditions.

To facilitate meeting our mutual objectives, the Company will provide in a timely manner audit schedules and supporting information, including timely communication of all significant accounting and financial reporting matters, as well as working space and clerical assistance as mutually agreed upon and as is normal and reasonable in the circumstances. When and if for any reason the Company is unable to provide such schedules, information and assistance, Coopers & Lybrand L.L.P. and the Company will mutually revise the fee to reflect additional services, if any, required of us to achieve these objectives. Such revisions will be set forth in the form of the attached "Amendment to Letter of Arrangement."

In providing our services, we will consult with the Company with respect to matters of accounting, financial reporting or other significant business issues. Accordingly, time necessary to effect a reasonable amount of such consultation is reflected in our fee. However, should a matter require research, consultation or audit work beyond that amount, Coopers & Lybrand L.L.P. and the Company will agree to an appropriate revision in services and fee. Such revisions will also be set forth in the form of the attached "Amendment to Letter of Arrangement."

Except for any changes in fees which may result from the circumstances described above, our fees will be limited to those set forth below.

## FEE

Our fees, excluding out-of-pocket expenses, for the services described above will be $75,000, subject to the terms and conditions above. Such expenses will include all travel, lodging, subsistence and an allocation of office charges in support of our services including computer usage, telephone, facsimile transmission, postage, photoreproduction and similar expenses. This fee does not include special reporting in connection with the various loan agreements which will be quoted separately.

Our fees will be billed periodically as incurred. Invoices rendered are due and payable upon receipt.

**PWC 97 WP 0012**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

**Coopers**
**&Lybrand**

a professional services firm

Coopers & Lybrand L.L.P.    100 Pearl Street    telephone (860) 241-7000
Hartford, Connecticut
06103-4508    facsimile (860) 241-7590

## LIMITATIONS OF THE AUDITING PROCESS

Our audit will include procedures designed to provide reasonable assurance of detecting errors and irregularities that are material to the financial statements. As you are aware, however, there are inherent limitations in the auditing process. For example, audits are based on the concept of selective testing of the data being examined and are, therefore, subject to the limitation that errors and irregularities, if they exist, may not be detected. Also, because of the characteristics of irregularities, including attempts at concealment through collusion and forgery, a properly designed and executed audit may not detect a material irregularity.

Similarly, in performing our audit we will be aware of the possibility that illegal acts may have occurred. However, it should be recognized that our audit provides no assurance that illegal acts generally will be detected, and only reasonable assurance that illegal acts having a direct and material effect on the determination of financial statement amounts will be detected. We will inform you with respect to material errors and irregularities, or illegal acts that come to our attention during the course of our audit.

## RESPONSIBILITIES AS TO INTERNAL CONTROLS

As a part of our audit, we will consider the Company's internal control structure, as required by generally accepted auditing standards, for the purpose of establishing a basis for determining the nature, timing, and extent of auditing procedures necessary for expressing our opinion concerning the financial statements. You recognize that the financial statements and the establishment and maintenance of an internal control structure are the responsibility of management. Appropriate supervisory review procedures are necessary to provide reasonable assurance that adopted policies and prescribed procedures are adhered to and to identify errors and irregularities or illegal acts. As part of our consideration of the Company's internal control structure, we will inform you of matters that come to our attention that represent significant deficiencies in the design or operation of the internal control structure.

We are prepared at your request to perform a more in-depth assessment of the Company's internal control structure, and report our findings and recommendations, or to conduct an examination engagement on the effectiveness of your internal control structure. We would be pleased to discuss fees for these services, which depend on their scope.

**PWC 97 WP 0013**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

**Coopers & Lybrand**

Coopers & Lybrand L.L.P.

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone (860) 241-7000

facsimile  (860) 241-7590

a professional services firm

## REPRESENTATION FROM MANAGEMENT

At the conclusion of the engagement, the Company's management will provide to us a representation letter that, among other things, will confirm management's responsibility for the preparation of the financial statements in conformity with generally accepted accounting principles, the availability of financial records and related data, the completeness and availability of all minutes of the Board and committee meetings, and, to the best of their knowledge and belief, the absence of irregularities involving management or those employees who have significant roles in the control structure.

The Company hereby indemnifies Coopers & Lybrand L.L.P. and its partners, principals and employees, and holds them harmless from all claims, liabilities, losses, and costs arising in circumstances where there has been a knowing misrepresentation by a member of the Company's management, regardless of whether such person was acting in the Company's interest. This indemnification will survive termination of this letter of arrangement.

## COMMUNICATIONS

At the conclusion of the engagement, we will provide management, in a mutually agreeable format, our recommendations designed to help the Company make improvements in its internal control structure and operation, and other matters that may come to our attention (see "Responsibilities as to Internal Controls" above).

As part of our ongoing process of assessing the quality of our services, you may receive questionnaires from us and/or visits from senior partners not directly involved in providing services to you. We appreciate the attention that you give to these and value your commentary. Additionally, if you have questions or concerns about our services, you may contact Philip Schulz, the Business Assurance Partner-In-Charge responsible for the engagement team serving you.

## ACCESS TO WORKING PAPERS

The working papers for this engagement are the property of Coopers & Lybrand L.L.P. and constitute confidential information. Except as discussed below, any requests for access to our working papers will be discussed with you prior to making them available to requesting parties.

Our Firm, as well as all other major accounting firms, participates in a "peer review" program, covering our audit and accounting practices. This program requires that once every three years we subject our quality assurance practices to an examination by another accounting firm. As part of the process, the other firm will review a sample of our work. It is possible that the work we perform for you may be selected by the other firm for their review. If it is,

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

PWC 97 WP 0014

# Coopers &Lybrand

| | | |
|---|---|---|
| **Coopers & Lybrand L.L.P.** | 100 Pearl Street<br>Hartford, Connecticut<br>06103-4508 | telephone (860) 241-7000 |
| a professional services firm | | facsimile (860) 241-7590 |

they are bound by professional standards to keep all information confidential. If you object to having the work we do for you reviewed by our peer reviewer, please notify us in writing.

If the foregoing is in accordance with your understanding, please sign the copy of this letter in the space provided and return it to us. If you have any questions, please call George Ingram at 241-7010 or Joseph Tiroletto at 241-7078.

Very truly yours,

Attachment

SUBMITTED BY George Ingram

ACCEPTED BY                          4/16/97

                                     DATE

CONTROLLER

TITLE

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

# COOPERS &Lybrand

| Coopers & Lybrand L.L.P. | 100 Pearl Street<br>Hartford, Connecticut<br>06103-4508 | telephone (860) 241-7000<br><br>facsimile (860) 241-7590 |

a professional services firm

AMENDMENT #___ TO LETTER OF ARRANGEMENT

Mr. William Myles
Controller
Handy & Harman
300 Rye Street
South Windsor, CT 06074

Dear Mr. Myles:

The letter of arrangement dated April 10, 1997 between Coopers & Lybrand L.L.P. and Handy & Harman is hereby amended to reflect the following:

| Description of/Causes for Amendment | Estimated<br>Fees Impact |
|---|---|
| | $ |
| | _____ |
| Total this amendment | |
| Previous fee estimate | _____ |
| Revised fee estimate | $ |

Please sign the copy of this letter in the space provided and return it to us. If you should have any questions, please call George Ingram at 241-7010 or Joseph Tiroletto at 241-7078.

Very truly yours,


_____

SUBMITTED BY George Ingram


_____    _____

ACCEPTED BY                          DATE


_____

TITLE


Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

# EXHIBIT

# B

Document6

**Coopers & Lybrand**

Coopers & Lybrand L.L.P.

a professional services firm

100 Pearl Street
Hartford, Connecticut
06103-4508

telephone (860) 241-7000

facsimile  (860) 241-7590

March 30, 1998

Mr. William Myles
Controller
Handy & Harman Refining Group, Inc.
300 Rye Street
South Windsor, CT 06074

Dear Mr. Myles:

This letter of arrangement between Handy & Harman Refining Group, Inc. (the "Company") and
Coopers & Lybrand L.L.P. sets forth the nature and scope of the services we will provide, the
Company's required involvement and assistance in support of our services, the related fee
arrangements and other terms and conditions designed to assure that our professional services are
performed to achieve the mutually agreed upon objectives of the Company.

## SUMMARY OF SERVICES

We will audit the consolidated financial statements of the Company as of and for the period ending
March 31, 1998, in accordance with generally accepted auditing standards. The objective of an audit
is the expression of our opinion concerning whether the financial statements present fairly, in all
material respects, the financial position, results of operations, and cash flows of the Company in
conformity with generally accepted accounting principles. We expect to deliver our report on or
about April 23, 1998. If, for any reason, we are unable to complete the audit, we may decline to issue
a report as a result of this engagement.

The Company may wish to include these financial statements in a registration statement proposed to
be filed under the Securities Act of 1933 or in some other offering at some future date. Since such
participation was not contemplated at the time of this audit, this would constitute a new engagement
and, accordingly, you agree that the aforementioned financial statements and our audit report, or
reference to our Firm, will not be included in any such offering without our prior written permission.

Any additional services that you may request, and that we agree to provide, will be the subject of
separate written arrangements.

The engagement will be led by:

- George A. Ingram, partner, who will be responsible for assuring the overall quality, value, and
  timeliness of our services to you

**PWC KEK 00007**

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a Swiss limited liability association.

Mr. William Myles
Handy & Harman Refining Group, Inc.
March 30, 1998
Page 2

- Joseph J. Tiroletto, director, who will be responsible for managing the delivery of our services to you

David L. DeVore will serve as the concurring review partner and will be available in the absence of the engagement partner. This team will have access to a full range of specialists to assist as necessary.

## YOUR EXPECTATIONS

As part of our planning process, we have met with you to discuss your expectations of Coopers & Lybrand L.L.P., your concerns about your business, changes in your business and industry, your views on risks facing you, any relationship issues with Coopers & Lybrand L.L.P., and specific engagement arrangements and timing. Our service plan, which includes our audit plan, is designed to provide a foundation for an effective, efficient, and quality-focused approach to accomplish the engagement objectives and meet, and/or exceed, your expectations. Our service plan will be reviewed with you periodically and will serve as a benchmark against which you will be able to measure our performance.

## TERMS AND CONDITIONS SUPPORTING FEE

As a result of our planning process, the Company and Coopers & Lybrand L.L.P. have agreed to a fee, subject to the following conditions.

To facilitate meeting our mutual objectives, the Company will provide in a timely manner audit schedules and supporting information, including timely communication of all significant accounting and financial reporting matters, as well as working space and clerical assistance as mutually agreed upon and as is normal and reasonable in the circumstances. When and if for any reason the Company is unable to provide such schedules, information and assistance, Coopers & Lybrand L.L.P. and the Company will mutually revise the fee to reflect additional services, if any, required of us to achieve these objectives. Such revisions will be set forth in the form of the attached "Amendment to Letter of Arrangement."

In providing our services, we will consult with the Company with respect to matters of accounting, financial reporting or other significant business issues. Accordingly, time necessary to effect a reasonable amount of such consultation is reflected in our fee. However, should a matter require research, consultation or audit work beyond that amount, Coopers & Lybrand L.L.P. and the Company will agree to an appropriate revision in services and fee. Such revisions will also be set forth in the form of the attached "Amendment to Letter of Arrangement."

Except for any changes in fees which may result from the circumstances described above, our fees will be limited to those set forth below.

Mr. William Myles
Handy & Harman Refining Group, Inc.
March 30, 1998
Page 3

## FEE

Our fees for the services described above will be $85,000, plus out-of-pocket expenses, subject to the terms and conditions above. Such expenses will include all travel, lodging, subsistence and an allocation of office charges in support of our services including computer usage, telephone, facsimile transmission, postage, photoreproduction and similar expenses.

Our fees and out-of-pocket expenses will be billed periodically as incurred. Invoices rendered are due and payable upon receipt.

## LIMITATIONS OF THE AUDITING PROCESS

Our audit will include procedures designed to obtain reasonable assurance of detecting misstatements due to errors or fraud that are material to the financial statements. As you are aware, however, there are inherent limitations in the auditing process. For example, audits are based on the concept of selective testing of the data being examined and are, therefore, subject to the limitation that misstatements due to errors or fraud, if they exist, may not be detected. Also, because of the characteristics of fraud, including attempts at concealment through collusion and forgery, a properly designed and executed audit may not detect a material misstatement due to fraud.

Similarly, in performing our audit we will be aware of the possibility that illegal acts may have occurred. However, it should be recognized that our audit provides no assurance that illegal acts generally will be detected, and only reasonable assurance that illegal acts having a direct and material effect on the determination of financial statement amounts will be detected. We will inform you with respect to material errors and fraud, or illegal acts that come to our attention during the course of our audit.

## RESPONSIBILITIES AS TO INTERNAL CONTROL

As a part of our audit, we will consider the Company's internal control, as required by generally accepted auditing standards, sufficient to plan the audit and to determine the nature, timing, and extent of auditing procedures necessary for expressing our opinion concerning the financial statements. You recognize that the financial statements and the establishment and maintenance of effective internal control over financial reporting are the responsibility of management. Appropriate supervisory review procedures are necessary to provide reasonable assurance that adopted policies and prescribed procedures are adhered to and to identify errors and fraud or illegal acts. An audit is not designed to provide assurance on internal control, including whether the Company has addressed or will be able to address on a timely basis any Year 2000 issues relating to computerized operations. As part of our consideration of the Company's internal control, however, we will inform you of matters that come to our attention that represent significant deficiencies in the design or operation of the internal control.

Mr. William Myles
Handy & Harman Refining Group, Inc.
March 30, 1998
Page 4

We are prepared at your request to perform a more in-depth assessment of the Company's internal control, and report our findings and recommendations, or to conduct an examination engagement on the effectiveness of your internal control. We would be pleased to discuss fees for these services, which depend on their scope.

## REPRESENTATION FROM MANAGEMENT

Management is responsible for the fair presentation of the financial statements in conformity with generally accepted accounting principles, for making all financial records and related information available to us, and for identifying and ensuring that the entity complies with the laws and regulations applicable to its activities. At the conclusion of the engagement, the Company's management will provide to us a representation letter that, among other things, addresses these matters and confirms certain representations made during the audit, including, to the best of their knowledge and belief, the absence of fraud involving management or those employees who have significant roles in the entity's internal control, or others where it could have a material effect on the financial statements.

The Company hereby indemnifies Coopers & Lybrand L.L.P. and its partners, principals and employees, and holds them harmless from all claims, liabilities, losses, and costs arising in circumstances where there has been a knowing misrepresentation by a member of the Company's management, regardless of whether such person was acting in the Company's interest. This indemnification will survive termination of this letter of arrangement.

## COMMUNICATIONS

At the conclusion of the engagement, we will provide management , in a mutually agreeable format, our recommendations designed to help the Company make improvements in its internal control and operations, and other matters that may come to our attention (see "Responsibilities as to Internal Control" above).

As part of this engagement we will ensure that certain additional matters are communicated to the appropriate members of management. Such matters include (1) the initial selection of and changes in significant accounting policies and their application; (2) the process used by management in formulating particularly sensitive accounting estimates and the basis for our conclusions regarding the reasonableness of those estimates; (3) audit adjustments that could, in our judgment, either individually or in the aggregate, have a significant effect on your financial reporting process; (4) any disagreements with management, whether or not satisfactorily resolved, about matters that individually or in the aggregate could be significant to the financial statements or our report; (5) our views about matters that were the subject of management's consultation with other accountants about auditing and accounting matters; (6) major issues that were discussed with management in connection with the

Mr. William Myles
Handy & Harman Refining Group, Inc.
March 30, 1998
Page 5

retention of our services, including, among other matters, any discussions regarding the application of accounting principles and auditing standards; and (7) serious difficulties that we encountered in dealing with management related to the performance of the audit.

As part of our ongoing process of assessing the quality of our services, you may receive questionnaires from us and/or visits from senior partners not directly involved in providing services to you. We appreciate the attention that you give to these and value your commentary. Additionally, if you have questions or concerns about our services, you may contact Philip Schulz, the Business Assurance Partner-In-Charge responsible for the engagement team serving you.

## ACCESS TO WORKING PAPERS

The working papers for this engagement are the property of Coopers & Lybrand L.L.P. and constitute confidential information. Except as discussed below, any requests for access to our working papers will be discussed with you prior to making them available to requesting parties.

Our Firm, as well as all other major accounting firms, participates in a "peer review" program, covering our audit and accounting practices. This program requires that once every three years we subject our quality assurance practices to an examination by another accounting firm. As part of the process, the other firm will review a sample of our work. It is possible that the work we perform for you may be selected by the other firm for their review. If it is, they are bound by professional standards to keep all information confidential. If you object to having the work we do for you reviewed by our peer reviewer, please notify us in writing.

We may be requested to make certain working papers available to regulators pursuant to authority given to it by law or regulation. If requested, access to such working papers will be provided under the supervision of Coopers & Lybrand L.L.P. personnel. Furthermore, upon request, we may provide photocopies of selected working papers to the regulators. The regulators may intend, or decide, to distribute the photocopies or information contained therein to others, including other governmental agencies.

## SUBPOENAS

In the event we are requested or authorized by you or required by government regulation, subpoena, or other legal process to produce our working papers or our personnel as witnesses with respect to our engagement for you, you will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our professional time and expenses, as well as the fees and expenses of our counsel, incurred in responding to such a request.

*********************

PWC KEK 00011

Mr. William Myles
Handy & Harman Refining Group, Inc.
March 30, 1998
Page 6

If the foregoing is in accordance with your understanding, please sign the copy of this letter in the space provided and return it to us. If you have any questions, please call George Ingram at (860)241-7010.

Very truly yours,

*Coopers & Lybrand L.L.P.*

Attachment

---

SUBMITTED BY: George Ingram

---

ACCEPTED BY:

CONTROLLER
---
TITLE

---

4.19.98
---
DATE

PWC KEK 00012

AMENDMENT #___ TO LETTER OF ARRANGEMENT

(Date)


Mr. William Myles
Controller
Handy & Harman Refining Group, Inc.
300 Rye Street
South Windsor, CT 06074

Dear Mr. William Myles:

The letter of arrangement dated March 30, 1998 between Coopers & Lybrand L.L.P. and Handy &
Harman Refining Group, Inc. is hereby amended to reflect the following:

|  | Estimated Fees Impact |
| --- | --- |
| Description of/Causes for Amendment | $ |
|  |  |
|  |  |
| Total this amendment |  |
| Previous fee estimate | 85,000 |
| Revised fee estimate | $ |

Please sign the copy of this letter in the space provided and return it to us.  If you should have any
questions, please call George Ingram at (860)241-7406.

Very truly yours,



SUBMITTED BY: George Ingram
_William Myles_
ACCEPTED BY:

CONTROLLER
TITLE

_4/1/99_
DATE

PWC KEK 00013

# EXHIBIT

# C

Document6

# PRICEWATERHOUSECOOPERS ⓡ

PricewaterhouseCoopers LLP
100 Pearl Street
Hartford CT 06103-4508
Telephone (860) 241 7000
Facsimile (860) 241 7590

March 1, 1999

Mr. William Myles
Controller
Handy & Harman Refining Group
300 Rye Street
South Windsor, CT 06074

Dear Mr. Myles:

The purpose of this letter is to confirm our understanding of the terms of our engagement as independent accountants of Handy & Harman Refining Group, Inc. (the "Company").

Services and related report

We will audit the Company's consolidated financial statements at and for the year ending March 31, 1999. Upon completion of our audit, we will provide you with our audit report on the financial statements referred to above. If for any reason we are unable to complete the audit, we may decline to issue a report as a result of this engagement.

Our responsibilities and limitations

The objective of an audit is the expression of an opinion on the financial statements. We will be responsible for performing the audit in accordance with generally accepted auditing standards. These standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. The audit will include examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation.

We will consider the Company's internal control over financial reporting solely for the purpose of determining the nature, timing and extent of auditing procedures necessary for expressing our opinion on the financial statements. This consideration will not be sufficient to enable us to provide assurance on the effectiveness of internal control over financial reporting. However, any significant deficiencies relating to internal control over financial reporting identified during our audit will be communicated to you.

PWC Z 03022

We will design our audit to obtain reasonable, but not absolute, assurance of detecting errors or fraud that would have a material effect on the financial statements as well as other illegal acts having a direct and material effect on financial statement amounts. Our audit will not include a detailed audit of transactions, such as would be necessary to disclose errors or fraud that did not cause a material misstatement of the financial statements. It is important to recognize that there are inherent limitations in the auditing process. Audits are based on the concept of selective testing of the data underlying the financial statements, which involves judgment regarding the areas to be tested and the nature, timing, extent and results of the tests to be performed. Audits are, therefore, subject to the limitation that material errors or fraud or other illegal acts having a direct and material financial statement impact, if they exist, may not be detected. Because of the characteristics of fraud, particularly those involving concealment through collusion and falsified documentation (including forgery), an audit designed and executed in accordance with generally accepted auditing standards may not detect a material fraud. Further, while effective internal control reduces the likelihood that errors, fraud or other illegal acts will occur and remain undetected, it does not eliminate that possibility. For these reasons we cannot ensure that errors, fraud or other illegal acts, if present, will be detected. However, we will communicate to you, as appropriate, any illegal act, material errors, or evidence that fraud may exist identified during our audit.

An audit of financial statements conducted in accordance with generally accepted auditing standards is not designed to detect whether the Company's systems are year 2000 ready. Further, we have no responsibility with regard to the Company's efforts to make its systems, or any other systems, such as those of the Company's vendors, service providers, or any other third parties, year 2000 ready and no responsibility to provide assurance on whether the Company has addressed or will be able to address all of the affected systems on a timely basis. These are responsibilities of the Company's management.

Our audit is intended for the benefit of the Company. The audit will not be planned or conducted in contemplation of reliance by any third party or with respect to any specific transaction. Therefore, items of a possible interest to a third party will not be specifically addressed and matters may exist that would be assessed differently by a third party, possibly in connection with a specific transaction.

Management's responsibilities

The financial statements referred to above are the responsibility of the management of the Company. In this regard, management is responsible for properly recording transactions in the accounting records and for establishing and maintaining internal control sufficient to permit the preparation of financial statements in conformity with generally accepted accounting principles. Management also is responsible for identifying and ensuring that the Company complies with the laws and regulations applicable to its activities.

PWC Z 03023

Management is responsible for making available to us, on a timely basis, all of the Company's original accounting records and related information and company personnel to whom we may direct inquiries. As required by generally accepted auditing standards, we will make specific inquiries of management and others about the representations embodied in the financial statements and the effectiveness of internal control over financial reporting. Generally accepted auditing standards also require that we obtain written representations covering audited financial statements from certain members of management. The results of our audit tests, the responses to our inquiries and the written representations comprise the evidential matter we intend to rely upon in forming our opinion on the financial statements.

Other documents

Generally accepted auditing standards require that we read any annual report that contains our audit report. The purpose of this procedure is to consider whether other information in the annual report, including the manner of its presentation, is materially inconsistent with information appearing in the financial statements. We assume no obligation to perform procedures to corroborate such other information as part of our audit.

The Company may wish to include our report on these financial statements in a registration statement proposed to be filed under the Securities Act of 1933 or in some other securities offering. You agree that the aforementioned audit report, or reference to our Firm, will not be included in any such offering without our prior permission or consent. Any agreement to perform work in connection with an offering, including an agreement to provide permission or consent, will be a separate engagement.

Release and indemnification

Because of the importance of oral and written management representations to an effective audit, the Company releases and indemnifies PricewaterhouseCoopers LLP and its personnel from any and all claims, liabilities, costs and expenses attributable to any knowing misrepresentation by management.

In no event shall PricewaterhouseCoopers LLP be liable to the Company, whether a claim be in tort, contract or otherwise, for any consequential, indirect, lost profit or similar damages relating to PricewaterhouseCoopers LLP's services provided under this engagement letter, except to the extent finally determined to have resulted from the willful misconduct or fraudulent behavior of PricewaterhouseCoopers LLP relating to such services.

PWC Z 03024

3

In the unlikely event that differences concerning our services or fees should arise that are not resolved by mutual agreement, to facilitate judicial resolution and save time and expense of both parties, the Company and PricewaterhouseCoopers LLP agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to our services and fees for this engagement.

## Timing and fees

Completion of our work is subject to, among other things, 1) appropriate cooperation from the Company's personnel including timely preparation of necessary schedules, 2) timely responses to our inquiries, and 3) timely communication of all significant accounting and financial reporting matters. When and if for any reason the Company is unable to provide such schedules, information and assistance, PricewaterhouseCoopers LLP and the Company will mutually revise the fee to reflect additional services, if any, required of us to complete the audit.

Our fee estimates are based on the time required by the individuals assigned to the engagement. Individual hourly rates vary according to the degree of responsibility involved and experience and skill required. We estimate our fees for this audit engagement will be $110,000, exclusive of out-of-pocket expenses. This estimate takes into account the agreed-upon level of preparation and assistance from company personnel; we will advise management should this not be provided or should any other circumstances arise which may cause actual time to exceed that estimate.

Invoices rendered are due and payable upon receipt.

## Other matters

Any additional services that you may request and we agree to provide will be the subject of separate written arrangements.

In the event we are requested or authorized by you or required by government regulation, subpoena, or other legal process to produce our working papers or our personnel as witnesses with respect to our engagement for you, you will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our professional time and expenses, as well as the fees and expenses of our counsel, incurred in responding to such a request.

The Company agrees that it will not, directly or indirectly, agree to assign or transfer any claim against PricewaterhouseCoopers LLP arising out of this engagement to anyone.

This engagement letter reflects the entire agreement between us relating to the services covered by this letter. It replaces and supersedes any previous proposals, correspondence and understandings, whether written or oral. The agreements of the Company and PricewaterhouseCoopers LLP contained in this engagement letter shall survive the completion or termination of this engagement.

PWC Z 03025

* * * * *

If you have any questions, please call Alex Corl at 241-7035. If the services outlined herein are in accordance with your requirements and if the above terms are acceptable to you, please have one copy of this letter signed in the space provided below and return it to us.

Very truly yours,

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP

The services and terms as set forth in this letter are agreed to.

Handy & Harman Refining Group, Inc.

By: _____
     William Myles

_____
Controller

_____
Date    4/20/99

PWC Z 03026