UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 10  12 46 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| GOLDEN WEST REFINING CORP., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 3:02 CV 1379 (MRK) |
| ) | |
| PRICEWATERHOUSECOOPERS, LLP and ) | |
| COOPERS & LYBRAND LLP, ) | |
| ) | |
| Defendants. ) | |
| ALEC SHARP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: 3:02 CV 1572(MRK) |
| vs. ) | |
| ) | |
| PRICEWATERHOUSECOOPERS LLP d/b/a, ) | |
| PRICE WATERHOUSE LLP ) | |
| Defendants. ) | |
| HANDY & HARMAN REFINING GROUP, ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:02 CV 1803 (MRK) |
| vs. ) | |
| ) | |
| PRICEWATERHOUSECOOPERS LLP, ) | |
| ) | August 9, 2004 |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Alec Sharp, individually and as representative of Certain Underwriters at Lloyd's, London, Chubb Insurance Company of Europe, Reliance National Insurance Company (Europe) Limited, New Hampshire Insurance Company Per AIG Europe (UK) Limited, Liberty Mutual Insurance Company (UK Limited), Scor UK Limited, Sorema UK Limited Per Specialist Underwriters Limited (Trenwick), Eagle Star Re. (Erc Frankona), Zurich Insurance Company,

224701.1

Swiss Re International, Royal Sun Alliance PLC, all subscribing to Policy No. 834/FB9700166 as assignees and subrogees of Handy & Harman Refining Group, Inc., ("Underwriters") by and through their attorneys Wilson, Elser, Moskowitz, Edelman & Dicker LLP and Plaintiff, Handy & Harman Refining Group, Inc. ("HHRG"), (collectively "Plaintiffs") by and through their attorneys Tyler, Cooper & Alcorn pursuant to Local Rule 7(b) hereby move this Court for a seven (7) day extension of time to reply to PricewaterhouseCoopers LLP's ("PwC") Opposition to Plaintiffs' respective Motions To Dismiss PwC's Counterclaim. In support thereof, the Plaintiffs state as follows:

1. PwC has filed Counterclaims against both Underwriters and HHRG.
2. Both Underwriters and HHRG filed separate Motions to Dismiss the Counterclaims.
3. On July 29, 2004, PwC filed a single opposition to both Motions to Dismiss.
4. Pursuant to local rules, Plaintiffs may file a reply on or before August 17, 2004.
5. Plaintiffs request, and PwC has agreed, an extension of seven (7) days to file such replies, through and including August 24, 2004.
6. This is Plaintiffs' first request for extension of time in respect of this matter.
7. HHRG consent to Underwriters' counsel executing and filing this motion on their behalf.
8. The moving parties respectfully request that their Consent Motion For Extension Of Time be granted.

WHEREFORE, the Plaintiffs, Underwriters and HHRG respectfully request that the Court grant their Consent Motion For Extension Of Time and extend the time for Plaintiffs to reply to PwC's Opposition to Plaintiffs' Motions to Dismiss PwC's Counterclaim.

224701.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Counsel for Underwriters

Edward J. Boyle, Esq. (Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
150 E. 42nd Street
New York, NY 10017
Phone (212) 490-3000
Facsimile (212) 490-3038
Boylee@wemed.com

Fred N. Knopf (Ct-09427)
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000, Ext. 4217
Facsimile (914) 323-7001
Knopff@wemed.com

Daniel J. McMahon, Esq. (Pro Hac Vice)
Stefan R. Dandelles, Esq. (Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
120 N. LaSalle Street, 26th Floor
Chicago, IL 60602
Phone (312) 704-0550
Facsimile (312) 704-1522

224701.1

Respectfully submitted,

TYLER, COOPER & ALCORN

By: _____
Counsel for HHRG

William H. Champlin, III
William S. Fish, Jr.
CityPlace - 35th Floor
Hartford, CT 06103
Phone (860) 725-6200
Facsimile (860) 278-3802

224701.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2004, I served a copy of Consent Motion For Extension of Time via facsimile and regular mail to the following legal counsel of record:

William H. Champlin, Esq.
William S. Fish, Esq.
CityPlace - 35th Floor
Hartford, CT 06103
Facsimile (860) 278-3802

David J. Elliott, Esq.
Thomas D. Goldberg, Esq.
William H. Erickson, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103
Facsimile (860) 275-0343

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

_____
Stefan R. Dandelles

224701.1