UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:02CV1379 (MRK) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| | : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiffs, | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : | |
| | : | AUGUST 13, 2003 |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME
## BY PRICEWATERHOUSECOOPERS LLP

Pursuant to Rule 7(b) of the Local Civil Rules of the U.S. District Court for the District of Connecticut, the defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for an extension of time up to and including Monday, August 23, 2004 within which to file its responses and/or objections to the following three discovery requests propounded by the plaintiff Underwriters: (1) Plaintiff's First Request for Admissions, (2) Plaintiff's Second Interrogatories, and (3) Plaintiff's Second Request for Production of Documents, each of which was mailed to PwC on July 12, 2004. This is PwC's first request for an extension of time with respect to each of these discovery requests. Counsel for Underwriters consents to this extension.

                    DEFENDANT,
                    PRICEWATERHOUSECOOPERS LLP

By_____
    David J. Elliott (ct 04301)
    E-mail:  djelliott@dbh.com
    Thomas D. Goldberg (ct 04386)
    E-mail:  tdgoldberg@dbh.com
    William H. Erickson (ct18117)
    E-mail:  wherickson@dbh.com
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103
    Tel:  (860) 275-0100
    Fax:  (860) 275-0343
    Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL  60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604-3407

_____
William H. Erickson