## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP., LTD., | |
| Plaintiff, | |
| vs. | No. 3:02CV1379 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, And COOPERS & LYBRAND, LLP, | |
| Defendants. | |
| ALEC SHARP, et al., | |
| Plaintiffs, | |
| vs. | No. 3:02CV1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, d/b/a PRICE WATERHOUSE, LLP, | |
| Defendant. | |
| HANDY & HARMAN REFINING GROUP, INC., | |
| Plaintiff, | |
| vs. | No. 3:02CV1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, | |
| Defendant. | AUGUST 20, 2004 |

### MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, PricewaterhouseCoopers LLP ("PwC") moves for the entry of the attached Proposed Protective Order. Counsel for the plaintiffs in this action, Handy & Harman Refining Group, Inc., Golden West Refining

ORAL ARGUMENT IS NOT REQUESTED

Corporation Limited, and Alec Sharp, individually and as representative of certain underwriters, all consent to the entry of this Order.

                                      DEFENDANT,
                                      PRICEWATERHOUSECOOPERS LLP

                                By _____
                                      Thomas D. Goldberg  (ct 04386)
                                      E-mail:  tdgoldberg@dbh.com
                                      David J. Elliott (ct04301)
                                      E-mail:  djelliott@dbh.com
                                      William H. Erickson (ct18117)
                                      E-mail:  wherickson@dbh.com
                                      Day, Berry & Howard LLP
                                      CityPlace I
                                      Hartford, Connecticut 06103
                                      Telephone:  (860) 275-0100
                                      Fax:  (860) 275-0343
                                      Its Attorneys

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this day via first-class mail, to each of the following counsel of record in each of the consolidated cases:

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | Steven R. Humphrey, Esq.<br>Dina S. Fisher, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>120 N. LaSalle Street<br>Chicago, IL 60602 | Fred N. Knopf, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>3 Gannett Drive<br>White Plains, NY 10604-3407 |
| William H. Champlin III, Esq.<br>William S. Fish, Jr., Esq.<br>Tyler, Cooper & Alcorn<br>CityPlace – 35th Floor<br>Hartford, CT 06103 | |

                                                                                            _____<br>
                                                                                             William H. Erickson