UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANDY & HARMAN REFINING GROUP, INC., <br>         Plaintiff, <br> VS. <br> PRICEWATERHOUSECOOPERS LLP, <br>         Defendant. | CIVIL ACTION NO. <br> 3:02 CV 1803 (MRK) <br><br> JULY 22, 2004 |

### APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Please enter the appearance of Jed Horwitt of Zeisler & Zeisler, P.C., 558 Clinton Avenue, P.O. Box 3186, Bridgeport, Connecticut 06605, (203) 368-4234 as attorney for the Plaintiff, Handy & Harman Refining Group Inc.

        HANDY & HARMAN REFINING GROUP INC.

        By:_____
        Jed Horwitt (ct04778)
        Zeisler & Zeisler, P.C.
        558 Clinton Avenue
        P.O. Box 3186
        Bridgeport, CT 06605
        Tel. 203-368-4234

## CERTIFICATE OF SERVICE

I, Jed Horwitt, hereby certify that on the 27th day of July, 2004, I served a copy of the foregoing by postage prepaid, regular first class mail to all the parties listed on the attached service list.

_____
Jed Horwitt (ct04778)

**HANDY & HARMAN REFINING GROUP, INC**
**v. PRICEWATERHOUSECOOPERS LLP**
**CIVIL ACTION NO. 3:02 CV 1803 (MRK)**
**SERVICE LIST**

David J. Elliott, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

Kathleen D. Warner, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th Floor
Hartford, CT  06103

William Champlain III, Esq.
William S. Fish, Jr., Esq.
Michael T. McCormack, Esq.
William H. Erickson, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT  06103-3488

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY  10022

2