## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC SHARP, individually and as representative of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, CHUBB INSURANCE COMPANY OF EUROPE, RELIANCE NATIONAL INSURANCE COMPANY (EUROPE) LIMITED, NEW HAMPSHIRE INSURANCE COMPANY PER AIG EUROPE (UK) LIMITED, LIBERTY MUTUAL INSURANCE COMPANY (UK LIMITED), SCOR UK LIMITED, SOREMA UK LIMITED PER SPECIALIST UNDERWRITERS LIMITED (TRENWICK), EAGLE STAR RE (ERC FRANKONA), ZURICH INSURANCE COMPANY, SWISS RE INTERNATIONAL, ROYAL SUN ALLIANCE PLC, all subscribing to Policy No. 834/FB9700166, as assignees and subrogees of HANDY & HARMAN REFINING GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 3:02CV1572 (CFD) <br><br><br><br><br><br><br><br><br><br> September 13, 2004 |

### MOTION FOR ADMISSION PRO HAC VICE

Upon the undersigned Affirmation of Fred Knopf and the Affidavit of Daniel E. Tranen, Underwriters move this Court for an Order admitting Daniel E. Tranen, Pro Hac Vice in the above-captioned matter.

Dated: Hartford, Connecticut
       September 13, 2004

228750.1

                    Respectfully Submitted,

                    WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER LLP

By: _____
     FRED KNOPF
     (U.S. Court No. 09427)
     Attorneys for the Plaintiffs
     Alec Sharp, et al.
     3 Gannett Drive
     White Plains, New York 10604
     (914) 323-7000
          and
     263 Tresser Boulevard, 9th Floor
     Stamford, CT 06091

TO:   David J. Elliott
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103

       Chief Clerk of the Court
       District Court of Connecticut
       450 Main Street
       Hartford, CT 06103

228750.1

## **CERTIFICATION**

It is hereby certified that the above motion for the Pro Hac Vice application for the admission for Daniel E. Tranen were mailed to counsel of record on the 13 day of September, 2004:

    TO:    David J. Elliott
                Day, Berry & Howard LLP
                CityPlace I
                Hartford, Connecticut 06103

                Chief Clerk of the Court
                District Court of Connecticut
                450 Main Street
                Hartford, CT 06103

_____
FRED KNOPF

228750.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEC SHARP, individually and as representative of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | ) ) ) ) | CIVIL ACTION NO.<br>3:02CV1572 (CFD) MRK |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | ) ) ) ) | September ____, 2002 |
| Defendant. | ) | |

### APPLICATION TO ADMIT ATTORNEY DANIEL E. TRANEN TO APPEAR PRO HAC VICE ON BEHALF OF THOSE CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NO. 834/FB9700166, as assignees and subrogees of HANDY & HARMAN REFINING GROUP, INC.

Pursuant to Practice Book § 2-16, the undersigned respectfully applies to this Court to grant permission for Attorney Daniel E. Tranen to appear pro hac vice.

In support of this application, the undersigned respectfully represents that Attorney Daniel E. Tranen is a member in good standing of the bar of the State of Illinois; has acquired specialized skill and knowledge with respect to the facts and legal issues between the parties. See the Affidavit of Attorney Daniel E. Tranen dated September ____, 2004 attached hereto and made a part hereof.

By: _____
Fred Knopf (Ct-402918)

228754.1

## ORDER

The foregoing Application to Admit Attorney Daniel E. Tranen to Appear Pro Hac Vice having been heard,

The application is hereby ORDERED

GRANTED/DENIED.

_____
By the Court
