# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHARP, ET AL.

v.

PRICEWATERHOUSE

APPEARANCE

**FILED**
2004 NOV -5  A 10: 31
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 02-cv-01572

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Plaintiffs, Alec Sharp, et al.

___November 4, 2004___
**Date**

___ct26334___
**Connecticut Federal Bar Number**

___(312) 704-0550___
**Telephone Number**

___(312) 704-1522___
**Fax Number**

___TranenD@wemed.com___
**E-mail address**

_[signature]_
**Signature**

___Daniel E. Tranen___
**Print Clearly or Type Name**

___120 N. LaSalle St., 26th Floor___
**Address**

___Chicago, Illinois  60602___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

David J. Elliot
Day Berry & Howard, LLP
CityPlace I
Hartford, Conneticut 06103-3499

William H. Champlin, III
Tyler Cooper & Alcorn
CityPlace –35th Floor
Hartford, Conneticut 06103-3488