UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 3:02 CV 1379(MRK) |
| VS. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP | ) ) ) | |
| Defendants | ) ) | NOVEMBER 10, 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Ruel of Robinson & Cole LLP, on behalf of the

Plaintiff, Golden West Refining Corporation Limited, in the above-captioned matter.

PLAINTIFF
GOLDEN WEST REFINING
CORPORATION LIMITED

By
James M. Ruel (ct21222)
jruel@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.:  (860) 275-8200
Fax No.:  (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record on November 10, 2004:

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven M. Greenspan, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 1004-2400

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

William H. Champlin, III, Esq.
William S. Fish, Jr., Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Kathleen DiGennaro Warner, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Howard L. Siegel
Brown, Rudnick, Berlack, Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402

U.S. Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

James M. Ruel

- 2 -