## COUNT FOUR
### (Breach of Fiduciary Duty)

1.-69.   Paragraphs 1-69 of Count One are hereby repeated and incorporated as paragraphs 1 through 69 of Count Four.

70.   PwC had a fiduciary duty to GWRC separate and distinct from its fiduciary duty to HHRG.

71.   PwC breached its fiduciary duty in its actions and omissions stated above in paragraphs 37 through 83, which are incorporated herein as if fully stated.

72.   As a direct and proximate cause of PwC's misrepresentations, GWRC has suffered pecuniary loss and damage, including but not limited to:

   a. Pecuniary loss in improperly valuing PMRD in its purchase from H&H;

   b. Loss of its initial investment in HHRG;

   c. Pecuniary loss in relying on incorrect information supplied by PwC with respect to HHRG, which caused GWRC to make investments, take on loan obligations, expend funds, and otherwise rely on a projected income stream from HHRG in the conduct of its business;

   d. Inability to fulfill loan obligations caused by the loss of HHRG income stream, resulting in a forced sale of GWRC's interests in the AGR Joint Venture, and the depletion of its corporate assets.

As a proximate result of defendants' actions as set forth in each Count above, plaintiff has been damaged in an amount in excess of Ten Million ($10,000,000.00) Dollars and hereby prays for the following relief:

   a.   judgment against the defendant, PricewaterhouseCoopers, on all counts of this

      a.      judgment against the defendant, PricewaterhouseCoopers, on all counts of this Complaint;

      b.      full, fair and complete compensatory damages for GWRC's common law and statutory claims;

      c.      all appropriate costs, attorneys fees, expenses and pre- and post-judgment interest authorized by law on the judgments which enter in its behalf; and

      d.      such other relief as is deemed just and appropriate.

**PLAINTIFF REQUESTS**
**TRIAL BY JURY**

PLAINTIFF
GOLDEN WEST REFINING
CORPORATION LIMITED

By _____
Steven R. Humphrey (ct06053)
shumphrey@rc.com
Dina S. Fisher (ct14896)
dfisher@rc.com
James M. Ruel (ct21222)
jruel@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record on November 10, 2004:

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven M. Greenspan, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 1004-2400

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

William H. Champlin, III, Esq.
William S. Fish, Jr., Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Kathleen DiGennaro Warner, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Howard L. Siegel
Brown, Rudnick, Berlack, Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402

U.S. Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

_____
Dina S. Fisher