UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOLDEN WEST REFINING CORP. LTD., :
        Plaintiff,                 :
                                     :     NO. 3:02CV1379 (MRK) (LEAD)
v.                                  :
                                     :
PRICEWATERHOUSECOOPERS LLP       :
AND COOPERS & LYBRAND LLP,         :
        Defendants.              :

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

      This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_    A ruling on all pretrial motions except dispositive motions

\_\_\_    To supervise discovery and resolve discovery disputes

\_\_\_    A ruling on the following motions which are currently pending: Doc. #
          _____
          _____

 _X_    A settlement conference. **[The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.]**

\_\_\_    A conference to discuss the following:
          _____
          _____

\_\_\_    Other:_____
          _____

SO ORDERED this 18th day of November, 2004 at New Haven, Connecticut.


                              /s/     Mark R. Kravitz
                              United States District Judge