UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP. LTD., :<br>Plaintiff, :<br> :<br>v. :<br> :<br>PRICEWATERHOUSECOOPERS LLP :<br>AND COOPERS & LYBRAND LLP, :<br>Defendants. : | NO. 3:02CV1379 (MRK) (LEAD) |

**ORDER**

Having conferred with the parties during a telephonic conference on December 23, 2004, the Court enters the following orders:

1. All parties shall file (along with a Chambers copy) any proposals they may have regarding the schedule in this case, including the schedule for discovery as well as the trial date, no later than **January 7, 2005**.

2. PricewaterhouseCoopers LLP and Alec Sharp, et al. ("Underwriters") will file simultaneous briefs (and Chambers copies) no longer than 10 pages addressing the attorney-client issues discussed with the Court on December 23, 2004, no later than **January 17, 2005**.

3. **Scheduling Conference:** A STATUS CONFERENCE WILL BE HELD ON **JANUARY 10, 2005, AT 5:000 P.M.** in Courtroom #4.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: December 23, 2004**.