# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GOLDEN WEST REFINING CORP. LTD., :
                                      :

                Plaintiff,        :

                                        :      NO. 3:02CV1379 (MRK)

v.                                     :

                                        :

PRICEWATERHOUSECOOPERS LLP     :
AND COOPERS & LYBRAND LLP,      :

                                        :

               Defendants.       :

## <u>MODIFIED SCHEDULING ORDER</u>

The parties having conferred in open court on January 10, 2005, the Court sets the

following revised schedule:

_____1.     **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **June 30, 2005**:

2.     **Expert Discovery**: Plaintiffs' expert disclosures will be served by **March 15, 2005**. All depositions of plaintiffs' experts will be completed by **April 29, 2005**. Defendants' expert disclosures will be served by **May 31, 2005**, and all depositions of defendants' experts will be completed by **June 30, 2005**.

3.     **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **APRIL 13, 2005 AT 8:45 A.M.** Plaintiffs' counsel will initiate the conference call.  The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **April 7, 2005**.

4.     **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **July 30, 2005**.

5.     **Trial Memorandum:** The Parties' Joint Trial Memorandum is due **September 23, 2005**.

6.    A final pre-trial conference will be held at **on October 11, 2005 at 1:30 p.m.** in Courtroom #4.

  **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

7.    **Jury Selection/Trial Date:** Jury Selection will commence on **October 24, 2005 at 9:00 a.m.** in Courtroom # 4, and trial is scheduled to begin immediately thereafter.


IT IS SO ORDERED.


/s/    Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: January 11, 2005.

RE:    **CASE NO. 02CV1379 (MRK)**
----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **April 7, 2005,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

  (a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

  (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

  (c)   WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

  (d)   THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK