UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

*2005 JAN 19 P 2: 51*

*U.S. DISTRICT COURT*
*NEW HAVEN, CT*

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSECOOPERS LLP and | : | 3:02 CV 1379 (MRK) |
| COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |
| | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSE COOPERS LLP d/b/a | : | 3:02 CV1572 (MRK) |
| PRICE WATERHOUSE LLP | : | |
| Defendant. | : | |
| | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803(MRK) |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | |
| | : | JANUARY 18, 2005 |

## PRICEWATERHOUSECOOPERS LLP'S PROPOSAL REGARDING MODIFICATION OF THE CASE MANAGEMENT ORDER

PricewaterhouseCoopers LLP ("PwC") submits this proposed modification of the

Modified Case Management Order dated October 4, 2004.

1.  **Fact Discovery**: Discovery will continue in two phases. In the first phase, the

parties shall continue fact discovery and all such fact discovery will be completed, not

propounded, by September 30, 2005. The parties shall use their reasonable efforts to comply

with the following schedule for completing fact witness depositions. This fact witness

deposition schedule is not intended to set forth firm deadlines; rather, the parties will use their

reasonable efforts to comply with this schedule but understand that the availability of certain witnesses may make it necessary to deviate from this schedule.

- Depositions of all PwC fact witnesses to be completed by April 29, 2005.

- Depositions of fact witnesses of the Plaintiffs to be completed by July 29, 2005.

2.  **Expert Discovery**:  In the second phase, the parties shall conduct expert discovery and all such expert discovery will be completed, not propounded, by November 30, 2005.  The following deadlines will apply:

- Plaintiffs shall disclose all experts, both liability and damages experts, and produce all expert reports required pursuant to Fed. R. Civ. P. 26(a)(2)(B), no later than June 30, 2005.

- The depositions of all such experts disclosed by the Plaintiffs shall be completed no later than August 31, 2005.

- PwC shall disclose all experts, both liability and damages experts, and produce all expert reports required pursuant to Fed. R. Civ. P. 26(a)(2)(B), no later than September 30, 2005.

- The depositions of all such experts disclosed by PwC shall be completed no later than November 30, 2005.

3.  **Dispositive Motions**:  Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases shall be filed by October 31, 2005. This deadline is thirty (30) days after the fact discovery deadline.

4.    **Trial Memorandum**:  The Parties' Joint Trial Memorandum is due January 31,

2005, unless there is a pending dispositive motion, in which case the joint trial memorandum will

be due thirty (30) days after an order is entered with respect to such pending dispositive motion.

5.    **Trial**:  Trial of the above-captioned cases will commence on February __, 2006.


DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By _____
    Thomas D. Goldberg  (ct 04386)
    E-mail:  tdgoldberg@dbh.com
    David J. Elliott (ct04301)
    E-mail:  djelliott@dbh.com
    William H. Erickson (ct18117)
    E-mail:  wherickson@dbh.com
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103
    Telephone:  (860) 275-0100
    Fax:  (860) 275-0343
    Its Attorneys

-3-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via facsimile and electronically on this date to each of the following counsel of record::

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

Michael T. McCormack, Esq.
William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

_____
William H. Erickson