# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, Chicago, Illinois 60602   Tel: (312) 704-0550   Fax: (312) 704-1522

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wemed.com

February 9, 2001

Robert B. Budelman, Jr., Esq.
Sedgwick, Detert, Moran & Arnold
125 Broad Street
New York, NY 10004-2400

|   |   |   |
|---|---|---|
| Re: | Insured: | Rothschild Continuation Ltd. |
|   | Type of Claim: | Bankers Blanket Bond |
|   | Type of Loss: | Fidelity |
|   | Subject Employee: | Barry Wayne |
|   | Policy No.: | 834/FB9700166 |
|   | WEMED File No.: | 06118.00003 |

Dear Bob:

As you know from our meeting on February 1, 2001 in New York, I have been retained as coverage counsel for those Underwriters at Lloyds ("Underwriters") subscribing to the captioned Bankers Insurance Policy ("the Bankers Insurance Policy"). My firm has been retained on behalf of Underwriters to investigate the facts of the subject claim, evaluate coverage, and protect their interests with respect to the above-captioned claim.

I understand based upon our meeting that you similarly have been retained by Chubb as its coverage counsel concerning the claim submitted under the policy issued by Chubb arising from the same facts.

It is also my understanding that our respective clients have reached an agreement to cooperate with each other in the investigation of these claims. As such, I will be following-up with you shortly to coordinate efforts in obtaining information from the Assured concerning the claim.

If anything I have stated in this letter does not comport with your understanding, please let me know. In any event, I look forward to working with you on this matter.

Regards,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Daniel J. McMahon

DJM:kjr

99897.1

UL-02107

cc: Raymond J. Jast, Esq.
Richard Cook

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
99897.1

UL-02108