6118.3

## McMahon, Daniel J.

| | |
|---|---|
| **From:** | Richard Cook [Richard.Cook@alleghany.co.uk] |
| **Sent:** | Monday, October 22, 2001 4:11 AM |
| **To:** | Daniel J McMahon (E-mail) |
| **Cc:** | Kent Chaplin (E-mail) |
| **Subject:** | RE: Rothschilds/HHRG |

**Importance:**       High

Dan,
I am loath to respond with a copy of the reports in question without confirmation from yourself that Chubb UK have undertaken not to forward the contents (let alone the reports themselves) to their American masters. Perhaps you would revert to Chris setting out the 'facts of life' so that we can get things moving. Incidentally, I understand that Chris does have Aon's broking file, but obviously it does not contain the latest reports.
Best regards,

Richard ...


-----Original Message-----
From: chrissutton@chubb.com [mailto:chrissutton@chubb.com]
Sent: 22 October 2001 9:41 AM
To: Richard Cook
Cc: Kent Chaplin (E-mail); Daniel J McMahon (E-mail)
Subject: Re: Rothschilds/HHRG



Richard,

I did not get the email dated August 2nd, unfortunately people have been using an email address csutton@chubb.com which is not me and therefore I do not receive this mail. I am not sure if this is the case in this instance, but I did not receive anything.
While I understand the terms of the policy with respect to Lead settlement agreement, I still require the information which has not been submitted (Aon submitted a final settlement report which referred to the previous reports I did not receive. I do not have nor have not, had the broking file).


Chris



          "Richard Cook"

          <Richard.Cook@allegh      To:    "Chris Sutton
(E-mail)"
          any.co.uk>                    <chrissutton@chubb.com>,
"Daniel J McMahon (E-mail)"
                              <mcmahond@wemed.com>

          19/10/01 17:51          cc:    "Kent Chaplin
(E-mail)"
                              <kent.chaplin@aon.co.uk>

                              1

UL -01385

Subject:
Rothschilds/HHRG

Chris,
I was surprised to receive your email today regarding the WEMED report #4
on
the above captioned claim. You will no doubt recall that Dan invited you
to
request a copy of this report in his email dated 2 August (see copy
attached) and we assumed that, if no response was received, no report was
required by yourself. Under the terms of the policy, full settlement
authority vests with the leading underwriter, and it was only as a courtesy
that we were furnishing copies of these reports to the following market.
As I understand it, WEMED's report #5, dated 21 September 2001 was copied
to
Aon, and is contained in their broker file that is in your possession.
I trust that the foregoing is reasonably clear, but if you require any
further explanation or clarification, please do not hesitate to contact the
undersigned on (020) 7550 3674.

Best regards,

Richard ...

"WorldSecure <alleghany.co.uk>" made the following
annotations on 10/19/01 17:48:42
--------------------------------------------------------------
--

Alleghany Underwriting Ltd
Registered Office:
Gracechurch House
55 Gracechurch Street
London  EC3V 0JP
Registered Number: 2202362 England
Telephone: 020 7550 3500
Facsimile: 020 7550 3555
For more information about Alleghany Underwriting please visit our website
at www.alleghany.co.uk

Confidentiality Notice :  This message is confidential to the sender and
the persons to whom it is addressed and may be protected by legal
privilege. Reproduction or publication of the message or its contents
without consent is prohibited. If you receive the message in error, please
destroy the same and if you could in such case inform the sender of the
misdirection, it would be appreciated.

[INFO] -- Virus Manager:
Virus swept by Alleghany Underwriting Ltd
====================================
No Viruses were detected in this message.

==================================================================================
==

UL -01386