Exhibit D.

Date Prepared: 4/15/98
Prepared by:
 a) C & L
 b) Client and
 Examined by: R.O.
Reviewed C & L SUP

HHRG
A/R Prep'd Not Settled Detail Listing
3/31/98

NOTE - C&L fixed schedule to a real-time report on exceptions

| HHRG $$$$ PNB 3/31/98 CUSTOMER NAME | CUST # | AU | SP AU | AG | SP AG | PT | PD | ADV | PAY (Recev'd) DIFF |
|---|---|---|---|---|---|---|---|---|---|
| IBM | 4011 | 2,990.79 | | 120.30 | | | 2,257.20 | | 5,368.29 |
| CREATIVE RECYCLING | 10101 | 48,025.23 | 23,775.74 | | | | | 77,556.80 | (5,755.83) |
| MINERA LAS PALMAS | 10944 | 246,478.55 | 238,197.13 | 23,131.88 | 7,209.39 | | | 467,442.00 | 47,574.95 |
| AMERICAN PREC METALS | 11815 | 17,205.45 | | | | 11,302.83 | | 17,000.00 | 11,508.28 |
| AMERICAN RESOURCES | 11819 | 22,170.40 | | | | | | 22,000.00 | 170.40 |
| ARKAY INT'L | 12504 | | 73.84 | | | | | | 73.84 |
| BARRY HOUSE | 14871 | 58,280.00 | | | | | | 60,000.00 | (1,720.00) |
| TBS | 15264 | 18,117.00 | | | | | | | 18,117.00 |
| ED BERNETT | 15643 | 47,415.50 | | | | | | | 47,415.50 |
| CORNUCOPIA- MIN RIDGE | 18601 | 145,461.60 | 106,206.20 | | | | | 18,000.00 | 29,415.50 |
| CERRO COPPER | 18952 | | | | | | | 251,000.00 | 667.80 |
| COINS & THINGS | 19891 | | | | 348,750.00 | | | | 348,750.00 |
| CRE | 20240 | | | | 1,322,205.95 X | | | 1,200,000.00 | 122,205.95 |
| COMPUTER RECYCLERS | 20262 | 638.80 | | 260,727.00 | | | | | 260,727.00 |
| COMPANIA NUKAY | 20264 | | 2,890.07 | | | | | 2,637.78 | 891.09 |
| COMPLEX METALS | 20350 | | 180,074.48 | | | | | 180,074.48 | |
| CODELCO | 20811 | 118,359.55 | 40,627.20 | | | | | 38,596.00 | 2,031.20 |
| DARWILL / JFP | 21932 | | 316,971.78 | 293,011.06 | 864,949.35 | | 3,193.58 | 1,184,110.01 | 312,375.31 |
| DATA SALES | 21987 | | 1,324,751.35 X | | | | | 1,547,950.00 | (223,198.65) |
| DELUXE | 22328 | | 1,590.88 | | | | | 1,628.30 | (37.42) |
| ELECTRUM RECOVERY | 25342 | | | | 5,611,356.34 | | | | 5,611,356.34 |
| ELVEN PRECIOUS METALS | 25470 | 47,532.20 | 21,509.63 | | | | | | 21,509.63 |
| EMPIRE DIAMOND | 25535 | 36,332.00 | | 213.85 | | | | 44,207.50 | 3,638.55 |
| ENVIROMET PARTNERS | 25722 | | | | | | | 36,000.00 | 332.00 |
| EXECUTIVE SUITE | 26265 | | | | 75,114.50 | | | 55,837.50 | 19,277.00 |
| FEDERAL COMMERCIAL | 28029 | | 36,084.00 | | | | | | 36,084.00 |
| H.F. FORSTER | 28820 | 14,690.00 | 4,612.44 | | 252,086.60 | | | 222,514.48 | 29,572.12 |
| G.D. RESOURCES | 31520 | 203,002.80 | 81,312.00 | | | | | 19,190.00 | 112.44 |
| GOLD DEPOT | 32800 | | | | | | | 284,314.80 | |
| GOLD DEPOT CANADA | 32801 | | | | 57,721.50 | | | 52,000.00 | 5,721.50 |
| GOLD & WEST SURPLUS | 32990 | 204,575.00 | | | 61,160.00 | | | | 61,160.00 |
| GRAPHIC RECYCLING | 33369 | | | | | | | 200,000.00 | 4,575.00 |
| GREYMART METAL | 33570 | | | | 55,755.00 | | | 55,755.00 | |
| HAUSER & MILLER | 36609 | 54,054.00 | | 126,211.25 | 487,600.00 | | | 595,100.00 | 18,711.25 |
| HPM | 39485 | | | | | | | | 54,054.00 |
| JACK HUNT | 39645 | | | | 33,867.50 | | | 33,867.50 | |
| J&M COIN | 40009 | | 323,933.25 | | 539,629.00 | | | 231,000.00 | 632,562.25 |
| ITRONICS METTALURGICAL | 42185 | | | | 13,618.00 | | | 13,618.00 | |
| JOY RECOVERY | 44862 | 11,003.80 | | | 5,283.00 | | | 5,200.00 | 83.00 |
| METALTECH | 55686 | 124,378.70 | | | | | | 10,000.00 | 1,003.80 |
| MICRO DEVICES | 56127 | | | | | | | 124,000.00 | 378.70 |
| MIDSTATES | 58255 | 217,634.00 | | 14,715.90 | | | | 12,500.00 | 2,215.90 |
| L & M MINING | 58722 | 219,824.91 | 352,313.00 | 203,372.00 | | | | 697,000.00 | 78,319.00 |
| ORION S.A. | 64581 | 352,267.81 | 708,260.47 | 12,201.18 | 1,091,553.92 | | | 210,372.75 | 9,452.16 |
| PANEXIM | 65581 | | 9,306,580.52 | 6,257,505.700 | 9,962,970.99 | 54,800.00 X | 5,348.17 | 3,500,210.07 | (1,332,578.52) |
| RMP RECYCLAGE | 69547 | | | | | | | 26,834,156.16 | (1,252,234.96) |
| RCR PRECIOUS METALS | 69660 | | | | 34,132.84 | | | | 34,132.84 |
| LUS RICIGLIANO | 70738 | | | | 146,727.11 | | | 92,126.88 | 54,600.23 |
| RODHIO | 71013 | | 1,583.95 | | | | 10,087.50 | 10,000.00 | 87.50 |
| ROSS REFINERS | 71617 | | 470,215.00 | | | | | 1,583.95 | |
| ROSS METALS | 71635 | 126,166.75 | 300,607.50 | | 13,149.00 | | | 464,000.00 | 19,364.00 |
| STERLING MINE JOINT | 73180 | 30,195.00 | | | 11,200.00 | | | 418,000.00 | 19,974.25 |
| SMP | 75841 | 16,438.95 | 16,136.30 | | | | | 29,000.00 | 1,195.00 |
| WEBER GOLD | 91327 | 15,644.00 | | | 69,701.00 | | | 92,852.00 | 9,423.95 |
| | | | | | | | | 18,000.00 | (2,356.00) |
| GRAND TOTAL | | 2,398,982.79 | 13,856,306.43 | 7,191,274.120 | 21,065,740.98 | 66,102.83 | 20,886.45 | 39,484,455.98 | 5,114,837.64 |
| | | (A) | (A) | (A) | (A) | (A) | (A) | (B) 39,500,000 | 3200-1 |

X - See testing in "Trading" section for amounts payable

Σ(A) = $44,599,293 - Amount owed to vendors for metal purchases

(B) = 39,500,000 - Amount advanced to vendors (actual $39,484,756 actual diff = .03% immaterial)

$5,099,293 - Amount still owed to vendors - see w/p 4200-1

WAIVE $15k gross-up of receiv/pay

✓ C&L traced & agreed to wire transfer information

✓ = $30,776,216 / $39,500,000 = 77% provided

SUD #20
Σ SUD = Amt Recvbl - 2,817,880
Amt Payable (2,817,880)
Rules (Receivables out of payables)

Amount netted against prepayment, SUD not appropriate.

3200-23

Confidential
Subject to Prot. Order

PWC 98 WP 01019