# EXHIBIT NO. 1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, Chicago, Illinois 60602   Tel: (312) 704-0550   Fax: (312) 704-1522

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden

www.wemed.com

April 23, 2001

**VIA FACSIMILE**
Mr. Charles Lee
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd.
Stamford, CT 06901-2217

| Re: | Insured: | Rothschild Continuation Ltd. |
|---|---|---|
| | Type of Claim: | Bankers Blanket Bond |
| | Type of Loss: | Fidelity |
| | Subject Employee: | Barry Wayne |
| | Policy No.: | 834/FB9700166 |
| | WEMED File No.: | 06118.00003 |

Dear Charles:

As you know, our Firm represents Those Underwriters at Lloyd's, London ("Underwriters") subscribing to the captioned Bankers Insurance Policy ("the Bankers Insurance Policy").

We have reviewed the materials you and others have submitted on behalf of Handy & Harman Refining Group, Inc ("HHRG") concerning its claim under the Bankers Insurance Policy, including but not limited to the October 9, 2000 report of Dempsey, Myers & Company ("DMC") and your February 20, 2001 letter.

I have been authorized at this time to confirm to HHRG that Underwriters acknowledges a covered claim exists under the Bankers Insurance Policy Insuring Clause I for those elements of the claimed loss discussed in your February 20, 2001 letter regarding funds paid to Panexim. At this time, however, it is Underwriters' position that an unresolved issue exists as to the amount of the Loss relating to payments to Panexim, and for any other components of the Loss claimed by HHRG under the Bankers Insurance Policy.

I previously sent you a copy of the report of Hagen, Streiff, Newton & Oshiro ("HSNO"), which quantifies the monetary loss arising from funds paid by HHRG to Panexim at significantly less than the amount set forth in the DMC report. We request that HHRG respond to this discrepancy once it has completed its analysis of the HSNO report.

105828.1

Similarly, HSNO has been performing a review of the other components of HHRG's claimed Loss -- those components identified as payments to consultants and excess remuneration contained in the DMC report. We are awaiting HSNO's report concerning that review, and reserve Underwriters' position concerning those aspects of the claimed Loss until that report has been reviewed.

An unresolved issue also exists concerning the impact of other insurance on this claimed loss. As you know, the Bankers Insurance Policy contains a provision which provides as follows:

> This Insurance does not cover any loss which at the time when such loss is discovered is insured by or would but for the existence of this section of the Policy, be insured by any other existing policy or policies except in respect of any excess (not exceeding the Limits of this Section of the Policy) beyond the amount which would have been payable under such other Policy or Policies including any deductible applicable thereunder had this Insurance not been affected.

HHRG submitted claims for the same loss at issue to Chubb, through Federal Insurance Company, under the Executive Protection Policy issued to HHRG ("the Chubb Policy"), and to the policy lead by Hiscox which was issued to HHRG for the period 1 July 1997 through 1 July 2000 ("the Hiscox Policy"). It is Underwriters' position that the Bankers Insurance Policy sits excess to these other coverages, and no payment for any claimed loss is owed until payment has been made under those other policies for covered losses up to the respective policy limits. As we move forward in resolving this claim, this issue obviously must be addressed.

Until all outstanding issues have been resolved and our investigation has been completed, we cannot make a definitive coverage assessment under the applicable Bankers Insurance Policy. Pending final resolution of this claim, Underwriters continues to expressly reserve all of their rights, remedies, and defenses under the Bankers Insurance Policy and applicable law.

Regards,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Daniel J. McMahon

DJM:kjr

cc: Raymond J. Jast, Esq.

Richard Cook