# EXHIBIT NO. 3

# PRIVILEGE LOG

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01294 | 7/16/01 | Colleen Flynn of WEMED | Paul Spibey of Kennedys | Fax correspondence regarding HSNO report. | Attorney/Client Privilege |
| UL-01295 – 01296 | 7/16/01 | P. Spibey | P. Flynn | Email correspondence regarding HSNO report. | Attorney/Client Privilege |
| UL-01296-01301 | 5/30/01 | P. Spibey | Ray Jast and Dan McMahon of WEMED | Fax correspondence regarding analysis of legal issues and correspondence to Richard Cook | Attorney/Client Privilege |
| UL-01302 -01308 | 5/10/01 | C. Flynn | P. Spibey cc: R. Cook, R. Jasat, and D. McMahon | Correspondence regarding analysis of legal issues, including memo of law re: same and fax confirmations | Attorney/Client Privilege |
| UL-01309 - 01310 | 5/10/01 | C. Flynn | P. Spibey cc: R. Jast, D. McMahon and R. Cook | Correspondence regarding analysis of legal issues | Attorney/Client Privilege |
| UL-01311 – 01331 | 4/06/01 | P. Spibey | R. Jast D. McMahon | Fax correspondence regarding analysis of legal issues attaching relevant cases | Attorney/Client Privilege |
| UL-01332 – 01335 | 4/05/01 | P. Spibey | R. Jast D. McMahon | Fax correspondence regarding analysis of legal issues | Attorney/Client Privilege |
| UL-01336 | 12/21/01 | P. Spibey | D. McMahon | Email correspondence re: GWRC claim | Attorney/Client Privilege |
| UL-01339 - 01341 | 12/21/01 | D. McMahon | P. Spibey, R. Cook, Patrick Monahan (Ebsworth & Ebsworth) | Email communication regarding legal analysis of the case | Attorney/Client Privilege |
| UL-01342 - 01343 | 12/21/01 | D. McMahon | P. Spibey, P. Monahan and R. Cook | Email correspondence regarding GWRC and Panexim claims | Attorney/Client Privilege |
| UL-01344 - 01345 | 12/21/01 | D. McMahon | P. Spibey, P. Monahan and Richard Cook | Email correspondence regarding GWRC claim and legal issues involved | Attorney/Client Privilege |

228123.1

# PRIVILEGE LOG
Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01346 - 01347 | 7/16/01 | C. Flynn | Kathie Rowley of WEMED | Email correspondence regarding P. Spibey analysis of HNSO reports | Attorney/Client Privilege |
| UL-01399 | 9/21/01 | D. McMahon | R. Cook, R. Jast, Edward Boyle and Fred Knopf of WEMED | Email correspondence regarding revisions to settlement agreement and subrogation strategy | Attorney/Client Privilege |
| UL-01402 - 01403 | 9/04/01 | D. McMahon | R. Cook, R. Jast, D. McMahon, E. Boyle, F. Knopf | Email correspondence regarding revisions to settlement agreement | Attorney/Client Privilege |
| UL-01408 - 01410 | 8/08/01 | R. Cook | D. McMahon | Email correspondence regarding settlement agreement | Attorney/Client Privilege |
| UL-01423 | 8/01/01 | Kimberly Balthaser of WEMED | D. McMahon, C. Flynn | Email correspondence regarding analysis of accountant malpractice claim | Attorney/Client Privilege |
| UL-01425 | 7/31/01 | D. McMahon | Marcus Johnson of HSNO | Email correspondence regarding analysis of potential recovery claims | Work Product Privilege |
| UL-01426 - 01436 | 7/16/01 | D. McMahon | R. Cook | Memorandum of Law regarding HHRG claim | Work Product Privilege |
| UL-01437 - 01450 | unknown | D. McMahon | R. Cook, P. Kalban, R. Jast, E. Boyle, F. Knopf | Email correspondence regarding revisions to settlement agreement with attorney h/w notes | Attorney/Client Privilege |
| UL-01454 | 6/28/01 | R. Jast | Mark Johnson and R. Cook, D. McMahon | Email correspondence regarding HHRG claim | Attorney/Client Privilege |
| UL-01455 - 04156 | 6/28/01 | R. Cook | Paul Willmott of ERC Group, R. Jast, D. McMahon | Email correspondence regarding settlement proposals | Attorney/Client Privilege |
| UL-01457 - 04159 | 6/28/01 | P. Willmott | R.Cook, D. McMahon, R. Jast | Email correspondence regarding settlement proposals | Attorney/Client Privilege |

228123.1

**PRIVILEGE LOG**

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01460 – 04162 | 6/27/01 | R. Cook | D. McMahon | Email correspondence regarding settlement proposals | Attorney/Client Privilege |
| UL-01463 – 01464 | 6/18/01 | D. McMahon | R.Cook cc: R. Jast, C. Flynn | Email correspondence regarding draft of release and assignation of subrogation rights | Attorney/Client Privilege |
| UL-01467 – 01469 | 5/22/01 | R. Cook | D. McMahon, R. Jast | Email correspondence regarding Consent Order and draft of release and assignation of subrogation rights | Attorney/Client Privilege |
| UL-01470 – 01471 | 5/17/01 | R. Cook | D. McMahon | Email correspondence regarding settlement discussions and subrogation rights | Attorney/Client Privilege |
| UL-01472 | 5/17/01 | R. Cook | D. McMahon | Correspondence regarding Chubb's denial of coverage | Attorney/Client Privilege |
| UL-01473 | 5/09/01 | R. Jast | R. Cook cc: D. McMahon | Email correspondence regarding Underwriters' obligation under the Bond | Attorney/Client Privilege |
| UL-01475 | 5/09/01 | R. Cook | D. McMahon | Fax correspondence regarding HHRG demand | Attorney/Client Privilege |
| UL-01482-01483 | 4/25/01 | R. Cook | D. McMahon | Email correspondence regarding subrogation | Attorney/Client Privilege |
| UL-01484-01486 | 4/25/01 | D. McMahon | R. Cook cc: R. Jast | Email correspondence regarding HHRG coverage and negotiations with Chubb | Attorney/Client Privilege |
| UL-01487 | 4/25/01 | D. McMahon | R. Cook cc: R. Jast | Email correspondence regarding Dempsey's response to HSND Report | Attorney/Client Privilege |
| UL-01489-01492 | 4/24/01 | D. McMahon | R. Cook cc: R. Jast | Email correspondence regarding analysis of HHRG claim and attaching position of WEMED report to | Attorney/Client Privilege |

228123.1

# PRIVILEGE LOG

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01508 | 4/18/01 | D. McMahon | R. Cook cc: R. Jast | Email correspondence regarding market authority | Attorney/Client Privilege |
| UL-01520-01521 | 4/10/01 | D. McMahon | R. Cook cc: R. Jast, K. Rowley | Email correspondence regarding WEMED analysis and proposed settlement | Attorney/Client Privilege |
| UL-01522-01523 | 4/08/01 | R. Cook | D. McMahon, R. Jast | Email correspondence regarding analysis of English Law | Attorney/Client Privilege |
| UL-01524-01525 | 4/04/01 | R. Cook | R. Jast, D. McMahon | Email correspondence regarding analysis of English Law | Attorney/Client Privilege |
| UL-01529-01530 | 1/23/01 | K. Rowley | Lydia Laboy | Email correspondence regarding legal analysis of HHRG claim | Attorney/Client Privilege |
| UL-01531-01533 | 11/30/00 | Richard Cook | R. Jast, K. Rowley | Email correspondence regarding analysis of proof of loss | Attorney/Client Privilege |
| UL-01534 | 11/27/00 | R. Cook | R. Jast | Email correspondence regarding reserves | Attorney/Client Privilege |
| UL-01535 | 11/24/00 | R. Cook | R. Jast | Email correspondence regarding WEMED analysis of claim and potential subrogation | Attorney/Client Privilege |
| UL-01536 | 11/15/00 | R. Cook | R. Jast | Email correspondence regarding analysis of coverage under Chubb and Hiscox policies | Attorney/Client Privilege |
| UL-01537 | 11/13/00 | R. Cook | R. Jast | Email correspondence regarding response to proof of loss | Attorney/Client Privilege |
| UL-01540 | 5/25/00 | R. Cook | R. Jast | Email correspondence regarding forensic accountant | Attorney/Client Privilege |

228123.1

**PRIVILEGE LOG**

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01541-01548 | 5/22/00 | R. Cook | R. Jast | Email correspondence regarding analysis of HHRG claim by Norman Mitchell, including attorney notes on actual analysis | Attorney/Client Privilege |
| UL-01551-01553 | 5/15/00 | R. Cook | R. Jast | Email correspondence regarding retention and analysis of HHRG claim | Attorney/Client Privilege |
| UL-01554-01559 | 12/19/01 | D. McMahon | R. Cook, P. Kalban cc: R. Jast, E. Boyle, F. Knopf | Email correspondence regarding proposed modifications to settlement agreement | Attorney/Client Privilege |
| UL-01563-01564 | 11/26/01 | D. McMahon | R. Cook, P. Kalban cc: R. Jast | Email correspondences regarding revisions to settlement agreement and release | Attorney/Client Privilege |
| UL-01565-01567 | 10/30/01 | R. Cook | D. McMahon, R. Jast, P. Kalban | Email correspondence regarding circulation of settlement agreement. | Attorney/Client Privilege |
| UL-01568-01572 | 10/17/01 | Francesca Giannola of WEMED | R. Cook, P. Kalban cc: D. McMahon, R. Jast, E. Boyle, F. Knopf, Tom Manisero | Email correspondence regarding revisions to assignment and subrogation agreement | Attorney/Client Privilege |
| UL-01573-01576 | 10/16/01 | F. Giannola | R. Cook, P. Kalban cc: D. McMahon | Email correspondence regarding revisions to assignment and subrogation agreement | Attorney/Client Privilege |
| UL-01577-01589 | 10/15/01 | F. Giannola | R. Cook, P. Kalban cc: R. Jast, D. McMahon | Email correspondence regarding settlement agreement revisions | Attorney/Client Privilege |
| UL-01590-01600 | 9/21/01 | | | Draft of settlement agreement | Work product doctrine |

228123.1

**PRIVILEGE LOG**

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01601-01616 | 9/20/01 | K. Rowley (on behalf of D. McMahon) | R. Cook, P. Kalban, R. Jast, E. Boyle, F. Knopf | Email correspondence regarding latest draft of settlement agreement. with attorney notes | Attorney/Client Privilege; Work product doctrine |
| UL-01617-01631 | 9/18/01 | K. Rowley (on behalf of D. McMahon) | R. Cook, P. Kalban cc: R. jast, E. Boyle, F. Knopf | Email correspondence regarding proposed releases. | Attorney/Client Privilege; Work product doctrine |
| UL-01632-01643 | 9/18/01 | D. McMahon | R. Cook, P. Kalban cc: R. Jast, K. Rowley | Email correspondence regarding revisions to settlement agreement | Attorney/Client Privilege; Work product doctrine |
| UL-01645-01670 | 9/17/01 | D. McMahon | R. Cook, P. Kalban cc: R. Jast, E. Boyle, F. Knopf | Email correspondence regarding analysis of revisions by Charles Lee to HHRG Settlement Agreement. | Attorney/Client Privilege; Work product doctrine |
| UL-01683-01687 | 9/10/01 | D. McMahon | R. Cook, P. Kalban, F. Knopf, E. Boyle, R. Jast | Correspondence regarding Charles Lee's revisions to the proposed settlement agreement. | Attorney/Client Privilege |
| UL-01690-01703 | Unknown | K. Rowley (on behalf of D. McMahon) | R. Cook, P. Kalban, F. Knopf, E. Boyle, R. Jast | Email correspondence regarding revisions to settlement agreement. | Attorney/Client Privilege; Work product doctrine |
| UL-1704 | 5/14/01 | Lisa Wright of AIG | D. McMahon | Email correspondence regarding WEMED report #6 | Attorney/Client Privilege; |
| UL-01719-01745 | 9/25/01 | Thomas Friedman of Paul Hastings | P. Kalban cc: Charles Lee, D. McMahon | Email correspondence regarding revisions to settlement agreement with h/w notes of D. McMahon | Attorney/Client Privilege; Work-Product doctrine |
| UL-01748-01750 | 5/17/00 | R. Jast | | Attorney notes regarding telephone conversation with Richard Cook | Attorney/Client Privilege; Work product doctrine |
| UL-01751 | 8/22/00 | R. Jast | | Attorney notes regarding telephone conversation with Kent Chaplin regarding Chubb | Work product doctrine |

228123.1

**PRIVILEGE LOG**
Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01751 | 3/08/01 | R. Jast | | Policy | Work product doctrine and Attorney/Client Privilege |
| UL-01753-01764 | 2/22/00 | WEMED Attorney Notes | | Attorney notes regarding telephone conversation with Mark Johnson regarding H&H bankruptcy | Work product doctrine |
| UL-01765 | 2/21/01 | D. McMahon | | Attorney notes regarding facts giving rise to claim and legal analysis | Work product doctrine |
| UL-01766 | 12/17/01 | D. McMahon | | Attorney notes regarding telephone conversation with Bill Champlin, Jed Horwitt and Bill Fish regarding tolling agreement | Work product doctrine |
| UL-01767 | 12/3/01 | D. McMahon | | Attorney notes regarding telephone conversation with Jed Horwitt and Charles Lee regarding HHRG release | Work product doctrine |
| UL-01768 | 10/18/01 | D. McMahon | | Attorney notes regarding telephone conversation with Jed Horwitt regarding GWRC claim | Work product doctrine |
| UL-01769 | 7/24/01 | D. McMahon | | Attorney notes regarding telephone conversation with Richard Cook | Attorney/Client Privilege; Work product doctrine |
| UL-01770 | 9/20/01 | D. McMahon | | Attorney notes regarding telephone conversation with Charles Lee concerning settlement agreement and assignment of rights | Work product doctrine |
| UL-01771 | 8/23/01 | D. McMahon | | Attorney notes regarding telephone conversation with Richard Cook | Attorney/Client Privilege; Work product doctrine |
| | | | | Attorney notes regarding | Work product doctrine |

228123.1

# PRIVILEGE LOG

Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01772 | 7/27/01 | D.McMahon | | telephone conversation with Bill Champlin, Jed Horwitt and Bill Fish regarding PWC claims | Attorney/Client Privilege; Work product doctrine |
| UL-01773-01780 | 7/17/01 | D. McMahon | | Attorney notes regarding telephone conversation with Richard Cook | Work product doctrine |
| UL-01782-017192 | 7/16/01 | D. McMahon | | Attorney notes regarding settlement conference | Work product doctrine |
| UL-01793 | 5/24/01 | D. McMahon | R. Cook | Correspondence re: claim analysis including h/w notes re: same | Work product doctrine – Attorney/Client Privilege |
| UL-01794 | 5/17/01 | D. McMahon | | Attorney notes regarding telephone conversation with Alex Stewart | Work product doctrine |
| UL-01795-01796 | 5/8/01 | D. McMahon | | Attorney notes regarding telephone conversation with Richard Cook | Attorney/Client Privilege; Work product doctrine; |
| UL-01797 | Unknown | D. McMahon | | Attorney notes regarding telephone conversation with Marc Johnson concerning HHRG claim | Work product doctrine |
| UL-01798 | 12/21/01 | D. McMahon | Bill Fish of Tyler Cooper | Email correspondence concerning HHRG claim | Work product doctrine |
| UL-01799-1824 | 12/01/00 | R. Jast, D. McMahon | Underwriters | Correspondence regarding PWC action | Attorney/Client Privilege; Work product doctrine |
| UL-01825-01884 | 4/09/01 | R. Jast, D. McMahon | R. Cook | Correspondence re: claim | Attorney/Client Privilege; Work product doctrine |
| UL-01885-01922 | 7/31/01 | R. Jast, D. McMahon | R. Cook | Correspondence re: claim | Attorney/Client Privilege; Work product doctrine |

228123.1

# PRIVILEGE LOG

## Underwriters v. PWC

| Document No. | Date | Author | Recipient(s) | Nature of Document | Privilege |
|---|---|---|---|---|---|
| UL-01923-01943 | 9/21/01 | R. Jast, D. McMahon | R. Cook cc: Duncan Smith, Steve Guarnori | Correspondence re: claim | Attorney/Client Privilege; Work product doctrine |
| UL-01944-01967 1968-1981 NR | 12/19/01 | R. Jast, D. McMahon | R. Cook cc: Duncan Smith, Steve Guarnori | Correspondence re: claim | Attorney/Client Privilege; Work product doctrine |
| UL-01982-01983 | 12/21/01 | Charles Lee | D. McMahon cc: Jed Horwitt, Tom Friedman | Email correspondence regarding draft modification of settlement agreement. | Attorney/Client Privilege; Work product doctrine |
| UL-01984-01998 | Unknown | K. Rowley (on behalf of D. McMahon) | Charles Lee, P. Kalban, R. Cook, E. Boyle, F. Knopf | Email correspondence regarding modifications to settlement agreement. | Attorney/Client Privilege; Work product doctrine |

228123.1