UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) ) | 3:02 CV 1379 (MRK) |
| PRICEWATERHOUECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) ) | 3:02 CV 1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) ) | 3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

**UNDERWRITERS' MEMORANDUM REGARDING
CERTAIN REDACTED DOCUMENTS**

Pursuant to this Court's Ruling and Order dated March 7, 2005, Underwriters respond to

the Court's request for clarification regarding certain documents at issue in the briefs submitted

- 1 -

251856.1

to the Court on the subject of PWC's challenge to Underwriters' assertion of attorney-client and work product privilege.

We apologize for any confusion as to what was submitted and why. As indicated below at points 1-3, certain of the challenged documents were produced to PWC without redactions prior to Underwriters' submission of documents to the Court. Such documents were included with Underwriters' submission to the Court to provide context and to illustrate Underwriters' good faith in attempting to resolve this matter.

1. Documents UL-1529-30 were fully produced to PWC without redaction.

2. Documents UL-1541-48 were fully produced to PWC without redactions.

3. Documents UL-1982-83 were fully produced to PWC without redactions.

4. Redactions on documents UL-1841 and UL-1842 reflect the mental impressions and interpretation of counsel that are communicated to the client. We believe this falls within the applicable standards for attorney-client privilege and attorney work product.

5. Redactions at the top of document UL-1854 reflect counsel's mental impressions communicated to the client regarding potential termination of the Policy and resolution of HHRG's claim and therefore properly fall within the attorney-client privilege.

6. The redaction at the bottom of UL-1854 has been withdrawn and such portion of the document has been produced to PWC.

7. The redaction in the top half of document UL-1857 reflects counsel's legal opinion and analysis regarding application of coverage under another policy, and therefore, constitutes a privileged attorney-client communication and attorney work product.

8. The basis for redacting the detailed time and expense billing sheets of Underwriters' forensic accountant, HSNO, reflected in documents UL-1860-1877 (attached to a

251856.1

Report from counsel) is that such documents and not responsive to PWC's requests and are irrelevant. Nonetheless, subject to the agreement of HSNO, we will produce such documents if PWC is interested in them.

9. The redacted portion at the bottom of document UL-2176 has been produced.

10. Documents UL-2178-79 have been produced without redaction.

11. Finally, the redactions from the last paragraph on document UL-1947 up through the last sentence of UL-1948 have been withdrawn and such documents have been produced to PWC.

          Respectfully submitted,

          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP,

          By: _____
                Stefan R. Dandelles

Daniel J. McMahon, Esq.
Stefan R. Dandelles, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 N. LaSalle Street
26th Floor
Chicago, IL 60602
Phone: 312-704-0550
Fax: 312-704-1522

Edward J. Boyle, Esq.
Fred Knopf, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 E. 42nd Street
New York, NY 10017
Phone: 212-490-3000
Fax: 212-490-3038

251856.1

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that a copy of the foregoing was sent via E-mail and regular mail on March _11_, 2005 to all counsel of record as follows:

Thomas D. Goldberg, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor
185 Asylum Street
Hartford, CT 06103

_____
Stefan R. Dandelles

- 4 -

251856.1