UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP. LTD., : | |
| Plaintiff, : | |
| : | NO. 3:02CV1379 (MRK) (LEAD) |
| v. : | |
| : | |
| PRICEWATERHOUSECOOPERS LLP : | |
| AND COOPERS & LYBRAND LLP, : | |
| Defendants. : | |

**ORDER**

Despite the efforts of the parties in resolving discovery disputes, it has become apparent to the Court after reviewing the parties' filings related to Underwriters' Motion to Compel [doc. #112], that the number and extent of the discovery disputes in this case are multiplying. It may be more efficient, both for the parties and the Court, to appoint a Special Master to oversee discovery disputes in this case. The Court directs the parties to file memoranda on or before **March 31, 2005**, stating their respective positions on whether appointment of a Special Master would be appropriate. The parties should also state their position on the appropriate scope and the terms of the Special Master's appointment pursuant to Rule 53(b) of the *Federal Rules of Civil Procedure* as well as any suggestions they may have for a candidate for that position. **IT IS SO ORDERED.**

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: March 14, 2005.**