UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : CIVIL ACTION NO. |
| | : 3:02 CV 1379 (MRK) (LEAD) |
| Plaintiff, | : |
| V. | : MARCH 29, 2005 |
| PRICEWATERHOUSECOOPERS LLP and | : |
| COOPERS & LYBRAND LLP, | : |
| Defendants. | : |
| _____ | : |

**MEMORANDUM OF PRICEWATERHOUSECOOPERS LLP RE:
APPOINTMENT OF SPECIAL MASTER**

Pursuant to the Court's Order dated March 14, 2005, the defendant, PricewaterhouseCoopers LLP ("PwC") sets forth its position with respect to the appointment of a Special Master:

1. PwC has no objection to the appointment of a Special Master in these proceedings.

2. PwC suggests that the scope of the Special Master's duties should be limited to resolution of all discovery disputes which may arise. *See* Fed. R. Civ. P. 53(b)(2)(A), 53(c).

3. PwC respectfully suggests that the Court appoint as Special Master one of the following candidates from the District of Connecticut Special Masters list:

   A.   David Atkins:  Zeldes, Needle & Cooper

   B.   Francis Brady:  Murtha Cullina

   C.   James Cowdery:  Cowdery, Ecker & Murphy

-2-

D.  Steven Ecker:  Cowdery, Ecker & Murphy

E.  Anthony Fitzgerald:  Carmody & Torrence

F.  Frank Silvestri:  Levitt, Rockwood.

**DEFENDANT,
PRICEWATERHOUSECOOPERS LLP**

By _____
David J. Elliott (ct 04301)
E-mail:  djelliott@dbh.com
Thomas D. Goldberg (ct 04386)
E-mail:  tdgoldberg@dbh.com
Kathleen D. Warner (ct 23973)
E-mail: kdwarner@dbh.com
William H. Erickson (ct18117)
E-mail:  wherickson@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100 – telephone
(860) 275-0343 – facsimile

Its Attorneys

-3-

## CERTIFICATION

THIS IS TO CERTIFY that on this day, a copy of the foregoing was sent via first class U.S. Mail, postage prepaid to:

Edward J. Boyle, Esq.  
Wilson, Elser, Moskowitz, Edelman & Dicker LLP  
150 East 42nd Street  
New York, NY 10017-5639

Steven R. Humphrey, Esq.  
Dina S. Fisher, Esq.  
James M. Ruel, Esq.  
Robinson & Cole LLP  
280 Trumbull Street  
Hartford, CT 06103-3597

Daniel McMahon, Esq.  
Stefan Dandelles, Esq.  
Wilson, Elser, Moskowitz, Edelman & Dicker  
120 N. LaSalle Street  
Chicago, IL 60602

Fred N. Knopf, Esq.  
Wilson, Elser, Moskowitz, Edelman & Dicker  
3 Gannett Drive  
White Plains, NY 10604-3407

William H. Champlin III, Esq.  
Michael T. McCormack, Esq.  
Tyler, Cooper & Alcorn  
CityPlace – 35th Floor  
Hartford, CT 06103

_____  
David J. Elliott