UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANDY & HARMAN REFINING GROUP, INC., Plaintiff | |
| VS. | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, Defendant | |
| GOLDEN WEST REFINING CORPORATION Plaintiffs | |
| VS. | CIVIL ACTION NO. 3:02 CV 1379(MRK) |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP Defendant | |
| ALEC SHARP, et al. Plaintiffs | |
| VS. | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP Defendant | MARCH 31, 2005 |

**PLAINTIFF HANDY & HARMAN REFINING GROUP, INC.'S MEMORANDUM IN RESPONSE TO COURT ORDER RE APPOINTMENT OF A SPECIAL MASTER FOR DISCOVERY DISPUTES**

The plaintiff, Handy & Harman Refining Group, Inc. ("HHRG"), hereby submits this memorandum in response to the Court's order dated March 14, 2005. HHRG submits that the appointment of a Special Master to oversee discovery disputes in this case is not necessary at this time. To date, HHRG has not had any discovery disputes with any of the parties in this case. Accordingly, HHRG does not believe that a Special Master is required, and it does not take a position with respect

to the scope and terms of any appointment.

                        Respectfully submitted,

                        HANDY & HARMAN REFINING GROUP, INC.

By: _____
    William H. Champlin III
    (ct04202), Champlin@tylercooper.com
    Michael T. McCormack
    (ct13799), mmcormack@tylercooper.com
    TYLER COOPER & ALCORN, LLP
    CityPlace, 35th Floor
    185 Asylum Street
    Hartford, CT  06103
    Tel:  (860) 725-6200
    Fax:  (860) 278-3802

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 31, 2005 postage prepaid to all counsel of record as follows:

David Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Stefan Dandelles, Esq.
Wilson, Elson, Moskowitz Edelman
 & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

_____
Michael T. McCormack