## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:02CV1379 (MRK) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| | : | |
| | : | |
| Defendants. | : | MARCH 31, 2005 |
| | : | |

### PLAINTIFF'S MEMORANDUM IN RESPONSE TO COURT ORDER
### RE APPOINTMENT OF A SPECIAL MASTER FOR DISCOVERY DISPUTES

It is the position of the plaintiff, Golden West Refining Corporation, Limited ("Golden West") that the appointment of a Special Master to oversee discovery disputes in this case is not necessary at this time.  In this case, the parties have been able to resolve discovery disputes without the need for court intervention.  Since Golden West does not believe that a Special Master is required, it does not take a position with respect to the scope and terms of any appointment.

PLAINTIFF
GOLDEN WEST REFINING
CORPORATION LIMITED

By_____
     Steven R. Humphrey (ct06053)
     shumphrey@rc.com
     Dina S. Fisher (ct14896)
     dfisher@rc.com
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT  06103-3597
     Tel. No.:  (860) 275-8200
     Fax No.:  (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, to the following counsel of record on March 31, 2005:

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn, LLP
Wlliam S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLPs
150 East 42nd St.
New York, NY 10017-5639

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
   Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

_____
Steven R. Humphrey