UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP. LTD., : | |
| : | |
| Plaintiff, : | |
| : | NO. 3:02CV1379 (MRK) (LEAD) |
| v. : | |
| : | |
| PRICEWATERHOUSECOOPERS LLP : | |
| AND COOPERS & LYBRAND LLP, : | |
| : | |
| Defendants. : | |

**RULING AND ORDER**

This ruling supplements the Court's Ruling and Order dated March 7, 2005 [doc. # 117] regarding Defendant Pricewaterhouse Coopers LLP's ("PWC") challenge to the assertion of the attorney-client and work product privilege by Plaintiffs Alec Sharp, et al. ("Underwriters"), and is issued in response to the Underwriters' Memorandum Regarding Certain Redacted Documents [doc. # 119]. Based upon the Court's review of the Underwriters' Memorandum, it appears that the only documents still at issue are documents UL-1841, UL-1842, UL-1854 (top portion only) and UL-1857. Having reviewed both the redacted and unredacted portions of those documents and consistent with the legal principles set forth in the Court's original Ruling and Order on these issues [doc. # 117], the Court makes the following rulings:

1. The Court overrules the Underwriters' objection to producing unredacted copies of documents UL-1841 and 1842. It appears to this Court that the portions redacted deal with the factual investigation of the claim and therefore are not protected by the attorney-client privilege or work product doctrine. *See* Ruling and Order [doc.

1

      # 117] at 2.  Underwriters shall promptly provide PWC with unredacted copied of UL-1841 and UL-1842.

2.    The Court sustains the Underwriters' objection to producing unredacted copies of documents UL-1854 (top only) and 1857, as the Court agrees with Underwriters' that the redacted portions reflect the mental impressions and interpretations of counsel on matters that are privileged.  *See* Ruling and Order [doc. # 117] at 1-2.

                                  IT IS SO ORDERED.

                              /s/      Mark R. Kravitz
                                      United States District Judge

Dated at New Haven, Connecticut:  **March 30, 2005**.