UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING, ET AL. | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV1379 (MRK) |
| | : | |
| PRICEWATERHOUSE, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court has received statements from the parties in this case regarding appointment of a special master [docs. ##121-23] and has decided not to appoint a special master at this time. Instead, the Court will hold a hearing on Underwriter's Motion to Compel against PricewaterhouseCoopers [doc. #112] on May 5, 2005 at 1:00 P.M. in Courtroom IV at the Richard C. Lee United States Courthouse, 141 Church Street, New Haven, CT 06510.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **April 8, 2005**.