UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : | 3:02 CV 1379 (MRK) |
| Defendants. | : : | |
| _____ | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : : | 3:02 CV1572 (MRK) |
| Defendant. | : | |
| _____ | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803(MRK) |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | |
| _____ | : | APRIL 12, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the defendant PricewaterhouseCoopers LLP ("PwC"), with the consent of each of the plaintiffs to these actions, Handy & Harman Refining Group, Inc. ("HHRG"), Golden West Refining Corporation ("GWRC"), and those certain underwriters subscribing to Policy No. 834/FB9700166, as assignees and subrogees of Handy & Harman Refining Group, Inc. ("Underwriters"), hereby moves the Court for the following extensions regarding expert disclosures and depositions:

1. The date by which the depositions of plaintiffs' expert witnesses must be completed is extended to May 20, 2005.

2. The date by which PwC must serve its expert disclosure is extended to June 21, 2005.

3. The date by which the depositions of PwC's expert witnesses must be completed is extended to July 21, 2005.

Good cause exists for the granting of this motion. Despite diligent efforts by all counsel, certain of the depositions of the PwC witnesses took place later than all parties originally anticipated and counsel for the plaintiffs reported that this delay impacted the ability of their experts to complete their reports before the deadline set forth in this Court's January 11, 2005 Modified Scheduling Order (the "Modified Scheduling Order"). Accordingly, PwC accommodated requests of certain of the plaintiffs and did not object to the disclosure of certain of the plaintiffs' expert reports beyond the deadline set forth in the Modified Scheduling Order. Such disclosures beyond such original deadlines, however, have now shortened the timeframes within which to depose plaintiffs' experts and within which PwC must disclose its experts. To date, plaintiffs have disclosed a total of 6 experts and the reports of some of these experts were not produced until April 5, 2005. The Modified Scheduling Order calls for all depositions of these experts to be completed by April 29, 2005, a deadline that cannot reasonably be met given the late disclosure of plaintiffs' experts' reports and the number of experts disclosed. Through this motion, therefore, PwC, with the consent of all parties, requests that the Court establish these new deadlines which will provide timeframes for the depositions of plaintiffs' experts, PwC's expert disclosures, and the depositions of PwC's experts similar to the timeframes set forth in the Modified Scheduling Order. None of these requested extensions will impact the trial date.

Counsel for PwC has inquired of HHRG's, GWRC's, and Underwriters' counsel and they do not object to this Motion. This is PwC's first request for an extension of time to extend the expert deadlines set forth in the Modified Scheduling Order.

          DEFENDANT,
          PRICEWATERHOUSECOOPERS LLP


          By_____
             David J. Elliott (ct 04301)
             E-mail: djelliott@dbh.com
             Thomas D. Goldberg (ct 04386)
             E-mail: tdgoldberg@dbh.com
             William H. Erickson (ct18117)
             E-mail: wherickson@dbh.com
             Day, Berry & Howard LLP
             CityPlace I
             Hartford, Connecticut 06103
             Tel: (860) 275-0100
             Fax: (860) 275-0343
             Its Attorneys


## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail and sent via e-mail, to each of the following counsel of record in each of the consolidated cases:

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | Steven R. Humphrey, Esq.<br>Dina S. Fisher, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>120 N. LaSalle Street<br>Chicago, IL 60602 | William H. Champlin III, Esq.<br>Michael T. McCormack, Esq.<br>Tyler, Cooper & Alcorn<br>CityPlace – 35th Floor<br>Hartford, CT 06103 |

          _____
          William H. Erickson

-4-