UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP. LTD., :<br>         Plaintiff,        : <br>                                      :<br>v.                                    :<br>                                      :<br>PRICEWATERHOUSECOOPERS LLP   :<br>AND COOPERS & LYBRAND LLP,      :<br>         Defendants.       : | NO. 3:02CV1379 (MRK) (LEAD) |

## **RULING AND ORDER**

The Court, having reviewed the briefs submitted by the parties and having conducted an in-court motion hearing on May 5, 2005, hereby GRANTS IN PART and DENIES IN PART the Underwriters' Motion to Compel [**doc. #112**] for the reasons, and to the extent, stated on the record in open court.

                                                         /s/      Mark R. Kravitz
                                                          United States District Judge

**Dated at New Haven, Connecticut: May 5, 2005.**