UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | 3:02 CV 1379 (MRK) |
| Defendants. | : | |
| _____ | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : | 3:02 CV1572 (MRK) |
| Defendant. | : | |
| _____ | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803(MRK) |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | |
| _____ | : | JUNE 29, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the defendant PricewaterhouseCoopers LLP ("PwC"), with the consent of the plaintiff Handy & Harman Refining Group, Inc. ("HHRG"), hereby moves the Court for an extension of eleven (11) days within which to respond to HHRG's Requests for Admission served on May 31, 2005, such that PwC's responses will be due on July 11, 2005.

Good cause exists for the granting of this motion. HHRG has propounded 222 requests for admission, many of which are not susceptible to a simple admission or denial. Additionally,

-2-

since receiving the requests to admit, PwC's counsel have been and continue to be engaged in various other aspects of discovery -- including the depositions of various third-parties and the GWRC depositions in Australia --  making it difficult for PwC's counsel to complete its responses to all 222 requests for admissions within thirty days of receiving such requests.  In particular, one of the lead attorneys for PwC and one of the lead PwC representatives have been in Australia for the last week taking depositions of various GWRC witnesses and they therefore have not had the opportunity to contribute to responding to the requests to admit.  This requested extension will not impact the trial date.

Counsel for PwC has inquired of HHRG's counsel and they consent to this Motion.  This is PwC's first request for an extension of time to extend the deadline within which to respond to HHRG's requests for admission.

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By   /s/  William H. Erickson
David J. Elliott (ct 04301)
E-mail:  djelliott@dbh.com
Thomas D. Goldberg (ct 04386)
E-mail:  tdgoldberg@dbh.com
William H. Erickson (ct18117)
E-mail:  wherickson@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103
Tel:  (860) 275-0100
Fax:  (860) 275-0343
Its Attorneys

## CERTIFICATION

       THIS IS TO CERTIFY that on June 29, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | Steven R. Humphrey, Esq.<br>Dina S. Fisher, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>120 N. LaSalle Street<br>Chicago, IL 60602 | William H. Champlin III, Esq.<br>Michael T. McCormack, Esq.<br>Tyler, Cooper & Alcorn<br>CityPlace – 35th Floor<br>Hartford, CT 06103 |

                                                                 /s/ William H. Erickson
                                                                William H. Erickson