UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>　　　　Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>　　　　Defendants. | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| ALEC SHARP, et al.,<br>　　　　Plaintiffs,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP,<br>　　　　Defendant. | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK) |
| HANDY & HARMON REFINING GROUP, INC.,<br>　　　　Plaintiff,<br><br>V.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>　　　　Defendant. | CIVIL ACTION NO.<br>3:02 CV 1803(MRK)<br><br>JUNE 30, 2005 |

### GOLDEN WEST REFINING CORPORATION LIMITED'S MOTION FOR EXTENSION OF TIME TO RESPOND AND/OR OBJECT TO DISCOVERY

Pursuant to Federal Rule 6(b)(1) and Local Rule 9(b), plaintiff Golden West Refining Corporation Limited ("Golden West") hereby moves this Court for an extension of time, up to and including Friday, July 15, 2005, in which to respond and/or object to the discovery requests served by the Defendant, PricewaterhouseCoopers, on June 1, 2005.

The undersigned has consulted with opposing counsel who has no objection to this motion.

This is the Defendants' first request for an extension of time as to these discovery requests.

**WHEREFORE,** it is respectfully requested that this Motion for Extension of Time be granted.

PLAINTIFF
GOLDEN WEST REFINING
CORPORATION LIMITED

By _____
Steven R. Humphrey (ct06053)
shumphrey@rc.com
Dina S. Fisher (ct14896)
dfisher@rc.com
James M. Ruel (ct21222)
jruel@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLPs
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn, LLP
Wliam S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

_____
Dina S. Fisher