UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>Plaintiff,<br>VS.<br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 1379 (CFD)<br>:<br>:<br>: |
| ALEC SHARP, et al.,<br>Plaintiffs,<br>VS.<br>PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP<br>Defendant. | :<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV1572 (CFD)<br>:<br>:<br>: |
| HANDY & HARMAN REFINING GROUP, INC.,<br>Plaintiff,<br>V.<br>PRICEWATERHOUSECOOPERS LLP,<br>Defendant. | :<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 1803 (CFD)<br>:<br>:<br>: |
| IN RE:<br>HANDY & HARMAN REFINING GROUP, INC., Debtor.<br>HANDY & HARMAN REFINING GROUP, INC., ET AL.,<br>Plaintiffs,<br>VS.<br>THE CHUBB CORPORATION, ET AL.,<br>Defendants. | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:03 CV 1243 (CFD)<br>:<br>:<br>: AUGUST 5, 2005<br>:<br>: |

**ALL CASES**

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned moves to withdraw her appearance as counsel of record for Defendants PricewaterhouseCoopers LLP and Coopers & Lybrand LLP

2

in each of these consolidated cases: (<u>Golden West Refining Corp. Ltd. v. PricewaterhouseCoopers LLP, and Coopers & Lybrand LLP.</u>, Civ. Action No. 3:02CV1379 (CFD); <u>Alec Sharp, et al. v. PricewaterhouseCoopers LLP d/b/a Pricewaterhouse LLP</u>, Civ. Action No. 3:02CV1572 (CFD); <u>Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP</u>, Civ. Action No. 3:02CV1803 (CFD) and <u>Handy & Harman Refining Group, Inc. v. The Chubb Corporation, et al</u>, Civ. Action No. 3:03CV1243 (CFD)). Defendants continue to be represented by David J. Elliott, Steven M. Greenspan, Thomas D. Goldberg and William H. Erickson. A copy of this motion will be provided to Plaintiffs.

                                  Respectfully submitted,

By: /s/
      Kathleen D. Warner (ct23973)
**DAY, BERRY & HOWARD LLP**
One Canterbury Green
Stamford, CT 06901-2047
(203) 977-7300 – Phone
(203) 977-7301 – Facsimile
kdwarner@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

U.S. Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

_/s/_ _____
Kathleen D. Warner