# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1803 (MRK) |
| VS. | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | August 12, 2005 |
| Defendant. | : | |

## PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT AGAINST HANDY & HARMAN REFINING GROUP, INC.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for summary judgment on all claims asserted by the plaintiff, Handy & Harman Refining Group, Inc. ("HHRG"), in *Handy &*

**ORAL ARGUMENT REQUESTED**

*Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP,* Civil Action No. 3:02 CV 1803 (MRK).

PwC is entitled to summary judgment because:  (1)  HHRG has failed to offer expert testimony, as Connecticut law requires it to do in this professional malpractice case, that PwC's conduct was the proximate cause of the losses that HHRG seeks to recover; and (2) even if expert testimony were not required, HHRG has failed to offer sufficient evidence from which the jury reasonably could find that HHRG proximately caused the claimed losses.

The grounds for this motion are set forth more fully in the accompanying memorandum of law.  PwC also is submitting herewith a Consolidated Local Rule 56(a)(1) Statement of Material Facts As To Which There Is No Genuine Dispute, with accompanying exhibits.

<div style="margin-left:50%">

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By:  ____/s/ Thomas D. Goldberg_____
    David J. Elliott (ct 04301)
    Thomas D. Goldberg (ct 04386)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    Tel:  (203) 977-7300
    Fax: (203) 977-7301
    Its Attorneys

</div>

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Thomas D. Goldberg
                                                David J. Elliott (ct 04301)
                                                Thomas D. Goldberg (ct 04386)
                                                Day, Berry & Howard LLP
                                                One Canterbury Green
                                                Stamford, Connecticut 06901-2047
                                                Tel:  (203) 977-7300
                                                Fax: (203) 977-7301
                                                Its Attorneys

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd St.<br>New York, NY  10017-5639 | William H. Champlin, III, Esq.<br>Michael T. McCormack, Esq.<br>William S. Fish, Jr., Esq.<br>Tyler Cooper & Alcorn, LLP<br>CityPlace - 35th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Daniel E. Tranen, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>120 N. LaSalle Street<br>Chicago, IL  60602 | Fred N. Knopf, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407 |
| Steven R. Humphrey (ct06053)<br>Dina S. Fisher (ct14896)<br>James M. Ruel (ct21222)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Jed Horwitt, Esq.<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 |