UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02 CV 1379 (MRK) |
| vs. | ) | |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| ALEC SHARP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 3:02 CV 1572 (MRK) |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 3:02 CV 1803 (MRK) |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiffs Alec Sharp, et. al. ("Underwriters"), and move this Court for

Partial Summary Judgment on Count I of their Complaint against Defendant

PricewaterhouseCoopers, LLP ("PwC"). Underwriters file herewith a Local Rule 56(a)(1)

276985.1

Statement, a memorandum of law, and an appendix of exhibits, testimony, discovery, and cases, all in support of their motion.

WHEREFORE, Underwriters respectfully request that this Court grant their motion, that it award partial summary judgment in their favor on Count I of their Complaint, and that it award damages in favor of Underwriters, and against PwC, in the amount of $12,076,000, plus prejudgment interest, and that it provide Underwriters with any such other and further relief as this Court deems just and equitable.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP,


By: /s/ Fred Knopf
      Fred Knopf, Esq. (ct 09427)
      E-mail: knopff@wemed.com
      Edward Boyle, Esq.
      E-mail: boylee@wemed.com
      WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
      150 E. 42nd Street
      New York, NY 10017
      Phone: 212-490-3000
      Fax: 212-490-3038


      Daniel J. McMahon, Esq. (Ill. Bar 0162590)
      E-mail: mcmahond@wemed.com
      Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
      E-mail: dandelless@wemed.com
      WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
      120 N. LaSalle Street
      Chicago, IL 60602
      Phone: 312-704-0550
      Fax: 312-704-1522

276985.1

276985.1

<u>**CERTIFICATE OF SERVICE**</u>

THIS IS TO CERTIFY that on August 12, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing).  Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT  06103

/s/ Fred Knopf
Fred Knopf

- 4 -

276985.1