UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**NOTICE OF MANUAL FILING**

Please be advised that on **August 12, 2005** we sent for manual filing, via overnight delivery, to the clerk of the United States District Court, District of Connecticut, **Plaintiffs Underwriters' Appendix of Exhibits (Volumes I-III)**. Underwriters will file the following documents as part of their appendix of exhibits:

- 1 -

276991.1

## VOLUME I

**I. EXHIBITS**

| | |
|---|---:|
| Due Diligence Report | 1 |
| Critical Matter #5 | 2 |
| 1998 Service Plan | 3 |
| 1998 Engagement Letter | 4 |
| Expert Report of Vincent Love dated April 5, 2005 | 5 |
| Tolling Agreement Between HHRG and PwC | 6 |

**II. DEPOSITION TRANSCRIPTS**

| | |
|---|---:|
| Deposition of George Ingram (taken 02/18/05) | 7 |
| Deposition of Joseph J. Tiroletto (taken 03/15/05) | 8 |
| Deposition of Raj Dansinghani (taken 02/23/05) | 9 |
| Deposition of Raj Dansinghani (taken 03/29/05) | 10 |

## VOLUME II

| | |
|---|---:|
| Deposition of Michael Ryan (taken 03/24/05) | 11 |
| Deposition of Sean Gregory Russo (taken 06/24/05) | 12 |
| Deposition of Vincent Love (taken 05/16/05) | 13 |

**III. AFFIDAVITS**

| | |
|---|---:|
| Affidavit of Hipolito Roberto Passaro Ponce de Leon | 14 |
| Affidavit of Daniel J. McMahon | 15 |

**IV. OTHER DISCOVERY**

| | |
|---|---:|
| PwC's Responses to Golden West Refining Corporation Limited's Requests for Admissions | 16 |
| PwC's Responses and Objections to Golden West Refining Corporation Limited's First Set of Interrogatories | 17 |

**VOLUME III**

**V.  CASE LAW**

| | |
|---|---|
| *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986)………………………….. | 18 |
| *Miner v. Glen Falls*, 999 F.2d 655, 661 (2nd Cir. 1993)……………………………….. | 19 |
| *Aldrich v. Randolph Central School District*, 963 F.2d 520, 523 (2nd Cir. 1992)……. | 20 |
| *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 585 (1986)… | 21 |
| *Chem-Tek, Inc. v. General Motors Corp.*, 816 F.Supp. 123, 131 (D. Conn. 1993)…... | 22 |
| *Sartor v. Town of Manchester*, 312 F.Supp. 2d 238 (D. Conn. 2004)……………….. | 23 |
| *Velarde v. Pace Membership Warehouse, Inc.*, 105 F.3d 1313 (9th Cir. 1997)………. | 24 |
| *Intermed Associates v. Maldonado*, 351 F.Supp. 2d 821 (N.D.Ill. 2004)……………. | 25 |
| *Christopherson v. Blount*, 216 Conn. 509 (1990)…………………………………….. | 26 |
| *Oscar Gruss & Sons v. Hollander*, 337 F.3d 186 (2nd Cir. 2003)…………………….. | 27 |
| *Venture Partners v. Synapse Technologies, Inc.*, 42 Conn.App. 109 (1996)………… | 28 |
| *Orange Improvements Partnership v. Cardo, Inc.*, 984 F.Supp. 85 (D.Conn. 1997)… | 29 |
| *WorldCrisa Corp. v. Armstrong*, 129 F.3d 71, 75 (2nd Cir. 1997)…………………….. | 30 |
| *S&D Petroleum Co., Inc. v. Tamsett*, 144 A.D.2d 849, 534 N.Y.S.2d 800 (1988)…... | 31 |
| *National Market Share, Inc. v. Sterling National Bank*, 392 F.3d 520 (2nd Cir. 2004)……………………………………………………………………… | 32 |
| *Dunnigan v. First Bank*, 217 Conn. 205, 217 (1991)…………………………………. | 33 |
| *Petereit v. S.B. Thomas, Inc.*, 63 F.3d 1169, 1183 (2nd Cir. 1995)……………………. | 34 |
| *Ambrogio v. Beaver Road Associates*, 267 Conn. 148 (2003)………………………... | 35 |
| *West Haven Sound Development Corp. v. City of West Haven*, 201 Conn. 305, 514 A.2d 734 (1986)……………………………………………………………………….. | 36 |
| *Deb-Jo Construction, Inc. v. Westphal*, 210 A.D.2d 951, 620 N.Y.S.2d 678 (1994)…………………………………………………………………………….. | 37 |
| *Overall v. Estate of Klotz*, 52 F.3d 398, 403 (2nd Cir. 1995)…………………………. | 38 |
| *Miller v. AT&T Corp.*, 280 F.3d 820, 838 (4th Cir. 2001)……………………………. | 39 |
| *Sony Electronics, Inc. v. Soundview Technologies, Inc.*, 157 F.Supp. 2d 172 (D.Conn. 2001)………………………………………………………………………... | 40 |

276991.1

*Gidatex v. Campaneillo*, 82 F.Supp. 2d 126 (S.D.N.Y. 1999) .......................... 41

*Ruscito v. F-Dyne Electronics, Co.*, 177 Conn. 149 (1979) .............................. 42

*Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) ............ 43

*FDIC v. Giammettei*, 34 F.3d 51, 54 (2nd Cir. 1994) .......................................... 44

*FDIC v. Haines*, 3 F. Supp. 2d 155, 159 (D. Conn. 1997) ................................ 45

*LNC Investments, Inc. v. First Fidelity Bank, N.A.*, 173 F.3d 454, 465 (2nd Cir. 1999) ........................................................................................ 46

*Fenn v. Yale Univ.*, 283 F. Supp. 2d 615, 635 (D. Conn. 2003) .......................... 47

*Chauvin Int'l v. Goldwitz*, 927 F. Supp. 40, 48 (D. Conn. 1996) ....................... 48

*Bank of China v. NBM, LLC*, 359 F.3d 171, 179 (2nd Cir 2004) ...................... 49

*Palmer v. Thomson & McKinnon Auchincloss, Inc.*, 474 F. Supp. 286, 289 (D. Conn. 1979) ....................................................................................... 50

*Herzfeld v. Laventhol, Krekstein, Horwath & Horwath*, 378 F. Supp. 112, 137 (S.D.N.Y. 1974) ........................................................................................ 51

*Dowling v. Slotnik*, 244 Conn. 781 (1998) ...................................... 52

*Scholes v. Lehman*, 56 F.3d 750 (7th Cir. 1995) ............................................. 53

*Halpern v. Bristol Bd. of Educ.*, 52 F. Supp. 2d 324, 333 (D. Conn. 1999) .............. 54

*Preston v. Keith*, 217 Conn. 12, 22 (Conn. App. 1991) ................... 55

*Boulevard Associates v. Sovereign Hotels*, 861 F.Supp. 1132, 1136 (D. Conn. 1994) ...................................................................................... 56

*Curtis Packing Corp. v. KPMG, LLP*, 2002 Conn.Super.LEXIS 2662 (Waterbury 2002) ..................................................................................... 65

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP,

By: /s/ Fred Knopf
    Fred Knopf, Esq. (ct 09427)
    E-mail: knopff@wemed.com
    Edward Boyle, Esq.
    E-mail: boylee@wemed.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

- 5 -

        150 E. 42nd Street  
        New York, NY 10017  
        Phone: 212-490-3000  
        Fax: 212-490-3038

        Daniel J. McMahon, Esq. (Ill. Bar 0162590)  
        E-mail: mcmahond@wemed.com  
        Stefan R. Dandelles, Esq. (Ill. Bar 6244438)  
        E-mail: dandelless@wemed.com  
        WILSON, ELSER, MOSKOWITZ,  
        EDELMAN & DICKER LLP  
        120 N. LaSalle Street  
        Chicago, IL 60602  
        Phone: 312-704-0550  
        Fax: 312-704-1522

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on August 12, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT  06103

                                                  /s/ Fred Knopf
                                                  Fred Knopf

276991.1