UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

### MOTION OF UNDERWRITERS TO PRECLUDE THE EXPERT TESTIMONY OF R. GENE BROWN AND OF WILLIAM PINNEY

COMES NOW Plaintiffs Alec Sharp, et al. ("Underwriters"), and move this Court to preclude the testimony of R. Gene Brown ("Brown") and of William Pinney ("Pinney"), disclosed experts of Defendant PricewaterhouseCoopers, LLP ("PwC"). In support of this

1

277031.1

motion, Underwriters incorporate by reference, and adopt, the arguments set forth by Plaintiffs Handy & Harman Refining Group, Inc. ("HHRG") and Golden West Refining Corp. ("GWRC") in their Memoranda of Law in Support of their Motions to Preclude the Expert Testimony of R. Gene Brown and of William Pinney, respectively, filed on August 12, 2005.

WHEREFORE, Underwriters respectfully request that this Court grant their motion, and enter an order precluding the expert testimony of R. Gene Brown and of William Pinney at the trial of this case.

>Respectfully submitted,
>
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER LLP,
>
>By: /s/ Fred Knopf
>    Fred Knopf, Esq. (ct 09427)
>    E-mail: knopff@wemed.com
>    Edward Boyle, Esq.
>    E-mail: boylee@wemed.com
>    WILSON, ELSER, MOSKOWITZ,
>    EDELMAN & DICKER LLP
>    150 E. 42nd Street
>    New York, NY 10017
>    Phone: 212-490-3000
>    Fax: 212-490-3038
>
>    Daniel J. McMahon, Esq. (Ill. Bar 0162590)
>    E-mail: mcmahond@wemed.com
>    Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
>    E-mail: dandelless@wemed.com
>    WILSON, ELSER, MOSKOWITZ,
>    EDELMAN & DICKER LLP
>    120 N. LaSalle Street
>    Chicago, IL 60602
>    Phone: 312-704-0550
>    Fax: 312-704-1522

277031.1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on August 12, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT  06103

                                          /s/ Fred Knopf
                                          Fred Knopf

277031.1