UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

**CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Plaintiffs Alec Sharp, et. al. ("Underwriters"), and move this Court for Partial Summary Judgment on Count I of their Complaint against Defendant

**ORAL ARGUMENT REQUESTED**

276985.1

PricewaterhouseCoopers, LLP ("PwC").  Underwriters file herewith a Local Rule 56(a)(1) Statement, a memorandum of law, and an appendix of exhibits, testimony, discovery, and cases, all in support of their motion.

WHEREFORE, Underwriters respectfully request that this Court grant their motion, that it award partial summary judgment in their favor on Count I of their Complaint, and that it award damages in favor of Underwriters, and against PwC, in the amount of $12,076,000, plus prejudgment interest, and that it provide Underwriters with any such other and further relief as this Court deems just and equitable.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP,

        By: /s/ Fred Knopf
            Fred Knopf, Esq. (ct 09427)
            E-mail: knopff@wemed.com
            Edward Boyle, Esq.
            E-mail: boylee@wemed.com
            WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER LLP
            150 E. 42nd Street
            New York, NY 10017
            Phone: 212-490-3000
            Fax: 212-490-3038

        Daniel J. McMahon, Esq. (Ill. Bar 0162590)
        E-mail: mcmahond@wemed.com
        Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
        E-mail: dandelless@wemed.com
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        120 N. LaSalle Street
        Chicago, IL 60602
        Phone: 312-704-0550
        Fax: 312-704-1522

276985.1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on August 12, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT 06103

                                            /s/ Fred Knopf
                                            Fred Knopf

276985.1