**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : : : | |
| Defendant. | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP, | : : | August 12, 2005 |
| Defendant. | : | |

**PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT AGAINST GOLDEN WEST REFINING CORPORATION LIMITED**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for summary judgment on all claims asserted by the plaintiff, Golden West Refining Corporation Limited ("GWRC"), in *Golden West*

**ORAL ARGUMENT REQUESTED**

*Refining Corporation Limited v. PricewaterhouseCoopers LLP,* Civil Action No. 3:02 CV 1379 (MRK).

PwC is entitled to summary judgment because: (1) GWRC has failed to offer expert testimony, as Connecticut law requires it to do in this professional malpractice case, that PwC's conduct was the proximate cause of the losses that GWRC seeks to recover; and (2) even if expert testimony were not required, GWRC has failed to offer sufficient evidence from which the jury reasonably could find that GWRC proximately caused the claimed losses. PwC also is entitled to summary judgment on Count Four of the complaint because there is no evidence from which a jury could properly conclude that PwC owed a fiduciary duty to GWRC.

The grounds for this motion are set forth more fully in the accompanying memorandum of law and the separate memorandum of law that PwC has filed in support of its motion for summary judgment in *Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP,* Civil Action No. 3:02 CV 1803 (MRK). PwC also is submitting herewith a Consolidated Local Rule 56(a)(1) Statement of Material Facts As To Which There Is No Genuine Dispute, with accompanying exhibits.

        DEFENDANT,
        PRICEWATERHOUSECOOPERS LLP


By:    /s/ Thomas D. Goldberg
      David J. Elliott (ct 04301)
      Thomas D. Goldberg (ct 04386)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901-2047
      Tel: (203) 977-7300
      Fax: (203) 977-7301
      Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
James M. Ruel (ct21222)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186