UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION<br>Plaintiff<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS, LLP and<br>COOPERS & LYBRAND, LLP<br>Defendants | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| ALEC SHARP, et al.<br>Plaintiffs<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS, LLP d/b/a<br>PRICE WATERHOUSE, LLP<br>Defendant. | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK) |
| HANDY & HARMAN REFINING GROUP, INC.,<br>Plaintiff<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>Defendant | CIVIL ACTION NO.<br>3:02 CV 1803 (MRK)<br><br>AUGUST 15, 2005 |

**NOTICE OF MANUAL FILING
OF EXHIBITS TO PLAINTIFFS' JOINT
MEMORANDUM OF LAW IN SUPPORT OF
JOINT MOTIONS TO PRECLUDE EXPERT TESTIMONY
OF WILLIAM PINNEY**

Please take notice that the plaintiff, Handy & Harman Refining Group, Inc. ("HHRG"), has manually filed the following exhibits (collectively, the "Exhibits") to the Memorandum of Law in Support of Plaintiffs' HHRG and Golden West

Refining Corporation's Joint Motion to Preclude Expert Testimony of William Pinney:

    A.    Expert Report of William F. Pinney dated July 7, 2005;

    B.    Deposition of William Pinney dated August 3, 2005;

    C.    Thomas Nimely vs. City of New York; 2005 WL 1620481(2d Cir. June 27, 2005) and

    D.    Louis Kemp vs. Tyson Seafood Group, Inc, 2000 WL 1062105 (D. Minn. 2000).

The Exhibits have not been filed electronically because they were greater than 1.5 megabytes in size. The Plaintiff has served the Exhibits on all parties by mail.

THE PLAINTIFF,
HANDY & HARMAN REFINING
GROUP, INC.

By: _____
William H. Champlin III
(ct04202), Champlin@tylercooper.com
Michael T. McCormack
(ct13799), mmcormack@tylercooper.com
TYLER COOPER & ALCORN, LLP
CityPlace, 35th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 725-6200
Fax: (860) 278-3802

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail on August 15, 2005 to:

Steven Greenspan, Esq.
Thomas Goldberg, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elson, Moskowitz Edelman
 & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL  60602

_____
Michael T. McCormack