## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| v. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1572 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : | |
| Defendant. | : | |
| HANDY & HARMON REFINING GROUP, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1803(MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | SEPTEMBER 1, 2005 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, James M. Ruel requests leave to withdraw his appearance for the plaintiff, Golden West

Refining Corporation Limited.  Attorneys Steven R. Humphrey and Dina S. Fisher will continue to serve as counsel in this matter.

                                                      PLAINTIFF
                                                     GOLDEN WEST REFINING
                                                     CORPORATION LIMITED

                                                   By_____/S/_____
                                                      James M. Ruel (ct 417578)
                                                      jruel@rc.com
                                                      Robinson & Cole LLP
                                                      280 Trumbull Street
                                                      Hartford, CT  06103-3597
                                                      Tel. No.:  (860) 275-8200
                                                      Fax No.:  (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, a copy of the foregoing Withdrawal of Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept filing]. Parties may access this filing through the Court's system.

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg
Day, Berry & Howard LLP
CityPlace - 25th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
　Dicker LLPs
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman &
　Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn, LLP
William S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
　Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

　　　　／S／_____
　　　　James M. Ruel