UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:02 CV 1572 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| HANDY & HARMON REFINING GROUP, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803(MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | SEPTEMBER 2, 2005 |

## GWRC'S APPENDIX OF EXHIBITS IN OPPOSITION TO PwC'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Golden West Refining Corporation Limited ("GWRC"), submits the following exhibits, in support of its opposition to defendant PricewaterhouseCoopers LLP ("PwC's) motion for summary judgment, dated August 12, 2005.

| Tab | Description |
|---|---|
| A | Deposition Testimony of Anil Shivdasani |

| Tab | Description |
|-----|-------------|
| B | Deposition Testimony of Alex M. Corl |
| C | Deposition Testimony of George A. Ingram |
| D | Deposition Testimony of Joseph J. Tiroletto |
| E | Deposition Exhibit No. 164 |
| F | Deposition Testimony of Anil Shivdasani |

**PLAINTIFF**
**GOLDEN WEST REFINING**
**CORPORATION LIMITED**


By   /S/ Steven R. Humphrey
   Steven R. Humphrey (ct06053)
   shumphrey@rc.com
   Dina S. Fisher (ct14896)
   dfisher@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT  06103-3597
   Tel. No.:  (860) 275-8200
   Fax No.:  (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, a copy of the foregoing was filed

electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or

by mail to anyone unable to accept filing]. Parties may access this filing through the Court's

system.

David J. Elliott, Esq.
William H. Erickson, Esq.
Steven D. Goldberg, Esq.
Steven M. Greenspan, Esq.
Day, Berry & Howard LLP
CityPlace
185 Asylum Street
Hartford, CT  06103-3499

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
William S. Fish, Jr., Esq.
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLPs
150 East 42nd St.
New York, NY 10017-5639

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT  06605-0186

Kathleen DiGennaro Warner, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047

Kevin J. O'Connor, Esq.
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

　　　　　/S StevenR. Humphrey
　　　　Steven R. Humphrey