In the matter between:

GOLDEN WEST REFINING CORPORATION

vs.

PRICEWATERHOUSECOOPERS, LLP, ET AL.

---

ALEC SHARP, ET AL.

vs.

PRICEWATERHOUSECOOPERS, LLP

---

HANDY & HARMAN REFINING GROUP, INC.

vs.

PRICEWATERHOUSECOOPERS, LLP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF ANIL SHIVDASANI

AUGUST 9, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT  06443
203 245-9583    800 839-6867
HARTFORD          NEW HAVEN          STAMFORD

**DISK ENCLOSED**

## Page 217

BY MS. FISHER:

Q. Let me ask it a different way. From your study of the situation presented by the facts in this case, isn't it true that but for the failure of HHRG, there's no evidence that GWRC would have failed?

MR. GREENSPAN: Same objection. You can answer.

THE WITNESS: The failure of HHRG was caused because the aggregate cash flows from the consolidated entity was less than the aggregate interest obligations.

MR. GREENSPAN: Could you read his answer back, please. I think he misspoke.

(Whereupon the record was read by the Court Reporter.)

THE WITNESS: I'm sorry. I meant the failure of GWRC.

MR. GREENSPAN: Thank you.

THE WITNESS: And it is correct that the failure of HHRG was a substantial factor behind the decline in GWRC's consolidated cash flows.

BY MS. FISHER:

Q. Meaning in addition to that not only was it

## Page 218

a substantial factor in the decline but for the failure of HHRG, you can't conclude as you sit here today that Golden West would have survived?

A. I have not made an analysis of Golden West's possible or probable cash flows in scenarios where HHRG did not -- did not go bankupt.

Q. The bankruptcy of Golden West was, as we had said earlier and I think as you have testified on a number of occasions precipitated by the collapse of HHRG?

A. It was one of the factors, yes.

MS. FISHER: I have no further questions. Thank you.

MR. DANDELLES: I just have a few, about ten. They'll be real fast and they're real easy. The hard part is over.

MR. GREENSPAN: He talks fast so you go slow.

MR. DANDELLES: And most of them are going to be confirming things that I know the answer to.

CROSS-EXAMINATION

BY MR. DANDELLES:

Q. I'll start with this: The full extent of your assignment in this case is represented on

## Page 219

pages 1 and 2 of your report; is that correct?

A. With the -- that is correct, with the exception that I may be asked to expand on this by providing a valuation opinion on HHRG up to and around the bankruptcy filing date.

Q. So other than providing a valuation of HHRG up to or just prior to the bankruptcy and what's set forth in pages 1 and 2 under the heading "assignment," that's the full extent of your assignment, your retention in this matter; is that correct?

A. Yes.

Q. So you have not been specifically retained to examine the Panexim transactions or any losses suffered by HHRG arising from the Panexim transactions; is that correct?

A. That is correct.

Q. And similarly, all the document -- the universe of documents that you've reviewed in this matter are listed at Appendix B to your report; is that correct?

A. To the best of my knowledge.

Q. And you did not review any specific documentation or source documents relating to the Panexim transaction; is that correct?

## Page 220

A. Nothing other than what's listed in Appendix B.

Q. So if it's not listed here, you didn't review it?

A. No.

Q. So if there's no Panexim-related documents listed here, you didn't review them?

A. No.

Q. Correct?

A. Correct.

Q. So you weren't retained to review the Panexim transactions and you didn't offer any opinions in your report relating to the Panexim transactions, correct?

A. Correct.

Q. And you don't anticipate amending this report to include any opinions regarding the Panexim transactions, correct, prior to trial?

A. Yes.

Q. And you don't anticipate offering any testimony at trial relating to the Panexim transactions or any losses suffered by HHRG relating to the Panexim transactions; is that correct?

MR. GREENSPAN: Objection to the form