1    UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT

2

3    - - - - - - - - - - - - - - - -x

GOLDEN WEST REFINING CORPORATION  :

4              Plaintiff         :

        v.                        : CIVIL ACTION NO.

5                                 : 3:02CV 1379(MRK)

PRICEWATERHOUSECOOPERS, LLP and   :

6    COOPERS & LYBRAND, LLP        :

             Defendants.          :

7    - - - - - - - - - - - - - - - -x

ALEC SHARP, et al.                :

8              Plaintiffs         :

        v.                        : CIVIL ACTION NO.

9                                 : 3:02CV 1572(MRK)

PRICEWATERHOUSECOOPERS, LLP d/b/a :

10   PRICE WATERHOUSE, LLP         :

             Defendants.          :

11   - - - - - - - - - - - - - - - -x

HANDY & HARMAN REFINING GROUP,    :

12   INC.                         :

             Plaintiff            :

13      v.                        : CIVIL ACTION NO.

                                  : 3:02CV 1803(MRK)

14   PRICEWATERHOUSECOOPERS, LLP   :

             Defendants.          :

15   - - - - - - - - - - - - - - - -x

16

17

18      Deposition of JOSEPH J. TIROLETTO, taken
pursuant to the Federal Rules of Civil Procedure,

19   before Melissa J. Kelly, RMR, CRR, Licensed
Shorthand Reporter #00307, and Notary Public within

20   and for the State of Connecticut, held at the
offices of Tyler, Cooper & Alcorn, LLP, 185 Asylum

21   Street, CityPlace, 35th Floor, Hartford,
Connecticut, on March 19, 2005, at 9:08 a.m.

22

23

24

25

46

1    Q.   Now, do you recall the conversation that is
2  referenced in these two documents, 163 and 164?
3    A.   I recall the reference on Thursday, May 15,
4  1997.
5    Q.   That's 163.
6       Do you have any recollection of what is
7  referred to as a conference that's going to take
8  place on or about March 25, 1997?
9    A.   I don't have a specific recollection of
10 that.
11   Q.   Without regard to the date, do you have a
12 general recollection of the first time that you had
13 a conversation with people from Golden West
14 regarding the audit as opposed to the physical
15 inventory?
16   A.   Yes.  It must have been in this March time
17 frame.
18   Q.   What can you tell me, what can you recall
19 about that conversation?
20       And specifically, let me see if I can help.
21       Did they indicate to you what they were
22 seeking to have accomplished by the audit, and did
23 you indicate to them what you thought you could
24 accomplish on their behalf in connection with the
25 audit?

47

1    A.   The conversation centered around the end
2  product that would be issued by our office, which
3  was a set of GAAP statements for which the audit
4  was performed in accordance with generally accepted
5  auditing standards.
6       There was some discussion, as I remember,
7  about a reporting package that was to be prepared
8  by Handy & Harman Refining Group management that
9  would be included in the Golden West financial
10 statements that they issued to Australia.
11   Q.   Well, was there any discussion at that
12 point in time regarding the extension of credit to
13 entities located in South America?
14   A.   Not that I recall, no.
15   Q.   You're not saying it didn't happen, it's
16 just that you can't recall it?
17   A.   I don't have any recollection of that.
18   Q.   Was there any discussion about the
19 utilization or the termination of the utilization
20 of consultants in South America?
21   A.   I don't recall that conversation.
22   Q.   And again, it's not that -- you're not
23 saying it didn't happen.  It's just that as you sit
24 here you have no recollection one way or the other
25 of it occurring?

48

1    A.   I don't have any recollection and knowledge
2  of that specific conversation.
3    Q.   In either of these early conversations,
4  March/April of 1997, were any questions raised by
5  the people on behalf of Golden West as to terms and
6  conditions under which business was being done in
7  South America?
8    A.   No.  The primary content of the
9  conversation centered around us meeting the timing
10 that they laid out in, I believe it's Exhibit 164.
11 That was first and foremost a priority on their
12 minds.
13   Q.   Turn, if you would, to Exhibit 169 and
14 specifically page 906.  I'm referencing the work
15 page.  This is on Critical Matter No. 5.
16       First of all, can you tell me, explain to
17 me what a critical matter is in the context of an
18 entry such as this that appears in the work papers.
19   A.   A critical matter is a term that was used
20 at Coopers & Lybrand that brings to the forefront
21 for the audit team items, matters, issues that have
22 to be resolved to the satisfaction of the partner
23 before he's going to sign off on the engagement and
24 before we can issue the report.
25   Q.   And I take it you reviewed critical

49

1  matter -- you reviewed all the critical matters,
2  but specifically you reviewed Critical Matter No. 5
3  in connection with the 1997 audit; is that correct?
4    A.   Yes, that's correct.
5    Q.   Now, when would this critical matter have
6  been prepared?
7    A.   The critical matter would have been
8  identified and prepared prior to the start of field
9  work; and based upon the fact that we observed the
10 December 31, 1996 inventory, I would say that the
11 critical matter was identified prior to December
12 31, 1996 and after August of 1996 when we first got
13 involved with Handy & Harman.
14   Q.   Would the contents of the critical matters
15 have been topics of discussion in either of the
16 conversations with the people from Australia?
17   A.   Probably not in either one of those two
18 meetings that you referenced earlier.
19   Q.   Well, can you recall them being the subject
20 of any discussion at which you participated prior
21 to the completion of the March 1997 audit?
22   A.   Could you repeat that again.
23   Q.   Sure.  And I'm going to paraphrase this
24 critical matter.  But this critical matter deals
25 with the steps that will be taken to ensure the

13 (Pages 46 to 49)