03/21/97 10:26  H H REFINING  → 1 860 243 7592                          ☒ 001/001

# GOLDEN WEST REFINING CORPORATION LTD
A.C.N. 062 771 066

17 Glassford Road                    ☒ P.O. Box 957
Kewdale W.A. 6105                    Cloverdale W.A. 6105

☎ (09) 353 2348                     Facsimile: (09) 353 1232
                                              (09) 353 1994

*[handwritten: George F.Y.I. on Tuesday]*

| DATE | March 21, 1997 |
|---|---|
| MESSAGE TO | HHRG- South Windsor |
| ATTENTION | JOHN KING |
| SUBJECT | 1996/97 AUDIT |
| FROM | RALPH GIBSON |
| FAX NO | 0011 1 860 282 7461 |
| TOTAL PAGES | 1 |

*[handwritten annotation: → Get Schedule from Sue for Wednesday Meeting]*

John

I would like to arrange a telephone link-up for 6pm your time on Tuesday, March 25 with yourself, John Bullock and Bill Myles as well as the principal representative from Coopers and Lybrand responsible for the forthcoming HHRG audit. This is 7 am our time on the following day and at our end will be two non-executive directors of Golden West (Chris Wiggins and Rod Warren), the Coopers and Lybrand partner in charge of the Golden West audit, Alan Good, and me.

The purpose of the meeting will be to discuss the timetable for the HHRG audit and to also outline particular areas which we wish to be covered by the audit.

All four Australian participants will be in the same location. Will you please advise John, Bill and the C&L representative of the meeting and let me know how best to link up by phone.

Perth is 13 hours ahead of South Windsor and I will telephone you around 10 am your time today to discuss further. However, if we miss one another, please advise of people's availability by fax for Monday morning my time.

Regards

*[signature: R Gibson]*

| NATURE SAVER™ FAX MEMO 81516 | Date | # of pages ▶ 1 |
|---|---|---|
| To JOE TIRALETTO | From BILL MYLES | |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # | Fax # | |

21-MAR-97 FRI 17:04    GOLDEN WEST REFINING    61 9 353 1232                P. 01

Confidential
Subj. to Prot. Order

PWC Z 02301



# GOLDEN WEST REFINING CORPORATION LIMITED
### A.C.N. 002 771 066

17 GLASSFORD RD  
KEWDALE WA 6105

PO BOX 957  
CLOVERDALE WA 6105

PH. (61 - 9) 353 2340

FAX (61 - 9) 353 1232

**TO:** Bill Myles  
**COMPANY:** Handy & Harman Refining Group, Inc.  
**FAX NUMBER:** 0011 1 860 282 7461  
**FROM:** David Koch  
**SUBJECT:** 1996/97 Year End Reporting Timetable  
**DATE:** March 19, 1997  
**NUMBER OF PAGES (including this page):** 1

Dear Bill,

In order for the Golden West group to comply with the year end timetable as set by Rothschild we will require all group companies to adhere to the following dates:

|   |   | (HHRG Time) |
|---|---|---|
| 1. | Close-off of books and report preliminary results | Friday, 4 April PM |
| 2. | Distribution of management accounts for review and comment | Thursday, 11 April PM |
| 3. | Final detailed trial balance forwarded to GWR | Monday, 14 April PM |
| 4. | Audit clearance on all group companies | Monday, 5 May |

Please advise as soon as possible if you foresee any difficulties in meeting the above deadlines.

Thanks.

Regards

David Koch

---

NATURE SAVER™ FAX MEMO 61819  
To: JOE TIROLFETTO  
From: BILL MYLES

Confidential  
Subj. to Prot. Order

PWC Z 02302

| | |
|---|---|
| To: | Joseph J. Tiroletto/BAS/Hartford CT/C&L/US @ C&L US @ C&L INT |
| cc: | Alan Good/PER/AUDIT/C&L/AU @ C&L AU, Paul Boros/PER/AUDIT/C&L/AU @ C&L AU |
| From: | Rachel Perry/PER/AUDIT/C&L/AU @ C&L AU @ C&L INT |
| Date: | 04/09/97 06:14:07 PM ZE8 |
| Subject: | Re: Golden West Refining Corporation Limited: Handy & Harman Refining Group Inc |

Joe,

Thanks for your message. In response to your queries:

Handy & Harman's Deadline for Providing Information to GWR:

Alan Good discussed the US reporting deadline at our recent meeting with Ralph Gibson, Financial Controller of GWR. Ralph informed us that the reporting deadline for Handy & Harman of 17 April 1997 is "hard". It is important that we get all required information by this date so we can finalise our consolidation  The client is currently compiling a checklist of the information required ( likely to include management accounts plus additional information required for disclosure items). We will review this checklist for completeness prior to dispatch to Handy & Harman by GWR.

Deadline for Reporting to C&L Perth:

We need to consider the issues arising from you audit on Wednesday 23 April as our reporting deadline to Rothschild's auditors is 24 April. We, therefore, require you to send to us your clearance by **close of business for you on Tuesday 22 April**  It would also be useful for us to receive advance notice of any issues potentially requiring adjustment so we can give them early consideration.

As for the format of your clearance· we require a copy of your Critical Issues cleared by the George Ingram. We would also require your clearance that there are no material misstatements in the information provided by Handy & Harman to GWR

Please do not hesitate to contact me with any further queries.

Regards

Rachel

| | |
|---|---|
| To: | Rachel Perry/PER/AUDIT/C&L/AU @ C&L AU @ C&L INT |
| cc: | |
| From: | Joseph J. Tiroletto/BAS/Hartford CT/C&L/US @ C&L US @ C&L INT |
| Date: | 01/04/97 02:27:23 PM EST |
| Subject: | Re: GoldenWest Refining Corporation Limited: Handy & Harman Refining Group Inc |

Rachel,

I received your Notes message and discussed it with the engagement partner. We've concluded that we will meet the <u>original deadline</u> of Thursday April 24, 1997. Please feel free to call me at (860)241-7078 if you have any questions.

Joe

Confidential
Subj. to Prot. Order
PWC Z 02303