In the matter between:

GOLDEN WEST REFINING CORPORATION

vs.

PRICEWATERHOUSECOOPERS, LLP, ET AL.

---

ALEC SHARP, ET AL.

vs.

PRICEWATERHOUSECOOPERS, LLP

---

HANDY & HARMAN REFINING GROUP, INC.

vs.

PRICEWATERHOUSECOOPERS, LLP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF ANIL SHIVDASANI

AUGUST 9, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT  06443
203 245-9583   800 839-6867
HARTFORD         NEW HAVEN         STAMFORD

DISK ENCLOSED

205

1  Q. And what research was that that you were in
2  the process of conducting when you looked at that
3  data?
4  A. **I don't recall the exact project or**
5  **research that I was conducting. I have often**
6  **looked at data regarding capital structures and**
7  **valuations.**
8  Q. Have you ever done any comparison between
9  the Australian stock market and the United States
10 stock market?
11 A. **No.**
12 Q. Do you have any knowledge of particular
13 differences between those two markets?
14 A. **No.**
15 Q. Do you have any quarrel with the notion of
16 using market capitalization as a means of valuing a
17 company in general?
18 A. **In general, assuming that the market is**
19 **valuing the company efficiently, I have no quarrel**
20 **with that concept.**
21 Q. Now, just a couple of questions with
22 respect to this issue of thin trading on the
23 market.
24   You don't have any independent knowledge as
25 you sit here today that would support an assumption

206

1  that the market was inaccurate in assessing Golden
2  West's stock in Australia in 1998?
3  A. **I don't have any independent confirmation**
4  **that the price was in fact inefficient.**
5  Q. That the market was in fact inefficient?
6  A. **The market price was inefficient.**
7  Q. In your report you make reference to the
8  amount of time between information being released
9  and trading occurring. For example, you describe a
10 June 14, 1999 announcement of results and then not
11 seeing any trading for three days.
12   Do you have any information about what the
13 nature of the trading was, though, after those
14 three days?
15   MR. GREENSPAN: Objection to the form.
16   What do you mean by "nature?"
17 BY MS. FISHER:
18 Q. Do you understand what I mean,
19 Mr. Shivdasani?
20 A. **I have some data on training volume that is**
21 **contained in some of the backup materials I've**
22 **provided as Exhibit 3.**
23 Q. Does your data reflect value differences or
24 price differences, or is it really revolving
25 relating?

207

1  A. **I have subsequent market prices and trading**
2  **prices and closing prices, I should qualify.**
3  Q. And did you analyze the effect of the
4  information on those prices, because it's not in
5  your report?
6  A. **No, I did not.**
7  Q. Now, you make reference to the lack of
8  analyst reports covering GWRC's business, and I
9  just want to make sure I understand what your point
10 is.
11   Am I correct in understanding you that you
12 believe that a scarcity of analyst reports may
13 reflect on the market efficiency?
14 A. **Yes.**
15 Q. But the lack of analyst reports in and of
16 itself is not determinative, is it?
17 A. **It does not automatically create an**
18 **inefficient market.**
19 Q. Or reflect an inefficient market?
20 A. **Not in and of itself.**
21 Q. In Mr. Hobson and Mr. Trevor's report
22 there's a comment that the statement is made, we're
23 of the opinion -- this is Paragraph 5.1 -- that the
24 appropriate measure of GWRC's loss is the
25 difference between the financial standing of GWRC

208

1  now compared to its financial position prior to the
2  collapse of HHRG.
3    Do you have any quarrel or criticism with
4  that as stated?
5    MR. GREENSPAN: Objection to the form
6    of the question.
7    MS. FISHER: Do you need me to read it
8    back. I read it fast.
9    THE WITNESS: Yes, that would be
10   helpful.
11 BY MS. FISHER:
12 Q. "We are of the opinion that the appropriate
13 measure of GWRC's loss is the difference between
14 the financial standing of GWRC now compared to its
15 financial position prior to the collapse of HHRG."
16   MR. GREENSPAN: Objection to the form.
17   You can answer.
18   MS. FISHER: I just read the report.
19   THE WITNESS: Yes. I have some
20   disagreement with that statement.
21 BY MS. FISHER:
22 Q. That's the principle encompassed --
23 A. **Embedded, yes.**
24 Q. Embedded.
25   And what is your criticism of the