**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : : | |
| Defendant. | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP, | : | September 2, 2005 |
| Defendant. | : | |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant, PricewaterhouseCoopers LLP, has manually filed the following documents or things: 1) PricewaterhouseCoopers LLP's Compendium of Exhibits in Support Its Opposition to the Motion of Alec Sharp et al. for Partial Summary Judgment, dated September 2, 2005.

These documents have not been filed electronically because:

| | |
|---|---|
| ☐ | the document or thing cannot be converted to an electronic format |
| ☒ | the electronic file size of the documents exceeds 1.5 megabytes |
| ☐ | the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) |
| ☐ | Plaintiff/Defendant is excused from filing this document or thing by Court order. |

The documents or things have been manually served on all parties.

                DEFENDANT,
                PRICEWATERHOUSECOOPERS LLP


       By: _____/s/ Thomas D. Goldberg_____
             David J. Elliott (ct 04301)
             Thomas D. Goldberg (ct 04386)
             Day, Berry & Howard LLP
             One Canterbury Green
             Stamford, Connecticut 06901-2047
             Tel:  (203) 977-7300
             Fax: (203) 977-7301
             Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY  10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL  60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
James M. Ruel (ct21222)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186

-4-

41624380.1 019833-01420
September 2, 2005 2:50 PM