**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : : | |
| Defendant. | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP, | : | September 2, 2005 |
| Defendant. | : | |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant, PricewaterhouseCoopers LLP, has manually filed the following documents or things: 1) Exhibits in Support of PricewaterhouseCoopers LLP's Opposition Plaintiffs' Motion to Preclude the Expert Testimony of William F. Pinney, and (2) Exhibits in Support of PricewaterhouseCoopers LLP's Opposition Plaintiffs' Motion to Preclude the Expert Testimony of R. Gene Brown, both dated September 2, 2005.

These documents have not been filed electronically because:

| | |
|---|---|
| ☐ | the document or thing cannot be converted to an electronic format |
| ☒ | the electronic file size of the documents exceeds 1.5 megabytes |
| ☐ | the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) |
| ☐ | Plaintiff/Defendant is excused from filing this document or thing by Court order. |

The documents or things have been manually served on all parties.

                DEFENDANT,
                PRICEWATERHOUSECOOPERS LLP


        By: \_\_\_\_/s/ Thomas D. Goldberg_____
            David J. Elliott (ct 04301)
            Thomas D. Goldberg (ct 04386)
            Day, Berry & Howard LLP
            One Canterbury Green
            Stamford, Connecticut 06901-2047
            Tel: (203) 977-7300
            Fax: (203) 977-7301
            Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/ Thomas D. Goldberg
                                                David J. Elliott (ct 04301)
                                                Thomas D. Goldberg (ct 04386)
                                                Day, Berry & Howard LLP
                                                One Canterbury Green
                                                Stamford, Connecticut 06901-2047
                                                Tel: (203) 977-7300
                                                Fax: (203) 977-7301
                                                Its Attorneys

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd St.<br>New York, NY 10017-5639 | William H. Champlin, III, Esq.<br>Michael T. McCormack, Esq.<br>William S. Fish, Jr., Esq.<br>Tyler Cooper & Alcorn, LLP<br>CityPlace - 35th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Daniel E. Tranen, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>120 N. LaSalle Street<br>Chicago, IL 60602 | Fred N. Knopf, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407 |
| Steven R. Humphrey (ct06053)<br>Dina S. Fisher (ct14896)<br>James M. Ruel (ct21222)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Jed Horwitt, Esq.<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 |

-4-

41624647.1 019833-01420
September 2, 2005 4:18 PM