## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION<br>Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:02 CV 1379 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS, LLP and<br>COOPERS & LYBRAND, LLP<br>Defendants | : | |
| ALEC SHARP, et al.<br>Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:02 CV 1572 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a<br>PRICE WATERHOUSE, LLP<br>Defendant. | : | |
| HANDY & HARMAN REFINING GROUP, INC.,<br>Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:02 CV 1803 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS, LLP,<br>Defendant | : | |

## AFFIDAVIT OF KENNETH WIGHTMAN

STATE OF RHODE ISLAND       )
                            )       ss.: WARWICK
COUNTY OF PROVIDENCE        )

Kenneth Wightman, being duly sworn, deposes and says:

1.  I am over the age of eighteen and believe in the obligations of an oath.

2.  I have personal knowledge of the facts set forth herein, and the statements made herein are true to the best of my knowledge and belief.

3.  I am a citizen of the United States.

1

4.    I am the President of Geib Refining Corp. ("Geib") located at 399 Kilvert Street, Warwick, Rhode Island 02886. I have held this position for 17 years. Geib is a refiner of gold, silver, platinum, palladium and other precious metals. As part of Geib's operations, it outsources certain refining to high grade metal refiners such as the former Handy & Harman Refining Group, Inc. ("HHRG"). Geib delivered precious metals for refining to HHRG and its predecessor Handy & Harman for 18 years prior to the ultimate demise of HHRG in 2000. Geib left substantial amounts of precious metals on deposit with HHRG in its "pool accounts".

5.    Geib is a second generation family owned business. The Geib's have been refining precious metal for over forty-five years. Geib's customer base ranges from the United States Federal Government to defense contractors, industrial plants, jewelry manufacturers and small R & D facilities.

6.    Geib is one of the largest unsecured creditors of HHRG in its bankruptcy holding a claim in the total amount of $1,210,812.91.

7.    Through my experience with Geib in the precious metal industry I understand and appreciate the need for a precious metals refiner to have the trust and confidence of its refining customers. In this regard, Geib makes available information regarding its banking facilities to all Geib's refining customers so that they can feel assured and secure in turning over possession of their precious metals to Geib for refining. A precious metal refiner's reputation for integrity and financial stability is critical to its ability to maintain relationships with its refining customers.

8.    On or about March 13, 2000, I became aware that HHRG was no longer accepting delivery of precious metal for refining.

2

9.   On or about March 28, 2000 I became aware that HHRG had filed for bankruptcy protection in the United States Bankruptcy Court for the District of Connecticut.

10.   I became actively involved in HHRG's Chapter 11 proceedings on behalf of Geib and was appointed to serve as one of the five unsecured creditors on the Official Committee of Unsecured Creditors (the "Committee").

11.   At the time of HHRG's bankruptcy filing, many of HHRG's largest refining customers, including Geib, were interested only in recovering their precious metal held for them by HHRG and were not interested in continuing to do business with HHRG.

12.   From the time of HHRG's bankruptcy filing in late March, 2000 until the present, Geib has used other refiners for its high grade precious metals and never again did business with HHRG.

13.   Pursuant to HHRG's confirmed Plan of Reorganization I am a member of HHRG's Oversight Committee.

Kenneth Wightman

Subscribed and sworn to before me this 2nd day of August/September, 2005

Notary Public/   Eleanor E. Birkitt
Commissioner of the Superior Court
Commission Expires 8/01/09

3