UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION : <br> Plaintiff : <br> : <br> VS. : <br> : <br> PRICEWATERHOUSECOOPERS, LLP and : <br> COOPERS & LYBRAND, LLP : <br> Defendants : | CIVIL ACTION NO. <br> 3:02 CV 1379 (MRK) |
| ALEC SHARP, et al. : <br> Plaintiffs : <br> : <br> VS. : <br> : <br> PRICEWATERHOUSECOOPERS, LLP d/b/a : <br> PRICE WATERHOUSE, LLP : <br> Defendant. : | CIVIL ACTION NO. <br> 3:02 CV 1572 (MRK) |
| HANDY & HARMAN REFINING GROUP, INC., : <br> Plaintiff : <br> : <br> VS. : <br> : <br> PRICEWATERHOUSECOOPERS, LLP, : <br> Defendant : | CIVIL ACTION NO. <br> 3:02 CV 1803 (MRK) <br><br> SEPTEMBER 2, 2005 |

**NOTICE OF MANUAL FILING OF EXHIBITS TO PLAINTIFF HANDY
AND HARMAN REFINING GROUP AND GOLDEN WEST REFINING
CORPORATION'S JOINT MEMORANDUM OF LAW IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

Please take notice that the plaintiff, Handy & Harman Refining Group, Inc. ("HHRG"), has manually filed exhibits (collectively, the "Exhibits") to the Plaintiffs' Handy & Harman Refining Group, Inc. and Golden West Refining Corporation's Joint Memorandum of Law in Opposition to Motion for Summary Judgment.

The Exhibits have not been filed electronically because they are greater than 1.5 megabytes in size. The Plaintiff has served the Exhibits on all parties by mail.

        THE PLAINTIFF,
        HANDY & HARMAN REFINING GROUP, INC.

By: _____
        William H. Champlin III
        (ct04202), Champlin@tylercooper.com
        Michael T. McCormack
        (ct13799), mmcormack@tylercooper.com
        TYLER COOPER & ALCORN, LLP
        CityPlace, 35th Floor
        185 Asylum Street
        Hartford, CT 06103
        Tel: (860) 725-6200
        Fax: (860) 278-3802

## CERTIFICATION

      I hereby certify that on September 2, 2005, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept filing.] Parties may access this filing through the Court's system.

Steven Greenspan, Esq.
Thomas Goldberg, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elson, Moskowitz Edelman
 & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

_____
Michael T. McCormack