# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| | : | |
| Defendants. | : | |
| ALEC SHARP, et al., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : | |
| | : | |
| Defendant. | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:02 CV 1803 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | September 19, 2005 |

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S RESPONSE TO THE CONSOLIDATED LOCAL RULE 56(a)2 STATEMENT OF HANDY & HARMAN REFINING GROUP, INC. AND GOLDEN WEST REFINING CORPORATION LIMITED

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully submits this statement in response to the Statement of Disputed Issues of Material Fact and Facts Relevant to the Memorandum of Law in Opposition to Motion for Summary Judgment set forth in the Consolidated Local Rule 56(a)2 Statement of Handy & Harman Refining Group, Inc. ("HHRG") and Golden West Refining Group Limited ("GWRC"), dated September 2, 2005.

## <u>RESPONSE TO PLAINTIFFS' STATEMENT OF DISPUTED FACTS AND FACTS RELEVANT TO THE MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT</u>

To the extent that plaintiffs have relied upon PwC's Answer, dated May 24, 2004 and PwC's Objections and Responses to HHRG's Requests for Admissions, dated July 12, 2005, PwC refers to and incorporates its full answers, responses and objections as set forth in those documents. Also, to the extent that plaintiffs have relied upon documents, transcripts or other written material, PwC refers to the text as set forth in such written material.

1. Pursuant to PwC's Answer, dated May 24, 2004, and/or PwC's Objections and Responses to HHRG's Requests for Admissions, dated July 12, 2005, this is not a matter presently in dispute in this action.[1]

2. This is not a matter presently in dispute in this action. *See* ¶ 1.

3. This is not a matter presently in dispute in this action. *See* ¶ 1.

4. This is not a matter presently in dispute in this action. *See* ¶ 1.

5. This is not a matter presently in dispute in this action. *See* ¶ 1.

6. This is not a matter presently in dispute in this action. *See* ¶ 1.

7. This is not a matter presently in dispute in this action. *See* ¶ 1.

8. This is not a matter presently in dispute in this action. *See* ¶ 1.

9. PwC admits that it and its predecessor performed various professional engagements for HHRG, but denies that PwC or its predecessor performed any professional

---

[1] PwC's response to this and similar statements may not be deemed an admission for purposes of trial. PwC reserves the right to dispute at trial all allegations and characterizations set forth in plaintiffs' Rule 56(a)2 statements. Similarly, PwC's responses are not intended as admissions to any allegations made by plaintiffs Alec Sharp et al. ("Underwriters") which are the subject of Underwriters' motion for partial summary judgment.

engagement for or at the request of GWRC. GWRC has introduced no evidence in support of this contention. All engagement letters were between PwC and HHRG.

10. This is not a matter presently in dispute in this action. *See* ¶ 1.

11. This is not a matter presently in dispute in this action. *See* ¶ 1.

12. This is not a matter presently in dispute in this action. *See* ¶ 1.

13. This is not a matter presently in dispute in this action. *See* ¶ 1.

14. This is not a matter presently in dispute in this action. *See* ¶ 1.

15. This is not a matter presently in dispute in this action. *See* ¶ 1.

16. This is not a matter presently in dispute in this action. *See* ¶ 1.

17. This is not a matter presently in dispute in this action. *See* ¶ 1.

18. This is not a matter presently in dispute in this action. *See* ¶ 1.

19. This is not a matter presently in dispute in this action. *See* ¶ 1.

20. This is not a matter presently in dispute in this action. *See* ¶ 1.

21. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "March, 2002," which is likely a typographical error.

22. This is not a matter presently in dispute in this action. *See* ¶ 1.

23. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "from August, 1996 until March 28, 2000," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

24. This is not a matter presently in dispute in this action. *See* ¶ 1.

25. This is not a matter presently in dispute in this action. *See* ¶ 1.

26. This is not a matter presently in dispute in this action. *See* ¶ 1.

27. This is not a matter presently in dispute in this action. *See* ¶ 1.

28. This is not a matter presently in dispute in this action. *See* ¶ 1.

29. This is not a matter presently in dispute in this action. *See* ¶ 1.

30. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "Value Added Tax and transportation charges," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

31. This is not a matter presently in dispute in this action. *See* ¶ 1.

32. This is not a matter presently in dispute in this action. *See* ¶ 1.

33. This is not a matter presently in dispute in this action. *See* ¶ 1.

34. This is not a matter presently in dispute in this action. *See* ¶ 1.

35. *See* ¶ 1. PwC denies plaintiffs' characterization regarding the "Service Plans," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

36. This is not a matter presently in dispute in this action. *See* ¶ 1.

37. This is not a matter presently in dispute in this action. *See* ¶ 1.

38. This is not a matter presently in dispute in this action. *See* ¶ 1.

39. This is not a matter presently in dispute in this action. *See* ¶ 1.

40. This is not a matter presently in dispute in this action. *See* ¶ 1.

41. This is not a matter presently in dispute in this action. *See* ¶ 1.

42. This is not a matter presently in dispute in this action. *See* ¶ 1.

43. This is not a matter presently in dispute in this action. *See* ¶ 1.

44. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "unsecured" advances, but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

45. Solely for purposes of PwC's motions for summary judgment, this is not a matter in dispute.  As set forth in PwC's Memorandum of Law in Support of Its Motion for Summary Judgment Against Handy & Harman Refining Group, Inc., dated August 12, 2005, at p. 3 & n. 4, and PwC's Memorandum of Law in Support of its Motion for Summary Judgment Against Golden West Refining Corp. Limited, dated August 12, 2005, at p. 6, we assume as true solely for purposes of these motions that PwC failed to perform its services for HHRG in accordance with applicable professional standards; that these failures related directly to the examination of the Panexim account and similar South American accounts; that if PwC had performed its services properly HHRG's board would have acted to prevent or limit HHRG's advances to Panexim; that if the board had taken these actions, such losses would have been avoided; and that the HHRG bankruptcy in turn precipitated GWRC's insolvency.  PwC will vigorously contest these issues and the facts related thereto at trial.

46. This is not a matter presently in dispute in this action.  *See* ¶ 1.

47. This is not a matter presently in dispute in this action.  *See* ¶ 1.

48. This is not a matter presently in dispute in this action.  *See* ¶ 1.

49. This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

50. This is not a matter presently in dispute in this action.  *See* ¶ 1.

51. This is not a matter presently in dispute in this action.  *See* ¶ 1.

52. This is not a matter presently in dispute in this action.  *See* ¶ 1.

53.  *See* ¶ 1.  PwC denies plaintiffs' characterization regarding "negative balances," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

54. This is not a matter presently in dispute in this action. *See* ¶ 1.

55. This is not a matter presently in dispute in this action. *See* ¶ 1.

56. This is not a matter presently in dispute in this action. *See* ¶ 1.

57. This is not a matter presently in dispute in this action. *See* ¶ 1.

58. This is not a matter presently in dispute in this action. *See* ¶ 1.

59. This is not a matter presently in dispute in this action. *See* ¶ 1.

60. This is not a matter presently in dispute in this action. *See* ¶ 1.

61. This is not a matter presently in dispute in this action. *See* ¶ 1.

62. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "receivables," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

63. This is not a matter presently in dispute in this action. *See* ¶ 1.

64. This is not a matter presently in dispute in this action. *See* ¶ 1.

65. This is not a matter presently in dispute in this action. *See* ¶ 1.

66. This is not a matter presently in dispute in this action. *See* ¶ 1.

67. *See* ¶ 1. PwC denies plaintiffs' characterization regarding the "Service Plan," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

68. This is not a matter presently in dispute in this action. *See* ¶ 1.

69. This is not a matter presently in dispute in this action. *See* ¶ 1.

70. This is not a matter presently in dispute in this action. *See* ¶ 1.

71. *See* ¶ 1. PwC denies plaintiffs' characterization that "PwC understood HHRG's policy," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

72. *See* ¶ 1.  PwC denies plaintiffs' characterization that "the defendant stated," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

73. There is no paragraph 73 in plaintiffs' statement.

74. This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

75. This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

76. This is not a matter presently in dispute in this action.  *See* ¶ 1.

77. This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

78. *See* ¶ 1.  PwC denies plaintiffs' characterization regarding "March 31, 1997," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

79. This is not a matter presently in dispute in this action.  *See* ¶ 1.

80. This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

81. *See* ¶ 1.  PwC denies plaintiffs' characterization that Mr. Posada "told Raj Dansinghani," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

82. This is not a matter presently in dispute in this action.  *See* ¶ 1.

83. This is not a matter presently in dispute in this action.  *See* ¶ 1.

84. This is not a matter presently in dispute in this action.  *See* ¶ 1.

85. This is not a matter presently in dispute in this action.  *See* ¶ 1.

86. *See* ¶ 1. PwC denies plaintiffs' characterization of Mr. Posada's statements, but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

87. *See* ¶ 1. PwC denies plaintiffs' characterization of Mr. Posada's statements, but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

88. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

89. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

90. This is not a matter presently in dispute in this action. *See* ¶ 1.

91. *See* ¶ 1. PwC denies plaintiffs' characterization set out in the second sentence of this paragraph, but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

92. This is not a matter presently in dispute in this action. *See* ¶ 1.

93. *See* ¶ 1. PwC denies plaintiffs' characterization to the extent it assumes PwC's knowledge of the existence of these amounts, but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

94. *See* ¶ 1. PwC denies plaintiffs' characterization regarding "before June 30, 1998," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

95. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

96.  *See* ¶ 1.  PwC denies plaintiffs' characterization regarding any "written agreements between HHRG and Panexim," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

97. PwC states that the referenced request for admission does not set forth this paragraph.

98.  *See* ¶ 1.  PwC denies plaintiffs' characterization regarding "an unqualified audit opinion," but admits this matter is not in dispute for purposes of PwC's motions for summary judgment.

99. Solely for purposes of PwC's motions for summary judgment, this is not a matter in dispute.  *See* ¶ 45.  Further, this matter is disputed by the expert report and deposition testimony of Robert Temkin, and will be vigorously contested at trial, but has been assumed by PwC for purposes of its motions for summary judgment.

100.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment.  *See* ¶ 99.

101.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

102.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

103.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

104.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

105.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

106.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

107.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

108.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

109.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

110.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

111.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

112.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

113.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

114.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

115.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

116.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

117.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

118.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

119.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

120.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

121.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

122.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

123.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

124.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

125.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

126.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

127.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

128.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

129.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

130.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

131.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

132.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

133.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

134.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

135.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

136.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

137.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

138.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

139.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

140.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

141.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

142.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

143.  This matter is disputed by the expert report and deposition testimony of Robert Temkin, but has been assumed by PwC for purposes of its motions for summary judgment. *See* ¶ 99.

144.  This is not a matter presently in dispute in this action.  *See* ¶ 1.

-13-

145.  *See* ¶ 1.  PwC denies plaintiffs' characterization regarding "PwC did not inquire," but admits that this matter is not in dispute for purposes of PwC's motions for summary judgment.

146.  This is not a matter presently in dispute in this action.  *See* ¶ 1.

147.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

148.  This is not a matter presently in dispute in this action.  *See* ¶ 1.

149.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

150.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

151.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

152.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

153.  PwC denies this matter, *see* PwC's Consolidated Local Rule 56(a)(1) Statement, dated August 12, 2005, but admits it is not in dispute for purposes of PwC's motions for summary judgment.

154.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

155.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

-14-

156.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

157.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

158.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

159.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

160.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

161.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

162.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

163.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

164.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

165.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

166.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

167.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

168.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 153.

169.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

170.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

171.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

172.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

173.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

174.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.  Further, to the extent that Mr. Hayes' opinion is sought to be offered as a purported expert opinion, the time to designate proposed expert witnesses in this case has expired.

175.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.  To the extent offered as a purported expert opinion, PwC objects on the ground that the disclosure is untimely.  *See* ¶ 174.

176.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

177. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

178. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

179. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

180. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

181. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

182. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

183. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

184. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

185. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

186. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

187. To the extent the background and experience of Sean Russo in the precious metals refining industry is offered for purposes of expert qualifications, *see* Handy and Harman Refining Group and Golden West Refining Corporation's Joint Memorandum of

Law In Opposition to Motion for Summary Judgment, dated September 2, 2005, at p. 29 n. 8, PwC objects on the ground that the disclosure is untimely.

188.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

189.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

190.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

191.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

192.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

193.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

194.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

195.  PwC objects to plaintiffs' effort to establish Mr. Russo's purported expert qualifications on the ground that it is untimely.  *See* ¶ 187.

196.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

197.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

198.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

199.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

200.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

201.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

202.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

203.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

204.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

205.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

206.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

207.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

208.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

209.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

210.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

211.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

212.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

213.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

214.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

215.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

216.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

217.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

218.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

219.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

220.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

221.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

222.  To the extent the background and experience of Michael Ryan in the precious metals refining industry is offered for purposes of expert qualifications*, see* Handy and Harman Refining Group and Golden West Refining Corporation's Joint Memorandum of Law In Opposition to Motion for Summary Judgment, dated September 2, 2005 ("Plaintiffs' Memorandum"), at p. 29 n. 8, PwC objects on the ground that the disclosure is untimely.

223.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

224.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

225.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

226.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

227.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

228.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

229.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

230.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

231.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

232.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

233.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

234.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

235.  PwC objects to plaintiffs' effort to establish Mr. Ryan's purported expert qualifications on the ground that it is untimely.  *See* ¶ 222.

236.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.  To the extent that Mr. Bullock's experience is offered to show purported expert qualifications, PwC objects on the ground that the disclosure is untimely. *See* ¶ 187.

237.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.  To the extent that Mr. Bullock's experience is offered to show

purported expert qualifications, PwC objects on the ground that the disclosure is untimely. *See* ¶ 187.

238. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45. To the extent that Mr. Bullock's experience is offered to show purported expert qualifications, PwC objects on the ground that the disclosure is untimely. *See* ¶ 187.

239. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45. To the extent that Mr. Bullock's experience is offered to show purported expert qualifications, PwC objects on the ground that the disclosure is untimely. *See* ¶ 187.

240. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

241. This matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

242. PwC objects to the purported expert opinion of Mr. Bullock relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosure is untimely. *See* ¶ 187. Otherwise, this matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

243. PwC objects to the purported expert opinion of Mr. Bullock relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosure is untimely. *See* ¶ 187. Otherwise, this matter is not in dispute for purposes of PwC's motions for summary judgment. *See* ¶ 45.

244.  PwC objects to the purported expert opinion of Mr. Bullock relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosure is untimely.  *See* ¶ 187. Otherwise, this matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

245.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

246.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

247.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

248.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

249.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

250.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

251.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

252.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

253.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

254.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

255.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

256.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

257.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

258.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

259.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

260.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

261.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

262.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

263.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

264.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the

-25-

ground that the disclosures are untimely.  *See* ¶¶ 187, 222.  Otherwise, this matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

264.[2]  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

265.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

266.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

267.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

268.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

269.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

---

[2] Plaintiffs included two consecutive paragraphs numbered 264.

270.  PwC objects to the purported expert opinions of Messrs. Russo and Ryan relating to the causation of losses and the valuation of HHRG's and GWRC's business on the ground that the disclosures are untimely.  *See* ¶¶ 187, 222.

271.  This matter is not in dispute for purposes of PwC's motions for summary judgment.  *See* ¶ 45.

Respectfully submitted,

DEFENDANT,
PRICEWATERHOUSECOOPERS, LLP

By    /s/ Thomas D. Goldberg
        Thomas D. Goldberg, ct 04386
        David J. Elliot, ct 04301
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT  06103-3499
        Tel. (860) 275-0100
        Fax. (860) 275-0343

        Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Thomas D. Goldberg_____
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel:  (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman &<br>Dicker LLP<br>150 East 42nd St.<br>New York, NY  10017-5639 | William H. Champlin, III, Esq.<br>Michael T. McCormack, Esq.<br>William S. Fish, Jr., Esq.<br>Tyler Cooper & Alcorn, LLP<br>CityPlace - 35th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Daniel E. Tranen, Esq.<br>Wilson, Elser, Moskowitz, Edelman &<br>Dicker LLP<br>120 N. LaSalle Street<br>Chicago, IL  60602 | Fred N. Knopf, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407 |
| Steven R. Humphrey (ct06053)<br>Dina S. Fisher (ct14896)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Jed Horwitt, Esq.<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 |