UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION<br>Plaintiff | : <br> : <br> : | |
| VS. | : <br> : | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP and<br>COOPERS & LYBRAND, LLP<br>Defendants | : <br> : <br> : <br> : | |
| ALEC SHARP, et al.<br>Plaintiffs | : <br> : <br> : | |
| VS. | : <br> : | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a<br>PRICE WATERHOUSE, LLP<br>Defendant. | : <br> : <br> : <br> : | |
| HANDY & HARMAN REFINING GROUP, INC.,<br>Plaintiff | : <br> : <br> : | |
| VS. | : <br> : | CIVIL ACTION NO.<br>3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP,<br>Defendant | : <br> : <br> : | SEPTEMBER 26, 2005 |

SUPPLEMENTAL AFFIDAVIT OF SEAN RUSSO

I, Sean Russo, being duly sworn, hereby state as follows:

1. I am over the age of eighteen and believe in the obligations of the oath.

2. I have personal knowledge of the facts set forth herein, and the statements made herein are true to the best of my knowledge and belief.

3. I make this affidavit to supplement my prior affidavit in this case.

4.  Between June 1998 and February 2000, Barry Wayne was significantly involved with the Panexim situation and therefore failed to operate the business of HHRG in the manner that it could and should have been operated. This failure negatively impacted HHRG's earnings during this period.

5.  After June 30, 1998, Barry Wayne caused HHRG to fund millions of unsecured advances to Panexim to cover refining fees and transportation charges and its VAT payments to the Peruvian government. This reduced the cash flow available to operate HHRG's business and caused higher borrowing costs. All of this in turn negatively impacted HHRG's earnings during this period.

6.  If PricewaterhouseCoopers had advised me or other Golden West board members of the unsecured advances to Panexim in June 1998, we immediately would have taken steps as outlined in my prior affidavit to stop future unsecured advances to Panexim and to cause HHRG to be operated in accordance with board policies.

7.  PricewaterhouseCooper's failure to advise us of the unsecured advances to Panexim in June 1998 directly and negatively impacted HHRG's earnings between June 1998 and February 2000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the Twenty sixth day of September 2005.

*[signature]*

Sean Russo