m to file

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION<br>Plaintiff | |
| VS. | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP and<br>COOPERS & LYBRAND, LLP<br>Defendants | |
| ALEC SHARP, et al.<br>Plaintiffs | |
| VS. | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a<br>PRICE WATERHOUSE, LLP<br>Defendant. | |
| HANDY & HARMAN REFINING GROUP, INC.,<br>Plaintiff | |
| VS. | CIVIL ACTION NO.<br>3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP,<br>Defendant | SEPTEMBER 26, 2005 |

## MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM

Handy and Harman Refining Group, Inc. ("HHRG") and Golden West Refining Corporation ("GWRC") respectfully request permission to file this sur-reply memorandum in response to the new arguments made by PricewaterhouseCoopers, LLC ("PwC") in its reply memorandum in support of its motion for summary judgment. HHRG and GWRC did not have a fair opportunity to respond to these new arguments, which were made without complying with Loc. R. Civ. P. 7(d). HHRG and GWRC are

also submitting herewith, and hereby seek permission to file, supplemental affidavits of Michael Ryan and Sean Russo in opposition to the new arguments made by PwC.

HANDY & HARMAN REFINING GROUP, INC.

By _William S. Fish_

William H. Champlin III
CT040202
champlin@tylercooper.com
William S. Fish, Jr.
CT05349
fish@tylercooper.com
Michael T. McCormack
CT13799
mmccormack@tylercooper.com
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802

GOLDEN WEST REFINING CORPORATION

By _Steven R. Humphrey /wsf_

Steven R. Humphrey (ct06053)
shumphrey@rc.com
ROBINSON & COLE
280 Trumbull St.
Hartford, CT 06103
Telephone: (860) 275-8221
Fax: (860) 275-8299

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed and emailed on September 26, 2005 to:

David Elliott, Esq. (djelliott@dbh.com)
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Thomas Goldberg (tdgoldberg@dbh.com)
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

and I further certify that a copy of the foregoing was mailed on September 26, 2005 postage prepaid to all counsel of record as follows:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Stefan Dandelles, Esq.
Wilson, Elson, Moskowitz Edelmana
 & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

_____
William S. Fish, Jr.