UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>     Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>     Defendants. | : : : : : : : : : : | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| ALEC SHARP, et al.,<br>     Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP,<br>     Defendant. | : : : : : : : : : | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK) |
| HANDY & HARMON REFINING GROUP, INC.,<br>     Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>     Defendant. | : : : : : : : : : | CIVIL ACTION NO.<br>3:02 CV 1803(MRK)<br><br>SEPTEMBER 30, 2005 |

**<u>NOTICE OF FILING</u>**
**<u>OF SUBSTITUTE SUPPLEMENTAL AFFIDAVIT OF RICHARD GORDON HAYES</u>**
**<u>IN SUPPORT OF GWRC'S MEMORANDUM OF LAW IN OPPOSITION TO</u>**
**<u>PwC'S MOTION FOR SUMMARY JUDGMENT</u>**

- 2 -

Golden West Refining Corporation ("GWRC") hereby submits a substitute supplemental affidavit, referenced in and in support of "GWRC's Memorandum of Law In Opposition to PwC's Motion for Summary Judgment," filed on September 2, 2005.

**PLAINTIFF**
**GOLDEN WEST REFINING**
**CORPORATION LIMITED**

/s/ _____
   Steven R. Humphrey (ct06053)
   shumphrey@rc.com
   Dina S. Fisher (ct14896)
   dfisher@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Steven R. Humphrey (ct 06053)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No. (860) 275-8221
Fax No. (860) 275-8299
E-mail: shumphrey@rc.com