EXHIBIT A

HHRG RE: PwC

**CONSOLIDATED PLAINTIFFS' TRIAL BINDER EXHIBIT INDEX**
**02-cv-1379 (MRK)**
**02-cv-1572 (MRK)**
**02-cv-1803 (MRK)**

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 1 | n/a | left intentionally blank | 0000/00/00 |
| 2 | no bates numbers | C&L Publication - Audit Committees - The Next Steps | 0000/00/00 |
| 3 | PWC/UWREQ#16-17-01 through 16-17-28 | Summary of PWC Timesheets re: HHRG Engagement | 0000/00/00 |
| 4 | PWC 96 A0465/0477/0343 | Consulting Contracts | |
| 5 | PWC JJT 01342-01343 | Handwritten Notes re: John King | 0000/00/00 |
| 6 | PWC JJT 01991-01999 | Handwritten Notes re: John King | 0000/00/00 |
| 7 | PWC Z 02408-02428 | Coopers & Lybrand Inter Office Correspondence from Philip J. Schultz re: New Client Forms -- HHRG new client form documents | 1995/10/13 |
| 8 | PWC 96A 0411-456 | KPMG Audit Report re: H&H Consolidated Financial Statements - December 31, 1995 and 1994, and Three Months Ended March 31, 1996 | 1996/04/25 |
| 9 | no bates numbers | Letter from John Williams of GWR Canada to Thomas Fitzpatrick of C&L re: Terms of Engagement | 1996/04/02 |
| 10 | no bates numbers | Fax from Alan Good of C&L Perth to Michael Bessell of Rothschild Australia re: Information Memorandum of GWRC | 1996/07/04 |
| 11 | no bates numbers | Memo from George Fraser of C&L NY to John Williams at GWRC re: due diligence | 1996/04/12 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 12 | PWC/HHRG 000004 - 000115 | Due Diligence Report | 1996/05/01 |
| 13 | PWC PF 01311-01372 | Fleet National Bank Loan and Consignment Agreement | 1996/05/05 |
| 14 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: appointment of officers | 1996/07/31 |
| 15 | PWC AMC 01307-1312; PWC AMC 01318 - 01320 | HHRG Promissory Note to Fleet re: $25 million loan | 1996/08/00 |
| 16 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: Fleet loan and consignment agreement | 1996/08/12 |
| 17 | PWC Z 02446-02465 | Barry Wayne Employment Agreement | 1996/08/16 |
| 18 | no bates numbers | Assignment and Assumption Agreement by and between GWRC and HHRG | 1996/08/15 |
| 19 | no bates number | GWRC Board of Directors Meeting Minutes | 1996/08/19 |
| 20 | PWC PF 00619- 00776 | Credit Suisse Agreement with Exhibits | 1996/08/20 |
| 21 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: appointment of Wayne, Russo, Bullock as officers | 1996/08/30 |
| 22 | no bates numbers | Special Meeting of the HHRG Board of Directors re: appointment of Wayne, Tuten, Ryan, Wiggins and Bullock as directors | 1996/09/24 |
| 23 | no bates numbers | Written Consent of the Board of Directors of HHRG re: amendment to Fleet agreement | 1996/11/01 |
| 24 | HHRG 0049-51 | HHRG Board of Directors Meeting Minutes | 1996/11/24 |
| 25 | DE 03651- 03726 | GWRC Information Memorandum re: Acquisition | 1996/08/06 |
| 26 | DE 03939 | HHRG Earnings Forecast 1997-2002 | 1998/08/06 |
| 27 | DE 03940-03941 | HHRG Draft Valuation Analysis 2000-2004 | 2000/00/00 |
| 28 | PWC 98 EW 0064 – 0078 | PWC Electronic Work Paper re: Service Plan | 1998/03/31 |
| 29 | PWC JMF 00269 – 00278 | PwC's Business Assurance Client Acceptance Form re: HHRG | 1996/09/10 |
| 30 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1997/03/17 |
| 31 | no bates numbers | GWRC Board of Directors Meeting Minutes | 1997/03/18 |
| 32 | no bates numbers | Meeting Minutes of the Audit Committee of GWRC | 1997/03/18 |
| 33 | | Meeting Minutes of the Audit Committee of GWRC re: HHRG | 1997/05/14 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 34 | PWC Z 02301 | Fax from Ralph Gibson of GWRC to John King re: 1996/97 Audit | 1997/03/21 |
| 35 | PWC Z 02303 | Emails between Rachel Perry (C&L Perth) to Joe Tiroletto re: HHRG Audit at 3/31/97 | 1997/04/01 1997/04/09 |
| 36 | no bates numbers | GWRC Audit Committee Meeting Minutes | 1997/03/26 |
| 37 | no bates numbers | Memo from Rod Warren to File re: Audit Committee meeting | 1997/03/27 |
| 38 | PWC 97 EW 000904-000910 | PWC EWP re: Critical Matters | 1997/03/31 |
| 39 | PWC 97 EW 0102 | PWC EWP re: Matters which impact the audit strategy | 1997/03/31 |
| 40 | PWC 97 WP 0032-0043 | HHRG Summary Review Memorandum | 1997/03/31 |
| 41 | PWC 97 EW 0248 | PWC EWP re: "Scan detailed list of trade accounts receivable" | 1997/03/31 |
| 42 | PWC 97 WP 0072-0075 | C&L Audit Report to Board of Directors of GWRC | 1997/05/27 |
| 43 | PWC 97 WP 0091-0099 | PWC Audit Report to Management of HHRG | 1997/10/31 |
| 44 | PWC 97 WP 0109-0125 | HHRG Consolidated Financial Statements | 1997/03/31 |
| 45 | PWC 97 WP 0308-0310 | PNB Schedule | 1997/03/31 |
| 46 | PWC 97 WP 0409-0410 | PNB Schedule | 1997/03/31 |
| 47 | PWC 99 EW 02334-02344 | PWC Report on Business re: HHRG | 1999/03/31 |
| 48 | PWC 98 WP 0329-0333 | HHRG Summary Review Memorandum - from 4/1/97 to 9/30/97 | 1997/09/30 |
| 49 | PWC 98 WP 0420 | HHRG PNB 4/1/97 to 9/30/97 | 1997/09/30 |
| 50 | PWC 98 WP 01030 | Panexim Account Receivable Confirmation | 1998/04/07 |
| 51 | PWC 99 WP 01221-01223 | Panexim Account Receivable Confirmation | 1999/04/08 |
| 52 | PWC Z 02304-02305 | Note from John King and fax from R. Gibson to J. King re: meeting with C&L | 1997/04/09 |
| 53 | PWC 97 WP 0005-0010 | 1997 Audit Engagement Letter | 1997/04/10 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 54 | PWC 97 WP 0344 | Letter from Panexim to Joseph Tiroletto re: account reconciliation | 1997/04/11 |
| 55 | PWC 97 WP 00648-0650 | Covenant Testing Notes | 1997/04/28 |
| 56 | PWC 97 WP 0059 | Fleet Waiver Letter to HHRG | 1997/05/05 |
| 57 | DE 02399-02427 | HHRG Operations Report | 1997/05/00 |
| 58 | 00021-00024 | Minutes of Audit Committee Meeting of GWRC | 1998/04/23 |
| 59 | DE 02428-02456 | HHRG Operations Report June, 1997 | 1997/06/00 |
| 60 | no bates numbers | HHRG Organization Chart | 1997/06/16 |
| 61 | DE 02457-02483 | HHRG Operations Report July, 1997 | 1997/07/00 |
| 62 | PWC 97 WP 0023-0026 | HHRG management letter to C&L re: 1997 Audit | 1997/07/25 |
| 63 | DE 02484-02514 | HHRG Operations Report August, 1997 | 1997/08/00 |
| 64 | PWC 98 EW 0350-0352 | PWC EWP re: Accounts Receivable Analytical Procedures | 1998/04/20 |
| 65 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1997/08/11 |
| 66 | DE 02515-02547 | HHRG Operations Report September, 1997 | 1997/09/00 |
| 67 | DE 02548-02583 | HHRG Operations Report October, 1997 | 1997/10/00 |
| 68 | DE 02584-02615 | HHRG Operations Report November, 1997 | 1997/11/00 |
| 69 | no bates numbers | HHRG Board of Directors Annual Meeting Minutes | 1997/11/19 |
| 70 | DE 02616-02938 | HHRG Operations Report December, 1997 | 1997/12/00 |
| 71 | no bates numbers | Bylaws of HHRG with Amendments | 1996/07/03 |
| 72 | PWC 98 EW 0001-0017 | PWC EWP re: audit planning and control | 1998/00/00 |
| 73 | no bates numbers | C&L 1998 Service Plan re: HHRG Audit | 1998/03/24 |
| 74 | no bates numbers | HHRG Schedule of Meetings – 1998 | 1998/00/00 |
| 75 | DE 02654-02691 | HHRG Operations Report January, 1998 | 1998/01/00 |
| 76 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1998/01/13 |
| 77 | PWC 98 WP01987-01990 | Assays from Ledoux & Co. | 1998/01/27 |
| 78 | DE 02692-02732 | HHRG Operations Report February, 1998 | 1998/02/00 |
| 79 | DE 02733-02772 | HHRG Operations Report March, 1998 | 1998/03/00 |
| 80 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1998/03/10 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 81 | PWC 98 EW 00523-0524 | PWC EWP re: Consignment/Inventory Confirmation Summary | 1998/03/13 |
| 82 | PWC 98 WP 0494-0495 | Letter from C&L Perth to C&L Hartford re: HHRG Audit at 3/31/98 | 1998/03/24 |
| 83 | PWC 98 WP 0442-0448 | C&L Audit Engagement Letter to HHRG re: 1998 Audit | 1998/03/30 |
| 84 | PWC 98 EW 0320-0337 | PWC EWP re: Accounts Receivable | 1998/03/31 |
| 85 | PWC 98 EW 0355-0360 | PWC EWP re: Accounts Receivable-Test Sales | 1998/02/19 |
| 86 | PWC EW 0364-0383 | PWC EWP re: Accounts Receivable and Audit Sampling | 1998/03/19 |
| 87 | PWC 98 WP 01472-01474 | PNB Schedule | 1998/03/31 |
| 88 | PWC 98 EW 00695-00703 | PWC EWP re: Debt Covenant Testing | 1998/03/31 |
| 89 | PWC 98 EW 0107-0109 | PWC EWP re: Confirm Control and Control Copies | 1998/03/31 |
| 90 | PWC 98 EW 0375-0376 | PWC EWP re: A/R Allowance - Analytical Procedures | 1998/03/31 |
| 91 | DE 00289-00339 | GWRC Annual Report for 3/31/1998 | 1998/03/31 |
| 92 | PWC 97 EW 0059, PWC 98 EW 0099, PWC JJT 00281-00282 | HHRG Audit Budgeted Hours 3/31/1997, 3/31/1998, and 3/31/99 | 1998/03/31 |
| 93 | PWC 98 EW 0026-0033 | PWC EWP re: "Client Continuance Form" | 1998/03/31 |
| 94 | PWC 98 EW 0060-0063 | PWC EWP re: Audit Strategy and Work Plan | 1998/03/31 |
| 95 | PWC 98 EW 00634a-00634b | PWC EWP re: Search for Unrecorded Liabilities | 1998/03/31 |
| 96 | PWC 98 EW 0080-0081 | PWC EWP re: Audit Strategy and Work Plan | 1998/03/31 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 97 | PWC 98 EW 0082 to 0085 | PWC EWP re: Audit Strategy and Work Plan re: development of audit program | 1998/04/20 |
| 98 | PWC 98 EW 00834-00838 | HHRG Summary Review Memorandum - 3/31/98 | 1998/03/31 |
| 99 | PWC 98 EW 01058-1068 | PWC EWP re: subsequent events report | 1998/03/31 |
| 100 | PWC 98 EW 0163-0164 | PWC EWP re: Internal Control – Board of Directors | 1998/03/31 |
| 101 | PWC 98 EW 0165-0167 | PWC EWP re: Internal Control – Organization and Management | 1998/03/31 |
| 102 | PWC 98 EW 0281-0285 | PWC EWP re: Internal Control – Inventory Cycle | 1998/03/31 |
| 103 | PWC 98 EW 0321-0337 | PWC EWP re: Accounts Receivable – assets | 1998/03/31 |
| 104 | PWC 98 EW 0331a-0331b | PWC EWP re: Accounts Receivable Lead Sheet | 1998/03/31 |
| 105 | PWC 98 EW 0414a-0414b | PWC EWP re: Inventory Lead Sheet | 1998/03/31 |
| 106 | PWC 98 EW 00846a-00846b | PWC EWP re: Summary of Unadjusted Differences | 1998/03/31 |
| 107 | PWC 98 EW 0348, 0349a-0349b | PWC EWP re: "Accounts Receivable Detail - Scanning Questions" | 1998/03/31 |
| 108 | PWC 98 EW 0357 | PWC EWP re: "Cut-off Narrative Testing" | 1998/03/31 |
| 109 | PWC 98 EW 0361-0362 | PWC EWP re: Accounts receivable confirmation summary | 1998/03/31 |
| 110 | PWC 98 EW 0406-0411 | PWC EWP re: Inventory Narrative | 1998/03/31 |
| 111 | PWC 98 EW 0434-0436 | PWC EWP re: Trace test counts | 1998/03/31 |
| 112 | PWC 98 WP 00669-00689 | HHRG Consolidated Financial Statements 3/31/98 and 1997 | 1998/03/31 |
| 113 | PWC Z 00337-00346 | HHRG Management Letter | 1998/06/01 |
| 114 | PWC/HHRG 004172 | HHRG A/R Priced Not Settled-Detail Listing | 1998/04/15 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 115 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1998/03/31 |
| 116 | PWC Z 00126 | Trial Balance | 1998/03/31 |
| 117 | DE 02773-02814 | HHRG Operations Report April, 1998 | 1998/04/00 |
| 118 | PWC 99 WP 0487-0494 | HHRG Summary Review Memorandum - 4/1/98 to 9/30/98 | 1998/09/30 |
| 119 | DE 02815-02856 | HHRG Operations Report May, 1998 | 1998/05/00 |
| 120 | no bates numbers | GWRC Minutes of Meeting with C&L | 1998/05/14 |
| 121 | no bates numbers | Minutes of Meeting of Directors of HHRG | 1998/05/15 |
| 122 | PWC 98 WP 01232-01249 | PWC Work Papers re: Loan Covenants | 1998/05/28 |
| 123 | DE 04079-04122 | HHRG Operations Report June, 1998 | 1998/06/00 |
| 124 | PWC 98 WP 00661-00665 | HHRG Management Letter to C&L re: 1998 Audit | 1998/06/26 |
| 125 | PWC/HHRG015950-015969 | KPMG Report to B. Wayne re: Valuation of HHRG | 1998/09/15 |
| 126 | DE 02857-02902 | HHRG Operations Report July, 1998 | 1998/07/00 |
| 127 | no bates numbers | HHRG Board Meeting Minutes | 1998/07/14 |
| 128 | DE 03922 - 03938 | Letter from John King to KPMG re: Valuation Documents | 1998/07/24 |
| 129 | no bates numbers | Written Consent of the Board of Directors HHRG re: amendment to CSFB loan | 1998/07/28 |
| 130 | no bates numbers | Written Consent of the Board of Directors HHRG re: amendment to Fleet loan | 1998/07/29 |
| 131 | DE 02903-02948 | HHRG Operations Report August, 1998 | 1998/08/00 |
| 132 | no bates numbers | GWRC Audit Committee report to GWRC Board for 8/10/1998 Meeting | 1998/08/10 |
| 133 | no bates numbers | August 31, 1998 Written Consent of the Board of Directors HHRG re: amendment to Fleet loan | 1998/08/31 |
| 134 | PWC Z 02812-02813 | PWC EWP re: Panexim Customer Balance | 1998/08/31 |
| 135 | DE 04029-04078 | HHRG Operations Report September, 1998 | 1998/09/00 |
| 136 | DE 03975-03983 | KPMG Report to B. Wayne re: Valuation of HHRG | 1998/09/14 |
| 137 | no bates numbers | Memo from Chris Wiggins to GWRC re: Corporate Governance Policy | 1998/09/15 |
| 138 | no bates numbers | HHRG Board Meeting Minutes | 1998/09/15 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 139 | PWC 99 WP 00741 | HHRG PNB Schedule | 1998/09/30 |
| 140 | PWC 99 WP 00900 PWC 98 WP 00672 | Comparison of HHRG Consolidated Balance Sheets at 1997, 1998, and 1999 | 1998/09/30 |
| 141 | DE 01754-01806 | HHRG Operations Report October, 1998 | 1998/10/00 |
| 142 | no bates numbers | Minutes of Special Meeting of HHRG Board of Directors | 1998/10/15 |
| 143 | DE 01807-01866 | HHRG Operations Report November, 1998 | 1998/11/00 |
| 144 | PWC 99 WP 0500-0501 | Letter from PWC to Barry Wayne re: 6-month review at 9/30/98 | 1998/11/02 |
| 145 | no bates numbers | HHRG Board Meeting Minutes | 1998/11/10 |
| 146 | PWC 99 WP 00507; 519-528 | PWC Work Papers re: Consultant Expenses | 1998/11/20 |
| 147 | PWC Z 00076-00078 | PWC Alert Notice re: New Engagement Letters | 1999/01/11 |
| 148 | PWC Z 00079-00086 | PWC ABAS Policy Update re: modifications to engagement letters | 1998/12/23 |
| 149 | DE 01867-01924 | HHRG Operations Report December, 1998 | 1998/12/00 |
| 150 | no bates numbers | John Dempsey Reconciliation of Price Not Booked Balance | 1998/12/31 |
| 151 | no bates numbers | PWC Service Plan re: 1999 HHRG Audit | 1999/03/31 |
| 152 | PWC 99 EW 0051-0064 | PWC EWP re: client service plan | 1999/02/11 |
| 153 | DE 01925-01980 | HHRG Operations Report January, 1999 | 1999/01/00 |
| 154 | no bates numbers | Letter from Alan Good of PWC Australia to GWRC Board re: 6-month review of financial statements at 9/30/98 | 1999/01/11 |
| 155 | no bates numbers | HHRG Board Meeting Minutes | 1999/01/12 |
| 156 | HHRG 0402-403 | HHRG Finance Committee Meeting Minutes | 1999/01/27 |
| 157 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1999/01/31 |
| 158 | DE 01981 - 02038 | HHRG Operations Report February, 1999 | 1999/02/00 |
| 159 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1999/02/28 |
| 160 | DE 02039-02097 | HHRG Operations Report March, 1999 | 1999/03/00 |
| 161 | PWC Z 02744 - 02790 | PWC Report to GWRC Board re: 1999 Audit | 1999/03/00 |
| 162 | PWC Z 03022-03026 | Audit Engagement Letter dated 3/01/99 letter from PWC to HHRG | 1999/03/01 |
| 163 | no bates numbers | GWRC Audit Committee Meeting Minutes 3/11/99 | 1999/03/11 |
| 164 | no bates numbers | HHRG Board Meeting Minutes 3/15/99 | 1999/03/15 |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 165 | PWC 99EW-01383-01386 | PWC EWP re:  Accounts Receivable | 1999/04/00 |
| 166 | PWC 99 EW 0372-0376 | PWC EWP re:  Accounting Policies for Inventory | 1999/04/18 |
| 167 | DE 00340-00407 | GWRC Annual Report and Financial Statements for 3/31/99 | 1999/03/31 |
| 168 | PWC 99 WP 00897-00919 | HHRG Consolidated Financial Statements, March 31,1998 and 1999 | 1999/03/31 |
| 169 | PWC 99 AMC 01227 - 01228 | PWC EWP re:  Understanding client and industry | 1999/03/31 |
| 170 | PWC 99 EW 0021-0036 | PWC EWP re:  Client risk assessment form | 1999/03/31 |
| 171 | PWC 99 EW 00793 - 00800 | HHRG Summary Review Memorandum - 3/31/99 | 1999/03/31 |
| 172 | PWC 99 EW 01112-01113 | PWC EWP re:  Role assessing role of Board of Directors | 1999/03/31 |
| 173 | PWC 99 EW 01114-01115 | PWC EWP re:  Assessing Organization and Management | 1999/03/31 |
| 174 | PWC 99 EW 0234a-0234d | PWC EWP re:  Testing Controls | 1999/03/31 |
| 175 | PWC 99 EW 0337-0339 | PWC EWP re:  Accounts Receivable Confirmations | 1999/04/14 |
| 176 | PWC 99 WP01202 | HHRG  PNB - 3/31/99 | 1999/03/31 |
| 177 | PWC AMC 01229-01231 | PWC EWP re:  Controls Over Revenue and Receivables | 1999/03/31 |
| 178 | PWC AMC 01232-01234 | PWC EWP re:  Controls Over Purchasing and Payables | 1999/03/31 |
| 179 | PWC AMC 01238-01239 | PWC EWP re:  Controls Over Revenue and Receivables | 1999/03/31 |
| 180 | PWC AMC 01240-01241 | PWC EWP re:  Controls Over Purchasing and Payables | 1999/03/31 |
| 181 | PWC AMC 01242-01243 | PWDC EWP re:  Controls Over Inventory | 1999/03/31 |
| 182 | PWC 99 WP 01169 to 01201 | HHRG Aged A/R as of 3/31/ 99 | 1999/04/08 |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 183 | PWC Z 03844-03854 | HHRG Summary Review Memorandum - 3/31/99 | 1999/03/31 |
| 184 | PWC 99 WP 01433-01434 | HHRG PNB 3/31/99 | 1999/03/31 |
| 185 | PWC Z 03751-03752 | HHRG PNB Schedule 9/30/99 | 1999/09/30 |
| 186 | PWC 03753-03754 | E-mail from Laura Wheeler PWC Perth to Joe Tiroletto dated 6/12/99 re:  Meeting with Audit Committee | 1999/06/12 |
| 187 | PWC 99 EW0241-0246 | PWC EWP re:  Purchasing and Payables Cycle | 1999/03/31 |
| 188 | PWC 99 WP 01224 | Panexim Account Receivable Confirmation – Gold dated 4/08/199 | 1999/04/08 |
| 189 | no bates numbers | GWRC Audit Committee Meeting Minutes 4/14/1999 | 1999/04/14 |
| 190 | no bates numbers | HHRG Board Meeting Minutes 4/21/99 | 1999/04/21 |
| 191 | DE 02098-02173 | HHRG Operations Report May, 1999 | 1999/05/00 |
| 192 | no bates numbers | GWRC Audit Committee Meeting Minutes 7/21/99 | 1999/07/21 |
| 193 | PWC Z 03143-03147 | HHRG Update to Summary Review Memorandum as of 5/5/99 | 1999/05/05 |
| 194 | PWC Z 00576-00579 | May 18, 1999 Audit Committee Meeting Agenda | 1999/05/18 |
| 195 | PWC 98 WP 01508-01509 | Notes of May 18, 1999 meeting between PWC and Audit Committee | 1999/05/18 |
| 196 | no bates numbers | HHRG Board Meeting Minutes 5/18/99 | 1999/05/18 |
| 197 | PWC 99 EW 02350-02355 | HHRG Audit Committee Agenda - 5/18/99 and PWC EWP re: [Audit Committee Required Communications | 1999/05/18 |
| 198 | PWC Z 03137 -03141 | HHRG Audit Status Meeting 5/18/99 Outline and handwritten notes | 1999/05/18 |
| 199 | HHRG 0411-0414 | HHRG Finance Committee Minutes May 19-20, 1999 | 1999/05/19 |
| 200 | no bates numbers | GWRC Audit Committee Meeting Minutes 5/19/99 | 1999/05/19 |
| 201 | no bates numbers | May 24, 1999 Facsimile from Robert Guy to Barry Wayne re: Panexim | 1999/05/24 |
| 202 | no bates numbers | May 27, 1999 memo from Frederick Ollett to Robert Guy re: Panexim receivable | 1999/05/27 |
| 203 | DE 02174-02240 | HHRG Operations Report June, 1999 | 1999/06/00 |
| 204 | PWC Z 01494 - 01496 | June 2, 1999 Memo to GWRC Finance Committee from HHRG Finance Committee re: Panexim exposure | 1999/06/02 |
| 205 | PWC Z 01489-01492 | GWRC Finance Committee Meeting Minutes 6/2/99 | 1999/06/02 |
| 206 | no bates numbers | August 27, 1999 Memo from Rick Ollett Kinglee/Sean Russo re: | 1999/08/27 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | Panexim Weekly Report | |
| 207 | no bates numbers | Correspondence from Barry Wayne to Guy, Russo, Wiggins, Ryan, Ollett re: Panexim enclosures | 1999/06/03 |
| 208 | no bates numbers | Correspondence from Barry Wayne to Guy, Russo, Wiggins, Ryan, Ollett re: attorney letter from Peru re:  title | 1999/06/03 |
| 209 | HHRG 0416 | Memo to Martin Boehm, et al from Frederick Ollett re: HHRG Finance Committee | 1999/06/04 |
| 210 | HHRG 0417 | HHRG Finance Committee Meeting Agenda | 1999/06/07 |
| 211 | HHRG 029765 | E-Mail from Sean Russo from Rick Ollett re:  Panexim unsecured credit | 1999/06/16 |
| 212 | no bates numbers | Correspondence from Sean Russo re: Panexim S.A. | 1999/06/17 |
| 213 | HHRG 0419 | HHRG Finance Committee Meeting Agenda | 1999/06/21 |
| 214 | no bates numbers | Correspondence from Barry Wayne to Rick Lee re:  Panexim, Passaro, Seoane | 1999/06/23 |
| 215 | | GWRC Finance Report | 1999/07/00 |
| 216 | DE 02241-02279 | HHRG Operations Report July, 1999 | 1999/07/00 |
| 217 | no bates numbers | Memorandum to Barry Wayne and Brian Gates from Rod Warren re: Enquiry into matters raised by John Bullock | 1999/07/01 |
| 218 | PWC Z 03393-03396 | Emails between L. Wheeler – PWC Perth - and Joseph Tiroletto dated 7/9/99, 7/22/99 | 1999/07/09 |
| 219 | no bates numbers | HHRG Board Meeting Minutes July 13, 1999 | 1999/07/13 |
| 220 | PWC Z 02534-02542 | PWC Audit Management letter to GWRC Audit Committee re: 3/31/99 audit | 1999/07/16 |
| 221 | PWC 00 WP 00659 | July 19, 1999 HHRG Finance Committee Meeting Agenda | 1999/07/19 |
| 222 | no bates numbers | GWRC Audit Committee Meeting Minutes | 1999/07/21 |
| 223 | no bates numbers | GWRC Remuneration Committee Meeting Minutes July 21, 1999 | 1999/07/21 |
| 224 | PWC Z 03383-03384 | Email from Joseph Tiroletto to Alex Corl dated re: 5/18/99 audit committee meeting | 1999/07/21 |
| 225 | PWC JJT 00986 | July 22, 1999 email from Joseph Tiroletto re: HHRG management letter | 1999/07/22 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 226 | PWC JJT 00987 | July 22, 1999 email from Laura Wheeler re: HHRG management letter | 1999/07/22 |
| 227 | no bates numbers | GWRC Audit Committee Report to the Board for July 26, 1999 meeting | 1999/07/26 |
| 228 | no bates numbers | Unanimous Written Consent of HHRG Board of Directors re: CSFB Loan Amended | 1999/07/31 |
| 229 | PWC JJT 00988 | August 5, 1999 email from L. Wheeler to Alex Corl re: HHRG management letter | 1999/08/05 |
| 230 | PWC JJT 00989 | August 5, 1999 email from Alex Corl to L. Wheeler re: HHRG management letter | 1999/08/05 |
| 231 | PWC JJT 00990 | August 6, 1999 email from Laura Wheeler to Alex Corl re: HHRG management letter | 1999/08/06 |
| 232 | PWC JJT 00370 - 00372 | August 9, 1999 e-mail from Joseph Tiroletto to L. Wheeler re: communications to audit committee | 1999/08/09 |
| 233 | PWC JJT 00994-00999 | August 11, 1999 e-mail from Alex Corl to Joseph Tiroletto re: communications to audit committee | 1999/08/11 |
| 234 | no bates numbers | August 18, 1999 fax from Mike Ryan to Rod Warren, et al re: Panexim status | 1999/08/18 |
| 235 | HHRG 029848 – 029852 | August 18, 1999 fax from Mike Ryan to Rod Warren, et al re Panexim status | 1999/08/18 |
| 236 | no bates numbers | August 19, 1999 e-mail from Mike Ryan to Chris Wiggins, Rod Warren, Sean Russo re: Panexim Boxes in Hermes vault | 1999/08/19 |
| 237 | no bates numbers | August 19, 1999 correspondence from Manuel Seoane to Barry Wayne re: SUNAT investigation | 1999/08/19 |
| 238 | DE 02280-02318 | HHRG Operations Report September, 1999 | 1999/09/00 |
| 239 | no bates numbers | September 2, 1999 fax to Sean Russo from Mary Ellen re: Panexim Weekly Report | 1999/09/02 |
| 240 | no bates numbers | September 7, 1999 memo from Barry Wayne to Mike Ryan re: Verleysen visit to Peru | 1999/09/07 |
| 241 | | September 8, 1999 correspondence from Sean Russo to Rick Ollet re: Panexim status | 1999/09/08 |
| 242 | no bates numbers | September 8, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim status | 1999/09/08 |
| 243 | PWC EW 01040-0147 | PWC EWP re:  use of work of specialists | 1999/06/25 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 244 | | September 9, 1999 fax from Rick Ollett to Sean Russo, cc: Barry Wayne, et al re: Panexim Weekly Report | 1999/09/09 |
| 245 | PWC Z 01039 | September 9, 1999 HHRG Finance Committee Meeting Agenda | 1999/09/09 |
| 246 | no bates numbers | September 9, 1999 correspondence from Mike Ryan to SUNAT re: export of gold | 1999/09/09 |
| 247 | PWC 00656-00657 | September 10, 1999 HHRG Finance Committee Meeting Agenda | 1999/09/10 |
| 248 | HHRG 029819-029821 | September 13, 1999 fax from Sean Russo to HHRG Financial Committee re:  status of silver shipment | 1999/09/13 |
| 249 | HHRG 029775 | September 27, 1999 fax from Barry Wayne to R. Guy, M. Ryan, HHRG Board re:  visit to Peru | 1999/09/27 |
| 250 | no bates numbers | HHRG Board Meeting Minutes September 14, 1999 | 1999/09/14 |
| 251 | no bates numbers | September 17, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/09/17 |
| 252 | no bates numbers | Alex Stewart del Peru S.R. Ltda assay documents September 17-23, 1999 | 1999/09/17 |
| 253 | no bates numbers | September 17, 1999 fax from Rick Ollett to Sean Russo re: Panexim weekly report | 1999/09/17 |
| 254 | no bates numbers | September 30, 1999 correspondence from Barry Wayne to HHRG Board re: Panexim (Visit to Peru) | 1999/09/30 |
| 255 | PWC 00 EW 0218-0225 | HHRG Summary Review Memorandum  - Semi annual for the six months ended 9/30/99 | 1999/09/30 |
| 256 | no bates numbers | October 4, 1999 e-mail from Sean Russo to Mike Ryan re: Panexim receivable and Alex Stewart inspection | 1999/10/04 |
| 257 | no bates numbers | October 5, 1999 GWRC Audit Committee Meeting Minutes | 1999/10/05 |
| 258 | HHRG 029815-029818 | E-Mails re:  Panexim | 1999/10/13 |
| 259 | no bates numbers | October 15, 1999 e-mail from Rick Ollett to Sean Russo re: Panexim weekly report | 1999/10/15 |
| 260 | PWC Z 03990-03994 | PWC letter to HHRG re:  engagement for six month review ending 9/30/99 | 1999/10/25 |
| 261 | no bates numbers | October 29, 1999 memo from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/10/29 |
| 262 | DE 02319-02355 | HHRG Operations Report November, 1999 | 1999/11/00 |
| 263 | no bates numbers | November 12, 1999 GWRC Audit Committee Report for | 1999/11/12 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | 11/19/1999 Board Meeting | |
| 264 | PWC Z 03744 – 03747 | Notes re: six month review issues | 1999/11/15 |
| 265 | PWC Z01577 – 01579 | Memo | 1999/11/17 |
| 266 | PWC EW 00521-00522 | PWC EWP re: Verify Inventory in custody of third parties | 1999/11/17 |
| 267 | no bates numbers | November 17, 1999 correspondence from Sean Russo to Robert Guy re: GWRC Board meeting | 1999/11/17 |
| 268 | no bates numbers | November 18, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/11/18 |
| 269 | no bates numbers | November 18, 1999 Correspondence from Barry Wayne to Sean Russo re: status of receivables from Panexim and gold in vault | 1999/11/18 |
| 270 | DE 00518-00543 | HHRG Bank Presentation – Fiscal Years 99/2000 and 2000/01 Forecast, Budget, Projections and Analysis | 2000/2/10 |
| 271 | PWC Z 00806 -00807 | January 5, 2000 Emails from Alan Good to Joseph Tiroletto re: HHRG Audit March 30, 2000 | 2000/01/05 |
| 272 | no bates numbers | January 12, 2000 correspondence from Mike Ryan to Barry Wayne re: Panexim and weekly reports | 2000/01/12 |
| 273 | DE 04123 - 04135 | HHRG Earnings Forecast 1997 to 2001 | 2000/01/18 |
| 274 | PWC Z 01821-01825 | February 17, 2000 notes of Sean Russo re: meeting with Raphael Noriega | 2000/02/17 |
| 275 | PWC Z 01826-01829 | February 20, 2000 notes of Sean Russo re: meeting with Roberto Possaro | |
| 276 | PWC 00 WP 00461-00465 | 99 Covenant Testing | |
| 277 | PWC 00 EW 0245-0247 | Review Inquiries 9/99 | |
| 278 | no bates numbers | February 18, 2000 resignation of Barry Wayne to HHRG Board of Directors | 2000/02/18 |
| 279 | | left intentionally blank | |
| 280 | | left intentionally blank | |
| 281 | PWC Z 00823 | February 8, 2000 emails from Alex Corl to Joe Tiroletto re: Reuters article | 2000/02/08 |
| 282 | PWC Z 01833-34 | Memo from Steve Humphrey re February 21, 2000 Luis Posada | 2000/02/29 |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | Interview | |
| 283 | DE 00408-00472 | GWRC Annual Report March 31, 2000 | 2000/03/00 |
| 284 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re CSFB Loan Amendment | 2000/03/24 |
| 285 | no bates numbers | Certified Corporate Resolutions of HHRG re Rothschild gold purchases and Rothschild Security Agreement | 2000/03/31 |
| 286 | no bates numbers | HHRG Guaranty in favor of Credit Suisse | 1996/08/20 |
| 287 | Not bates numbers | GWRC Guaranty in favor of Credit Suisse | 1996/08/20 |
| 288 | PWC Z 03091 - 03093 | March 31, 2000 Fax from A. Corl to M. Ryan re: status of appointment re auditors | 2000/03/31 |
| 289 | no bates numbers | HHRG Special Directors Meeting Minutes April 6, 2000 | 2000/04/06 |
| 290 | PWC Z 03098 - 03100 | Fax from A. Corl to M. Ryan re: PWC withdrawal of HHRG financials March 31, 1999 March 31, 1998 | 2000/04/07 |
| 291 | no bates numbers | HHRG Board of Directors Meeting Minutes March 31, 2000 | 2000/04/28 |
| 292 | PWC 00 WP 00889 | Letter from M. Ryan to PWC re termination of PWC as auditors of HHRG | 2000/05/11 |
| 293 | DE 01423-01435 | United States Bankruptcy Court Attleboro Refining Company, Inc. Summary of Schedules | 2000/05/15 |
| 294 | DE 01436-01471 | United States Bankruptcy Court HHRG Summary of Schedules | 2000/05/15 |
| 295 | no bates numbers | HHRG. Directors' Consent to Action re: authorized signatures | 2000/08/08 |
| 296 | no bates numbers | HHRG. Directors' Consent to Action re: authority of Michael Ryan to execute Asset Sales Agreements | 2000/08/16 |
| 297 | no bates numbers | HHRG. Director's Consent to Action re: spin off of assets and liabilities of union employees | 2000/08/24 |
| 298 | no bates numbers | HHRG. Directors' Consent to Action re: removal of Fleet National Bank as Trustee of HHRG | 2000/10/31 |
| 299 | no bates numbers | HHRG. Directors' Consent to Action re: Senaca Financial Group's sale of assets of HHRG, American Chemical and Refining (Singapore) Ltd and Golden West Refining (Canada) Ltd | 2000/11/10 |
| 300 | no bates numbers | HHRG. Directors' Consent to Action re appointment of trustee | 2000/12/04 |
| 301 | no bates numbers | Letter from Credit Suisse to GWRC re: demand for payment of GWRC Guaranty dated August 20, 1996 | 2001/08/13 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 302 | no bates numbers | GWRC Board Meeting Minutes August 17, 2001 | 2001/08/17 |
| 303 | no bates numbers | Schedule of Plant Property and Equipment Liquidated by HHRG | 2005/03/00 |
| 304 | no bates numbers | Schedule of Costs of Liquidation of Plant Property and Equipment | 2005/03/00 |
| 305 | no bates numbers | Schedule of all Costs, Expenses and Liabilities Incurred in the Bankruptcy and Liquidation of HHRG | 2005/03/00 |
| 306 | no bates numbers | Schedule of Recoveries in Preference Litigation Commenced on Behalf of HHRG During its Bankruptcy | 2005/03/00 |
| 307 | no bates numbers | All Attorneys' Fees Paid by the HHRG Estate During its Bankruptcy Proceeding | 2005/03/00 |
| 308 | no bates numbers | GWRC Board Meeting Minutes, February 5, 1996 | 1996/02/05 |
| 309 | no bates numbers | June 11, 1996 memo from Mike Ryan with GWRC Amended Board Meeting Minutes, February 5, 1996 | 1996/06/11 |
| 310 | No bates numbers | GWRC Board Meeting Minutes, May 30, 1996 | |
| 311 | No bates numbers | GWRC Board Meeting Minutes, June 11, 1996 | |
| 312 | No bates numbers | GWRC Board Meeting Minutes, June 24, 1996 | |
| 313 | No bates numbers | GWRC Board Meeting Minutes, July 8, 1996 | |
| 314 | No bates numbers | GWRC Board Meeting Minutes, August 19, 1996 | 1996/08/19 |
| 315 | No bates numbers | GWRC Board Meeting Minutes, November 26, 1996 | |
| 316 | no bates numbers | GWRC Board Meeting Minutes, December 6, 1996 | 1996/12/06 |
| 317 | no bates numbers | GWRC Board Meeting Minutes, November 11, 1997 | 1997/11/11 |
| 318 | no bates numbers | GWRC Board Meeting Minutes, February 10, 1998 | 1998/02/10 |
| 319 | no bates numbers | GWRC Board Meeting Minutes, May 16, 1998 | 1998/05/16 |
| 320 | no bates numbers | GWRC Board Meeting Minutes, August 10, 1998 | 1998/08/10 |
| 321 | no bates numbers | GWRC Board Meeting Minutes, November 24, 1998 | 1998/11/24 |
| 322 | no bates numbers | GWRC Board Meeting Minutes, May 18, 1999 | 1999/05/18 |
| 323 | no bates numbers | GWRC Board Meeting Minutes, February 17, 1999 | 1999/02/17 |
| 324 | no bates numbers | GWRC Board Meeting Minutes, April 28, 1999 | 1999/04/28 |
| 325 | no bates numbers | GWRC Board Meeting Minutes, March 31, 1999 | 1999/03/31 |
| 326 | no bates numbers | GWRC Special Board Meeting Minutes, July 26, 1999 | 1999/07/26 |
| 327 | no bates numbers | GWRC Board Meeting Minutes, July 26-27, 1999 | 1999/07/26 & 27 |
| 328 | no bates numbers | GWRC Board Meeting Minutes, November 19, 1999 | 1999/11/19 |
| 329 | no bates numbers | GWRC Board Meeting Minutes, December 9, 1999 | 1999/12/09 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 330 | no bates numbers | GWRC Board Meeting Minutes, December 22, 1999 | 1999/12/22 |
| 331 | | left intentionally blank | |
| 332 | | left intentionally blank | |
| 333 | | left intentionally blank | |
| 334 | | left intentionally blank | |
| 335 | no bates numbers | John Dempsey Detail List of Settled Lots Spreadsheet | 2000/10/3 |
| 335-1 - end | | Source Documents for Detail List of Settled Lots Spreadsheet | |
| 336 | HHRG 018479 – 018481 | HHRG Board Meeting, Minutes November 16, 1999 | |
| 337 | PWC/H&H 013822 | HHRG Aged AR as of 9/30/99 | |
| 338 | PWC/H&H 013791 | PNB 9/30/99 | 9/30/99 |
| 339 | PWC 99 EW 0111 | PWC EWP re Risk of fraud | |
| 340 | PWC 99 EW 0109 | PWC EWP re Inherent risks | 4/19/99 |
| 341 | PWC 99 EW 0072 – PWC 99 EW 0082 | PWC EWP re Control environment | |
| 342 | PWC 97 EW 0271 – PWC 97 EW 0274 | PWC EWP re Collectability Analysis – Trade accounts receivable | 4/30/97 |
| 343 | 00568 – 00578 | Letter from C&L New York to Alan Good re Financial Forecasts of the Precious Metals Division of Handy & Harman | 6/27/96 |
| 344 | 00000241 - 00000252 | Letter from C&L New York to Alan Good re Financial Forecasts of the Precious Metals Division of Handy & Harman with facsimile sheet from John Williams to Sean Russo | |
| 345 | PWC 97 EW 00740 – PWC 97 EW 00797 | PWC EWP re Internal controls | 4/16/97- 12/18/97 |
| 346 | PWC 97 EW 0026 – PWC 97 EW 0044 | PWC EWP re Assessing control environment | 4/10/97 |
| 347 | PWC 97 EW 0001 – PWC 97 EW 00016 | PWC EWP re Global control documentation – planning activities | |
| 348 | PWC Z 013273 – PWC Z 013285 | Email from James Gerson to PWC Business Assurance Partners and Staff re Changes to C&L Business Assurance Manual | |
| 349 | PWC Z 013286 | Email from James Harrington at C&L to Business Assurance Partners and Staff re Business Assurance Manual | 12/22/97 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 350 | PWC Z 012424 – PWC Z 012456 | C&L Accounting and Auditing Data Line re Audit Pitfalls | 5/23/96 |
| 351 | | Facsimile from Alan Good to John Williams at Golden West Refining (Canada) Limited re Profit Forecasts for the Precious Metals Division of Handy & Harman | 6/21/96 |
| 352 | | Facsimile from Alan Good to Christopher Wiggins re C&L Review of the PMRD Forecasts | 6/21/96 |
| 353 | PWC 98 EW 0301-98 EW 302 | PWC EWP re Cash Lead Sheet | 5/13/98 |
| 354 | HHRG-PWC 63655q | Facsimile from San Russo to Rick Ollet re: GWRC Finance Committee Meeting | 6/1/99 |
| 355 | HHRG 0001275-0001277 | March 7, 2000 facsimile letter from John Bateman at Credit Suisse to John King, Sean Russo et al. re: termination of Credit Suisse Agreement | 3/7/2000 |
| 356 | HHRG 0001300-0001303 | March 8, 2000 facsimile letter from Fleet Precious Metals to John King, HHRG re termination of Fleet Agreement | 3/8/2000 |
| 357 | no bates numbers | John Dempsey Summary Schedule of HHRG Accounts Receivable and Price Not Booked Balances, September 1996 – March 2000 | 9/29/2005 |
| 357-1 to end | | Source documents for John Dempsey Summary Schedule of HHRG Accounts Receivable and Price Not Booked Balances, September 1996 – March 2000 | |
| 358 | | left intentionally blank | |
| 359 | no bates numbers | John Dempsey Summary Schedule of Record of Panexim Lots, October 10, 1996 – March 6, 2000 | |
| 359-1 to end | | Source documents for John Dempsey Summary Schedule of Record of Panexim Lots, October 10, 1996 – March 6, 2000 | |
| 360 | no bates numbers | John Dempsey Summary Schedule of Record of Panexim Silver April 15, 1997 – March 1, 2000 | |
| 360-1 to end | | Source documents for John Dempsey Summary Schedule of Record of Panexim Silver  April 15, 1997 – March 1, 2000 | |
| 361 | no bates numbers | John Dempsey Summary Schedule of Panexim Gold Transactions, October 7, 1996 – March 1, 2000 | |
| 361-1 to | | Source documents for John Dempsey Summary Schedule of | |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| end | | Panexim Gold Transactions, October 7, 1996 – March 1, 2000 | |
| 362 | no bates numbers | John Dempsey Summary Schedule of Panexim Silver Transactions, October 7, 1996 – March 1, 2000 | |
| 362-1 to end | no bates numbers | Source documents for John Dempsey Summary Schedule of Panexim Silver Transactions, October 7, 1996 – March 1, 2000 | |
| 363 | no bates numbers | John Dempsey Summary Schedule re Panexim Banco de Lima Transactions, Sunat Account, No. 1103395410 | |
| 363-1 to end | no bates numbers | Source documents for John Dempsey Summary Schedule re Panexim Banco de Lima Transactions, Sunat Account, No. 1103395410 | |
| 364 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, April 30, 1998 | |
| 364-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, April 30, 1998 | |
| 365 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, May 31, 1998 | |
| 365-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, May 31, 1998 | |
| 366 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, August, 31, 1998 | |
| 366-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, August 31, 1998 | |
| 367 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, September 30, 1998 | |
| 367-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, September 30, 1998 | |
| 368 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, October 31, 1998 | |
| 368-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, October | |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | 31, 1998 | |
| 369 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, November 30, 1998 | |
| 369-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, November 30, 1998 | |
| 370 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, December 31, 1998 | |
| 370-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, December 31, 1998 | |
| 371 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, January 31, 1999 | |
| 371-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, January 31, 1999 | |
| 372 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, February 28, 1999 | |
| 372-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, February 28, 1999 | |
| 373 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, March 31, 1999 | |
| 373-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, March 31, 1999 | |
| 374 | | HHRG Chapter 11 Monthly Reports for Confirmed Cases | 2001/09/00 – 2005/05/00 |
| 375 | Annexure B to Hobson Report | Listing of Daily Share Price for GWRC | 1999/07/01 - 2000/02/02 |
| 376 | Annexure B to Ian Hobson Report | GWRC Share Price Between July, 1999 and February, 2000 | 1999/07/00 – 2000/02/00 |
| 377 | Annexure C to Hobson Report | GWRC Market Capitalization Prepared by Ian Hobson for the months of December, 1999 through February, 2000 | 1999/12/00 – 2000/02/00 |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 378 | Annexure D to Report of Ian Hobson | GWRC Summary of Receipts and Payments of Administration Proceedings | 2001/08/17 – 2005/02/28 |
| 379 | | GWRC Instrument of Appointment of Joint and Several Administrators | 2001/08/17 |
| 380 | | GWRC Deed of Company Arrangement | 2001/11/29 |
| 381 | Solomon Report | AU Section 110 Responsibilities and Functions of the Independent Auditor | |
| 382 | Solomon Report | AU Section 325 Communication of Internal Control Related Matters Noted in an Audit | |
| 383 | Solomon Report | AU Section 310 (Footnote Revised January, 2001) | 2001/01/00 |
| 384 | Solomon Report | Accounting Research Manager – Statement 91, 2-3 | |
| 385 | Solomon Report | AU Standard Section 311 | |
| 386 | Solomon Report | AU Section 230 | |
| 387 | Solomon Report | AU Section 312 | |
| 388 | Solomon Report | AU Section 560 | |
| 389 | Solomon Report | AU Section 330 | |
| 390 | Solomon Report | Accounting Research Manager Interpretation No. 39, 5-6 | |
| 391 | Solomon Report | Accounting Research Manager TIC Section 1300: Statement of Cash Flows | |
| 392 | Solomon Report | Accounting Research Manager Statement of Position 94-6, Section 10, 640 | |
| 393 | Solomon Report | AU Section 380 | |
| 394 | Solomon Report | AU Section 326 | |
| 395 | Solomon Report | AU Section 333 | |
| 396 | Solomon Report | AU Section 150 | |
| 397 | Love Report | AICPA, Opinions of the Accounting Principals Board in O10 Omnibus Opinion - 1966 | |
| 398 | Love Report | FASB Interpretation No. 39 – Offsetting of Amounts Related to Certain Contracts | |
| 399 | Love Report | ASB Interpretation No. 39 – Offsetting of Amounts Related to Certain Contracts | |
| 400 | Love Report | AU Section 311 Issue Date: January, 1998 | 1998/01/00 |
| 401 | Love Report | AU Section 311 Issue Date: February, 1986 | 1986/02/00 |
| 402 | Love Report | AU Section 325 – 1999 | 1999/00/00 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 403 | Love Report | AU Section 325 – 1998 | 1998/00/00 |
| 404 | Love Report | AU Section 325 – 1997 | 1997/00/00 |
| 405 | Love Report | AU Section 310 – 1998 | 1998/00/00 |
| 406 | Love Report | AU Section 310 – 1997 | 1997/00/00 |
| 407 | Love Report | AU Section 319 – 1999 | 1999/00/00 |
| 408 | Love Report | AU Section 319 – 1998 | 1998/00/00 |
| 409 | Love Report | AU Section 319 – 1997 | 1997/00/00 |
| 410 | Love Report | AU Section 331 | |
| 411 | Love Report | AU Section 330 – 1999 | 1999/00/00 |
| 412 | Love Report | AU Section 330 – 1998 | 1998/00/00 |
| 413 | Love Report | AU Section 330 – 1997 | 1997/00/00 |
| 414 | Love Report | AU Section 333 – 1999 | 1999/00/00 |
| 415 | Love Report | AU Section 333 – 1998 | 1998/00/00 |
| 416 | Love Report | AU Section 333 – 1997 | 1997/00/00 |
| 417 | Love Report | AU Section 316 – 1999 | 1999/00/00 |
| 418 | Love Report | AU Section 316 – 1998 | 1998/00/00 |
| 419 | Love Report | AU Section 316 – 1997 | 1997/00/00 |
| 420 | | GWRC Formal Proof of Debt or Claim to Credit Suisse Boston | 1999/07/31 |
| 421 | | GWRC Formal Proof of Debt or Claim to Rail Limited | 2003/07/23 |
| 422 | Elson Report | Federal Reserve Selected Interest Rates | 1998/07/06 |
| 423 | Elson Report | Table A-1, Long-Horizon Equity Risk Premia | |
| 424 | Elson Report | Standard & Poor's Corporate and Government Bond Yield Index – by Readings | 1996-1998 |
| 425 | Elson Report | Table A-6 Micro-Cap Size Premia | |
| 426 | | GWRC Check Account | 2005/10/03 |
| 427 | | GWRC Proof of Debt re Pension Benefit Guaranty Corporation | |
| 428 | | Bankruptcy Order Authorizing Sale of Attleboro Facility | |
| 429 | | Bankruptcy Order Authorizing Sale of Arizona Property | |
| 430 | | Bankruptcy Order Authorizing Sale of South Windsor Facility | |
| 431 | | Bankruptcy Order Authorizing Sale of Illinois Facility | |
| 432 | PwC Z 008885 to 008888 | PwC ABAS Assurance Performance Appraisal and Development Program re Joseph Tiroletto | |
| 433 | PwC Z 009010 to | PwC ABAS Assurance Performance Appraisal and | |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | PwC Z 009013 | Development Program re Chad Abano | |
| 434 | PwC Z 009203 to PwC Z 009207 | PwC ABAS Assurance Performance Appraisal and Development Program re Ray Dansinghani | |
| 435 | | Correspondence from R. Ollett re: Panexim Costs | 1999/11/11 |
| 436 | | GWRC Principal Milestones | |
| 437 | | Securities Institute Talk – Sydney | 1997/03/00 |
| 438 | | Memo from S. Russo to R. Lee re: outcome of meeting today | 1999/12/07 |
| 439 | | Letter from R. Warren to R. Mailler re:  GWRC – halt trading with fax cover sheets | 2000/02/24 |
| 440 | | Email from C. Wiggins to M. Ryan, M. Connolly, R. Guy, R. Lee, S. Russo, R. Warren, B. Wayne re: GWRC Audit Committee Report – results for 6 months ending 9/30/99 | 1999/12/08 |
| 441 | | Letter from L. Odland at Deloitte to M. Ryan re:  GWRC identified as one of Australia's fastest growing companies in 1999 | 1999/10/00 |
| 442 | | Fax from M. Ryan to R. Lee, S. Russo, C. Wiggins, R. Warren, R. Guy, B. Wayne re: Lease Rates | 1999/10/07 |
| 443 | | GWRC Chairman's Briefing Paper to Board | 1998/08/07 |
| 444 | | Report on GWRC Market Risk Assessment - Draft | 1998/07/27 1998/08/10 |
| 445 | | Fax from B. Wayne to R. Lee re: David Rowe visit to HHRG | 1998/04/21 |
| 446 | | Fax/letter from S. Pearson to R. Lee re: sale of HHRG to public market | 1998/08/04 |
| 447 | | Fax from R. Hayes to R. Lee, S. Russo, C. Wiggins, R. Warren, B. Guy, B. Wayne, M. Ryan forwarding letter dated 1998/07/07 from A. Good at PwC to GWRC Board of Directors re: Year 2000 Issue | 1998/07/14 |
| 448 | | Memo from Mike Ryan to Barry Wayne, Rick Ollett re:  GWRC Finance Committee Report dated July 9, 1999 | 1999/07/09 |
| 449 | | July 1,1999 memo from Rick Ollett to Sean Russo re:  Panexim | 1999/07/01 |
| 450 | | July 16, 1999 e-mail from Alex Corl to Allen Good and Laura Wheeler re:  Comments on HHRG Senior Financial Management | 1999/07/16 |
| 451 | | April 15, 1999 letter from Rod Warren to Michael Ryan re: | 1999/04/15 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | Request of Auditors to comment on adequacy of personnel | |
| 452 | | PWC draft report to the Board of GWRC re: Audit for year ended March 31, 1999 re: GWRC and controlled entities | |
| 453 | | January 11, 1999 facsimile from Mike Ryan to GWRC Audit Committee with enclosure of January 4, 1999 PWC interim review-report to the Board | 1999/01/11 |
| 454 | | August 5, 1998 facsimile from Rod Warren to Mike Ryan, Sean Russo, Chris Wiggins, Rick Lee and Robert Guy re: August 3, 1998 Audit Committee Meeting Minutes and enclosed meeting minutes | 1998/08/05 |
| 455 | | August 3, 1999 memo from Sean Russo to Rick Ollett re: various issues | 1999/08/03 |
| 456 | | Project rush position paper as of May 2, 1996 | 1996/05/02 |
| 457 | | March 14, 1996 memo from Sean Russo to Paul Dickson at HHRG re: Confidentiality Agreement and enclosed Confidentiality Agreement | 1996/03/14 |
| 458 | | March 12, 1996 letter from Barry Wayne at HHRG to John Williams GWRC re: financial information and South American companies | 1996/03/12 |
| 459 | | March 8, 1996 letter from Paul Dickson at HHRG to GWRC re: possible acquisition of PMRD | 1996/03/08 |
| 460 | | February 16, 1996 letter from Paul Dickson, HHRG to GWRC re: possible acquisition of PMRD | 1996/02/16 |
| 461 | | July 15, 1999 memo from Mike Ryan to Barry Wayne re: April\May Operations Report | 1999/07/15 |
| 462 | | May 10, 1999 memo from Barry Wayne to Mike Ryan re: HHRG Business Plan with enclosed Business Plan-Outline 1999\2000 | 1999/05/10 |
| 463 | | June 9, 1998 letter from C&L to I.Jew, N.N Rothschild and Sons (Australia) Ltd. re: various proposals | 1998/06/09 |
| 464 | | June 1996 GWRC investment proposal re: acquisition of the PMRD | 1996/07/00 |
| 465 | | August 1997 HHRG Meeting of Directors Agenda and Materials | 1997/08/00 |
| 466 | | November 1997 HHRG Meeting of Directors Agenda and | 1997/11/00 |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | Materials | |
| 467 | | January 1998 HHRG Meeting of Directors Agenda and Materials | 1998/01/00 |
| 468 | | March 1998 HHRG Meeting of Directors Agenda and Materials | 1998/03/00 |
| 469 | | May 1998 HHRG Meeting of Directors Agenda and Materials | 1998/05/00 |
| 470 | | July 1998 HHRG Meeting of Directors Agenda and Materials | 1998/07/00 |
| 471 | | September 1998 HHRG Meeting of Directors Agenda and Materials | 1998/09/00 |
| 472 | | November 1998 HHRG Meeting of Directors Agenda and Materials | 1998/11/00 |
| 473 | | January 1999 HHRG Meeting of Directors Agenda and Materials | 1998/01/00 |
| 474 | | May 1999 HHRG Meeting of Directors Agenda and Materials | 1999/05/00 |
| 475 | | U.S. Mint Contract with HHRG and U.S. Mint Modification | |
| 476 | | HHRG Operating Plan 1999/2000 | 1999/00/00 |
| 477 | | GWRC Summary of Liquidation Costs | |
| 478 | | GWRC 1996\1997 Financial Year Highlights brochure | |
| 479 | | HHRG Precious Metals Refining brochure | |
| 480 | | Envelope with photos re:  July 31, 1996 delivery | 1996/07/31 |
| 481 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #1 – Photograph of South Winder tray services | |
| 482 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #2 – Photograph of Attleboro Gold Refining | |
| 483 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #3 – Photograph of South Windsor Thermal Reduction | |
| 484 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #4 – Photograph of Attleboro Silver Refining | |
| 485 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #5 – Photograph of Attleboro Gold Anodes | |
| 486 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #6 – Photograph of Attleboro Silver Crystal | |
| 487 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #7 – Photograph of Attleboro Smelting | |
| 488 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit | |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| | | #8 – Photograph of Phoenix Facility | |
| 489 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #9 – Photograph of South Winder Ingot Casting | |
| 490 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #10 – Photograph of South Winder Facility | |
| 491 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #11 – Photograph of Attleboro Finished Products | |
| 492 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #12 – Photograph of Attleboro Facility | |
| 493 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #13 – Photograph of South Winder Facility | |
| 494 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #14 – Photograph of Attleboro Silver Production | |
| 495 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #15 – Photograph of Phoenix Thermal Reduction | |
| 496 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #16 – Photograph of Phoenix Sampling | |
| 497 | | July 21, 1999 facsimile from Manual Seoane – 26 pages of attachments re:  Panexim documents and financials | 1999/07/21 |
| 498 | | August 20, 1996 Trademark License Agreement between HHRG and GWRC | 1996/08/20 |
| 499 | | PwC's Responses to GWRC Requests for Admissions | 2005/07/15 |
| 500 | | Summary Schedule of Payments made to South American Consultants | |
| 501 | | Source documents for same | |
| 502 | | Summary Schedule of excess remuneration payments to Wayne, Searle and Posada | |
| 503 | | Source documents for same | |
| 504 | | Summary Schedule of losses claimed by Sharp* | |
| 505 | | HSNO Schedule 2 | |
| 506 | | HSNO Schedule 2A | |
| 507 | | HSNO Schedule 3 | |
| 508 | | HSNO Schedule 4 | |
| 509 | | HSNO Schedule 4A | |

Trial Exhibit List
07 October 2005

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE |
|---|---|---|---|
| 510 | | HSNO Schedule 5 | |
| 511 | | PwC's Responses to HHRG Requests for Admissions | |

*(Demonstrative exhibit to be provided later.)

H:\CHAMPLIN\HANDY AND HARMAN\PWC\Trial Exhibit List 10-7-2005 .doc

28