**EXHIBIT C**

**PwC'S OBJECTIONS TO
PLAINTIFFS' COMBINED PROPOSED EXHIBIT LIST**

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 2 | C&L Publication – Audit Committees – The Next Steps | Timeframe; relevance; not authored by PwC | |
| 5 | Handwritten Notes re: John King | Foundation | |
| 6 | Handwritten Notes re: John King | Foundation | |
| 8 | KPMG Audit Report re: H&H Consolidated Financial Statements – 12/31/95 and 1994, and Three Months Ended 3/31/96 | Hearsay | |
| 10 | Fax from Alan Good of C&L Perth to Michael Bessell of Rothschild Australia re: Information Memorandum of GWRC | Hearsay | |
| 11 | Memo from George Fraser of C&L NY to John Williams at GWRC re: due diligence | Relevance | |
| 26 | HHRG Earnings Forecast 1997-2002 | Source; foundation; hearsay; supporting documentation | |
| 27 | HHRG Draft Valuation Analysis 2000-2004 | Relevance; foundation; hearsay | |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 35 | E-mails between Rachel Perry (C&L Perth) to Joe Tiroletto re: HHRG Audit at 3/31/97 | Relevance | |
| 74 | HHRG Schedule of Meetings – 1998 | Relevance | |
| 77 | Assays from Ledoux & Co. | Hearsay | |
| 82 | Letter from C&L Perth to C&L Hartford re: HHRG Audit at 3/31/98 | Hearsay | |
| 115 | John Dempsey Reconciliation of Priced Not Booked Balance | Foundation; hearsay | |
| 125 | KPMG Report to B. Wayne re: Valuation of HHRG | Foundation; hearsay | |
| 128 | Letter from John King to KPMG re: Valuation Documents | Foundation; hearsay | |
| 136 | KPMG Report to B. Wayne re: Valuation of HHRG | Hearsay | |
| 150 | John Dempsey Reconciliation of Price Not Booked Balance | Foundation; hearsay | |
| 154 | Letter from Alan Good of PwC Australia to GWRC Board re: 6-month review of financial statements at 9/30/98 | Foundation; hearsay | |
| 157 | John Dempsey Reconciliation of Priced | Foundation; hearsay | |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
|  | Not Booked Balance |  |  |
| 159 | John Dempsey Reconciliation of Priced Not Booked Balance | Foundation; hearsay |  |
| 186 | E-mail from Laura Wheeler PwC Perth to Joe Tiroletto dated 6/12/99 re: Meeting with Audit Committee | Foundation; hearsay |  |
| 217 | Memo to Barry Wayne and Brian Gates from Rod Warren re: Enquiry into matters raised by John Bullock | Relevance |  |
| 218 | E-mails between L. Wheeler – PwC Perth – and Joseph Tiroletto dated 7/9/99, 7/22/99 | Hearsay; to extent this e-mail chain contains e-mails originating at PwC-Perth |  |
| 228 | Unanimous Written Consent of HHRG Board of Directors re: CSFB Loan Amended | Basis. Incomplete Document |  |
| 229 | August 5, 1999 e-mail from L. Wheeler to Alex Corl re: HHRG management letter | Hearsay |  |
| 230 | August 5, 1999 e-mail from Alex Corl to L. Wheeler re: HHRG management letter | Hearsay |  |
| 231 | August 6, 1999 e-mail from Laura Wheeler to Alex Corl re: HHRG | Hearsay |  |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
|  | management letter |  |  |
| 232 | August 9, 1999 e-mail from Joseph Tiroletto to L. Wheeler re: communications to audit committee | Best evidence. |  |
| 233 | August 11, 1999 e-mail from Alex Corl to Joseph Tiroletto re: communications to audit committee | Best evidence. |  |
| 237 | August 19, 1999 correspondence from Manuel Seoane to Barry Wayne re: SUNAT investigation | Hearsay |  |
| 240 | September 7, 1999 memo from Barry Wayne to Mike Ryan re: Verleysen visit to Peru | Hearsay |  |
| 249 | September 27, 1999 fax from Barry Wayne to R. Guy, M. Ryan, HHRG Board re: visit to Peru | Hearsay |  |
| 252 | Alex Stewart del Peru S.R. Ltda assay documents Sept. 17-23, 1999 | Foundation and translation issues |  |
| 254 | September 30, 1999 correspondence from Barry Wayne to HHRG Board re: Panexim (Visit to Peru) | Hearsay |  |
| 258 | E-mails re: Panexim | Incomplete document; possible redaction issues of handwriting |  |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 260 | PWC letter to HHRG re: Engagement for six month review ending 9/30/99 | Best evidence. | |
| 264 | Notes re: six month review issues | Foundation | |
| 266 | PWC EWP re: Verify Inventory in custody of third parties | Incomplete document | |
| 267 | November 17, 1999 correspondence from Sean Russo to Robert Guy re: GWRC Board meeting | No document provided. | |
| 269 | 11/18/99 Correspondence from Barry Wayne to Sean Russo re: status of receivables from Panexim and gold in vault | Hearsay. | |
| 271 | 1/5/00 E-mails from Alan Good to Joseph Tiroletto re: HHRG Audit 3/30/00. | Hearsay; This is an e-mail chain, parts of which were authored by PWC Australia | |
| 273 | HHRG Earnings Forecast 1997 to 2001 | Foundation; authenticity | |
| 275 | February 20, 2000 notes of Sean Russo re: meeting with Roberto Possaro | Authentication; foundation | |
| 282 | Memo from Steve Humphrey re: February 21, 2000 Luis Posada Interview | Hearsay | |
| 287 | GWRC Guaranty in favor of Credit | Not a complete document; this is only the first page of the 8/20/96 guarantee | |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
|  | Suisse | given by GWRC in favor of Credit Suisse |  |
| 295 | HHRG. Directors' Consent to Action re: authorized signatures | Relevance |  |
| 296 | HHRG. Directors' Consent to Action re: authority of Michael Ryan to execute Asset Sales agreements | Incomplete document. This is an HHRG director's consent that is signed only by Mike Ryan and no other directors from the company. |  |
| 297 | HHRG. Director's Consent to Action re: spin off of assets and liabilities of union employees | Incomplete document. This is a director's consent to action signed only by Mike Ryan and Sean Russo. It is unclear whether any of the other directors ever signed this document. |  |
| 301 | Letter from Credit Suisse to GWRC re: demand for payment of GWRC Guaranty dated 8/20/96 | Hearsay |  |
| 303 | Schedule of Plant Property and Equipment Liquidated by HHRG | Foundation; hearsay |  |
| 304 | Schedule of Costs of Liquidation of Plant Property and Equipment | Foundation; hearsay |  |
| 305 | Schedule of all Costs, Expenses and Liabilities Incurred in the Bankruptcy and Liquidation of HHRG | Foundation; hearsay |  |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 308 | GWRC Board Meeting Minutes, February 5, 1996 | Relevance | |
| 309 | June 11, 1996 memo from Mike Ryan with GWRC Amended Board Meeting Minutes, February 5, 1996 | Relevance | |
| 310 | GWRC Board Meeting Minutes, 5/30/96 | Relevance | |
| 311 | GWRC Board Meeting Minutes, 6/11/96 | Relevance | |
| 312 | GWRC Board Meeting Minutes, 6/24/96 | Relevance | |
| 313 | GWRC Board Meeting Minutes, 7/8/96 | Relevance | |
| 314 | GWRC Board Meeting Minutes, 8/19/96 | Relevance | |
| 322 | GWRC Board Meeting Minutes, 5/18/99 | Incomplete documents; minutes not signed by chairman of the board | |
| 335 | John Dempsey Detail List of Settled Lots Spreadsheet | No document present. Objection to extent this is DMC compilations. | |
| 337 | HHRG Aged AR as of 9/30/99 | Document incomplete. | |
| 338 | PNB 9/39/99 | Document incomplete; this is part of the price not booked schedule for 9/30/99 but the top portion of it is cut | |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
|  |  | off so it is unclear whether it is ounces or dollars. |  |
| 343 | Letter from C&L New York to Alan Good re: Financial Forecasts of the Precious Metals Div. of Handy & Harman | Hearsay; foundation |  |
| 344 | Letter from C&L New York to Alan Good re: Financial Forecasts of the Precious Metals Div. of Handy & Harman with facsimile sheet from John Williams to Sean Russo | Hearsay; foundation |  |
| 348 | E-mail from James Gerson to PwC Business Assurance Partners and Staff re: Changes to C&L Business Assurance Manual | Relevance |  |
| 349 | E-mail from James Harrington at C&L to Business Assurance Partners and Staff re: Business Assurance Manual | Relevance |  |
| 351 | Fax from Alan Good to John Williams at Golden West Refining (Canada) Limited re: Profit Forecasts for the Precious Metals Div. of Handy & Harman | Hearsay |  |
| 352 | Fax from Alan Good to Christopher Wiggins re: C&L Review of the PMRD | Hearsay |  |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
|  | Forecasts |  |  |
| 354 | Fax from Sean Russo to Rick Ollet re: GWRC Finance Committee Meeting | Foundation |  |
| 355 | 3/7/00 fax letter from John Bateman at Credit Suisse to John King, Sean Russo et al. re: termination of Credit Suisse Agreement | Hearsay |  |
| 357 | John Dempsey Summary Schedule of HHRG Accounts Receivable and Price Not Booked Balances, September 1996 – March 2000 | Hearsay; foundation |  |
| 359 | John Dempsey Summary Schedule of Record of Panexim Lots, October 10, 1996 – March 6, 2000 | Hearsay; foundation |  |
| 360 | John Dempsey Summary Schedule of Record of Panexim Silver April 15, 1997 – March 1, 2000 | Hearsay; foundation |  |
| 361 | John Dempsey Summary Schedule of Panexim Gold Transactions, October 7, 1996- March 1, 2000 | Hearsay; foundation |  |
| 362 | John Dempsey Summary Schedule of Panexim Silver Transactions, October 7, 1996 – March 1, 2000 | Foundation; hearsay |  |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 363 | John Dempsey Summary Schedule re Panexim Banco de Lima Transactions, Sunat Account, No. 1103395410 | Foundation; hearsay | |
| 364 | John Dempsey Summary Schedule Re: Reconciliation of HHRG Price Not Booked Schedules, April 30, 1998 | Foundation; hearsay | |
| 365 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, May 31, 1998 | Hearsay; foundation | |
| 366 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, August 31, 1998 | Hearsay; foundation | |
| 367 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, September 30, 1998 | Hearsay; foundation | |
| 368 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, October 31, 1998 | Hearsay; foundation | |
| 369 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, November 30, 1998 | Foundation; hearsay | |
| 370 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, December 31, 1998 | Foundation; hearsay | |

| EXHIBIT NO. | SUMMARY OF CONTENTS | OBJECTION | RESPONSE |
|---|---|---|---|
| 371 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, January 31, 1999 | Foundation; hearsay | |
| 372 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, February 28, 1999 | Foundation; hearsay | |
| 373 | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, March 31, 1999 | Foundation; hearsay | |