# EXHIBIT D

**Consolidated Plaintiff's Objections to PWC's Proposed Exhibits**

HHRG, GWRC and Alec Sharp generally object to the numerous duplicate exhibits PWC identified within it's own index of potential exhibits. Any objection to a document identified by PWC as a potential trial exhibit shall be deemed to be an objection to all duplicate copies of such document. Plaintiffs further object generally to any exhibit that references insurance, insurance claims, or recoveries made by or on behalf of any plaintiff.

# WORK PAPERS
## 1997 Work Papers

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 11. | All Confirms, including Panexim (344) and Orion (343) | PWC 97 WP 316-351 | **Objection:** Irrelevant; confusing; cumulative evidence |
| 14. | South Windsor Physical Inventory for 3/26 and 3/27/99 | PWC 97 WP 792-794 | **Objection:** Irrelevant |
| 15. | South Windsor Physical Inventory Checklist for 3/26 and 3/27/99 | PWC 97 WP 797-805 | **Objection:** Irrelevant |
| 16. | Phoenix Physical Inventory Checklist for 3/31/97 | PWC 97 WP 900-909 | **Objection:** Irrelevant |
| 17. | Attleboro Physical Inventory Checklist for 12/20-21/96 | PWC 97 WP 944-952 | **Objection:** Irrelevant |
| 18. | Attleboro Physical Inventory Memo | PWC 97 WP 953-955 | **Objection:** Irrelevant |

## 1997 Electronic Work Papers

## 1998 Work Papers

| 46. | Physical Inventory Observation Checklist – Attleboro – June 1997 | PWC 98 WP 007-15 | **Objection:** Irrelevant |
|---|---|---|---|
| 52. | Debt Covenant Violation Waiver | PWC 98 WP 424-431 | **Objection:** Irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 57. | Financial Statement and Footnotes Tie Out | PWC 98 WP 743-763 | **Objection:** Irrelevant |
| 62. | Debt Covenant Calculations (Fleet and CSFB) | PWC 98 WP 1231-1249 | **Objection:** Irrelevant; foundation |
| 63. | Fine Ounce Reconciliation | PWC 98 WP 1373-1413 | **Objection:** Irrelevant; foundation |
| 64. | Assayed not Settled Detail | PWC 98 WP 1414-1437 | **Objection:** Irrelevant; foundation |
| 65. | Smelter Settlement Detail | PWC 98 WP 1458-1470 | **Objection:** Irrelevant; foundation |
| 67. | Cut-off Testing | PWC 98 WP 1512-1524 | **Objection:** Irrelevant |
| 68. | Phoenix Physical Inventory Checklist – 3/31/98 | PWC 98 WP 1570-1580 | **Objection:** Irrelevant |
| 69. | South Windsor Physical Inventory Checklist – 3/31/98 | PWC 98 WP 1725-1735 | **Objection:** Irrelevant |
| 70. | Report on Attleboro Physical Inventory Observations – 3/31/98 | PWC 98 WP 1819-1820 | **Objection:** Irrelevant |
| 71. | Attleboro Physical Inventory Checklist – 3/31/98 | PWC 98 WP 1880-1890 | **Objection:** Irrelevant |
| 72. | Attleboro Physical Inventory Roll-forward 12/31/97-3/31/98 | PWC 98 WP 2014-2053 | **Objection:** Irrelevant; foundation |

**1998 Electronic Work Papers**

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 88. | Derivative Financial Instruments | PWC 98 EW 530-559 | **Objection:** Irrelevant |
| 89. | Accounts Payable | PWC 98 EW 619-645 | **Objection:** Irrelevant |
| 93. | Financial Statements (including summary review memo (833-38); income statement consolidation (840-842); summary of unadjusted differences (845-847); cash flow work sheet (861-863); financial statement disclosure | PWC 98 EW 830-982 | **Objection:** Foundation; irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| | checklist (867-973)) | | |
| 94. | Possible Non-Compliance with Laws and Regulations | PWC 98 EW 999-1003 | **Objection:** Foundation; irrelevant |
| 95. | Risks and Uncertainties | PWC 98 EW 1028-1035 | **Objection:** Irrelevant |
| 96. | Use of Specialists | PWC 98 EW 1036-1047 | **Objection:** Irrelevant |
| **1999 Work Papers** | | | |
| 107. | 9/30/98 Debt Covenant Testing | PWC 99 WP 644-654 | **Objection:** Foundation; irrelevant |
| 108. | 9/30/98 Accounts Receivable Support including 9/30/98 Price Not Booked Schedule (741) | PWC 99 WP 693-757 | **Objection:** Foundation; irrelevant |
| 109. | 9/30/98 Inventory Support | PWC 99 WP 758-770 | **Objection:** Foundation; irrelevant |
| 116. | Accounts Receivable Support, including 3/31/99 Price Not Booked Schedule (1202) | PWC 99 WP 1202-1205 | **Objection:** Foundation; irrelevant |
| 118. | Fine Ounce Inventory Reconciliation | PWC 99 WP 1337-1339 | **Objection:** Foundation; irrelevant |
| 119. | Smelter Settlement Detail | PWC 99 WP 1414-1431 | **Objection:** Foundation; irrelevant |
| 121. | Attleboro Physical Inventory Report for 12/31/98 | PWC 99 WP 1578-79 | **Objection:** Foundation; irrelevant |
| 122. | 3/31/99 Attleboro Physical Inventory Engagement Letter | PWC 99 WP 1580-84 | **Objection:** Foundation; irrelevant |
| 123. | 3/31/99 Attleboro Physical Inventory Checklist | PWC 99 WP 1910-1918 | **Objection:** Irrelevant |
| 124. | Attleboro Physical Inventory Roll Forward | PWC 99 WP 2029-2059 | **Objection:** Foundation; irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 125. | 3/31/99 Phoenix Physical Inventory Checklist | PWC 99 WP 2065-2072 | **Objection:** Foundation; irrelevant |

### 1999 Electronic Work Papers

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 133. | DMRS Contract – Critical Matter | PWC 99 EW 1138-1141 | **Objection:** Foundation; irrelevant |
| 142. | Inventory | PWC 99 EW 1414-1504 | **Objection:** Foundation; irrelevant |
| 143. | Futures and Forwards Contracts | PWC 99 EW 1560-1593 | **Objection:** Foundation; irrelevant |
| 144. | Inter-company Accounts | PWC 99 EW 1594-1602 | **Objection:** Irrelevant as to bates nos. 99 EW 1594-15__ |
| 146. | Accounts Payable | PWC 99 EW 1657-1684 | **Objection:** Irrelevant |
| 147. | Accrued Liabilities | PWC 99 EW 1685-1711 | **Objection:** Foundation; irrelevant |
| 149. | Contingencies and other Commitments | PWC 99 EW 1839-1845 | **Objection:** Foundation; irrelevant |

### 1999 Six-Month Review Work Papers

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 156. | Critical Matter Support including Panexim gold lots (430-31) and debt compliance (432-440) | PWC 00 WP 383-440 | **Objection:** Foundation; irrelevant |
| 158. | Consolidated Financial Statement and Trial Balance Detail including GWRC Canada Balance Sheet and Income Statement (457-459) and Debt Covenant Calculations (461-465) | PWC 00 WP 445-465 | **Objection:** Foundation; irrelevant |
| 159. | Accounts Receivable Detail including Price Not Book Schedule (528-529) | PWC 00 WP 527-535 | **Objection:** Foundation; irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 161. | DRMS Contract Support | PWC 00 WP 573-577 | **Objection:** Foundation; irrelevant |

### Plaintiffs' Deposition Exhibits

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 170. | Management letter (unsigned "Z" version – find signed version) | PWC Z 337-346 | UL. Ex. 18 **Objection:** Foundation; irrelevant |
| 174. | Notes of interviews with Noriega and Posada | PWC Z 01821-1830 | UL. Ex. 38 **Objection:** Irrelevant; hearsay |
| 175. | Interview notes of Posada | PWC Z 01833-01834 | UL. Ex. 40 **Objection:** Irrelevant; hearsay |
| 176. | M. Verlaysen Interview | PWC Z 01835-37; PWC 97 WP 0032-0043 | UL. Ex. 41 **Objection:** Irrelevant; hearsay |
| 185. | Purchasing and Payable Cycles | PWC 99 EW 0241-45 | UL. Ex. 59 **Objection:** Foundation; irrelevant |
| 192. | PWC 97 WP 00648-50; 0059 | PWC 97 WP 00648-00650; PWC 97 WP 0059 | UL. Ex. 68 **Objection:** Foundation; multiple documents within exhibit |
| 233. | Verleysan mins. 6/1999 Monthly Report | | UL. Ex. 148 **Objection:** Foundation; irrelevant |
| 234. | GWRC Report 24 March '00 | PWC 00 WP 00890-92 | UL. Ex. 152 **Objection:** Foundation; irrelevant; reference to insurance |
| 235. | Russo & Grey 17 Nov. '99 | PWC Z 01577-01579 | UL. Ex. 153 **Objection:** Irrelevant |
| 243. | HHRG Rep. letter 6/26/98 for FY 3/31/98 | PWC 98 WP 661-665 | UL. Ex. 191 **Objection:** Irrelevant |
| 246. | Report Dempsey to Budelman | HSNO 46778 | UL. Ex. 199 **Objection:** |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| | | | Irrelevant; hearsay; reference to insurance |

**Deposition Exhibits**

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 299. | Handwritten notes, July 17, 2001 meeting in NYC | DMC 036760 through DMC 036765 | Dempsey Ex. 5 **Objection:** Irrelevant; hearsay; prejudical; reference to insurance |
| 304. | Memorandum from Rick Lee dated February 21, 2000 | C5501639860 1810 – 1812 | Hayes Ex. 5 **Objection:** Hearsay; reference to insurance |
| 314. | "Directors' Briefing Paper" dated December 21, 2000 | GWRC PWC 0008076 – 8091 | Hobson Ex. 7 **Objection:** Irrelevant; opinion evidence |
| 316. | Summary of Schedules – Bankruptcy Court HHRG | | Horwitt Ex. 1 **Objection:** Reference to insurance |
| 317. | Jed Horwitt responses to request to produce documents | | Horwitt Ex. 3 **Objection:** Reference to insurance |
| 318. | March 17, 2000 memo to HHRG / GWRC directors from Tony Pearce | EDC0005965 - EDC0005968 | Horwitt Ex. 4 **Objection:** Reference to insurance |
| 319. | HSNO report issued December 21,2000 to Mr. Norman Mitchell | DMC 046940 – 046980 | M. Johnson (HSNO) Ex. 2 **Objection:** Irrelevant; hearsay; opinion evidence |
| 320. | Letter dated May 14, 2001 from John Dempsey to Mr. Johnson | GWRC PWC 0019682 – 86 | M. Johnson (HSNO) Ex. 3 **Objection:** Irrelevant; hearsay; opinion evidence |
| 321. | Fax dated May 22, 2001 from Mr. Johnson to Mr. McMahon | UL 00480 – 485 | M. Johnson (HSNO) Ex. 4 **Objection:** Irrelevant; hearsay; |

| Tab | Description | Bates Number | Source |
|-----|-------------|--------------|--------|
|     |             |              | opinion evidence |
| 322. | Letter dated May 23, 2001 from Mr. Johnson to Mr. McMahon - HSNO report | HSNO 4158 – 4162 | M. Johnson (HSNO) Ex. 5 **Objection:** Irrelevant; hearsay; opinion evidence |
| 323. | Letter dated June 8, 2001 from Mr. Johnson to Mr. Dempsey | DMC 046878 - 046931 | M. Johnson (HSNO) Ex. 6 **Objection:** Irrelevant; hearsay; opinion evidence |
| 324. | Letter dated July 3, 2001 from Mr. Johnson to Mr. McMahon | HSNO 41875 – 41884 | M. Johnson (HSNO) Ex. 7 **Objection:** Irrelevant; hearsay; opinion evidence |
| 325. | Copy of Mr. Tancrell's handwritten notes | HSNO 41879 – 41882 | M. Johnson (HSNO) Ex. 8 **Objection:** Irrelevant; hearsay; opinion evidence |
| 326. | Letter dated July 26, 2001 from Dempsey to Mr. McMahon | DMC 015159 - 015161 | M. Johnson (HSNO) Ex. 9 **Objection:** Irrelevant; hearsay; opinion evidence |
| 327. | Letter dated September 5, 2001 from Mr. Johnson to Mr. McMahon | HSNO 42606 – 42608 | M. Johnson (HSNO) Ex. 10 **Objection:** Irrelevant; hearsay; foundation |
| 328. | Major Claims Report – Alleghany | UL020000 through UL02208 | M. Johnson (UL) Ex. 5 **Objection:** Irrelevant; reference to insurance |
| 329. | Settlement Agreement – Underwriters / HHRG | UL00301 through UL00400 | M. Johnson (UL) Ex. 6 **Objection:** Irrelevant; reference to insurance |
| 330. | Rothschild Insurance Claim Notification | UL00104 | M. Johnson (UL) Ex. 7 |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
|  |  |  | **Objection:** Irrelevant; hearsay; reference to insurance |
| 331. | AON Group – Report to Freshfields from Lucy Harris 3/9/00 | UL00062 through UL00082 | M. Johnson (UL) Ex. 8 **Objection:** Irrelevant; hearsay; reference to insurance |
| 332. | E-mail from Lucy Harris to Kent Chaplin re: note from HSNO | UL01265 through UL01272 | M. Johnson (UL) Ex. 10 **Objection:** Irrelevant; hearsay; reference to insurance |
| 333. | April 23, 2001 Wilson Elser letter to Charles Lee at Paul, Hastings | UL01240 through UL01241 | M. Johnson (UL) Ex. 11 **Objection:** Irrelevant; hearsay; reference to insurance |
| 334. | Proposed Second Amended Complaint – Sharpe v. Wayne et. al. |  | M. Johnson (UL) Ex. 12 **Objection:** Irrelevant; hearsay; reference to insurance |
| 335. | May 23, 2001 HSNO letter to McMahon at Wilson Elser | UL00458 through UL00467 | M. Johnson (UL) Ex. 13 **Objection:** Irrelevant; hearsay; reference to insurance; opinion evidence |
| 336. | July 3, 2001 letter from Mr. Johnson to Mr. McMahon HSNO attaching May 19, 2001 letter to McMahon from Lee w/marginalia | UL00450 through UL000457 | M. Johnson (UL) Ex. 14 **Objection:** Irrelevant; hearsay; reference to insurance |
| 337. | Complaint – Underwriters v. Chubb and Federal Insurance Company |  | M. Johnson (UL) Ex. 15 **Objection:** Irrelevant |
| 338. | Motion to Approve Settlement Agreement Regarding Debtor's Claim Against Federal Insurance |  | M. Johnson (UL) Ex. 16 **Objection:** Reference to |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
|  | Company Without a Hearing - Bankruptcy Court |  | insurance |
| 339. | March 3, 2001 email from Cook to McMahon regarding excess policy | UL01526 | M. Johnson (UL) Ex. 17 **Objection:** Irrelevant; hearsay; reference to insurance |
| 340. | April 25, 2001 telephone conference notes regarding Rothschild/HHRG Milton, Chaplin, Harris, Cooke | UL0203 | M. Johnson (UL) Ex. 18 **Objection:** Irrelevant; hearsay; reference to insurance; foundation |
| 341. | John King Documents | N/A | King Ex. 1 **Objection:** Foundation; irrelevant |
| 343. | Credit Suisse Master Precious Metals Purchase and Refining Agreement | PWC PF 00619-00777 | King Ex. 3 **Objection:** Foundation; hearsay as to bates nos. HHRG-PWC 62596-62601 |
| 353. | December 13, 1999 notes from meeting with CSFB | GWRC-PWC 074314-074316 | King Ex. 23 **Objection:** Irrelevant; hearsay |
| 365. | June 30, 1999 fax from Rick Ollett to, among others, King and Myles enclosing a copy of the June 16 Management Meeting Minutes | HHRG-PWC 34421-34428 | King Ex. 35 **Objection:** Foundation as to bates no. 34424-34428 |
| 366. | January 17, 2000 memo from Brian Gates to Boehm, Foulk, King, Leroy, Miles, Ollett, Posada and Searle regarding approach to Mike Ryan | RLS1005 - RLS1007 | King Ex. 37 **Objection:** Foundation; hearsay; irrelevant |
| 369. | March 14, 2000 Tony Pearce fax to the Golden West directors and HHRG directors regarding HHRG | HHRG-PWC 64831-64845 | King Ex. 40 **Objection:** Irrelevant; hearsay; reference to |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| | action | | insurance; opinion evidence |
| 370. | March 16, 2000 memo from Tony Pearce to the GWRC and HHRG directors regarding HHRG Chapter 11 consideration | EDC0014422- EDC0014425 | King Ex. 41 **Objection:** Reference to insurance |
| 374. | December 6, 2004 affidavit of Vincent Love | | Love Ex. 3 **Objection:** Irrelevant; hearsay; reference to insurance |
| 375. | May 22, 2001 HSNO letter to McMahon from Johnson | | Love Ex. 4 **Objection:** Irrelevant; hearsay; reference to insurance |
| 376. | July 26, 2001 DMC letter to McMahon from Dempsey | | Love Ex. 5 **Objection:** Irrelevant; hearsay; reference to insurance; settlement of a dispute |
| 377. | Second Interim Status Report of Liquidator | (produced by Mr. Myles) | Myles Ex. 2 **Objection:** Reference to insurance |
| 378. | Third Interim Status Report of Liquidator | (produced by Mr. Myles) | Myles Ex. 3 **Objection:** Reference to insurance |
| 379. | April 28, 1997 Refining Advance for Panexim | HSNO 03858-03860 | Myles Ex. 10 **Objection:** Foundation; hearsay |
| 380. | September 7, 1996 Letter from Passaro/Panexim to Verleysen (cc: Wayne and Searle) | HSNO 23121-23122 | Myles Ex. 12 **Objection:** Foundation; hearsay |
| 381. | January 4, 1997 Memorandum from Verleysen to Searle entitled "December Report" | HHRG PWC 118550-118553 | Myles Ex. 13 **Objection:** Foundation; hearsay |
| 382. | Memorandum from Passaro to Verleysen dated April 22, 1997 (handwritten notes to Wayne) | HHRG PWC 123347 | Myles Ex. 14 **Objection:** Foundation; hearsay |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 383. | Memorandum from Passaro to Verleysen dated April 22, 1997 (handwritten notes to Wayne, "Wayne says no to this") | HHRG PWC 43640 | Myles Ex. 15 **Objection:** Foundation; hearsay |
| 384. | Fax from Passaro/Panexim to Verleysen dated May 12, 1997 entitled " IGV Payments" | HHRG PWC 43639 | Myles Ex. 16 **Objection:** hearsay; foundation |
| 385. | May 30, 1998 Memorandum from Verleysen to Searle entitled "May 1998 Monthly Report – Latin America" | EDC 0011799-0011802 | Myles Ex. 17 **Objection:** hearsay; foundation |
| 399. | HHRG Complaint in Bankruptcy Court severance action | | O'Brien Ex. 1 **Objection:** Irrelevant; hearsay |
| 429. | Handwritten notes headed "Board of Directors, Monday, November 25, 1999" | HHRG PWC 62596- 62601 | Russo Ex. 4 **Objection:** Irrelevant; foundation |
| 454. | November 25, 1996 handwritten notes and agenda from Handy & Harman Refining Group, Inc.'s Meeting of the Board of Directors | HHRG-PWC62596-62602 | Ryan Ex. 5 **Objection:** Foundation; hearsay |
| 455. | June 16, 1993 facsimile from Handy & Harman to Searle, R. with cc to Wayne, B. with attached 06/15/93 memo from Verleysen, M. to Searle, R. and 06/11/93 memo from Mudd, S. to McElya re Status of Procesadora del Pacifico Contract (Chile) | GWRC-PWC0068569-0068579 | Ryan Ex. 6 **Objection:** Irrelevant; foundation; hearsay |
| 461. | Draft GWRC Minutes | HHRG-PWC09077 - 09081 | Ryan Ex. 14 **Objection:** Foundation; irrelevant; hearsay |
| 465. | 03/26/01 letter from Lee, C. to Jast, R. regarding Handy & Harman's | UL-00006-00045 | Ryan Ex. 19 **Objection:** Irrelevant; hearsay; |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| | Lloyd's Insurance Policy No. 834/FB9700166 | | reference to insurance |
| 470. | Golden West Staff Review & Development Program – 1998-99 re Ryan, M. | GWRC-PWC0029803-0029806 | Ryan Ex. 28 **Objection:** Foundation; irrelevant |
| 472. | Golden West Refining Corp. Ltd. Annual Report 2000 | HHRG-PWC356746-356810 | Ryan Ex. 30 **Objection:** Reference to insurance |
| 483. | December 7, 1999 meeting minutes GWRC Audit Committee | GWRC PWC 0054182 – 83 | Warren Ex. 8 **Objection:** Reference to insurance |
| 484. | Fax dated August 21, 2000 from Warren to Carr at GWRC re: draft financial reports | GWRC PWC 0025211 – 13 | Warren Ex. 9 **Objection:** Irrelevant; hearsay |

**Damages Related And Miscellaneous Documents**

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 485. | Silver and Gold Refinery Supply by Category in 1999 | | Chart marked Exhibit 1 from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 486. | Silver and Gold Old Scrap in North and South America | | Chart marked Exhibit 2 from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 487. | World Silver Refinery Supply | | Chart marked Exhibit 2a from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 488. | World Gold Refinery Supply | | Chart marked Exhibit 2b from Expert Report of William F. Pinney **Objection:** Irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 489. | North & South American Silver Refinery Supply | | Chart marked Exhibit 2c from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 490. | North & South American Gold Refinery Supply | | Chart marked Exhibit 2d from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 491. | World Gold Supply (Millions of Ounces) | | Chart marked Exhibit 4 from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 492. | Silver and Gold 3-month annual average lease rate | | Chart marked Exhibit 5 from Expert Report of William F. Pinney **Objection:** Irrelevant |
| 502. | Golden West (Australasia) Pty Ltd Acquisition Opportunity | | Produced to us by Ian Hobson Used in Footnote 26 to Expert Report of Anil Shivdasani **Objection:** Opinion evidence |
| 503. | Golden West Refining Corporation Limited Directors Briefing Paper – Normandy and Gold Corporation offer for GWA | GWRC-PWC-E0026889 - 0026900 | This was also produced to us by Ian Hobson Used in Footnote 28 to Expert Report of Anil Shivdasani **Objection:** Opinion evidence |
| 510. | Ibbotson Associates – Stocks Bonds Bill and Inflation 1998 Yearbook | | **Objection:** Irrelevant; hearsay |
| 511. | Ibbotson Associates – Stocks Bonds Bill and Inflation | | **Objection:** Irrelevant; hearsay |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
|  | 1999 Yearbook |  |  |
| 512. | Ibbotson Associates – Stocks Bonds Bill and Inflation 2004 Yearbook |  | **Objection:** Irrelevant; hearsay |
| 524. | USA v. Wayne Case Summary – Criminal Docket | DMC 054037-054092 | DMC Report Booklet 1 **Objection:** Irrelevant; hearsay |
| 533. | Memorandum to Mike Ryan from Barry Wayne Re: Audit Schedule – Panexim could begin to "repatriate" gold | DMC 054236 | Tab 7 / Tab 23 – DMC Report Booklet 1 **Objection:** Irrelevant |
| 537. | Meeting Notes – Meeting with Roberto Passaro, Panexim, Sean Russo and Antony Sorman – Barry Wayne asked to put silver into the Hermes vault | DMC 054280 - 054283 | Tab 7 / Tab 36 – DMC Report Booklet 1 **Objection:** Irrelevant; hearsay |
| 538. | Underwriters, et al v. Barry Wayne, et al Complaint 3/5/02 |  | **Objection:** Irrelevant; hearsay |
| 539. | Underwriters et al v. Barry Wayne, et al Proposed Second Amended Complaint 7/03 |  | **Objection:** Irrelevant; hearsay |
| 540. | Handy & Harman Refining Group, Inc. Debtor/Plaintiff v. Handy & Harman, Inc. Complaint 8/14/02 |  | **Objection:** Irrelevant |
| 541. | Pooling Agreement between HHRG and GWRC |  | **Objection:** Irrelevant; hearsay |
| 542. | Settlement Agreement between Underwriters and Handy & Harman Refining Group | UL 00302 - 00313 | **Objection:** Irrelevant; reference to insurance |
| 543. | Settlement Agreement between Underwriters, HHRG, Barry Wayne, Richard Searle and Federal Insurance |  | **Objection:** Irrelevant; reference to insurance |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
|  | Company |  |  |
| 550. | E-mail chain from Mary Ellen (Handy & Harman) to Didier.Siffer @csb.com re: Purchase Syndicate Meeting – March 13 | CSFB-PWC08464 - 08466 | **Objection:** Irrelevant; hearsay; reference to insurance |
| 551. | Statement of Claim to Underwriters prepared by Mike Ryan | CSFB-PWC08467 - 08471 | **Objection:** Irrelevant; hearsay |
| 552. | United States Bankruptcy Court HHRG (Debtor) HHRG and Underwriters (Plaintiff) v. Chubb Corporation and Federal Insurance Company (Defendant) – Amended Complaint |  | **Objection:** Irrelevant; reference to insurance |
| 559. | GWRC Managing Director's Report | GWRC-PWC E0038434-38443 | **Objection:** Hearsay; reference to insurance |
| 563. | GWRC Annual Report 2000 | HHRG-PWC 356746-810 | **Objection:** Irrelevant; reference to insurance |
| 573. | 7/21/99 Letter Passaro to Verlaysen |  | DMC Report Exhibit **Objection:** Irrelevant; hearsay |
| 574. | Barry Wayne, Posada, Verlaysen interviews, Feb. – March, 2000 |  | DMC Report Exhibit **Objection:** Irrelevant; hearsay |
| 575. | Verlaysen handwritten notes 7/27, 28/1996 |  | DMC Report Exhibit **Objection:** Foundation; irrelevant; hearsay |
| 576. | Dempsey interview of Passaro 7/27/00 |  | DMC Report Exhibit **Objection:** Irrelevant; hearsay |
| 577. | 4/22/97 Memo from Passaro to Verlaysen |  | DMC Report Exhibit **Objection:** Irrelevant; hearsay |
| 578. | 5/12/97 Memo from Passaro to Verlaysen |  | DMC Report Exhibit **Objection:** Irrelevant; hearsay |
| 581. | May 5, 2000 Update to Shareholders by GWRC | GWRC-PWC0014752-53 | **Objection:** Reference to insurance |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 584. | March 24, 2000 Notice to Shareholders by GWRC | GWRC-PWC0014744-47 | **Objection:** Reference to insurance |
| 588. | June 17, 1999 Memo from Brian Gates regarding financial results | HHRG017838 | **Objection:** Irrelevant; foundation |
| 594. | December 3, 1997 Memo from M. Verleysen to R. Searle regarding Latin American business | HHRG-PWC88519-522 | **Objection:** Foundation |
| 598. | Undated E-Mail from Rod Warren to Sean Russo regarding statement of claim | GWRC-PWC0065760 | **Objection:** Irrelevant; hearsay; reference to insurance |
| 599. | March 3, 1997 Memorandum from B. Wayne to S. Russo regarding Minera Alumbrera, Ltd. | HHRG-PWC36613 | **Objection:** Irrelevant |
| 619. | June 23, 1999 Facsimile from B. Wayne to R. Lee Regarding Panexim | DMC 041689-041693 | **Objection:** Foundation |
| 635. | February 8, 2000 E-mail from A. DeTora to W. Holcomb Regarding Termination of B. Wayne's Employment | GWRC-AD 0126 | **Objection:** Irrelevant; hearsay |
| 636. | February 17, 2000 Notes of Meeting with R. Noreiga and S. Russo | HHRG-PWC64875-664879 | **Objection:** Irrelevant; hearsay |
| 637. | February 20, 2000 Notes of Meeting with R. Passaro and S. Russo. | HHRG-PWC64880-64884 | **Objection:** Irrelevant; hearsay |
| 638. | February 20, 2000 Facsimile from M. Ryan to T. Carr and J. Shea at AON Group Ltd Regarding Potential Claim | HHRG-PWC64864-64874 | **Objection:** Irrelevant; hearsay; reference to insurance |
| 639. | February 22, 2000 Facsimile from M. Ryan to J. Shea Regarding Potential Claim Under HHRG's Executive Protection Policy | HHRG-PWC154689 | **Objection:** Irrelevant; reference to insurance |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 642. | March 9, 2000 Statement of Claim to Underwriters by M. Ryan | CSFB 05316-05320 | **Objection:** Irrelevant; hearsay; reference to insurance |
| 643. | Undated E-mail from R. Warren to S. Russo with cc's to R. Lee and M. Ryan Regarding Statement of Claim | GWRC-PWC0065760 | **Objection:** Irrelevant; hearsay; reference to insurance |
| 644. | May 9, 2000 M. Ryan Memorandum Regarding Fraudulent Activities by Former Executives of HHRG | GWRC-PWC0017567-0017568 | **Objection:** Irrelevant |
| 645. | June 19, 2001 Letter from C. Lee to D. McMahon with cc's to M. Ryan, J. Horwitt, J. Dempsey, K. Chaplin Regarding Lloyd's Insurance Coverage of HHRG | GWRC-PWC0078097-0078102 | **Objection:** Foundation; irrelevant; hearsay |
| 646. | October 11, 2001 Letter from M. Ryan to I. Hobson and F. Hodgson with cc's to M. Richmond, L. Harris Regarding HHRG Insurance Dossier and enclosing HHRG Insurance-Related Documents | GWRC-IHO1731-1774 | **Objection:** Irrelevant; reference to insurance |

**Board and Committee Meeting Documents**

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| 670. | May 20, 1999 HHRG Finance Committee Meeting | HHRG PWC 63716-63730 | **Objection:** Foundation; irrelevant; hearsay; |
| 681. | June 21, 1999  Audit Committee responds to Wayne's and Gates report regarding Bullock allegations | HHRG-PWC 135863-64 (p) HHRG 135865-66 (a) | **Objection:** Irrelevant |
| 682. | June 21, 1999  Wayne responds to Audit Committee's comment | HHRG PWC 135960-63 (p); HHRG PWC 135964-995 (a) | **Objection:** Irrelevant |

| Tab | Description | Bates Number | Source |
|---|---|---|---|
| | that the report that he and Gates prepared did not fully answer all issues raised by Audit Committee | | |
| 683. | June 30, 1999 GWRC Operational Report | HHRG PWC 153629-638 | **Objection:** Irrelevant |
| 684. | July 1, 1999 Warren writes to Gates and Wayne regarding reports into Bullock allegations | HHRG PWC 135850-135853 | **Objection:** Irrelevant |
| 701. | February 16, 2000 Ryan sends e-mail to Guy, Warren, Wiggins, with cc to Lee re proposed actions regarding Wayne and Panexim | HHRGPWC57029 | **Objection:** Reference to insurance |
| 704. | March 3, 2000 Report on HHRG Activities | HHRG-PWC116556 - HHRG-PWC116560;EDC0005947-EDC0005951 | **Objection:** Reference to insurance |
| 705. | April 19, 2000 HHRG Management Meeting | GWRCPWC0049508 | **Objection:** Foundation |
| 706. | March 26, 2001 Paul Hastings' assessment to Underwriters' counsel of Credit Policy, Consultants and Excess Compensation | HHRG PWC 154431 - 154437 | **Objection:** Foundation; irrelevant; hearsay |
| 708. | Love, Vincent J. "Understanding and Using Financial Data: An Ernst and Young Guide for Attorneys," | Objective of an Audit | Temkin Report, tab 4 **Objection:** Irrelevant; hearsay |

### Additional Audit Related Documents

| Tab | Description | Bates Range | Source |
|---|---|---|---|
| 716. | Background - VAT taxes | GWRC-PWC0069010 | Temkin Report, tab 29 **Objection:** Irrelevant; hearsay; opinion evidence; reference to insurance |
| 717. | Background - HHRG Finance Committee | DMC 054122 | Temkin Report, tab 41 |

| Tab | Description | Bates Range | Source |
|---|---|---|---|
| | | | **Objection:** Irrelevant; hearsay; opinion evidence; reference to insurance |
| 725. | PWC 99 EW 01217-27; PWC 98 EW 0079-91; PWC 97 EW 0076 | | Temkin Report, tab 66 **Objection:** Irrelevant as to bates no. PWC 98 EW 0079-91 |
| 751. | DMC 054124 | Representations with Respect to Panexim | Temkin Report, tab 133 **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 752. | DMC 054121 | Representations with Respect to Panexim | Temkin Report, tab 134 **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 753. | GWRC-PWC0069013 | Representations with Respect to Panexim | Temkin Report, tab 135 **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 754. | DMC 054128 | Representations with Respect to Panexim | Temkin Report, tab 136 **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 757. | PWC 99 WP 00810-00815 | | Temkin Report, tab 142 **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 758. | GWRC-PWC0069011 | Representations with Respect to Panexim | Temkin Report, tab 146 **Objection:** Foundation; |

| Tab | Description | Bates Range | Source |
|---|---|---|---|
| | | | irrelevant; hearsay; reference to insurance |
| 759. | Amended Complaint – Underwriters v. Handy & Harman – 8/5/04 | | **Objection:** Foundation; irrelevant; hearsay; reference to insurance; recovery efforts |
| 760. | Memo to Rick Lee from Brian Gates | HHRG-PWC 76666-76667 | **Objection:** Foundation; irrelevant; hearsay; reference to insurance |
| 761. | Price not Booked Schedules May 1998-July 1998 | | HHRG (no bates label) **Objection:** Foundation; irrelevant; hearsay; reference to insurance |