**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1803 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | October 11, 2005 |
| Defendant. | : | |

**PRICEWATERHOUSECOOPERS LLP'S MOTION IN LIMINE TO PRECLUDE UNDERWRITERS FROM SUBMITTING EVIDENCE ON DAMAGES IN EXCESS OF THE $12.5 MILLION LOSS THEY PAID ON THE CLAIM**

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves in limine to preclude plaintiffs Alec Sharp et al. ("Underwriters") from seeking to introduce into evidence testimony or documents that suggest that Underwriters damages claim exceeds $12.5 million,

**ORAL ARGUMENT REQUESTED**

which is the amount that Underwriters paid its insured, Handy & Harman Refining Group, Inc. ("HHRG"), and is the maximum that Underwriters is entitled to recover as a matter of law.

The grounds for this motion are more fully set forth in the accompanying memorandum of law.

                              DEFENDANT,
                              PRICEWATERHOUSECOOPERS LLP


                              By: _____/s/ Thomas D. Goldberg_____
                                   David J. Elliott (ct 04301)
                                   Thomas D. Goldberg (ct 04386)
                                   Day, Berry & Howard LLP
                                   One Canterbury Green
                                   Stamford, Connecticut 06901-2047
                                   Tel:  (203) 977-7300
                                   Fax: (203) 977-7301
                                   Its Attorneys

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186