# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| VS. | : : | |
| PRICEWATERHOUSECOOPERS LLP, | : | October 11, 2005 |
| Defendant. | : | |

### PRICEWATERHOUSECOOPERS LLP'S MOTION IN LIMINE TO EXCLUDE STATEMENTS MADE BY PRICEWATERHOUSECOOPERS AUSTRALIA

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves in limine (i) to exclude at trial statements made by PricewaterhouseCoopers Australia ("PwC-Australia") and (ii) to preclude plaintiffs' counsel from stating or implying that PwC and PwC-Australia constitute a single firm, in each of the following consolidated matters: *Golden West Refining*

**ORAL ARGUMENT REQUESTED**

*Corporation Limited v. PricewaterhouseCoopers LLP*, Civil Action No. 3:02 CV 1379 (MRK); *Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP*, Civil Action No. 3:02 CV 1803 (MRK) and *Alec Sharp et al. v. PricewaterhouseCoopers LLP*, Civil Action No. 3:02 CV 1572 (MRK).

  The grounds for this motion are more fully set forth in the accompanying memorandum of law.

                 DEFENDANT,
                  PRICEWATERHOUSECOOPERS LLP


                By: ____/s/ Thomas D. Goldberg_____
                  David J. Elliott (ct 04301)
                  Thomas D. Goldberg (ct 04386)
                  Day, Berry & Howard LLP
                  One Canterbury Green
                  Stamford, Connecticut 06901-2047
                  Tel:  (203) 977-7300
                  Fax: (203) 977-7301
                  Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186