## ACKNOWLEDGMENT OF ASSIGNMENT AND SUBROGATION

In consideration for the payment made by Those Certain Underwriters subscribing to Policy No. 834/FB9700166 ("the Policy") issued for the policy period 24 June 1997 to 24 June 2000 ("Underwriters"), and the other promises made by Underwriters in the Settlement Agreement between Underwriters and Handy & Harman Refining Group, Inc. ("HHRG"), executed contemporaneous with this document, HHRG agrees as follows:

1. HHRG assigns to Underwriters all rights, title and interest in any and all claims which HHRG has, had, or may ever have as to all losses asserted by HHRG in the written claim of 22 February 2000 submitted by HHRG to Underwriters under the Policy, and which were more fully explained in a memorandum submitted to Underwriters on 9 March 2000 and more fully documented in a proof of loss submitted to Underwriters dated 9 October 2000, and which were the subject of claims submitted to Chubb and/or Federal Insurance Company and to Hiscox ("the Losses"), plus interest, costs, and punitive damages arising from the Losses, including but not limited to, any and all such claims against (a) Barry Wayne, Richard L. Searle, Louis Posado, Michael Verleysen, Manuel Seaone, Carlos Augspach, Frank Phillips, Jorge Washington, Erick Claudet, Linneo Klocker, Fernando Limo, Mario Seaone, and Jorge Passaro and their relatives, corporations, affiliates, and assigns; (b) Panexim and any and all employees or agents of Panexim or related entities; (c) SUNAT; (d) The Peruvian Government; (e) PriceWaterhouseCoopers and its predecessors, successors, agents and assigns; (f) Hermes; (g) Alex Stewart Assayers; (h) The Chubb Corporation or Federal Insurance Company and Hiscox. With the exception of any claims asserted against Chubb, Federal Insurance Company, or Hiscox, which are subject to paragraphs 11 and 12 of the Settlement Agreement referenced above, HHRG acknowledges that this assignment is full and complete and without reservation, for Underwriters to pursue recovery of the Losses.

2. In addition to the assignment set forth in paragraph one, above, HHRG further acknowledges Underwriters as subrogee pursuant to the Policy as to the Losses asserted by HHRG.

HANDY & HARMAN REFINING GROUP, INC.

By: _____

Title: Jed Horwith Capacity Custodian LLC

Date: 12/28/01

UL -00393

124530.1