```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT                ORIGINAL
 3   ------------------------------------x
     GOLDEN WEST REFINING
 4   CORPORATION, LTD.,
                      Plaintiff,
 5                                          Civil Action No.
              -against-                     3:02 CV 1379 (MRK)
 6
     PRICEWATERHOUSECOOPERS, LLP
 7   and COOPERS & LYBRAND, LLP,
                      Defendants,
 8
              -against-
 9
     ALEX SHARP, et al.,                    Civil Action No.
10                    Plaintiffs,           3:02 CV 1572 (MRK)
11            -against-
12   PRICEWATERHOUSECOOPERS, LLP
     d/b/a PRICE WATERHOUSE, LLP,
13                    Defendant.
14   HANDY & HARMAN REFINING                Civil Action No.
     GROUP, INC.
15                    Plaintiff             3:02 CV 1803 (MRK)
16            -against-
17   PRICEWATERHOUSECOOPERS, LLP,
                      Defendant.
18   ------------------------------------x
19              May 16, 2005
                9:10 a.m.
20      Deposition of VINCENT J. LOVE, taken by
     Defendant, pursuant to Notice, at the offices of
21   Day, Berry & Howard, LLP, 875 Third Avenue, New
     York, New York, before SUZANNE PASTOR, a
22   Shorthand Reporter and Notary Public within and
     for the State of New York.
23
24
25
```

LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
              1              VINCENT J. LOVE
10:03:14      2    if PWC complied with the relevant auditing and
10:03:16      3    other applicable professional standards, is that
              4    right?
10:03:18      5         A.    That's right.
10:03:20      6         Q.    Is your opinion with respect to those
10:03:22      7    items the opinions set forth in the bullet point
10:03:26      8    on page 7?  The first bullet point on page 7.
10:03:34      9         A.    That's correct.
10:03:46     10         Q.    You were also asked to determine if
10:03:50     11    and in what amount HHRG was damaged as a result
10:03:56     12    of any failure by PWC to perform its services in
10:03:58     13    accordance with the relevant professional
10:04:02     14    standards, is that right?
10:04:06     15         A.    Okay, the damages are narrower than
10:04:08     16    that.  All right?  The damages that I am opining
10:04:14     17    on are the damages that were suffered by the
10:04:18     18    underwriters, not by HHRG in total, but the
10:04:24     19    damages that were suffered by the underwriters.
10:04:30     20    And that HHRG suffered those losses but they were
10:04:34     21    covered by the insurance payout from the
10:04:38     22    underwriters in that particular area.  So it's
10:04:42     23    that one area and not the total damages suffered
10:04:44     24    by HHRG.
10:04:46     25         Q.    Can you show me where in your report
```

|  |  |
|---|---|
|  | 1       VINCENT J. LOVE |
| 10:04:46 | 2   it explains that? |
| 10:06:10 | 3       A.   I don't see where it explains it in |
| 10:06:14 | 4   detail, and I apologize for that.  But it is a |
| 10:06:16 | 5   narrow area of damages.  Since I am the expert |
| 10:06:22 | 6   for the underwriters, it only focuses on the |
| 10:06:26 | 7   damages that the underwriters have subrogation |
| 10:06:34 | 8   access to or rights to. |
| 10:06:36 | 9       I thought I said that in here |
| 10:06:40 | 10  somewhere about the subrogation as one of the |
| 10:06:46 | 11  qualifying factors.  But again, I apologize for |
| 10:06:48 | 12  not making that clearer. |
| 10:06:50 | 13      Q.   Well, is it fair to say that your |
| 10:06:52 | 14  opinion with respect to the HHRG losses that were |
| 10:06:56 | 15  suffered that were covered by the insurance are |
| 10:06:58 | 16  the ones that are summarized in the second bullet |
| 10:06:58 | 17  point on page 7? |
| 10:07:00 | 18      A.   Yes. |
| 10:07:06 | 19      Q.   And so in your opinion, the covered |
| 10:07:10 | 20  losses under the insurance policy were |
| 10:07:18 | 21  $15,800,000, is that right? |
| 10:07:18 | 22      A.   Yes. |
| 10:07:40 | 23      Q.   Let's go back to page 3 of the |
| 10:07:52 | 24  report.  I'd like you to read the first paragraph |
| 10:07:56 | 25  to yourself under executive summary. |