UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

**ALEC SHARP'S MOTION IN LIMINE NO. 6: EXCLUSION OF ARGUMENT, TESTIMONY AND EVIDENCE OF CRIMINAL PROCEEDINGS**

COMES NOW Plaintiffs Alec Sharp, et. al. ("Alec Sharp"), and in support of their motion *in limine* to exclude any argument, evidence, testimony, facts, argument, theories or

287771.1

claims relating to criminal proceeding initiated against former Handy & Harman Refining Group ("HHRG") management, states as follows:

Barry Wayne ("Wayne") was indicted for conspiracy to defraud the United States, smuggling, wire fraud, and money laundering. A copy of this Indictment is attached as Ex. A. PricewaterhouseCoopers LLC ("PwC") has offered this indictment as an exhibit to the trial of this matter. There may be other criminal matters involving other former officers of HHRG which PwC may seek to exploit in the trial of this matter as well.

These facts are not probative of any issue in this case. Wayne is not a witness that either party plans to call at the trial of this matter. The criminal case was never tried and Wayne was never convicted of conspiracy, smuggling, wire fraud or money laundering. Whether Wayne has any other criminal record is not probative of any issue before this Court. Accordingly, pursuant to FRE 402, this Court should exclude any references to the indictment of Barry Wayne or any other criminal proceedings involving HHRG officers or managers as any such facts simply are not relevant to the case at bar.

If PwC were to use these facts at the trial of this case, the potential prejudice to Alec Sharp would be substantial. It would allow PwC to paint Wayne, and perhaps other officers of HHRG, as criminals, even though no one has ever been convicted of a crime which is directly related to the loss suffered by HHRG. These facts could color the impressions of the jury against HHRG and create unwarranted sympathy for PwC.

Since the prejudicial effect to Alec Sharp of the admission of evidence, testimony, facts or argument about any criminal proceeding initiated against HHRG management far outweighs any probative value of such information, this Court should exclude all such evidence, argument, or testimony pursuant to FRE 403.

2

287771.1

WHEREFORE, Alec Sharp respectfully request that this Court enter an Order excluding any evidence, testimony, facts, argument, theories or claims relating to the indictments or criminal pleas of former members of HHRG's management.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP,


By: /s/ Fred Knopf
    Fred Knopf, Esq. (ct 09427)
    E-mail: knopff@wemed.com
    Edward Boyle, Esq.
    E-mail: boylee@wemed.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    150 E. 42nd Street
    New York, NY 10017
    Phone: 212-490-3000
    Fax: 212-490-3038

    Daniel J. McMahon, Esq. (Ill. Bar 0162590)
    E-mail: mcmahond@wemed.com
    Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
    E-mail: dandelless@wemed.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    120 N. LaSalle Street
    Chicago, IL 60602
    Phone: 312-704-0550
    Fax: 312-704-1522

287771.1

## CERTIFICATE OF SERVICE

  THIS IS TO CERTIFY that on October 11, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT 06103

            /s/ Fred Knopf
            Fred Knopf

287771.1