UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**NOTICE OF MANUAL FILING**

Please be advised that on **October 11, 2005** we sent for manual filing, via overnight delivery, to the clerk of the United States District Court, District of Connecticut, **Plaintiffs Underwriters' Appendix of Exhibits**. Underwriters will file the following documents as part of their appendix of exhibits:

- 1 -

287865.1

- 2 -

**EXHIBITS**

| | |
|---|---|
| Settlement Agreement on the Bond Claim (without exhibits)………………………... | A |
| PwC Local Rule Statement …………………………………………………………………. | B |
| Memorandum of Law In Support of Plaintiffs Underwriters' Motion for Partial Summary Judgment………………………………………………………………………… | C |
| PwC Memorandum of Law In Opposition to the Motion of Plaintiffs Alec Sharp Et. Al. for Partial Summary Judgment …………………………………………………... | D |
| The Bond…………………………………………………………………………………… | E |
| Jury Instructions…………………………………………………………………………. | F |
| State Court lawsuit against Wayne and Searle……………………………………….. | G |
| Settlement Agreement with  Federal………………………………………………….. | H |
| Settlement with Augspach…………………………………………………………….. | I |
| Order Dismissing Passaro…………………………………………………………….. | J |
| NY Lawsuit against Passaro…………………………………………………………….. | K |
| Affidavit of W. Marcus Johnson……………………………………………………….. | L |
| Deposition Transcript of w. Marcus Johnson (without exhibits)……………………... | M |
| PwC's Answer………………………………………………………………………... | N |
| 1998 Audit Report……………………………………………………………………. | O |
| Robert H. Temkin Report…………………………………………………………….. | P |
| R. Gene Brown Report………………………………………………………………... | Q |
| Cases Cited | R |
|     *Fahey v. Safeco Ins. Co. of Am., 49 Conn. App. 306, 308* (Conn. App. Ct. 1998)……………………………………………………………………………. | 1 |
|     *Bennett v. Auto Ins. Co.*, 230 Conn. 795, 800 (Conn. 1994)…………………….. | 2 |
|     *Curtis Packaging Corp. v. KPMG, LLP*, 2002 WL 31015828, *6, 2002 Conn.Super.  LEXIS 2663, *16 (Conn.Super. 2002)……………………………. | 3 |

*Acampora v. Ledewitz*, 158 Conn. 377, 384, 269 A.2d 288 (1970)……………... 4

*Suarez v. Sordo*, 43 Conn.App. 756 (1996)…………………………………….... 5

*Mattegat v. Klopfenstein*, 50 Conn. App. 97, 104 (Conn. App. Ct. 1998)………. 6

*Finkel v. St. Paul Fire & Marine*, 2002 U.S. Dist. LEXIS 11581, \*14 (D.C. Conn. June 6, 2002) (J. Jevas)…………………………………………………….. 7

*Mahoney v. Beatman*, 110 Conn. 184, 197 (1929)………………………………….. 8

*Van Wart v. Allstate Ins. Co.*, 1997 Conn.Super. LEXIS 312…………………… .. 9

*Communication Systemsm, Inc., et al. v. Farmington Four Partners, et al.*, 1998 Conn. Super. LEXIS 794, \*7 (Conn.Super. May 16, 1998)……………………... 10

*Interiror Technology v. Town of Wallingford*, 1996 Conn.Super. LEXIS 1754, \*3 (Conn.Super. July 10, 1996)………………………………………………….. 11

*Hartford A&I Co. v. Barney*, 1991 Conn.Super. LEXIS 760, \*6 (Conn. Super. April 8, 1991)…………………………………………………………………….. 12

*Gilligan v. Atlantic Coast Cable*, 1998 Conn.Super. LEXIS 343, \*8-\*13 (Conn.Super. February 5, 1998)…………………………………………………. 13

*Dime Savings Bank of Wallingford v. Arpaia*, 55 Conn. App. 180, 738 A.2d 715, n.2 (Conn.App. 1999)……………………………………………………. 14

*Gurliacci v. Mayer*, 218 Conn. 531 (1991)……………………………………… 15

*Rametta v. Stella*, 214 Conn. 484, 489-90 (1990)……………………………….. 16

*United Aircraft Corporation v. International Assn. of Machinists*, 161 Conn. 79, 101-102 (Conn., 1971)……………………………………………………….... 17

*Apuzzo v. Seneco*, 178 Conn. 230, 233 (1979)……………………………….. 18

*Healy v. White*, 173 Conn. 438, 448 (1977)……………………………………... 19

*Gorham v. Farmington Motor N, Inc.*, 159 Conn. 576, 580 (1970)……………... 20

*National Surety Corp. v. Lybrand*, 256 A.D. 226 (1939)………………………... 21

Alec Sharp's Complaint Against H&H……………………………………….. S

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP,

By: /s/ Fred Knopf
    Fred Knopf, Esq. (ct 09427)
    E-mail: knopff@wemed.com
    Edward Boyle, Esq.
    E-mail: boylee@wemed.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    150 E. 42nd Street
    New York, NY 10017
    Phone: 212-490-3000
    Fax: 212-490-3038

    Daniel J. McMahon, Esq. (Ill. Bar 0162590)
    E-mail: mcmahond@wemed.com
    Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
    E-mail: dandelless@wemed.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    120 N. LaSalle Street
    Chicago, IL 60602
    Phone: 312-704-0550
    Fax: 312-704-1522

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on **October 11th, 2005**, a copy of the foregoing was sent by priority overnight via Federal Express to the following counsel:

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT  06103


                                                   /s/ Fred Knopf
                                                   Fred Knopf

287865.1