UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>                        Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>                        Defendants. | CIVIL ACTION NO.<br>3:02 CV 1379 (MRK) |
| ALEC SHARP, et al.,<br>                        Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP,<br>                        Defendant. | CIVIL ACTION NO.<br>3:02 CV 1572 (MRK)<br><br>OCTOBER 17, 2005 |

## NOTICE OF FILING REGARDING PRIOR TESTIMONY OF PROPOSED EXPERT R. GENE BROWN

Pursuant to the Court's request at the pre-trial conference held on October 14, 2005, PricewaterhouseCoopers LLP ("PwC") hereby annexes as Exhibit A a copy of an e-mail and letter sent to plaintiffs' counsel on August 19, 2005 listing cases in which PwC's proposed expert, R. Gene Brown, has testified as an expert on corporate governance issues. Annexed hereto as Exhibit B is a copy of the relevant portion of the transcript of Mr. Brown's deposition at which plaintiffs' counsel requested that this information be provided.

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By: ____/s/ Thomas D. Goldberg_____
      David J. Elliott (ct 04301)
      Thomas D. Goldberg (ct 04386)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901-2047
      Tel: (203) 977-7300
      Fax: (203) 977-7301
      Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186