# EXHIBIT A

## Goldberg, Thomas D.

| | |
|---|---|
| **From:** | Goldberg, Thomas D. |
| **Sent:** | Friday, August 19, 2005 9:23 AM |
| **To:** | Steven R. Humphrey (shumphrey@rc.com); Michael T. McCormack (mmccormack@tylercooper.com); Edward J. Boyle (boylee@wemed.com); Stefan R. Dandelles (dandelless@wemed.com); William H. Champlin (champlin@tylercooper.com) |
| **Cc:** | Greenspan, Steven M.; Erickson, William H.; Maas, Amy T. |
| **Subject:** | HHRG litigation -- Gene Brown testimony |



Document.pdf (33 KB)

Enclosed is a copy of a letter that is being mailed today.

Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
One Canterbury Green  |  Stamford, CT 06901  |  t 203.977.7383  |  f 203.977.7301
tdgoldberg@dbh.com         www.dbh.com

*********************************
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

1

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Thomas D. Goldberg
Direct Dial: (203) 977-7383
E-mail: tdgoldberg@dbh.com

August 19, 2005

Steven R. Humphrey, Esq.
Robinson & Cole LLP
PO Box 10305
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Re:  HHRG litigation

Dear Steve:

Pursuant to your request at the deposition of Gene Brown, the following is a list of cases in which Mr. Brown testified at trial (or his deposition testimony was admitted into evidence at trial) regarding issues related to the adequacy of the performance of a director or board of directors:

*Power Agent, Inc. v. Electronic Data Systems Corp.* (page 2 of list of expert engagements) (testimony in ADR proceeding)

*United Computer Systems, Inc. v. AT&T/Lucent Technologies* (page 3)

*SYS, Inc. v. Gray, Cary, Ames & Frye* (page 5)

*Robert M. Haft v. Dart et al.* (page 7)

*Stac Electronics v. Microsoft* (page 7)

*Polaroid v. Kodak* (page 9)

*Alaska Airlines v. United Air Lines* (page 9)

Day, Berry & Howard LLP

Steven R. Humphrey, Esq.
August 19, 2005
Page 2

    *SPCC v. AT&T* (page 10)

    *Transamerica v. IBM* (page 10)

                                                  Very truly yours,

                                                  Thomas D. Goldberg

cc:    Edward J. Boyle, Esq.
        William H. Champlin, Esq.

71298341.1 019833-01420
August 19, 2005 9:15 AM