# EXHIBIT B

266

Brown

1
2    A.   No, you should make a commitment to be
3  at every board meeting in person.  That doesn't
4  mean if you miss a board meeting from time to time
5  because of sickness or other reasons that you're
6  not performing your duty.  But my observation of
7  this situation when I looked at the attendance was
8  that the GWRC board members -- and I understand
9  the problems of geography and so on here -- were
10 present sometimes, sometimes by phone and absent
11 sometimes.
12        On the basis of the total record, I
13 believe that they were -- that this is an evidence
14 in itself of one of the factors that showed that
15 they were not exercising reasonable care, not by
16 itself but taken together with all the other
17 things that I mentioned in the report.
18    Q.   Is there any of the Golden West
19 directors that you feel because of a lack of
20 ability should not have been on that board?
21    A.   No, sir.
22    Q.   Or lack of intelligence?
23    A.   No, sir.
24    Q.   Or lack of knowledge of the basic
25 business?  By that I mean the refining business.

267

Brown

1
2    A.   I don't believe that Mr. Wiggins had an
3  in-depth understanding of the refining business,
4  but I would not fault him as a qualified board
5  member for that reason.
6         MR. HUMPHREY:  I think I'm done.  Just
7      two seconds with my summer associate.
8         (Pause.)
9     Q.   Have you in any of the 90 whatever they
10 are cases in which you been retained given opinion
11 with respect to absence from board meetings --
12 personal absence from board meetings is
13 dereliction of duty for a director?
14    A.   No, that hasn't come up before.
15    Q.   How many board governance in
16 performance of director cases have you been
17 involved in where you have been asked to give
18 opinion as to the adequacy of a director's
19 performance, or a board's performance?
20    A.   I went through the list yesterday, and
21 depending on how tight you define the term,
22 somewhere between 8 and 12.
23    Q.   Do you have Exhibit 1 in front of you?
24    A.   Yes, I do.
25    Q.   And those 8 or 12 are on this list?

268

Brown

1
2    A.   Yes, sir.
3    Q.   Can you just run down those quickly and
4  just give me those?
5    A.   Yes, I can.
6    Q.   Obviously the one at the top is such a
7  case.
8    A.   Yes.  I wish I had brought my list with
9  me.
10 RQ      MR. HUMPHREY:  I'll withdraw -- I do
11     not have an objection if Mr. Goldberg in the
12     next week or whatever -- if you want to go
13     through, sends me the list -- just sends me a
14     letter from you showing which ones on Exhibit
15     1.
16        MR. CHAMPLIN:  I don't object to that
17     either.  It will cut the time down.  If what
18     we're going to do, though, is get cases in
19     which you've given an opinion regarding the
20     performance of a board of directors.
21        THE WITNESS:  Yes.
22        MR. HUMPHREY:  Yeah, individual members
23     or the board at large.
24        MR. GOLDBERG:  Okay.
25        (Discussion off the record.)

269

Brown

1
2         MR. GOLDBERG:  That's acceptable, and
3      we will in due course present that.
4         MR. CHAMPLIN:  Thank you.
5         MR. HUMPHREY:  I have no further
6      questions.
7         MR. GOLDBERG:  No questions.
8         MR. CHAMPLIN:  Thank you very much.
9         (Time noted:  5:51 p.m.)
10
11              _____
                    R. GENE BROWN
12
13 Subscribed and sworn to before me
14 this _____ day of _____, 2005.
15
16 _____
17
18
19
20
21
22
23
24
25