UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORP. LTD., : | | |
| Plaintiff, : | | |
| : | NO. 3:02CV1379 (MRK) | |
| v. : | | |
| : | | |
| PRICEWATERHOUSECOOPERS LLP : | | |
| AND COOPERS & LYBRAND LLP, : | | |
| Defendants. : | | |
| | | |
| ALEC SHARP, et al. : | | |
| Plaintiffs, : | | |
| : | NO. 3:02CV1572 (MRK) | |
| v. : | | |
| : | | |
| PRICEWATERHOUSECOOPERS LLP : | | |
| D/B/A PRICE WATERHOUSE LLP, : | | |
| Defendants. : | | |
| | | |
| HANDY & HARMAN REFINING : | | |
| GROUP, INC. : | | |
| Plaintiff, : | NO. 3:02CV1803 (MRK) | |
| : | | |
| v. : | | |
| : | | |
| PRICEWATERHOUSECOOPERS LLP : | | |
| Defendant. : | | |

**ORDER**

In open court on October 14, 2005, the Court entered the following orders:

1. The Court DENIES without prejudice as moot the motions ## 143, 145, 152, 154 on the ground that Handy & Harmon Refining Group, Inc., Golden West Refining Corp. Ltd and Pricewaterhousecoopers LLP have reported a settlement of No.

      02cv1379 (MRK) and 02cv1803 (MRK).

2.      The Court GRANTS  motion # 217 *nunc pro tunc*.

3.      The Court DENIES motion # 156 for the reasons stated in the Court's Memorandum of Decision [doc. # 236].

                                  IT IS SO ORDERED,

                            /s/      Mark R. Kravitz
                                  United States District Judge

Dated at New Haven, Connecticut: October 14, 2005