UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEC SHARP, ET AL., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiffs, | : | |
| VS. | : | 3:02CV1572 (MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a | : | |
| PRICE WATERHOUSE LLP | : | |
| | : | |
| Defendant. | : | OCTOBER 18, 2005 |

## **APPEARANCE**

TO THE CLERK OF THE U.S. DISTRICT COURT:

    Please enter the Appearance of Amy T. Maas as counsel for the defendant PricewaterhouseCoopers LLP in the above action.

                                      DEFENDANT,
                                      PRICEWATERHOUSECOOPERS LLP

                                      By_____/s/ Amy T. Maas_____
                                          Amy T. Maas (ct25561)
                                          E-mail:  atmaas@dbh.com
                                          Day, Berry & Howard LLP
                                          CityPlace I
                                          Hartford, Connecticut 06103
                                          Telephone:  (860) 275-0100
                                          Fax:  (860) 275-0343

**ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2005, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/ Amy T. Maas
                                                              Amy T. Maas