ORDER ENTERED ON:
11/2/01
PL
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| HANDY & HARMAN REFINING : | Case No. 00-20845 (RLK) |
| GROUP, INC. and ATTLEBORO : | Case No. 00-20846 (RLK) |
| REFINING COMPANY, INC. : | (Jointly Administered) |
| : | |
| Debtors : | |
| : | OCTOBER ___, 2001 |

### ORDER GRANTING DEBTOR'S MOTION TO COMPROMISE AND SETTLE INSURANCE LOSS CLAIM UNDER HANDY & HARMAN REFINING GROUP INC.'S BANKERS INSURANCE POLICY

Upon consideration of the above-captioned Debtor's Motion to Compromise and Settle Insurance Loss Claim Under Handy & Harman Refining Group Inc.'s Bankers Insurance Policy ("Motion"), and after due notice and a hearing,

**IT IS HEREBY DETERMINED**, that the settlement set forth in the Motion among the parties is fair, reasonable and equitable, and in the best interests of the creditors of the Estate; and

**IT IS FURTHER DETERMINED**, that the settlement set forth in the Motion has been entered into in good faith by the Debtor and the Underwriters (as such term is defined in the Motion);

**IT IS HEREBY ORDERED**, that the Motion is granted and the Debtor is authorized

EXHIBIT C

to enter into and consummate the Settlement Agreement substantially in the form attached hereto as **Exhibit A.**

Dated at Hartford, Connecticut this 2 day of November, 2001.

*[signature]*
The Honorable Robert L. Krechevsky
United States Bankruptcy Judge

FILE COPY

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In Re: Handy & Harman Refining Group, Inc.

Case No.: 00 - 20845
Chapter: 11

### CERTIFICATE OF MAILING

The undersigned Clerk in the Office of the United States Bankruptcy Court, hereby certifies that a copy of the document attached hereto was mailed this date to:

Eric Henzy  Reid & Riege
One State Street
Hartford, CT 06103, Debtor's Attorney

Ann Nevins for U.S. Mint
Office of U.S. Attorney, 915 Lafayette Blvd.
Room 309, Bridgeport, CT 06604

Jed Horwitt  Zeisler & Zeisler P.C.
557 Clinton Ave., P.O. Box 3186
Bridgeport, CT 06605
Atty for Creditors Committee

Brian Courtney  Brown, Rudnick, Freed & Gesmer, P.C.
CityPlace I, 195 Asylum Street, Hartford, CT 06103

James R. Byrne  Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor, Hartford, CT 06103-3488

Charles T. Lee  Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., Stamford, CT 06901-2217

Office of the United States Trustee
Copy of order placed in court mailbox


Dated: 11/02/01          By: bjl

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF

HANDY & HARMAN REFINING GROUP, INC.

CASE NO. 00-20845

DEBTOR(S)

ADV. NO.

DOC.# 1351

# SUBSTITUTION FORM

**The attachments to this document were not imaged. If these attachments need to be reviewed/or copied, please refer to the original case file.**

DEBORAH S. HUNT
CLERK OF COURT