UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED,<br>          Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP,<br>          Defendants. | :<br>:<br>:   CIVIL ACTION NO.<br>:   3:02 CV 1379 (MRK)<br>:<br>:<br>:<br>:<br>: |
| ALEC SHARP, et al.,<br>          Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP,<br>          Defendant. | :<br>:<br>:   CIVIL ACTION NO.<br>:   3:02 CV 1572 (MRK)<br>:<br>:<br>:<br>:<br>: |
| HANDY & HARMAN REFINING GROUP, INC.,<br>          Plaintiff,<br><br>VS.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>          Defendant. | :<br>:<br>:   CIVIL ACTION NO.<br>:   3:02 CV 1803 (MRK)<br>:<br>:<br>:<br>:   October 21, 2005 |

**PRICEWATERHOUSECOOPERS LLP'S MEMORANDUM OF LAW
IN OPPOSITION TO UNDERWRITERS' MOTION IN LIMINE NO. 7
REGARDING PWC'S AFFIRMATIVE DEFENSES**

PricewaterhouseCoopers LLP ("PwC") respectfully submits this memorandum of law in opposition to Alec Sharp's Motion In Limine No. 7: Non-Applicability of PwC's Affirmative Defenses to Alec Sharp.

Underwriters' motion should be denied because it is based on the same arguments regarding PwC's affirmative defenses that Underwriters previously urged in their partial summary judgment motion and raises factual issues appropriately dealt with at trial.

The Court denied Underwriters' motion for partial summary judgment on the basis that material issues of fact regarding the elements of Underwriters' contract claim prevented the entry of judgment as a matter of law.[1] Underwriters, in essence, now appear to urge the Court to reconsider and grant judgment regarding PwC's affirmative defenses based on the identical arguments set out and considered in their prior motion. At the time, PwC responded to Underwriters' contentions in papers filed in opposition to that motion and set out therein why materials issues of fact prevented the entry of summary judgment. (*See* PwC's Memorandum of Law in Opposition to the Motion of Plaintiffs Alec Sharp et al. for Partial Summary Judgment, dated September 2, 2005 and accompanying Local Rule 56(a)(2) Statement.)

Underwriters' effort to resurrect these issues by motion in limine is misplaced. The parties presented argument on these issues in their summary judgment briefing for the consideration of the Court, and the Court rendered a decision denying summary judgment. Moreover, Underwriters' position that PwC's defenses are not factually supported, as suggested by their reliance upon the summary judgment briefing, is not appropriately addressed by motion in advance of trial. Instead, to the extent that the proof at trial supports or fails to support PwC's defenses, the parties may avail themselves of suitable procedural devices such as motions for a directed verdict. Finally, to the extent that Underwriters intended to raise other issues, they may be addressed in the context of the parties' proposed jury instructions.

## CONCLUSION

For the foregoing reasons, this Court should deny Underwriters' motion in limine regarding the applicability of PwC's defenses.

---

[1] (*See* Memorandum and Decision, dated October 11, 2005, at 6-7.)

-3-

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By: ____/s/ Thomas D. Goldberg_____
    David J. Elliott (ct 04301)
    Thomas D. Goldberg (ct 04386)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    Tel: (203) 977-7300
    Fax: (203) 977-7301
    Its Attorneys

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Thomas D. Goldberg
                                      David J. Elliott (ct 04301)
                                      Thomas D. Goldberg (ct 04386)
                                      Day, Berry & Howard LLP
                                      One Canterbury Green
                                      Stamford, Connecticut 06901-2047
                                      Tel: (203) 977-7300
                                      Fax: (203) 977-7301
                                      Its Attorneys

| | |
|---|---|
| Edward J. Boyle, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>150 East 42nd St.<br>New York, NY 10017-5639 | William H. Champlin, III, Esq.<br>Michael T. McCormack, Esq.<br>William S. Fish, Jr., Esq.<br>Tyler Cooper & Alcorn, LLP<br>CityPlace - 35th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Daniel McMahon, Esq.<br>Stefan Dandelles, Esq.<br>Daniel E. Tranen, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>120 N. LaSalle Street<br>Chicago, IL 60602 | Fred N. Knopf, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604-3407 |
| Steven R. Humphrey (ct06053)<br>Dina S. Fisher (ct14896)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Jed Horwitt, Esq.<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186 |