ORDER ENTERED ON:

_____

_____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **HANDY & HARMAN REFINING** | : | **Case No. 00-20845 (RLK)** |
| **GROUP, INC. and ATTLEBORO** | : | **Case No. 00-20846 (RLK)** |
| **REFINING COMPANY, INC.** | : | **(Jointly Administered)** |
| | : | |
| **Debtors** | : | |
| | : | **OCTOBER ___, 2001** |

### ORDER GRANTING DEBTOR'S MOTION TO COMPROMISE
### AND SETTLE INSURANCE LOSS CLAIM UNDER HANDY & HARMAN
### REFINING GROUP INC.'S BANKERS INSURANCE POLICY

Upon consideration of the above-captioned Debtor's Motion to Compromise and Settle

Insurance Loss Claim Under Handy & Harman Refining Group Inc.'s Bankers Insurance Policy

("Motion"), and after due notice and a hearing,

**IT IS HEREBY DETERMINED,** that the settlement set forth in the Motion among the

parties is fair, reasonable and equitable, and in the best interests of the creditors of the Estate;

and

**IT IS FURTHER DETERMINED,** that the settlement set forth in the Motion has been

entered into in good faith by the Debtor and the Underwriters (as such term is defined in the

Motion);

**IT IS HEREBY ORDERED,** that the Motion is granted and the Debtor is authorized

to enter into and consummate the Settlement Agreement substantially in the form attached hereto as **Exhibit A.**

Dated at Hartford, Connecticut this ⎯2⎯ day of November, 2001.

The Honorable Robert L. Krechevsky
United States Bankruptcy Judge

FILE COPY

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

In Re:  Handy & Harman Refining Group, Inc.

Case No.: 00 - 20845
Chapter: 11

### CERTIFICATE OF MAILING

**The undersigned Clerk in the Office of the United States Bankruptcy Court, hereby certifies that a copy of the document attached hereto was mailed this date to:**

Eric Henzy  Reid & Riege
One State Street
Hartford, CT 06103, Debtor's Attorney

Ann Nevins for U.S. Mint
Office of U.S. Attorney, 915 Lafayette Blvd.
Room 309, Bridgeport, CT 06604

Jed Horwitt  Zeisler & Zeisler P.C.
557 Clinton Ave., P.O. Box 3186
Bridgeport, CT 06605
Atty for Creditors Committee

Brian Courtney  Brown, Rudnick, Freed & Gesmer, P.C.
CityPlace I, 195 Asylum Street, Hartford, CT 06103

James R. Byrne  Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor, Hartford, CT 06103-3488

Charles T. Lee  Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., Stamford, CT 06901-2217

Office of the United States Trustee
Copy of order placed in court mailbox

**Dated: 11/02/01**          **By: bjl**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF

HANDY & HARMAN REFINING GROUP, INC.

CASE NO.  00-20845

DEBTOR(S)

ADV. NO.

DOC.#   1351

# SUBSTITUTION FORM

**The attachments to this document were not imaged. If these attachments need to be reviewed/or copied, please refer to the original case file.**

DEBORAH S. HUNT
CLERK OF COURT