canceled. As provided in Article V of this Plan, Golden West shall have no ability to affect the management of the Debtor after confirmation of the Plan.

## ARTICLE V
## MEANS FOR EXECUTION OF THE PLAN

A. **Post-Confirmation Debtor.** On the Confirmation Date, title to all property of the Debtor's bankruptcy estate shall vest in the Debtor and the Liquidating Custodian shall be appointed.

1.　The Liquidating Custodian shall be authorized and empowered to exercise all of the powers of the Debtor in the place and to the exclusion of the Debtor's board of directors and officers. The Liquidating Custodian, through the Debtor, shall be authorized and empowered to preserve, protect and maximize the value of the Property, sell or otherwise liquidate the Property as promptly and efficiently as is reasonably possible, and distribute all income and proceeds from the Property in accordance with the terms of the Plan. The Liquidating Custodian is empowered to manage, operate, improve, and protect the Property, to release, convey, or assign any right, title, or interest in or about the Property, and to perform other similar actions necessary to implement the terms of the Plan. The Liquidating Custodian shall have all of the rights and powers and shall perform all of the functions and duties set forth in the Plan. Such rights, powers, functions and duties shall include, without limitation, the following: (a) the right to incur and pay