**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE WATERHOUSE LLP, | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| HANDY & HARMAN REFINING GROUP, INC., | : : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1803 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | October 21, 2005 |

**PRICEWATERHOUSECOOPERS LLP'S NOTICE OF MANUAL FILING**

Please be advised that on October 21, 2005, PricewaterhouseCoopers LLP sent for manual filing to the Clerk of the Court of the United States District Court the following: PricewaterhouseCoopers LLP's Appendix of Exhibits Submitted in Support of Memoranda of Law in Opposition to Underwriters' Motions in Limine. PricewaterhouseCoopers LLP will file the following documents as part of its Appendix of Exhibits:

| Tab | Description of Document |
|---|---|
| A | Excerpt of Report of Vincent Love, dated April 5, 2005. |
| B | Excerpt of Deposition of Marcus Johnson, dated June 10, 2005. |
| C | Letter from HSNO to N. Mitchell, dated December 21, 2000 (Ex. 2 to the M. Johnson Deposition). |
| D | Letter from HSNO to J. Dempsey, dated June 8, 2001 (Ex. 6 to M. Johnson Deposition). |
| E | Letter from D. McMahon to C. Lee, dated April 23, 2001 (Ex. 11 to Underwriters' 30(b)(6) Deposition). |
| F | Notes of Meeting re: HHRG dated July 17, 2001 (Ex. 8 to M. Johnson Deposition). |
| G | Proposed Second Amended Complaint against Barry Wayne, et al., dated July __, 2003 (Ex. 12 to Underwriters' 30(b)(6) Deposition). |
| H | Excerpt of Deposition of Underwriters' 30(b)(6) Representative, dated February 24, 2005. |
| I | Complaint against The Chubb Corporation and Federal Insurance Company, dated March 27, 2002 (Ex. 15 to Underwriters' 30(b)(6) Deposition). |
| J | Affidavit of Vincent Love, dated December 6, 2004. |
| K | Copies of Unreported Cases:<br><br>1. *Amoco Oil Co. v. Hartford Acc. & Indem. Co.*, No. 93 Civ. 7295 (SS), 1995 U.S. Dist. LEXIS 13532 (S.D.N.Y. Sep. 18, 1995)<br><br>2. *Arkwright Mut. Ins. Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh*, No. 90 Civ. 7811 (AGS), 1994 U.S. Dist. LEXIS (S.D.N.Y. Dec. 13, 1994)<br><br>3. *Bank Brussels Lambert v. Chase Manhattan Bank, N.A.*, 1996 U.S. Dist. LEXIS 18743 (S.D.N.Y. Dec. 18, 1996)<br><br>4. *National Credit Union Admin. Bd. v. Aho, Henshue & Hall*, No. 90-4443, 1991 U.S. Dist. LEXIS (E.D. La Aug. 30, 1991) |

|  |
|---|
| 5. *Nuevo Mundo Holdings v. PricewaterhouseCoopers, LLP*, No. 3 Civ. 0613 (GBD), 2004 U.S. Dist. LEXIS 780 (S.D.N.Y. Jan. 22, 2004)<br><br>6. *Poulin v. Yasner*, No. CV940141928, 1997 Conn. Super. LEXIS 447 (Conn. Super. Feb. 26, 1997)<br><br>7. *Santillo v. Connecticut Orthopaedic Specialists*, No. CV000440817, 2003 Conn. Super. LEXIS 3443 (Conn. Super. Ct. Nov. 4, 2003)<br><br>8. *The Advest Group, Inc. v. Arthur Andersen, LLP*, 1998 Conn. Super. LEXIS 2137 (Conn.Super. 1998)<br><br>9. *Travelers Cas. & Sur. Co. v. J.D. Elliot & Co., P.C.*, No. 03 Civ. 9720, 2004 U.S. Dist. LEXIS 20712 (S.D.N.Y. Oct. 5, 2004)<br><br>10. *Vanczak v. Romani*, No. 990080053, 2002 Conn. Super. LEXIS 3397 (Conn.Super. Oct. 18, 2002)<br><br>11. *Welding Metals, Inc. v. Foothill Capital Corp.*, No. 3:92CV00607 (WWE), 1997 U.S. Dist. LEXIS 7672 (D.Conn. Apr. 14, 1997)<br><br>12. *Weber v. Paduano*, No. 02 Civ. 3392 (GEL), 2003 U.S. Dist. LEXIS 858 (S.D.N.Y. Jan. 14, 2003) |

.

DEFENDANT,
PRICEWATERHOUSECOOPERS LLP


By:  ____/s/ Thomas D. Goldberg_____
     David J. Elliott (ct 04301)
     Thomas D. Goldberg (ct 04386)
     Day, Berry & Howard LLP
     One Canterbury Green
     Stamford, Connecticut 06901-2047
     Tel:  (203) 977-7300
     Fax: (203) 977-7301
     Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Thomas D. Goldberg
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186