UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD : <br> Plaintiff <br><br> VS. <br><br> PRICEWATERHOUSECOOPERS, LLP and : <br> COOPERS & LYBRAND, LLP <br> Defendants | CIVIL ACTION NO. <br> 3:02 CV 1379 (MRK) |
| ALEC SHARP, et al. <br> Plaintiffs <br><br> VS. <br><br> PRICEWATERHOUSECOOPERS, LLP d/b/a <br> PRICE WATERHOUSE, LLP <br> Defendant. | CIVIL ACTION NO. <br> 3:02 CV 1572 (MRK) |
| HANDY & HARMAN REFINING GROUP, INC., <br> Plaintiff <br><br> VS. <br><br> PRICEWATERHOUSECOOPERS, LLP, <br> Defendant | CIVIL ACTION NO. <br> 3:02 CV 1803 (MRK) <br><br> OCTOBER 24, 2005 |

### JOINT MOTION WITH CONSENT TO SEVER CASES

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and in accordance with discussions between counsel for the parties and the Court at a pretrial hearing held on October 14, 2005, the plaintiffs, Handy & Harman Refining Group, Inc. ("HHRG") and Golden West Refining Corporation, Ltd. ("GWRC"), with the consent of the plaintiffs Alec Sharp et al. ("Underwriters") and the defendant, PricewaterhouseCoopers, LLP ("PwC"), hereby move to sever the actions entitled Golden West Refining Corporation, Ltd. v. PricewaterhouseCoopers, LLP, Docket No. 3:02 CV 1379 ("MRK) and Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers, LLP, Docket No. 3:02 CV 1803 (MRK) from the action entitled Alec Sharp et al. v. PricewaterhouseCoopers, LLP, Docket No.

1

3:02 CV 1572 (MRK). In support of this motion, HHRG and GWRC represent the following:

1.  These three actions were commenced against PwC to recover damages that each plaintiff alleged that it sustained as a result of PwC's alleged negligence and breach of contract arising from PwC's audit of HHRG's financial statements.

2.  Pursuant to orders entered by this Court on April 8, 2003, the three cases were consolidated and scheduled for trial that is to begin with jury selection on November 3, 2005 and evidence on November 7, 2005.

3.  On October 12, 2005, HHRG and GWRC reached an agreement to settle their claims against PwC. The settlement agreement must be approved by certain creditors of GWRC and the United States Bankruptcy Court. HHRG and GWRC expect that the settlement will be finalized within the next thirty (30) days.

4.  As a result of the settlement of the HHRG and GWRC cases against PwC, no trial is necessary in those cases. To avoid delay in the action that remains pending, Alec Sharp et al. v. PricewaterhouseCoopers, LLP, all parties agree that the Golden West Refining Corporation, Ltd. v. PricewaterhouseCoopers, LLP and Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers, LLP cases should be severed from the Alec Sharp et al. v. PricewaterhouseCoopers, LLP case so that the only case that proceeds to trial on November 3, 2005 is the Alec Sharp et al. case.

5.  The parties agree that should the terms of the settlement agreements between HHRG or GWRC and PwC not be approved by the United States Bankruptcy Court or GWRC's creditors, HHRG or GWRC will retain the right to proceed to trial against PwC in a separate action at a date and time to be set by the Court.

WHEREFORE, the plaintiffs Handy & Harman Refining Group, Inc. and Golden West Refining Corporation, Ltd., respectfully request that their motion be granted.

Respectfully submitted,

HANDY & HARMAN REFINING GROUP, INC.

By: _____
William H. Champlin III
(ct04202), Champlin@tylercooper.com
Michael T. McCormack
(ct13799), mmcormack@tylercooper.com
TYLER COOPER & ALCORN, LLP
CityPlace, 35th Floor
185 Asylum Street
Hartford, CT  06103
Tel:  (860) 725-6200
Fax:  (860) 278-3802


GOLDEN WEST REFINING CORPORATION, LTD


By: _____
Steven Humphrey
(ct06053), shumphrey@rc.com
Dina Fisher
(ct14896), dfisher@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel:  (860) 725-6200
Fax:  (860) 278-3802

## CERTIFICATION

I hereby certify that on October 24, 2005, a copy of the foregoing Joint Motion to Consent to Sever Cases was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept filing]. Parties may access this filing through the Court's system.

David Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

Stefan Dandelles, Esq.
Wilson, Elson, Moskowitz Edelman
 & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL  60602

_____
Michael T. McCormack