UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN WEST REFINING CORP., LTD., | |
| Plaintiff, | |
| vs. | No. 3:02CV1379 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, And COOPERS & LYBRAND, LLP, | |
| Defendants. | |
| ALEC SHARP, et al., | |
| Plaintiffs, | |
| vs. | No. 3:02CV1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, d/b/a PRICE WATERHOUSE, LLP, | |
| Defendant. | |
| HANDY & HARMAN REFINING GROUP, INC., | |
| Plaintiff, | |
| vs. | No. 3:02CV1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, | |
| Defendant. | OCTOBER 25, 2005 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves this Court to withdraw the appearance of **WILLIAM H. ERICKSON** in the above-captioned matters on behalf of the

defendant PriceWaterhouseCoopers LLP.  Other counsel from Day, Berry & Howard have entered an appearance for this defendant and will continue to represent defendant.

The undersigned hereby certifies that he has given PriceWaterhouseCoopers LLP actual notice of this motion by certified mail.

                DEFENDANT,
                PRICEWATERHOUSECOOPERS LLP

                By    /s/ William H. Erickson
                      William H. Erickson (ct18117)
                      E-mail:  wherickson@dbh.com
                      Day, Berry & Howard LLP
                      CityPlace I
                      Hartford, Connecticut 06103
                      Telephone:  (860) 275-0100
                      Fax:  (860) 275-0343

-3-

**ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2005, a copy of the foregoing Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ William H. Erickson
      William H. Erickson