UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1379 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP, | ) ) ) | |
| Defendants. | ) ) ) | |
| ALEC SHARP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP, | ) ) ) | |
| Defendant. | ) ) ) | |
| HANDY & HARMAN REFINING GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| vs. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**
**RE: SHARP'S MOTION IN LIMINE NO. 4 *INSTANTER***

COMES NOW Plaintiffs Alec Sharp, et al. ("Sharp"), by their counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, respectfully request leave to file

290278.1

*instanter* their Reply Brief in support of Sharp's motion *in limine* to preclude evidence regarding contributory or comparative negligence.  In support of this motion, Sharp states as follows:

1.  On October 11, 2005, Sharp filed a motion *in limine* regarding the exclusion of argument, testimony and evidence of contributory or comparative negligence.

2.  Sharp's motion set forth the only Connecticut case that has opined on the audit interference rule. *See Curtis Packaging*.

3.  In response, PwC submitted an opposition brief requesting this Court to reject *Curtis Packaging* and to rule as a matter of law that the audit interference rule does not apply in Connecticut because Connecticut has adopted a comparative negligence scheme.  PwC asks this Court to look beyond Connecticut law and argues that an "overwhelming trend" nationwide rejects the audit interference rule.

4.  As there is a significant amount of material that PwC has presented in its Opposition that Sharp will be addressing at oral argument, Sharp believes the interests of fairness and judicial economy will be served by the submission of the Reply Brief, which we are filing today.  This brief sets forth case law and argument rebutting the assertions made by PwC in its opposition brief, and rather than present this material for the first time at the time of oral argument, Sharp seeks to submit the material now so PwC and the Court will have the benefit of reviewing the brief prior to oral argument.

WHEREFORE, Sharp respectfully requests that this Court grant it leave to file the Reply Brief *instanter*.

> Respectfully submitted,
>
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP,

By: /s/ Fred Knopf
Fred Knopf, Esq. (ct 09427)
E-mail: knopff@wemed.com
Edward Boyle, Esq.
E-mail: boylee@wemed.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 E. 42nd Street
New York, NY 10017
Phone: 212-490-3000
Fax: 212-490-3038

Daniel J. McMahon, Esq. (Ill. Bar 0162590)
E-mail: mcmahond@wemed.com
Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
E-mail: dandelless@wemed.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 N. LaSalle Street
Chicago, IL 60602
Phone: 312-704-0550
Fax: 312-704-1522

**CERTIFICATE OF SERVICE**

       THIS IS TO CERTIFY that on October 26, 2005, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing) on each of the following counsel of record in each of the consolidated cases. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Thomas D. Goldberg, Esq.
Steven Greenspan, Esq.
David J. Elliott, Esq.
Day, Berry & Howard
City Place I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

William H. Champlin III, Esq.
Michael T. McCormack, Esq.
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
185 Asylum Street
Hartford, CT 06103

                                                /s/ Fred Knopf
                                                Fred Knopf

290278.1