**Sharp, et al. v. PWC**

**PLAINTIFF'S TRIAL BINDER EXHIBIT INDEX (DRAFT)**
**02-cv-1572 (MRK)**

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 3 | PWC/UWREQ#16-17-01 through 16-17-28 | Summary of PWC Timesheets re: HHRG Engagement | 0000/00/00 | No objection |
| 5 | PWC JJT 01342-01343 | Handwritten Notes re: John King | 0000/00/00 | No objection |
| 6 | PWC JJT 01991- 01999 | Handwritten Notes re: John King | 0000/00/00 | No objection |
| 7 | PWC Z 02408-02428 | Coopers & Lybrand Inter Office Correspondence from Philip J. Schultz re: New Client Forms -- HHRG new client form documents | 1995/10/13 | No objection |
| 9 | no bates numbers | Letter from John Williams of GWR Canada to Thomas Fitzpatrick of C&L re: Terms of Engagement | 1996/04/02 | No objection |
| 11 | no bates numbers | Memo from George Fraser of C&L NY to John Williams at GWRC re: due diligence | 1996/04/12 | Objection; relevance, foundation |
| 12 | PWC/HHRG 000004 - 000115 | Due Diligence Report | 1996/05/01 | No objection |
| 13 | PWC PF 01311-01372 | Fleet National Bank Loan and Consignment Agreement | 1996/05/05 | No objection |
| 14 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: | 1996/07/31 | No objection |

1

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | appointment of officers | | |
| 15 | PWC AMC 01307-1312; PWC AMC 01318 - 01320 | HHRG Promissory Note to Fleet re: $25 million loan | 1996/08/00 | No objection |
| 16 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: Fleet loan and consignment agreement | 1996/08/12 | No objection |
| 17 | PWC Z 02446-02465 | Barry Wayne Employment Agreement | 1996/08/16 | No objection |
| 18 | no bates numbers | Assignment and Assumption Agreement by and between GWRC and HHRG | 1996/08/15 | No objection |
| 19 | no bates number | GWRC Board of Directors Meeting Minutes | 1996/08/19 | No objection |
| 20 | PWC PF 00619- 00776 | Credit Suisse Agreement with Exhibits | 1996/08/20 | No objection |
| 21 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re: appointment of Wayne, Russo, Bullock as officers | 1996/08/30 | No objection |
| 22 | no bates numbers | Special Meeting of the HHRG Board of Directors re: appointment of Wayne, Tuten, Ryan, Wiggins and Bullock as directors | 1996/09/24 | No objection |
| 23 | no bates numbers | Written Consent of the Board of Directors of HHRG re: amendment to Fleet agreement | 1996/11/01 | No objection |
| 24 | HHRG 0049-51 | HHRG Board of Directors Meeting Minutes | 1996/11/24 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 28 | PWC 98 EW 0064 – 0078 | PWC Electronic Work Paper re: Service Plan | 1998/03/31 | No objection |
| 29 | PWC JMF 00269 –00278 | PWC's Business Assurance Client Acceptance Form re: HHRG | 1996/09/10 | No objection |
| 30 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1997/03/17 | No objection |
| 32 | no bates numbers | Meeting Minutes of the Audit Committee of GWRC | 1997/03/18 | Objection; relevance, hearsay, internal hearsay |
| 33 | | Meeting Minutes of the Audit Committee of GWRC re: HHRG | 1997/05/14 | No objection |
| 34 | PWC Z 02301 | Fax from Ralph Gibson of GWRC to John King re: 1996/97 Audit | 1997/03/21 | No objection |
| 35 | PWC Z 02303 | Emails between Rachel Perry (C&L Perth) to Joe Tiroletto re: HHRG Audit at 3/31/97 | 1997/04/01 1997/04/09 | Objection; hearsay, relevance |
| 36 | no bates numbers | GWRC Audit Committee Meeting Minutes | 1997/03/26 | Objection; relevance, hearsay, internal hearsay |
| 37 | no bates numbers | Memo from Rod Warren to File re: Audit Committee meeting | 1997/03/27 | No objection |
| 38 | PWC 97 EW 000904-000910 | PWC EWP re: Critical Matters | 1997/03/31 | No objection |
| 39 | PWC 97 EW 0102 | PWC EWP re: Matters which impact the audit strategy | 1997/03/31 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 40 | PWC 97 WP 0032-0043 | HHRG Summary Review Memorandum | 1997/03/31 | No objection |
| 41 | PWC 97 EW 0248 | PWC EWP re: "Scan detailed list of trade accounts receivable" | 1997/03/31 | No objection |
| 42 | PWC 97 WP 0072-0075 | C&L Audit Report to Board of Directors of GWRC | 1997/05/27 | No objection |
| 43 | PWC 97 WP 0091- 0099 | PWC Audit Report to Management of HHRG | 1997/10/31 | No objection |
| 44 | PWC 97 WP 0109-0125 | HHRG Consolidated Financial Statements | 1997/03/31 | No objection |
| 45 | PWC 97 WP 0308-0310 | PNB Schedule | 1997/03/31 | No objection |
| 46 | PWC 97 WP 0409- 0410 | PNB Schedule | 1997/03/31 | No objection |
| 48 | PWC 98 WP 0329-0333 | HHRG Summary Review Memorandum - from 4/1/97 to 9/30/97 | 1997/09/30 | No objection |
| 49 | PWC 98 WP 0420 | HHRG PNB 4/1/97 to 9/30/97 | 1997/09/30 | No objection |
| 51 | PWC 99 WP 01221- 01224 adding 188 | Panexim Account Receivable Confirmation | 1999/04/08 | No objection |
| 52 | PWC Z 02304-02305 | Note from John King and fax from R. Gibson to J. King re: meeting with C&L | 1997/04/09 | No objection |
| 53 | PWC 97 WP 0005- 0010 | 1997 Audit Engagement Letter | 1997/04/10 | No objection |
| 54 | PWC 97 WP 0344 | Letter from Panexim to Joseph Tiroletto re: account reconciliation | 1997/04/11 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 55 | PWC 97 WP 00648-0650 | Covenant Testing Notes | 1997/04/28 | No objection |
| 56 | PWC 97 WP 0059 | Fleet Waiver Letter to HHRG | 1997/05/05 | No objection |
| 58 | 00021-00024 | Minutes of Audit Committee Meeting of GWRC | 1998/04/23 | Objection; relevance, hearsay, internal hearsay |
| 60 | no bates numbers | HHRG Organization Chart | 1997/06/16 | No objection |
| 62 | PWC 97 WP 0023-0026 | HHRG management letter to C&L re: 1997 Audit | 1997/07/25 | No objection |
| 64 | PWC 98 EW 0350-0352 | PWC EWP re: Accounts Receivable Analytical Procedures | 1998/04/20 | No objection |
| 65 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1997/08/11 | No objection |
| 69 | no bates numbers | HHRG Board of Directors Annual Meeting Minutes | 1997/11/19 | No objection |
| 71 | no bates numbers | Bylaws of HHRG with Amendments | 1996/07/03 | No objection |
| 72 | PWC 98 EW 0001-0017 | PWC EWP re: audit planning and control | 1998/00/00 | No objection |
| 73 | no bates numbers | C&L 1998 Service Plan re: HHRG Audit | 1998/03/24 | No objection |
| 74 | no bates numbers | HHRG Schedule of Meetings – 1998 | 1998/00/00 | Objection; relevance |

5

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 76 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1998/01/13 | No objection |
| 77 | PWC 98 WP01987-01990 | Assays from Ledoux & Co. | 1998/01/27 | No objection |
| 80 | no bates numbers | HHRG Board of Directors Meeting Minutes | 1998/03/10 | No objection |
| 81 | PWC 98 EW 00523-0524 | PWC EWP re: Consignment/Inventory Confirmation Summary | 1998/03/13 | No objection |
| 82 | PWC 98 WP 0494-0495 | Letter from C&L Perth to C&L Hartford re: HHRG Audit at 3/31/98 | 1998/03/24 | Objection; hearsay, relevance |
| 83 | PWC 98 WP 0442-0448 | C&L Audit Engagement Letter to HHRG re: 1998 Audit | 1998/03/30 | No objection |
| 84 | PWC 98 EW 0320-0337 | PWC EWP re: Accounts Receivable | 1998/03/31 | No objection |
| 85 | PWC 98 EW 0355-0360 | PWC EWP re: Accounts Receivable-Test Sales | 1998/02/19 | No objection |
| 86 | PWC EW 0364-0383 | PWC EWP re: Accounts Receivable and Audit Sampling | 1998/03/19 | No objection |
| 87 | PWC 98 WP 01472-01474 | PNB Schedule | 1998/03/31 | No objection |
| 88 | PWC 98 EW 00695-00703 | PWC EWP re: Debt Covenant Testing | 1998/03/31 | No objection |
| 89 | PWC 98 EW 0107-0109 | PWC EWP re: Confirm Control and Control Copies | 1998/03/31 | No objection |
| 90 | PWC 98 EW 0375-0376 | PWC EWP re: A/R Allowance - Analytical Procedures | 1998/03/31 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 92 | PWC 97 EW 0059, PWC 98 EW 0099, PWC JJT 00281-00282 | HHRG Audit Budgeted Hours 3/31/1997, 3/31/1998, and 3/31/99 | 1998/03/31 | No objection |
| 93 | PWC 98 EW 0026-0033 | PWC EWP re: "Client Continuance Form" | 1998/03/31 | No objection |
| 94 | PWC 98 EW 0060-0063 | PWC EWP re: Audit Strategy and Work Plan | 1998/03/31 | No objection |
| 95 | PWC 98 EW 00634a-00634b | PWC EWP re: Search for Unrecorded Liabilities | 1998/03/31 | No objection |
| 96 | PWC 98 EW 0080-0081 | PWC EWP re: Audit Strategy and Work Plan | 1998/03/31 | No objection |
| 97 | PWC 98 EW 0082 to 0085 | PWC EWP re: Audit Strategy and Work Plan re: development of audit program | 1998/04/20 | No objection |
| 98 | PWC 98 EW 00834-00838 | HHRG Summary Review Memorandum - 3/31/98 | 1998/03/31 | No objection |
| 99 | PWC 98 EW 01058-1068 | PWC EWP re: subsequent events report | 1998/03/31 | No objection |
| 100 | PWC 98 EW 0163-0164 | PWC EWP re: Internal Control – Board of Directors | 1998/03/31 | No objection |
| 101 | PWC 98 EW 0165-0167 | PWC EWP re: Internal Control – Organization and Management | 1998/03/31 | No objection |
| 102 | PWC 98 EW 0281-0285 | PWC EWP re: Internal Control – Inventory Cycle | 1998/03/31 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 103 | PWC 98 EW 0321-0337 | PWC EWP re: Accounts Receivable – assets | 1998/03/31 | No objection |
| 104 | PWC 98 EW 0331a-0331b | PWC EWP re: Accounts Receivable Lead Sheet | 1998/03/31 | No objection |
| 105 | PWC 98 EW 0414a-0414b | PWC EWP re: Inventory Lead Sheet | 1998/03/31 | No objection |
| 108 | PWC 98 EW 0357 | PWC EWP re: "Cut-off Narrative Testing" | 1998/03/31 | No objection |
| 109 | PWC 98 EW 0361-0362 | PWC EWP re: Accounts receivable confirmation summary | 1998/03/31 | No objection |
| 110 | PWC 98 EW 0406-0411 | PWC EWP re: Inventory Narrative | 1998/03/31 | No objection |
| 111 | PWC 98 EW 0434-0436 | PWC EWP re: Trace test counts | 1998/03/31 | No objection |
| 112 | PWC 98 WP 00669-00689 | HHRG Consolidated Financial Statements 3/31/98 and 1997 | 1998/03/31 | No objection |
| 113 | PWC Z 00337-00346 | HHRG Management Letter | 1998/06/01 | No objection |
| 114 | PWC/HHRG 004172 | HHRG A/R Priced Not Settled-Detail Listing | 1998/04/15 | No objection |
| 115 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1998/03/31 | Objection; foundation; hearsay |
| 118 | PWC 99 WP 0487-0494 | HHRG Summary Review Memorandum - 4/1/98 to 9/30/98 | 1998/09/30 | No objection |
| 121 | no bates numbers | Minutes of Meeting of Directors of HHRG | 1998/05/15 | Objection; hearsay |

8

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 122 | PWC 98 WP 01232-01249 | PWC Work Papers re: Loan Covenants | 1998/05/28 | No objection |
| 127 | no bates numbers | HHRG Board Meeting Minutes | 1998/07/14 | No objection |
| 129 | no bates numbers | Written Consent of the Board of Directors HHRG re: amendment to CSFB loan | 1998/07/28 | No objection |
| 130 | no bates numbers | Written Consent of the Board of Directors HHRG re: amendment to Fleet loan | 1998/07/29 | No objection |
| 132 | no bates numbers | GWRC Audit Committee report to GWRC Board for 8/10/1998 Meeting | 1998/08/10 | Objection; relevance, hearsay, internal hearsay |
| 133 | no bates numbers | August 31, 1998 Written Consent of the Board of Directors HHRG re: amendment to Fleet loan | 1998/08/31 | No objection |
| 134 | PWC Z 02812-02813 | PWC EWP re: Panexim Customer Balance | 1998/08/31 | No objection |
| 137 | no bates numbers | Memo from Chris Wiggins to GWRC re: Corporate Governance Policy | 1998/09/15 | No objection |
| 138 | no bates numbers | HHRG Board Meeting Minutes | 1998/09/15 | No objection |
| 139 | PWC 99 WP 00741 | HHRG PNB Schedule | 1998/09/30 | No objection |
| 140 | PWC 99 WP 00900 PWC 98 WP 00672 | Comparison of HHRG Consolidated Balance Sheets at 1997, 1998, and 1999 | 1998/09/30 | No objection |
| 142 | no bates numbers | Minutes of Special Meeting of HHRG Board of Directors | 1998/10/15 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 144 | PWC 99 WP 0500-0501 | Letter from PWC to Barry Wayne re: 6-month review at 9/30/98 | 1998/11/02 | No objection |
| 145 | no bates numbers | HHRG Board Meeting Minutes | 1998/11/10 | No objection |
| 146 | PWC 99 WP 00507; 519-528 | PWC Work Papers re: Consultant Expenses | 1998/11/20 | No objection |
| 150 | no bates numbers | John Dempsey Reconciliation of Price Not Booked Balance | 1998/12/31 | Objection; foundation; hearsay |
| 151 | no bates numbers | PWC Service Plan re: 1999 HHRG Audit | 1999/03/31 | No objection |
| 152 | PWC 99 EW 0051-0064 | PWC EWP re: client service plan | 1999/02/11 | No objection |
| 155 | no bates numbers | HHRG Board Meeting Minutes | 1999/01/12 | No objection |
| 156 | HHRG 0402-403 | HHRG Finance Committee Meeting Minutes | 1999/01/27 | No objection |
| 157 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1999/01/31 | Objection; foundation; hearsay |
| 159 | no bates numbers | John Dempsey Reconciliation of Priced Not Booked Balance | 1999/02/28 | Objection; foundation, hearsay |
| 161 | PWC Z 02744 - 02790 | PWC Report to GWRC Board re: 1999 Audit | 1999/03/00 | Objection; relevance, hearsay |
| 162 | PWC Z 03022-03026 | Audit Engagement Letter dated 3/01/99 letter from PWC to HHRG | 1999/03/01 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 163 | no bates numbers | GWRC Audit Committee Meeting Minutes 3/11/99 | 1999/03/11 | Objection; relevance, hearsay |
| 164 | no bates numbers | HHRB Board Meeting Minutes 3/15/99 | 1999/03/15 | No objection |
| 168 | PWC 99 WP 00897-00919 | HHRG Consolidated Financial Statements, March 31,1998 and 1999 | 1999/03/31 | No objection |
| 169 | PWC 99 AMC 01227 - 01228 | PWC EWP re:  Understanding client and industry | 1999/03/31 | No objection |
| 170 | PWC 99 EW 0021-0036 | PWC EWP re:  Client risk assessment form | 1999/03/31 | No objection |
| 171 | PWC 99 EW 00793 - 00800 | HHRG Summary Review Memorandum - 3/31/99 | 1999/03/31 | No objection |
| 172 | PWC 99 EW 01112-01113 | PWC EWP re:  Role assessing role of Board of Directors | 1999/03/31 | No objection |
| 173 | PWC 99 EW 01114-01115 | PWC EWP re:  Assessing Organization and Management | 1999/03/31 | No objection |
| 175 | PWC 99 EW 0337-0339 | PWC EWP re:  Accounts Receivable Confirmations | 1999/04/14 | No objection |
| 176 | PWC 99 WP01202 | HHRG  PNB - 3/31/99 | 1999/03/31 | No objection |
| 177 | PWC AMC 01229-01231 | PWC EWP re:  Controls Over Revenue and Receivables | 1999/03/31 | No objection |
| 182 | PWC 99 WP 01169 to 01201 | HHRG Aged A/R as of 3/31/ 99 | 1999/04/08 | No objection |
| 183 | PWC Z 03844-03854 | HHRG Summary Review Memorandum - 3/31/99 | 1999/03/31 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 184 | PWC 99 WP 01433-01434 | HHRG PNB 3/31/99 | 1999/03/31 | No objection |
| 185 | PWC Z 03751-03752 | HHRG PNB Schedule 9/30/99 | 1999/09/30 | No objection |
| 189 | no bates numbers | GWRC Audit Committee Meeting Minutes 4/14/1999 | 1999/04/14 | Objection; relevance, hearsay |
| 190 | no bates numbers | HHRG Board Meeting Minutes 4/21/99 | 1999/04/21 | No objection |
| 192 | no bates numbers | GWRC Audit Committee Meeting Minutes 7/21/99 | 1999/07/21 | No objection |
| 193 | PWC Z 03143-03147 | HHRG Update to Summary Review Memorandum as of 5/5/99 | 1999/05/05 | No objection |
| 194 | PWC Z 00576-00579 | May 18, 1999 Audit Committee Meeting Agenda | 1999/05/18 | No objection |
| 196 | no bates numbers | HHRG Board Meeting Minutes 5/18/99 | 1999/05/18 | No objection |
| 197 | PWC 99 EW 02350-02355 | HHRG Audit Committee Agenda - 5/18/99 and PWC EWP re: [Audit Committee Required Communications | 1999/05/18 | No objection |
| 198 | PWC Z 03137 -03141 | HHRG Audit Status Meeting 5/18/99 Outline and handwritten notes | 1999/05/18 | Objection to notes; hearsay |
| 199 | HHRG 0411-0414 | HHRG Finance Committee Minutes May 19-20, 1999 | 1999/05/19 | No objection |
| 200 | no bates numbers | GWRC Audit Committee Meeting Minutes 5/19/99 | 1999/05/19 | Objection; relevance, hearsay, internal hearsay |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 201 | no bates numbers | May 24, 1999 Facsimile from Robert Guy to Barry Wayne re: Panexim | 1999/05/24 | No objection |
| 202 | no bates numbers | May 27, 1999 memo from Frederick Ollett to Robert Guy re: Panexim receivable | 1999/05/27 | Objection to Attachment 4. |
| 204 | PWC Z 01494 - 01496 | June 2, 1999 Memo to GWRC Finance Committee from HHRG Finance Committee re: Panexim exposure | 1999/06/02 | No objection other than the Bates Number suggests that this Document (HHRG Finance Committee Memo dated June 2, 1999) was located in the PWC work papers which it was not. |
| 205 | PWC Z 01489-01492 | GWRC Finance Committee Meeting Minutes 6/2/99 | 1999/06/02 | No objection other than the Bates Number suggests that this Document (HHRG Finance Committee Memo dated June 2, 1999) was located in the PWC work papers which it was not. |
| 206 | no bates numbers | August 27, 1999 Memo from Rick Ollett to King Lee and Sean Russo | 1999/08/27 | No objection |

13

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | re:  Panexim Weekly Report | | |
| 207 | no bates numbers | Correspondence from Barry Wayne to Guy, Russo, Wiggins, Ryan, Ollett re: Panexim enclosures | 1999/06/03 | No objection |
| 208 | no bates numbers | Correspondence from Barry Wayne to Guy, Russo, Wiggins, Ryan, Ollett re: attorney letter from Peru re:  title | 1999/06/03 | No objection |
| 209 | HHRG 0416 | Memo to Martin Boehm, et al from Frederick Ollett re: HHRG Finance Committee | 1999/06/04 | No objection |
| 211 | HHRG 029765 | E-Mail from Sean Russo from Rick Ollett re:  Panexim unsecured credit | 1999/06/16 | No objection |
| 212 | no bates numbers | Correspondence from Sean Russo re: Panexim S.A. | 1999/06/17 | Objection; incomplete document |
| 213 | HHRG 0419 | HHRG Finance Committee Meeting Agenda | 1999/06/21 | No objection. However, we should use a clean copy of this document.  This version contains a "redacted" stamp on it. |
| 214 | no bates numbers | Correspondence from Barry Wayne to Rick Lee re:  Panexim, Passaro, Seoane | 1999/06/23 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 215 | | GWRC Finance Committee Report | 1999/07/00 | No objection |
| 217 | no bates numbers | Memorandum to Barry Wayne and Brian Gates from Rod Warren re: Enquiry into matters raised by John Bullock | 1999/07/01 | Objection; relevance |
| 218 | PWC Z 03393-03396 | Emails between L. Wheeler – PWC Perth - and Joseph Tiroletto dated 7/9/99, 7/22/99 | 1999/07/09 | Objection; Hearsay, to extent this e-mail chain contains e-mails originating at PWC-Perth |
| 219 | no bates numbers | HHRG Board Meeting Minutes July 13, 1999 | 1999/07/13 | No objection |
| 220 | PWC Z 02534-02542 | PWC Audit Management letter to GWRC Audit Committee re: 3/31/99 audit | 1999/07/16 | No objection |
| 221 | PWC 00 WP 00659 | July 19, 1999 HHRG Finance Committee Meeting Agenda | 1999/07/19 | No objection; |
| 222 | no bates numbers | GWRC Audit Committee Meeting Minutes | 1999/07/21 | Objection; relevance, hearsay, internal hearsay |
| 223 | no bates numbers | GWRC Remuneration Committee Meeting Minutes July 21, 1999 | 1999/07/21 | |
| 224 | PWC Z 03383-03384 | Email from Joseph Tiroletto to Alex Corl dated re: 5/18/99 audit committee meeting | 1999/07/21 | No objection |
| 225 | PWC JJT 00986 | July 22, 1999 email from Joseph Tiroletto re: HHRG management letter | 1999/07/22 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 226 | PWC JJT 00987 | July 22, 1999 email from Laura Wheeler re: HHRG management letter | 1999/07/22 | Objection; hearsay |
| 227 | no bates numbers | GWRC Audit Committee Report to the Board for July 26, 1999 meeting | 1999/07/26 | Objection; relevance, hearsay, internal hearsay |
| 228 | no bates numbers | Unanimous Written Consent of HHRG Board of Directors re: CSFB Loan Amended | 1999/07/31 | No objection |
| 229 | PWC JJT 00988 | August 5, 1999 email from L. Wheeler to Alex Corl re: HHRG management letter | 1999/08/05 | Objection; relevance, hearsay |
| 230 | PWC JJT 00989 | August 5, 1999 email from Alex Corl to L. Wheeler re: HHRG management letter | 1999/08/05 | Objection; relevance, hearsay |
| 231 | PWC JJT 00990 | August 6, 1999 email from Laura Wheeler to Alex Corl re: HHRG management letter | 1999/08/06 | Objection; relevance, hearsay |
| 232 | PWC JJT 00370 -00372 | August 9, 1999 e-mail from Joseph Tiroletto to L. Wheeler re: communications to audit committee | 1999/08/09 | Objection. Best evidence. |
| 233 | PWC JJT 00994-00999 | August 11, 1999 e-mail from Alex Corl to Joseph Tiroletto re: communications to audit committee | 1999/08/11 | Objection. Best evidence. |
| 234 | no bates numbers | August 18, 1999 fax from Mike Ryan to Rod Warren, et al re: Panexim status | 1999/08/18 | No objection |
| 235 | HHRG 029848 – 029852 | August 18, 1999 fax from Mike Ryan to Rod Warren, et al re Panexim status | 1999/08/18 | No objection |

16

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 236 | no bates numbers | August 19, 1999 e-mail from Mike Ryan to Chris Wiggins, Rod Warren, Sean Russo re: Panexim Boxes in Hermes vault | 1999/08/19 | No objection |
| 237 | no bates numbers | August 19, 1999 correspondence from Manuel Seoane to Barry Wayne re: SUNAT investigation | 1999/08/19 | No objection |
| 239 | no bates numbers | September 2, 1999 fax to Sean Russo from Mary Ellen re: Panexim Weekly Report | 1999/09/02 | No objection |
| 240 | no bates numbers | September 7, 1999 memo from Barry Wayne to Mike Ryan re: Verleysen visit to Peru | 1999/09/07 | No objection |
| 241 | | September 8, 1999 correspondence from Sean Russo to Rick Ollett re: Panexim status | 1999/09/08 | No objection |
| 242 | no bates numbers | September 8, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim status | 1999/09/08 | No objection |
| 243 | PWC EW 01040-0147 | PWC EWP re:  use of work of specialists | 1999/06/25 | No objection |
| 244 | | September 9, 1999 fax from Rick Ollett to Sean Russo, cc:  Barry Wayne, et al re: Panexim Weekly Report | 1999/09/09 | No objection |
| 245 | PWC Z 01039 | September 9, 1999 HHRG Finance Committee Meeting Agenda | 1999/09/09 | No objection |
| 246 | no bates numbers | September 9, 1999 correspondence from Mike Ryan to SUNAT re: export of gold | 1999/09/09 | No objection |

17

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 247 | PWC 00656-00657 | September 10, 1999 HHRG Finance Committee Meeting Agenda | 1999/09/10 | No objection |
| 248 | HHRG 029819-029821 | September 13, 1999 fax from Sean Russo to HHRG Financial Committee re:  status of silver shipment | 1999/09/13 | No objection subject to redaction of handwriting. |
| 249 | HHRG 029775 | September 27, 1999 fax from Barry Wayne to R. Guy, M. Ryan, HHRG Board re:  visit to Peru | 1999/09/27 | Objection; hearsay |
| 250 | no bates numbers | HHRG Board Meeting Minutes September 14, 1999 | 1999/09/14 | No objection |
| 251 | no bates numbers | September 17, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/09/17 | No objection |
| 252 | no bates numbers | Alex Stewart del Peru S.R. Ltda assay documents September 17-23, 1999 | 1999/09/17 | No objection |
| 253 | no bates numbers | September 17, 1999 fax from Rick Ollett to Sean Russo re: Panexim weekly report (with handwriting). | 1999/09/17 | No objection |
| 254 | no bates numbers | September 30, 1999 correspondence from Barry Wayne to HHRG Board re: Panexim (Visit to Peru) | 1999/09/30 | No objection |
| 256 | no bates numbers | October 4, 1999 e-mail from Sean Russo to Mike Ryan re: Panexim receivable and Alex Stewart inspection | 1999/10/04 | No objection |
| 257 | no bates numbers | October 5, 1999 GWRC Audit Committee Meeting Minutes | 1999/10/05 | Objection; relevance, hearsay |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 258 | HHRG 029815-029818 | Russo E-Mails re:  Panexim | 1999/10/13 | No objection |
| 259 | no bates numbers | October 15, 1999 e-mail from Rick Ollett to Sean Russo re: Panexim weekly report | 1999/10/15 | No objection |
| 261 | no bates numbers | October 29, 1999 memo from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/10/29 | No objection |
| 263 | no bates numbers | November 12, 1999 GWRC Audit Committee Report for 11/19/1999 Board Meeting | 1999/11/12 | No objection |
| 264 | PWC Z 03744 – 03747 | Notes re:  six month review issues | 1999/11/15 | Objection. Foundation |
| 266 | PWC EW 00521-00522 | PWC EWP re:  Verify Inventory in custody of third parties | 1999/11/17 | No objection |
| 267 | no bates numbers | November 17, 1999 correspondence from Sean Russo to Robert Guy re: GWRC Board meeting | 1999/11/17 | Objection.  No document provided |
| 268 | no bates numbers | November 18, 1999 correspondence from Rick Ollett to Sean Russo re: Panexim Weekly Report | 1999/11/18 | No objection |
| 269 | no bates numbers | November 18, 1999 Correspondence from Barry Wayne to Sean Russo re: status of receivables from Panexim and gold in vault | 1999/11/18 | No objection |
| 271 | PWC Z 00806 -00807 | January 5, 2000 Emails from Alan Good to Joseph Tiroletto re: HHRG Audit March 30, 2000 | 2000/01/05 | Objection. Hearsay. This is an email chain, parts of which were authored by PWC Australia. |

19

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 272 | no bates numbers | January 12, 2000 correspondence from Mike Ryan to Barry Wayne re: Panexim and weekly reports | 2000/01/12 | No objection |
| 274 | PWC Z 01821-01825 | February 17, 2000 notes of Sean Russo re: meeting with Raphael Noriega | 2000/02/17 | Objection; hearsay |
| 275 | PWC Z 01826-01829 | February 20, 2000 notes of Sean Russo re: meeting with Roberto Passaro | | Objection; hearsay |
| 278 | no bates numbers | February 18, 2000 resignation of Barry Wayne to HHRG Board of Directors | 2000/02/18 | No objection |
| 279 | | left intentionally blank | | Left blank intentionally |
| 280 | | left intentionally blank | | Left blank intentionally |
| 281 | PWC Z 00823 | February 8, 2000 emails from Alex Corl to Joe Tiroletto re: Reuters article | 2000/02/08 | Objection; hearsay |
| 282 | PWC Z 01833-34 | Memo from Steve Humphrey re February 21, 2000 Luis Posada Interview | 2000/02/29 | Objection; hearsay. |
| 284 | no bates numbers | Unanimous Written Consent of the Board of Directors of HHRG re CSFB Loan Amendment | 2000/03/24 | No objection |
| 285 | no bates numbers | Certified Corporate Resolutions of HHRG re Rothschild gold purchases and Rothschild Security Agreement | 2000/03/31 | No objection |

20

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 286 | no bates numbers | HHRG Guaranty in favor of Credit Suisse | 1996/08/20 | Objection; relevance |
| 287 | Not bates numbers | GWRC Guaranty in favor of Credit Suisse | 1996/08/20 | Objection; relevance |
| 288 | PWC Z 03091 - 03093 | March 31, 2000 Fax from A. Corl to M. Ryan re: status of appointment re auditors | 2000/03/31 | Objection; relevance |
| 289 | no bates numbers | HHRG Special Directors Meeting Minutes April 6, 2000 | 2000/04/06 | Objection; relevance, hearsay |
| 290 | PWC Z 03098 - 03100 | Fax from A. Corl to M. Ryan re: PWC withdrawal of HHRG financials March 31, 1999 March 31, 1998 | 2000/04/07 | No objection |
| 291 | no bates numbers | HHRG Board of Directors Meeting Minutes March 31, 2000 | 2000/04/28 | No objection |
| 292 | PWC 00 WP 00889 | Letter from M. Ryan to PWC re termination of PWC as auditors of HHRG | 2000/05/11 | No objection |
| 329 | no bates numbers | GWRC Board Meeting Minutes, December 9, 1999 | 1999/12/09 | Objection; relevance, hearsay |
| 330 | no bates numbers | GWRC Board Meeting Minutes, December 22, 1999 | 1999/12/22 | Objection; relevance, hearsay |
| 331 | | left intentionally blank | | Intentionally left blank |
| 332 | | left intentionally blank | | Intentionally left blank |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 333 | | left intentionally blank | | Intentionally left blank |
| 334 | | left intentionally blank | | Intentionally left blank |
| 335 | no bates numbers | John Dempsey Detail List of Settled Lots Spreadsheet | 2000/10/3 | No document present; objection to extent this is DMC compilations |
| 335-1 - end | | Source Documents for Detail List of Settled Lots Spreadsheet | | Objection; foundation, hearsay |
| 336 | HHRG 018479 – 018481 | HHRG Board Meeting, Minutes November 16, 1999 | | No objection |
| 337 | PWC/H&H 013822 | HHRG Aged AR as of 9/30/99 | | Objection; document incomplete |
| 338 | PWC/H&H 013791 | PNB 9/30/99 | 9/30/99 | Objection; document incomplete. |
| 339 | PWC 99 EW 0111 | PWC EWP re Risk of fraud | | No objection |
| 340 | PWC 99 EW 0109 | PWC EWP re Inherent risks | 4/19/99 | No objection |
| 341 | PWC 99 EW 0072 – PWC 99 EW 0082 | PWC EWP re Control environment | | No objection |
| 342 | PWC 97 EW 0271 – PWC 97 EW 0274 | PWC EWP re Collectability Analysis – Trade accounts receivable | 4/30/97 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 343 | 00568 – 00578 | Letter from C&L New York to Alan Good re Financial Forecasts of the Precious Metals Division of Handy & Harman | 6/27/96 | No objection |
| 344 | 00000241 - 00000252 | Letter from C&L New York to Alan Good re Financial Forecasts of the Precious Metals Division of Handy & Harman with facsimile sheet from John Williams to Sean Russo | | No objection |
| 345 | PWC 97 EW 00740 – PWC 97 EW 00797 | PWC EWP re Internal controls | 4/16/97-12/18/97 | No objection |
| 346 | PWC 97 EW 0026 – PWC 97 EW 0044 | PWC EWP re Assessing control environment | 4/10/97 | No objection |
| 347 | PWC 97 EW 0001 – PWC 97 EW 00016 | PWC EWP re Global control documentation – planning activities | | No objection |
| 348 | PWC Z 013273 – PWC Z 013285 | Email from James Gerson to PWC Business Assurance Partners and Staff re Changes to C&L Business Assurance Manual | | Objection. Relevance. |
| 349 | PWC Z 013286 | Email from James Harrington at C&L to Business Assurance Partners and Staff re Business Assurance Manual | 12/22/97 | Objection. Relevance. |
| 350 | PWC Z 012424 – PWC Z 012456 | C&L Accounting and Auditing Data Line re Audit Pitfalls | 5/23/96 | NO DOCUMENT PRESENT |
| 352 | | Facsimile from Alan Good to Christopher Wiggins re C&L Review of the PMRD Forecasts | 6/21/96 | Objection; relevance, hearsay |
| 353 | PWC 98 EW 0301-98 EW 302 | PWC EWP re Cash Lead Sheet | 5/13/98 | No objection |
| 354 | HHRG-PWC 63655q | Facsimile from San Russo to Rick Ollett re: GWRC Finance | 6/1/99 | No objection |

23

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | Committee Meeting | | |
| 355 | HHRG 0001275-0001277 | March 7, 2000 facsimile letter from John Bateman at Credit Suisse to John King, Sean Russo et al. re: termination of Credit Suisse Agreement | 3/7/2000 | Objection; hearsay |
| 356 | HHRG 0001300-0001303 | March 8, 2000 facsimile letter from Fleet Precious Metals to John King, HHRG re termination of Fleet Agreement | 3/8/2000 | Objection; hearsay |
| 357 | no bates numbers | John Dempsey Summary Schedule of HHRG Accounts Receivable and Price Not Booked Balances, September 1996 – March 2000 | 9/29/2005 | Objection; hearsay, foundation |
| 357-1 to end | | Source documents for John Dempsey Summary Schedule of HHRG Accounts Receivable and Price Not Booked Balances, September 1996 – March 2000 | | Objection; foundation, hearsay |
| 358 | | left intentionally blank | | Left Intentionally Blank |
| 359 | no bates numbers | John Dempsey Summary Schedule of Record of Panexim Lots, October 10, 1996 – March 6, 2000 | | Objection; hearsay, foundation |
| 359-1 to end | | Source documents for John Dempsey Summary Schedule of Record of Panexim Lots, October 10, 1996 – March 6, 2000 | | Objection; foundation, hearsay |
| 360 | no bates numbers | John Dempsey Summary Schedule of Record of Panexim Silver  April 15, 1997 – March 1, 2000 | | Objection; foundation, hearsay |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 360-1 to end | | Source documents for John Dempsey Summary Schedule of Record of Panexim Silver  April 15, 1997 – March 1, 2000 | | Objection; foundation, hearsay |
| 361 | no bates numbers | John Dempsey Summary Schedule of Panexim Gold Transactions, October 7, 1996 – March 1, 2000 | | Objection; foundation, hearsay |
| 361-1 to end | | Source documents for John Dempsey Summary Schedule of Panexim Gold Transactions, October 7, 1996 – March 1, 2000 | | Objection; foundation, hearsay |
| 362 | no bates numbers | John Dempsey Summary Schedule of Panexim Silver Transactions, October 7, 1996 – March 1, 2000 | | Objection; foundation, hearsay |
| 362-1 to end | no bates numbers | Source documents for John Dempsey Summary Schedule of Panexim Silver Transactions, October 7, 1996 – March 1, 2000 | | Objection; foundation, hearsay |
| 363 | no bates numbers | John Dempsey Summary Schedule re Panexim Banco de Lima Transactions, Sunat Account, No. 1103395410 | | Objection; foundation, hearsay |
| 363-1 to end | no bates numbers | Source documents for John Dempsey Summary Schedule re Panexim Banco de Lima Transactions, Sunat Account, No. 1103395410 | | Objection; foundation, hearsay |
| 364 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, April 30, 1998 | | Objection; foundation, hearsay |
| 364-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, April 30, 1998 | | Objection; foundation, hearsay |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 365 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, May 31, 1998 | | Objection; foundation, hearsay |
| 365-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, May 31, 1998 | | Objection; foundation, hearsay |
| 366 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, August, 31, 1998 | | Objection; foundation, hearsay |
| 366-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, August 31, 1998 | | Objection; foundation, hearsay |
| 367 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, September 30, 1998 | | Objection; foundation, hearsay |
| 367-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, September 30, 1998 | | Objection; foundation, hearsay |
| 368 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, October 31, 1998 | | Objection; foundation, hearsay |
| 368-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, October 31, 1998 | | Objection; foundation, hearsay |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 369 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, November 30, 1998 | | Objection; foundation, hearsay |
| 369-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, November 30, 1998 | | Objection; foundation, hearsay |
| 370 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, December 31, 1998 | | Objection; foundation, hearsay |
| 370-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, December 31, 1998 | | Objection; foundation, hearsay |
| 371 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, January 31, 1999 | | Objection; foundation, hearsay |
| 371-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, January 31, 1999 | | Objection; foundation, hearsay |
| 372 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, February 28, 1999 | | Objection; foundation, hearsay |
| 372-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, February 28, 1999 | | Objection; foundation, hearsay |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 373 | | John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, March 31, 1999 | | Objection; foundation, hearsay |
| 373-1 to end | | Source documents for John Dempsey Summary Schedule Re Reconciliation of HHRG Price Not Booked Schedules, March 31, 1999 | | Objection; foundation, hearsay |
| 397 | Love Report | AICPA, Opinions of the Accounting Principals Board in O10 Omnibus Opinion – 1966 | | No objection |
| 398 | Love Report | FASB Interpretation No. 39 – Offsetting of Amounts Related to Certain Contracts | | No objection |
| 399 | Love Report | ASB Interpretation No. 39 – Offsetting of Amounts Related to Certain Contracts | | No objection |
| 400 | Love Report | AU Section 311 Issue Date:  January, 1998 | 1998/01/00 | No objection |
| 401 | Love Report | AU Section 311 Issue Date:  February, 1986 | 1986/02/00 | No objection |
| 402 | Love Report | AU Section 325 – 1999 | 1999/00/00 | No objection |
| 403 | Love Report | AU Section 325 – 1998 | 1998/00/00 | No objection |
| 404 | Love Report | AU Section 325 – 1997 | 1997/00/00 | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 405 | Love Report | AU Section 310 – 1998 | 1998/00/00 | No objection |
| 406 | Love Report | AU Section 310 – 1997 | 1997/00/00 | No objection |
| 407 | Love Report | AU Section 319 – 1999 | 1999/00/00 | No objection |
| 408 | Love Report | AU Section 319 – 1998 | 1998/00/00 | No objection |
| 409 | Love Report | AU Section 319 – 1997 | 1997/00/00 | No objection |
| 410 | Love Report | AU Section 331 | | No objection |
| 411 | Love Report | AU Section 330 – 1999 | 1999/00/00 | No objection |
| 412 | Love Report | AU Section 330 – 1998 | 1998/00/00 | No objection |
| 413 | Love Report | AU Section 330 – 1997 | 1997/00/00 | No objection |
| 414 | Love Report | AU Section 333 – 1999 | 1999/00/00 | No objection |
| 415 | Love Report | AU Section 333 – 1998 | 1998/00/00 | No objection |
| 416 | Love Report | AU Section 333 – 1997 | 1997/00/00 | No objection |
| 417 | Love Report | AU Section 316 – 1999 | 1999/00/00 | No objection |

29

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 418 | Love Report | AU Section 316 – 1998 | 1998/00/00 | No objection |
| 419 | Love Report | AU Section 316 – 1997 | 1997/00/00 | No objection |
| 432 | PWC Z 008885 to 008888 | PWC ABAS Assurance Performance Appraisal and Development Program re Joseph Tiroletto | | Objection; relevance |
| 433 | PWC Z 009010 to PWC Z 009013 | PWC ABAS Assurance Performance Appraisal and Development Program re Chad Albano | | Objection; relevance |
| 435 | | Correspondence from R. Ollett re: Panexim Costs | 1999/11/11 | No objection |
| 438 | | Memo from S. Russo to R. Lee re: outcome of meeting today | 1999/12/07 | Objection; hearsay |
| 448 | | Memo from Mike Ryan to Barry Wayne, Rick Ollett re:  GWRC Finance Committee Report dated July 9, 1999 | 1999/07/09 | No objection |
| 449 | | July 1,1999 memo from Rick Ollett to Sean Russo re:  Panexim | 1999/07/01 | No objection |
| 450 | | July 16, 1999 e-mail from Alex Corl to Allen Good and Laura Wheeler re:  Comments on HHRG Senior Financial Management | 1999/07/16 | Objection; relevance |
| 452 | | PWC draft report to the Board of GWRC re:  Audit for year ended March 31, 1999 re:  GWRC and controlled entities | | Objection; relevance; hearsay |
| 453 | | January 11, 1999 facsimile from Mike Ryan to GWRC Audit Committee with enclosure of January 4, 1999 PWC interim review-report to the Board | 1999/01/11 | Objection, relevance; hearsay |

30

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 454 | | August 5, 1998 facsimile from Rod Warren to Mike Ryan, Sean Russo, Chris Wiggins, Rick Lee and Robert Guy re:  August 3, 1998 Audit Committee Meeting Minutes and enclosed meeting minutes | 1998/08/05 | Objection; hearsay, relevance |
| 455 | | August 3, 1999 memo from Sean Russo to Rick Ollett re:  various issues | 1999/08/03 | No objection |
| 456 | | Project rush position paper as of May 2, 1996 | 1996/05/02 | Objection; hearsay, foundation |
| 458 | | March 12, 1996 letter from Barry Wayne at HH to John Williams GWRC re:  financial information and South American companies | 1996/03/12 | Objection; hearsay; relevance |
| 465 | | August 1997 HHRG Meeting of Directors Agenda and Materials | 1997/08/00 | No objection |
| 466 | | November 1997 HHRG Meeting of Directors Agenda and Materials | 1997/11/00 | No objection |
| 467 | | January 1998 HHRG Meeting of Directors Agenda and Materials | 1998/01/00 | No objection |
| 468 | | March 1998 HHRG Meeting of Directors Agenda and Materials | 1998/03/00 | No objection |
| 469 | | May 1998 HHRG Meeting of Directors Agenda and Materials | 1998/05/00 | No objection |
| 470 | | July 1998 HHRG Meeting of Directors Agenda and Materials | 1998/07/00 | No objection |
| 471 | | September 1998 HHRG Meeting of Directors Agenda and Materials | 1998/09/00 | No objection |
| 472 | | November 1998 HHRG Meeting of Directors Agenda and Materials | 1998/11/00 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 473 | | January 1999 HHRG Meeting of Directors Agenda and Materials | 1998/01/00 | No objection |
| 474 | | May 1999 HHRG Meeting of Directors Agenda and Materials | 1999/05/00 | No objection |
| 476 | | H&H Operating Plan 1999/2000 | 1999/00/00 | Objection; relevance |
| 479 | | HHRG Precious Metals Refining brochure | | No objection |
| 480 | | Envelope with photos re:  July 31, 1996 delivery | 1996/07/31 | No document included |
| 481 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #1 – Photograph of South Winder tray services | | No objection |
| 482 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #2 – Photograph of Attleboro Gold Refining | | No objection |
| 483 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #3 – Photograph of South Windsor Thermal Reduction | | No objection |
| 484 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #4 – Photograph of Attleboro Silver Refining | | No objection |
| 485 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #5 – Photograph of Attleboro Gold Anodes | | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 486 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #6 – Photograph of Attleboro Silver Crystal | | No objection |
| 487 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #7 – Photograph of Attleboro Smelting | | No objection |
| 488 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #8 – Photograph of Phoenix Facility | | No objection |
| 489 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #9 – Photograph of South Winder Ingot Casting | | No objection |
| 490 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #10 – Photograph of South Winder Facility | | No objection |
| 491 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #11 – Photograph of Attleboro Finished Products | | No objection |
| 492 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #12 – Photograph of Attleboro Facility | | No objection |
| 493 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #13 – Photograph of South Winder Facility | | No objection |
| 494 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #14 – Photograph of Attleboro Silver Production | | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 495 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #15 – Photograph of Phoenix Thermal Reduction | | No objection |
| 496 | | Envelope with photos re:  July 31, 1996 delivery – Sub Exhibit #16 – Photograph of Phoenix Sampling | | No objection* (please note that Exhs. 481-496 are various photographs of the HHRG plants in S. Windsor and other locations and photos regarding the refining process.  We should consider whether we want to object to these photos) |
| 497 | | July 21, 1999 facsimile from Manual Seoane – 26 pages of attachments re:  Panexim documents and financials | 1999/07/21 | No objection |
| 499 | | PWC's Responses to GWRC Requests for Admissions | 2005/07/15 | Exhibit Withdrawn |
| 500 | | Summary Schedule of Payments made to South American Consultants | | Objection; hearsay; foundation |
| 501 | | Source documents for same | | No document present |
| 502 | | Summary Schedule re: excess remuneration | | Objection; hearsay; |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | foundation |
| 503 | | Source documents for same | | No document |
| 504 | | Summary Schedule of losses claimed by Sharp* | | No document |
| 505 | | HSNO Schedule 2 | | Objection; hearsay; foundation |
| 506 | | HSNO Schedule 2A | | Objection; hearsay; foundation |
| 507 | | HSNO Schedule 3 | | Objection; hearsay; foundation |
| 508 | | HSNO Schedule 4 | | Objection; hearsay; foundation |
| 509 | | HSNO Schedule 4A | | Objection; hearsay; foundation |
| 510 | | HSNO Schedule 5 | | Objection; hearsay; foundation |
| 511 | | PWC's Responses to HHRG Requests for Admissions | | No objection |
| 512 | PWC 97 WP 0293-0314 | Detailed Support for A/R Balances | a/o 3/31/97 | No objection |
| 513 | PCW 97 EW 0238-0284 | Trade Accountants Receivable Work Papers | a/o 3/31/97 | No objection |
| 514 | PCW 97 EW 00688-00698 | Related Party Work Papers | a/o 3/31/97 | No objection |
| 515 | PWC 97 WP 0236-0292 | Customer Accounts Receivable | a/o 3/31/97 | No objection |

35

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | |
| 516 | PWC 97 WP 0316-0351 | A/R Confirmation Letters | a/o 3/31/97 | No objection |
| 517 | PWC 98 WP 00889-00969 | Customer Accounts Receivable | a/o 3/31/97 | No objection |
| 518 | PWC 99 WP 00693-00757 | A/R Support Work Papers | a/o 9/30/98 | No objection |
| 519 | PWC 98 WP 01011-01028 | A/R Work Papers | a/o 3/31/98 | No objection |
| 520 | PWC 98 WP 01029-01047 | A/R Confirmation Letters | a/o 3/31/98 | No objection |
| 521 | PWC 98 EW 01048-01057 | Related Party Work Papers | a/o 3/31/98 | No objection |
| 522 | PWC 99 WP 01169-01201 | Aged A/R Detailed Report | a/o 3/31/99 | No objection |
| 523 | PWC 99 WP 01202-01205 | A/R Priced Not Settled and Work Papers | a/o 3/31/99 | No objection |
| 524 | PWC 99 WP 01212-01231 | A/R Confirmation Letters | a/o 3/31/99 | No objection |
| 525 | PWC 99 EW 01330-01399 | Accountants Receivable Work Papers | a/o 3/31/99 | No objection |
| 526 | PWC 99 EW 02280-02289 | Related Party Work Papers | a/o 3/31/99 | No objection |
| 527 | PWC 00 WP 00445-00465 | Work Papers -- Consolidated Financial Statements | a/o 9/30/99 | No objection |
| 528 | PWC 00 WP 00527- | Accounts Receivable Detail | a/o 9/30/99 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | 00535 | | | |
| 529 | PWC 00 WP 00536-00572 | Aged A/R Detailed Report | a/o 9/30/99 | No objection |
| 530 | PWC 00 EW 0248-0249 | Panexim Customers Balance Work Papers | a/o 9/30/99 | No objection |
| 531 | PWC AMC 01229-01231 | Monitoring Controls Work Papers | a/o 3/31/99 | No objection |
| 532 | PWC 97 WP 00900-00909 | Physical Inventory Observation Check List – Phoenix | a/o 3/31/97 | No objection |
| 533 | PWC 97 WP 00797-00805 | Physical Inventory Observation Check List – South Windsor | a/o 3/31/97 | No objection |
| 534 | PWC 98 WP 01570-01580 | Physical Inventory Observation Check List – Phoenix | a/o 3/31/98 | No objection |
| 535 | PWC 98 WP 01725-01735 | Physical Inventory Observation Check List – South Windsor | a/o 3/31/98 | No objection |
| 536 | PWC 98 EW 00807-00810 | Work Papers – Possible Loss Contingencies | a/o 3/31/98 | No objection |
| 537 | PWC 99 WP 02065-02072 | Physical Inventory Observation Check List – Phoenix | a/o 3/31/99 | No objection |
| 538 | PWC 00 WP 02114-02122 | Physical Inventory Observation Check List – South Windsor | a/o 3/31/99 | No objection |
| 539 | PWC 99 EW 01138-01141 | Work Paper Critical Matter Government Contract | a/o 3/31/99 | No objection |
| 540 | PWC 99 EW 01383-01386 | Work Paper Confirmation Replies | a/o 3/31/99 | No objection |
| 541 | PWC 99 WP 01433- | PNB Schedule – Ounces – Dollars | a/o 3/31/99 | No objection |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | 01434 | | | |
| 542 | PWC 98 EW 0107-0109 | Work Paper Confirmation Control | a/o 3/31/98 | No objection |
| 543 | PWC 98 EW 0355-0356 | Work Paper Accounts Receivables | a/o 3/31/98 | No objection |
| 544 | PWC 98 EW 0364-0370 | Work Paper Accounts Receivable | a/o 3/31/98 | No objection |
| 545 | PWC 98 EW 0373-0377 | Work Paper Accounts Receivable | a/o 3/31/98 | No objection |
| 546 | PWC Z 02812-02813 | Work Paper Panexim Customer Balance | a/o 9/30/99 | No objection |
| 547 | PWC 99 WP 00730-00731 | Partial Customer Trial Balance | a/o 9/30/98 | No objection |
| 548 | | Conversion Table USD to PEN | 9/7/96 – 3/1/00 | Objection; foundation |
| 549 | | Summary of Payments | | Objection; foundation; hearsay |
| 549-1 | | Panexim to MMV International $50,000.00 | 7/1/98 | Objection; foundation; hearsay |
| 549-2 | | Panexim to Axel Corp. $12,500.00 | 11/4/98 | Objection; foundation; hearsay |
| 549-3 | | MMV to Cash $3,125.00 (B. Wayne) | 6/17/98 | Objection; foundation; |

289203.1

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | hearsay |
| 549-4 | | MMV to Cash $6,000.00 (B. Wayne) | 8/25/98 | Objection; foundation; hearsay |
| 549-5 | | Axel Corp.  to Cash $6,500.00 | 8/25/98 | Objection; foundation; hearsay |
| 549-6 | | MMV to Cash $3,000.00 (B. Wayne) | 10/19/98 | Objection; foundation; hearsay |
| 549-7 | | MMV to Cash $9,500.00 (B. Wayne) | 11/6/98 | Objection; foundation; hearsay |
| 549-8 | | MMV to Richard Searle $3,125.00 | 6/22/98 | Objection; foundation; hearsay |
| 549-9 | | MMV to Richard Searle $12,500.00 | 7/15/98 | Objection; foundation; hearsay |
| 549-10 | | MMV to Richard Searle $12,500.00 | 11/5/98 | Objection; foundation; hearsay |
| 549-11 | | MMV to Axel Corp. $12,500.00 | 7/15/98 | Objection; foundation; hearsay |
| 549-12 | | MMV to Axel Corp. $6,500.00 | 8/25/98 | Objection; foundation; |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| | | | | hearsay |
| 549-13 | | MMV to Cash $3,125.00 (B. Wayne) | 6/17/98 | Objection; foundation; hearsay |
| 549-14 | | MMV to Richard Searle $12,500.00 | 11/5/98 | Objection; foundation; hearsay |
| 549-15 | | Panexim to MMV $2,500.00 | 3/5/97 | Objection; foundation; hearsay |
| 549-16 | | Panexim to Axel $3,125.00 | 6/8/98 | Objection; foundation; hearsay |
| 549-17 | | Panexim to MMV $9,378.00 | 6/8/98 | Objection; foundation; hearsay |
| 549-18 | | Panexim to MMV $2,500.00 | 3/5/97 | Objection; foundation; hearsay |
| 549-19 | | Copy of the back of the check above (549-18) | | Objection; foundation; hearsay |
| 549-20 | | Panexim to Axel $3,125.00 | 6/8/98 | Objection; foundation; hearsay |
| 550 | No bates number | 1997 Price Not Booked – Dollars | | No objection |

| TRIAL EX. NO. | BATES NUMBERS | SUMMARY OF CONTENTS | DATE | PWC OBJECTION |
|---|---|---|---|---|
| 551 | No bates number | 1998 Price Not Booked – Dollars | | No objection |
| 552 | No bates number | Demonstrative Exhibit from Love Report | | Objection; foundation |
| 553 | No bates number | Demonstrative Exhibit from Love Report | | Objection; foundation |
| 554 | | Merriam-Webster's Collegiate Dictionary – Eleventh Edition Definition of "Assure" | | Objection; relevance |
| 555 | | Webster's Third New International Dictionary Definition of "Assure" | | Objection; relevance |
| 556 | | Black's Law Dictionary – Sixth Edition Definition of "Assure" | | Objection; relevance |
| 557 | | The Oxford English Dictionary – Second Edition Definition of "Assure" | | Objection; relevance |
| 558 | | The American Heritage College Dictionary – Fourth Edition Definition of "Assure" | | Objection; relevance |

41