UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEC SHARP, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 3:02 CV 1572 (MRK) |
| | ) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a | ) |
| PRICE WATERHOUSE, LLP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Alec Sharp, et al. ("Plaintiff") respectfully submits the following topics for inquiry during jury selection in this case.

1. Have you had any experience with the law firm of Wiggin & Dana?

2. Have you had any experience with the following attorneys or law firms:

    **Wilson, Elser, Moskowitz, Edelman & Dicker**

    Edward Boyle
    Daniel McMahon
    Stefan Dandelles

    **Day Berry & Howard**

    David Elliot
    Thomas Goldberg
    Steven Greenspan
    William Erickson

3. Do you know, have you worked for, or had any services performed by, any of the following people:

    1. Barrett Brown

    2. John Bullock

    3. Elizabeth Christensen

4. Alex M. Corl

5. Raj Dansinghani

6. John D. Dempsey, CPA, CFE

7. Richard G. Hayes

8. Jed Horwitt, Esq.

9. George A. Ingram

10. John H. King

11. Vincent J. Love

12. William L. Myles

13. Helen O'Brien

14. Roberto Passaro

15. Sean G. Russo

16. Michael Ryan

17. Joseph J. Tiroletto

18. Rod Warren

19. Chad Albano

20. Martin Boehm

21. Jaime Rodriguez

22. Angel Rebatta

23. Frederick B. Ollett

24. W. Marcus Johnson

25. Mark S. Johnson

    26.    Robert H. Temkin

    27.    R. Gene Brown

4.    Do you know or have you had any experience with a company called Handy & Harman Refining Group, Inc.?

5.    Do you know of a business, or have you ever visited a business, that operated at 300 Rye Street, South Windsor, Connecticut?

6.    Do you know or have you had any experience with a company called Handy & Harman?

7.    Do you know or have you had any experience with a company called Golden West Refining Corporation, Ltd.?

8.    [Subject to rulings on motions *in limine*] Do you know of have you had any experience with Alec Sharp or any investors with him from England?

9.    Have you had any experience with Coopers & Lybrand or PricewaterhouseCoopers, LLP?

10.    Have you, a family member or close friend ever worked for, done business with, or had any services performed by Handy & Harman Refining Group, Inc.; Handy & Harman; Golden West Refining Corporation Ltd., Coopers & Lybrand; PricewaterhouseCoopers LLP?

11.    Have you, a family member or close friend ever worked for, done business with, or had any services performed by Fleet Bank, Fleet Precious Metals, or Credit Suisse First Boston?

12.    Have you, a family member or close friend ever had any experience with any of the following people:

    a.    John Dempsey or any other person from Dempsey, Meyers & Company?

    b.    Marcus Johnson, or any other person from HSNO?

    c.    Vincent J. Love or any other person from Kramer, Love & Cutler, LLP?

    d.    R. Gene Brown or any other person from Cornerstone Research?

    e.    Robert H. Temkin?

13. Do you know or have you ever worked for, done business with, or had any services performed by any company located in South America?

14. Do you know or have you had any experience with any of the following companies:

    Panexim, SA.
    Orion, SA
    Darwill, SA
    Ladison, SA
    Casa Piana, SA

15. Have you, a family member, or close friend ever had a lawsuit filed against you?

16. Have you, a family member, or close friend ever had the need to file a lawsuit or claim against someone?

17. Have you, a family member, or close friend ever been a witness in a court proceeding?

18. Have you, a family member, or close friend ever served on a jury before? Civil or criminal?

19. Have you, a family member, or close friend ever had an experience with any court system that may affect your ability to be fair and impartial in this case?

20. Have you, a family member, or close friend ever had an experience with any court system that may affect your ability to follow the judge's instructions in this case?
21. Have you, a family member, or close friend ever had an experience with an attorney or law firm that may affect your ability to be fair and impartial in this case?

22. Have you, a family member, or close friend ever worked in the accounting/auditing industry?

23. Have you, a family member, or close friend ever had any particular experience with accountants or auditors?

24. Do you have any knowledge of the roles and responsibilities of auditors with respect to an audit of a company's financial records?

25. Do you have any knowledge about, or experience with, Generally Accepted Auditing Standards?

26. Do you have any knowledge about, or experience with, Generally Accepted Accounting Principles?

27. Have you, a family member or close friend ever owned or had experience with running a business?

28. Have you, a family member or close friend ever owned, or had experience with, business or corporate management.

29. Have you, a family member, or close friend ever worked for an international company?

30. Have you, a family member, or close friend ever served on the board of directors of a corporation?

31. Have you, a family member, or close friend ever served as an officer of a corporation?

32. Have you, a family member, or close friend, ever been a partner or member of a partnership or limited liability company?

33. Do you, a family member or close friend have particular experience with reading or analyzing financial statements or financial records of a corporation or other business entity?

34. Have you, a family member or close friend ever worked for a company that went out of business?

35. Have you, a family member or close friend ever worked for a company that filed for bankruptcy?

36. Have you, a family member or close friend ever personally filed for bankruptcy or been personally involved with a bankruptcy proceeding?

37. Have you, a family member, or close friend ever worked for, done business with, or had any services performed by any company or individuals who perform financial valuations of corporations or other business entities?

38. Have you, a family member, or close friend ever worked for, done business with, or had any services performed by an investment banker or a company that performs investment banking services?

39. Have you, a family member, or close friend ever performed, or had experience with, the analysis of financial statements?

5

40.     Have you, a family member, or close friend ever performed or had experience with investment analysis?

41.     Do you, a family member, or close friend read investment periodicals or other investment literature?

42.     Do you, a family member, or close friend invest in the stock market?

                              Respectfully submitted,

By:_____
        Fred Knopf, Esq. (ct 09427)
        E-mail: knopff@wemed.com
        Edward Boyle, Esq.
        E-mail: boylee@wemed.com
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        150 E. 42nd Street
        New York, NY 10017
        Phone: 212-490-3000
        Fax: 212-490-3038


By:_____
        Daniel J. McMahon, Esq. (Ill. Bar 0162590)
        E-mail: mcmahond@wemed.com
        Stefan R. Dandelles, Esq. (Ill. Bar 6244438)
        E-mail: dandelless@wemed.com
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        120 N. LaSalle Street
        Chicago, IL 60602
        Phone: 312-704-0550
        Fax: 312-704-1522