**EXHIBIT D**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a PRICE | : | |
| WATERHOUSE LLP, | : | |
|     Defendant. | : | OCTOBER 28, 2005 |

**PRICEWATERHOUSECOOPERS LLP'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you believe that because PwC has been sued, and knowing nothing more than that, that PwC must have done something wrong?

2. Have you ever been employed by or affiliated with a person or company having anything to do with professional accounting and/or auditing services? Explain.

3. Have you ever been employed by or affiliated with a person or company having anything to do with precious metal refining? Explain.

4. Have you ever had a negative experience with an accountant? Explain.

5. To what extent are you familiar with media reporting of cases like Enron, World Com, Adelphia and Tyco?

6. Do you have any understanding as to whether the accouting firms for those companies were responsible in any way for what happened in those cases?

7. Do you have a problem with the concept that a corporation may be responsible for the acts of its employees or agents?

8.	Do you believe that a corporation should not be responsible for the acts of its employees?

                DEFENDANT,
                PRICEWATERHOUSECOOPERS LLP

                By: ____/s/ Thomas D. Goldberg_____
                      David J. Elliott (ct 04301)
                      Thomas D. Goldberg (ct 04386)
                      Day, Berry & Howard LLP
                      One Canterbury Green
                      Stamford, Connecticut 06901-2047
                      Tel: (203) 977-7300
                      Fax: (203) 977-7301
                      Its Attorneys