AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Goldenwest Refining etal

v.

Pricewatherhouse

**EXHIBIT AND <u>WITNESS LIST</u>**

CASE NUMBER: 3:02cv 1379

| PRESIDING JUDGE |  |  |  |  | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| mark R. Kravitz |  |  |  |  |  |  |
| TRIAL DATE(S) |  |  |  |  | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/05 |  |  |  |  | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 11/1/05 |  |  | Ronald G. Brown |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | – |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2005 NOV -2 A 10: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages