# United States District Court

**DISTRICT OF** Connecticut

Golden West Refining, et al
v.
Pricewaterhouse, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV1379

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/1/05 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/1/05 | | Full | CV of Ronald G. Brown |
| 2 | | 11/1/05 | | Full | Listing of case... Related to corp governance |
| 3 | | 11/1/05 | | Full | Sup. Report of Ronald G. Brown |

FILED 2005 NOV -2 A 10:52 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages