## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEC SHARP, et al., | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1572 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP d/b/a | : | |
| PRICE WATERHOUSE LLP, | : | NOVEMBER 29, 2005 |
|     Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto, Plaintiffs Alec Sharp, and Certain Underwriters at Lloyd's, London and Insurance Companies Subscribing to Policy No. 834/FB9700166, as assignees and subrogees of Handy & Harman Refining Group, Inc., and Defendant PricewaterhouseCoopers LLP hereby stipulate that this action, previously consolidated with Civil Action Nos. 3:02 CV 1379 (MRK) and 3:02 CV 1803 (MRK), shall be dismissed with prejudice and without costs or attorney's fees to any party.

PLAINTIFFS,  
ALEC SHARP, ET AL.

DEFENDANT,  
PRICEWATERHOUSECOOPERS LLP

By: __/s/ Daniel McMahon__  
    Daniel McMahon  
    Stefan Dandelles  
    Wilson, Elser, Moskowitz, Edelman &  
    Dicker LLP  
    120 N. LaSalle Street  
    Chicago, IL  60602  

    Their Attorneys

By: __/s/ David J. Elliott__  
    David J. Elliott (ct 04301)  
    Thomas D. Goldberg (ct 04386)  
    Steven M. Greenspan (ct00380)  
    Day, Berry & Howard LLP  
    One Canterbury Green  
    Stamford, Connecticut 06901-2047  

    Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ David J. Elliott
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

William H. Champlin, III, Esq.
Michael T. McCormack, Esq.
William S. Fish, Jr., Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
185 Asylum Street
Hartford, CT 06103

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Daniel E. Tranen, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle Street
Chicago, IL 60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407

Steven R. Humphrey (ct06053)
Dina S. Fisher (ct14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Jed Horwitt, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186