UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1379 (MRK) |
| VS. | : | |
| | : | |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| HANDY & HARMON REFINING GROUP, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803(MRK) |
| | : | |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | DECEMBER 1, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto, plaintiffs, Golden West Refining Corporation ("GWRC") and Handy & Harmon Refining Group, Inc. ("HHRG"), and, defendant PricewaterhouseCoopers LLP ("PwC") hereby stipulate that this action, previously consolidated with Civil Action No. 3:02-CV-1572 (MRK), shall be dismissed with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| **PLAINTIFF**<br>**GOLDEN WEST REFINING**<br>**CORPORATION LIMITED**<br><br>*/s/ Steven R. Humphrey*<br>Steven R. Humphrey (ct06053)<br>shumphrey@rc.com<br>Dina S. Fisher (ct14896)<br>dfisher@rc.com<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel. No.: (860) 275-8200<br>Fax No.: (860) 275-8299 | **PLAINTIFF**<br>**HANDY & HARMAN**<br>**REFINING GROUP, INC.**<br><br>*/s/ William H. Champlin, III*<br>William H. Champlin, III (ct04202)<br>Champlin@tylercooper.com<br>William S. Fish (ct05349)<br>fish@tylercooper.com<br>Michael T. McCormack (ct13799)<br>mccormack@tylercooper.com<br>Tyler, Cooper & Alcorn, LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>Tel. No.: (860) 725-6200<br>Fax No.: (860) 278-3802 |

**DEFENDANTS**
**PRICEWATERHOUSECOOPERS LLP**
**and COOPERS & LYBRAND LLP**

*/s/ David J. Elliott*
David J. Elliott (ct04301)
djelliott@dbh.com
Thomas D. Goldberg (ct04386)
tdgoldberg@dbh.com
Steven M. Greenspan (ct00380)
smgreenspan@dbh.com
Day, Berry & Howard LLP
185 Asylum Street
Hartford, CT 06103-3499
Tel. No.: (860) 275-0100
Fax No.: (860) 275-0343)

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ David J. Elliott
David J. Elliott (ct 04301)
Thomas D. Goldberg (ct 04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
Its Attorneys

| | |
|---|---|
| Steven R. Humphrey (ct06053) | William H. Champlin, III, Esq. |
| Dina S. Fisher (ct14896) | Michael T. McCormack, Esq. |
| Robinson & Cole LLP | William S. Fish, Jr., Esq. |
| 280 Trumbull Street | Tyler Cooper & Alcorn, LLP |
| Hartford, CT 06103-3597 | CityPlace - 35th Floor |
| | 185 Asylum Street |
| | Hartford, CT 06103 |